JS 44C/SDNY
REV. 12/04/2024

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
American Federation of Government Employees, AFL-CIO, et al.

**DEFENDANTS**
U.S. Office of Personnel Management, et al.

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
Lex Lumina PLLC, 745 Fifth Avenue, Suite 500, New York, NY 10151
(646) 898-2055

**ATTORNEYS (IF KNOWN)**

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

5 USC sec. 706 (violations of the Administrative Procedures Act)

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No [✓]  Yes [ ]  _____
(If yes, Judge Previously Assigned)

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

Is this an international arbitration case?  No [X]  Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                **NATURE OF SUIT**

                         **TORTS**                                                              **ACTIONS UNDER STATUTES**

**CONTRACT**                **PERSONAL INJURY**          **PERSONAL INJURY/**          **FORFEITURE/PENALTY**       **BANKRUPTCY**                    **OTHER STATUTES**
                                                         [ ] 367 HEALTHCARE/
[ ] 110  INSURANCE          [ ] 310 AIRPLANE             PHARMACEUTICAL PERSONAL        [ ] 625 DRUG RELATED         [ ] 422 APPEAL                    [ ] 375 FALSE CLAIMS
[ ] 120  MARINE             [ ] 315 AIRPLANE PRODUCT     INJURY/PRODUCT LIABILITY          SEIZURE OF PROPERTY           28 USC 158                   [ ] 376 QUI TAM
[ ] 130  MILLER ACT                 LIABILITY           [ ] 365 PERSONAL INJURY             21 USC 881                [ ] 423 WITHDRAWAL               [ ] 400 STATE
[ ] 140  NEGOTIABLE         [ ] 320 ASSAULT, LIBEL &        PRODUCT LIABILITY           [ ] 690 OTHER                    28 USC 157                       REAPPORTIONMENT
         INSTRUMENT                SLANDER              [ ] 368 ASBESTOS PERSONAL                                                                     [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF        [ ] 330 FEDERAL                 INJURY PRODUCT                                            **PROPERTY RIGHTS**              [ ] 430 BANKS & BANKING
         OVERPAYMENT &              EMPLOYERS'              LIABILITY                                                                                 [ ] 450 COMMERCE
         ENFORCEMENT                LIABILITY                                                                         [ ] 820 COPYRIGHTS   [ ] 880 DEFEND TRADE SECRETS ACT   [ ] 460 DEPORTATION
         OF JUDGMENT        [ ] 340 MARINE              **PERSONAL PROPERTY**                                         [ ] 830 PATENT                   [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT       [ ] 345 MARINE PRODUCT                                                                    [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION        ENCED & CORRUPT
[ ] 152  RECOVERY OF                LIABILITY           [ ] 370 OTHER FRAUD                                                                                                  ORGANIZATION ACT
         DEFAULTED          [ ] 350 MOTOR VEHICLE       [ ] 371 TRUTH IN LENDING                                      [ ] 840 TRADEMARK                    (RICO)
         STUDENT LOANS      [ ] 355 MOTOR VEHICLE                                                                                                     [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)            PRODUCT LIABILITY                                                                 **SOCIAL SECURITY**              [ ] 485 TELEPHONE CONSUMER
[ ] 153  RECOVERY OF        [ ] 360 OTHER PERSONAL                                       **LABOR**                                                         PROTECTION ACT
         OVERPAYMENT                INJURY              [ ] 380 OTHER PERSONAL                                        [ ] 861 HIA (1395ff)
         OF VETERAN'S       [ ] 362 PERSONAL INJURY -       PROPERTY DAMAGE              [ ] 710 FAIR LABOR           [ ] 862 BLACK LUNG (923)         [ ] 490 CABLE/SATELLITE TV
         BENEFITS                   MED MALPRACTICE     [ ] 385 PROPERTY DAMAGE              STANDARDS ACT            [ ] 863 DIWC/DIWW (405(g))       [ ] 850 SECURITIES/
[ ] 160  STOCKHOLDERS                                       PRODUCT LIABILITY            [ ] 720 LABOR/MGMT           [ ] 864 SSID TITLE XVI               COMMODITIES/
         SUITS                                                                               RELATIONS               [ ] 865 RSI (405(g))                 EXCHANGE
[ ] 190  OTHER                                          **PRISONER PETITIONS**           [ ] 740 RAILWAY LABOR ACT
         CONTRACT                                       [ ] 463 ALIEN DETAINEE           [ ] 751 FAMILY MEDICAL       **FEDERAL TAX SUITS**             [ ] 890 OTHER STATUTORY
[ ] 195  CONTRACT           **ACTIONS UNDER STATUTES**  [ ] 510 MOTIONS TO                   LEAVE ACT (FMLA)                                              ACTIONS
         PRODUCT                                            VACATE SENTENCE                                           [ ] 870 TAXES (U.S. Plaintiff or  [ ] 891 AGRICULTURAL ACTS
         LIABILITY          **CIVIL RIGHTS**                28 USC 2255                  [ ] 790 OTHER LABOR              Defendant)
[ ] 196  FRANCHISE                                      [ ] 530 HABEAS CORPUS                LITIGATION               [ ] 871 IRS-THIRD PARTY           [ ] 893 ENVIRONMENTAL
                            [ ] 440 OTHER CIVIL RIGHTS  [ ] 535 DEATH PENALTY            [ ] 791 EMPL RET INC             26 USC 7609                      MATTERS
                                    (Non-Prisoner)      [ ] 540 MANDAMUS & OTHER             SECURITY ACT (ERISA)                                     [ ] 895 FREEDOM OF
**REAL PROPERTY**                                                                                                                                         INFORMATION ACT
                            [ ] 441 VOTING                                                                                                            [ ] 896 ARBITRATION
[ ] 210  LAND               [ ] 442 EMPLOYMENT                                           **IMMIGRATION**                                               [X] 899 ADMINISTRATIVE
         CONDEMNATION       [ ] 443 HOUSING/            **PRISONER CIVIL RIGHTS**                                                                          PROCEDURE ACT/REVIEW OR
[ ] 220  FORECLOSURE                ACCOMMODATIONS                                       [ ] 462 NATURALIZATION                                            APPEAL OF AGENCY DECISION
[ ] 230  RENT LEASE &       [ ] 445 AMERICANS WITH      [ ] 550 CIVIL RIGHTS                 APPLICATION
         EJECTMENT                  DISABILITIES -      [ ] 555 PRISON CONDITION         [ ] 465 OTHER IMMIGRATION                                    [ ] 950 CONSTITUTIONALITY OF
[ ] 240  TORTS TO LAND              EMPLOYMENT          [ ] 560 CIVIL DETAINEE               ACTIONS                                                       STATE STATUTES
[ ] 245  TORT PRODUCT       [ ] 446 AMERICANS WITH          CONDITIONS OF CONFINEMENT
         LIABILITY                  DISABILITIES -OTHER
[ ] 290  ALL OTHER          [ ] 448 EDUCATION
         REAL PROPERTY

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A **CLASS ACTION**
    UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____  OTHER _____   JUDGE _____  DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND:  YES [ ]  **x** NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

**(PLACE AN x IN ONE BOX ONLY)**     **ORIGIN**

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
  - [ ] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation (Transferred)
- [ ] 7 Appeal to District Judge from Magistrate Judge
- [ ] 8 Multidistrict Litigation (Direct File)

**(PLACE AN x IN ONE BOX ONLY)**     **BASIS OF JURISDICTION**     *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- [ ] 1 U.S. PLAINTIFF
- [x] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

Please see attached addendum

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

Please see attached addendum

**DEFENDANT(S) ADDRESS UNKNOWN**
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [x] MANHATTAN

DATE 2/11/2025    *(signature)*    SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. May Yr. 2008)
Attorney Bar Code # RM1336

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, Dated _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

Clear Form    Save    Print

**ADDENDUM TO CIVIL COVER SHEET**
*American Federation of Government Employees, AFL-CIO, et al. v.*
*U.S. Office of Personnel Management, et al.*

**Plaintiffs' Addresses and Counties:**

American Federation of Government Employees, AFL-CIO
80 F Street, NW
Washington, DC 20001

Association of Administrative Law Judges, International Federation of Professional and Technical Engineers Judicial Council 1, AFL-CIO
3003 Purchase Street, #385
Purchase, New York 10577-0385
Westchester County

Vanessa Barrow
660 Carlyle Ave
Franklin Square, NY 11010
Nassau County

George Jones
120 Elgar Place
Bronx, NY 10475
Bronx County

Deborah Toussant
8 W. 108th Street
New York, NY 10025
New York County

**Defendants' Addresses and Counties:**

U.S. Office of Personnel Management
1900 E Street NW
Washington, DC 20415

Charles Ezell, Acting Director of the Office of Personnel Management
1900 E Street NW
Washington, DC 20415

U.S. DOGE Service
736 Jackson Place NW
Washington, DC 20503

Acting U.S. DOGE Administrator
736 Jackson Place NW
Washington, DC  20503

U.S. DOGE Service Temporary Organization
736 Jackson Place NW
Washington, DC  20503

Elon Musk, Director of the U.S. DOGE Temporary Service
736 Jackson Place NW
Washington, DC  20503