UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,

    Plaintiff,

-against-

U.S. OFFICE OF PERSONNEL MANAGEMENT, et al.

    Defendant.

1:25 CV 01237

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Norman L. Eisen__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Maryland and District of Columbia__; and that his/her contact information is as follows (please print):

Applicant's Name: Norman L. Eisen

Firm Name: State Democracy Defenders Fund

Address: 600 Pennsylvania Avenue SE #15180

City/State/Zip: Washington, DC 20003

Telephone/Fax: (202) 594-9958

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District/Magistrate Judge