UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF NEW YORK**

AMERICAN FEDERATION OF

GOVERNMENT EMPLOYEES, AFL-CIO, et al.

                                      Plaintiffs,

  -against-                                         1:25 __ Civ. <u>01237</u>

                                                         **AFFIDAVIT IN SUPPORT**

                                                         **OF MOTION FOR**

                                                          **ADMISSION PRO HAC**

                                                          **VICE**

<u>U.S. OFFICE OF PERSONNEL MANAGEMENT, et al.</u>
                              <u>Defendants.</u>

I, Norman L. Eisen, being duly sworn, hereby depose and say as follows:

I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter. As shown in the Certificate(s) of Good Standing annexed hereto, I am in good standing of the bar(s) of the state(s) of Maryland and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated:                                      Respectfully Submitted,

**NOTARIZED**

                                               Applicant Signature: _____
                                               Applicant's Name:  Norman L. Eisen
                                               Firm Name:  State Democracy Defenders Fund
                                               Address:  600 Pennsylvania Avenue SE #15180
                                               City/State/Zip:  Washington, DC 20003
                                               Telephone/Fax:  (202)594-9958
                                               Email:  norman@statedemocracydefenders.org