UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, <br><br> ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, International Federation of Professional and Technical Engineers Judicial Council 1, AFL-CIO, <br><br> VANESSA BARROW, GEORGE JONES, DEBORAH TOUSSANT, and DOES 1–100, <br><br>       Plaintiffs, <br><br>       v. <br><br> U.S. OFFICE OF PERSONNEL MANAGEMENT, an agency of the United States, <br><br> CHARLES EZELL, in his official capacity as Acting Director of the Office of Personnel Management, <br><br> U.S. DOGE SERVICE f/k/a U.S. DIGITAL SERVICE, <br><br> ACTING U.S. DOGE ADMINISTRATOR, <br><br> U.S. DOGE TEMPORARY SERVICE a/k/a the "DEPARTMENT OF GOVERNMENT EFFICIENCY," and <br><br> ELON MUSK, in his capacity as director of the U.S. DOGE TEMPORARY SERVICE, <br><br>       Defendants. | Case No. 1:25-CV-01237 |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3(c) of the Local Civil Rules of the United States Courts for the

Southern and Eastern Districts of New York, I, F. Mario Trujillo, hereby move this Court for an

Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action.

I am a member in good standing of the bar of California and the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached a declaration pursuant to Local Rule 1.3(c).

Dated: February 12, 2025                Respectfully submitted,

/s/ F. Mario Trujillo
F. Mario Trujillo (admitted in California)
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
Email: mario@eff.org

*Attorney for Plaintiffs*