UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, INTERNATIONAL FEDERATION OF PROFESSIONAL AND TECHNICAL ENGINEERS JUDICIAL COUNCIL 1, AFL-CIO, VANESSA BARROW, MAX GELBER, DEBORAH TOUSSANT, and DOES 1–100,<br><br>   Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, U.S. OFFICE OF PERSONNEL MANAGEMENT, an agency of the United States, and CHARLES EZELL, in his official capacity as Acting Director of the Office of Personnel Management,<br><br>   Defendants. | Case No. _1:25_-cv-_01237_<br><br>**MOTION FOR ADMISSON PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Norman Eisen__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for _American Federation of Government Employees et al._ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of the District of Columbia and Maryland and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 02/12/2025      Respectfully Submitted,

             _____

/s/ *Norman Eisen*
Norman Eisen
STATE DEMOCRACY DEFENDERS FUND
600 PENNSYLVANIA AVENUE SE #15180
Washington, D.C. 20003
(202) 709-4946
norman@statedemocracydefenders.org