# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| American Federation of Government Employees, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-01237 |
| U.S. Office of Personnel Management, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs American Federation of Government Employees, et al.

Date: 02/13/2025

/s/ Victoria Noble
*Attorney's signature*

Victoria Noble (NY Bar No. 5882246)
*Printed name and bar number*

Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
*Address*

tori@eff.org
*E-mail address*

(415) 436-9333
*Telephone number*

(415) 436-9993
*FAX number*