UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO,<br><br>ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, INTERNATIONAL FEDERATION OF PROFESSIONAL AND TECHNICAL ENGINEERS JUDICIAL COUNCIL 1, AFL-CIO,<br><br>VANESSA BARROW, DEBORAH TOUSSANT, and DOES 1–100,<br><br>        Plaintiffs,<br><br>        v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, an agency of the United States,<br><br>CHARLES EZELL, in his official capacity as Acting Director of the Office of Personnel Management,<br><br>U.S. DOGE SERVICE f/k/a U.S. DIGITAL SERVICE,<br><br>ACTING U.S. DOGE ADMINISTRATOR,<br><br>U.S. DOGE TEMPORARY SERVICE a/k/a the "DEPARTMENT OF GOVERNMENT EFFICIENCY," and<br><br>ELON MUSK, in his capacity as director of the U.S. DOGE TEMPORARY SERVICE,<br><br>        Defendants. | Case No. 1:25-cv-01237-DLC<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Mark P. McKenna hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned

action. I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 14, 2025

Respectfully Submitted,

Mark P. McKenna
LEX LUMINA LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
(646) 898-2055
mark@lex-lumina.com