UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO,<br><br>ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, INTERNATIONAL FEDERATION OF PROFESSIONAL AND TECHNICAL ENGINEERS JUDICIAL COUNCIL 1, AFL-CIO,<br><br>VANESSA BARROW, DEBORAH TOUSSANT, and DOES 1–100,<br><br>      Plaintiffs,<br><br>      v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, an agency of the United States,<br><br>CHARLES EZELL, in his official capacity as Acting Director of the Office of Personnel Management,<br><br>U.S. DOGE SERVICE f/k/a U.S. DIGITAL SERVICE,<br><br>ACTING U.S. DOGE ADMINISTRATOR,<br><br>U.S. DOGE TEMPORARY SERVICE a/k/a the "DEPARTMENT OF GOVERNMENT EFFICIENCY," and<br><br>ELON MUSK, in his capacity as director of the U.S. DOGE TEMPORARY SERVICE,<br><br>      Defendants. | Case No. 1:25-cv-01237-DLC<br><br>**AFFIDAVIT FOR ADMISSION PRO HAC VICE** |

    In connection with the attached Motion for Admission Pro Hac Vice, I, Mark P. McKenna, hereby state as follows:

    (a) I have never been convicted of a felony;
    (b) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

(c) There are no disciplinary proceedings presently against me.

Dated: February 12, 2025



Mark P. McKenna
LEX LUMINA LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
(646) 898-2055
mark@lex-lumina.com

Subscribed and sworn before me this 12 day of February, 2025:

**CALIFORNIA ACKNOWLEDGMENT**    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of **Los Angeles**

On **Feb. 12, 2025** before me, **Caitlin E. Caughlin**,
  *Date*                              *Here Insert Name and Title of the Officer*

personally appeared **Mark P. McKenna**
  *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
  *Signature of Notary Public*

[Notary Seal: CAITLIN E. CAUGHLIN, Notary Public - California, Los Angeles County, Commission # 2486038, My Comm. Expires Apr 2, 2028]

*Place Notary Seal and/or Stamp Above*

──────── **OPTIONAL** ────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: **Affidavit for Admission Pro Hac Vice**
Document Date: **Feb 12 2025**            Number of Pages: **2**
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: **Mark McKenna**
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☒ General
☐ Individual          ☐ Attorney in Fact
☐ Trustee             ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual          ☐ Attorney in Fact
☐ Trustee             ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2019 National Notary Association

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Mark Philip McKenna

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/09/2000 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 11th day of February, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois