```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
AMERICAN FEDERATION OF GOVERNMENT        :
EMPLOYEES, AFL-CIO, et al.,              :
                                         :      25cv1237(DLC)
                           Plaintiffs,   :
                                         :         ORDER
                 -v-                     :
                                         :
U.S. OFFICE OF PERSONNEL MANAGEMENT,     :
an agency of the United States, et       :
al.,                                     :
                                         :
                           Defendants.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 11, 2025, the plaintiffs, consisting of unions and current and former federal government employees, filed this action seeking declaratory and injunctive relief against the U.S. Office of Personnel Management, Charles Ezell, the U.S. DOGE Service, the unidentified acting administrator of the U.S. DOGE Service, the U.S. DOGE Service Temporary Organization, and Elon Musk. On the evening of February 14, the plaintiffs filed a motion for a temporary restraining order ("Motion") and requested a prompt hearing. Accordingly, it is hereby

ORDERED that, to the extent they have not already done so, the plaintiffs shall serve the defendants with their Motion and accompanying papers.

IT IS FURTHER ORDERED that the parties shall meet and confer promptly regarding (1) a schedule for briefing the

Motion, and (2) whether there is consent to the proposed temporary restraining order, to any portion of it, or to other actions to be taken by the defendants pending completion of the briefing and a decision by the Court on the Motion.

IT IS FURTHER ORDERED that by Tuesday, February 18, 2025 at 10:00 a.m. the parties shall advise the Court of their proposals regarding a briefing schedule and any agreements they have reached.

IT IS FURTHER ORDERED that the parties shall supply Chambers with two (2) courtesy copies of their filings and, to the extent that the filings cite to materials other than court decisions, statutes, and regulations, the parties shall include copies of those materials as well.  Courtesy copies shall be delivered to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         February 15, 2025

_____
DENISE COTE
United States District Judge