# Lex Lumina LLP

Rhett O. Millsaps II  |  rhett@lex-lumina.com  |  646.535.1137

February 17, 2025

**VIA ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY  10007

      Re:    *American Federation of Government Employees, AFL-CIO, et al v. U.S. Office of Personnel Management, et al.,* **25-cv-1237-DLC**

Dear Judge Cote:

      We represent Plaintiffs in the above-referenced matter and write jointly with Defendants pursuant to the Court's Order dated February 15, 2025 (ECF No. 33).  The parties met and conferred and agreed to the following proposed briefing schedule for Plaintiffs' motion for a temporary restraining order ("Motion"):  Defendants to file their opposition to the Motion by Wednesday, February 19, 2025; Plaintiffs to file their reply as soon as possible thereafter but no later than Monday, February 24, 2025.[1]

      Defendants will not consent to any part of the relief requested pending completion of the briefing and a decision by the Court on the Motion.

      Respectfully,

      /s/ *Rhett O. Millsaps II*

      *Counsel for Plaintiffs*

      /s/ *David E. Farber*

      Assistant U.S. Attorney for the Southern District of New York

      *Counsel for Defendants*

---

[1] For purposes of scheduling a hearing on the Motion, the undersigned counsel for Defendants notes that he will be out of the office and not available to appear in person from February 20 through February 25, 2025.