# EXHIBIT 11

N. 10

Letter from Senator Adam Schiff to Susan Wiles, White House Chief of Staff (Feb. 10, 2025), https://www.schiff.senate.gov/wp-content/uploads/2025/02/20250210-Sen-Schiff-Letter-to-COS-Wiles-on-Musk.pdf

ADAM B. SCHIFF
UNITED STATES SENATOR
CALIFORNIA

112 HART SENATE
OFFICE BUILDING
WASHINGTON, DC 20510

(202) 224–3841

schiff.senate.gov

# United States Senate

WASHINGTON, DC 20510

COMMITTEES

JUDICIARY
RANKING MEMBER, SUBCOMMITTEE ON
INTELLECTUAL PROPERTY

ENVIRONMENT AND PUBLIC WORKS
RANKING MEMBER, SUBCOMMITTEE ON
FISHERIES, WATER, AND WILDLIFE

AGRICULTURE, NUTRITION,
AND FORESTRY

SMALL BUSINESS AND
ENTREPRENEURSHIP

February 10, 2025

Susan Wiles
White House Chief of Staff
Executive Office of the President
Washington, D.C. 20500

Dear Ms. Wiles,

I am writing to request that the White House clarify Elon Musk's compliance with federal conflicts of interest, ethics, and reporting requirements in light of his activities within the Executive Office of the President since January 20, 2025, and his access to sensitive government information while he retains significant financial interests in multiple private companies that benefit from federal government contracts.

According to a White House official, Mr. Musk is serving in the Administration as a "special government employee," which makes him subject to the federal criminal conflict of interest statute, as well as other legal and ethical obligations.[1] The federal criminal conflict of interest statute, in particular, prohibits government employees, including special government employees, from participating personally and substantially in official matters where they have a financial interest.[2]

Mr. Musk holds substantial financial interests in private companies, including Tesla, Inc., SpaceX, The Boring Company, xAI, X Corp., and Neuralink. According to public reporting, Tesla, Inc. and SpaceX alone account over the past decade for at least $15.4 billion in government contracts across a dozen agencies.[3] Mr. Musk's companies have also been the subject of at least 20 recent investigations or reviews by federal agencies, which heightens the risk that Mr. Musk may seek to use his new position to shield his companies from federal scrutiny.[4]

---

[1] Kaitlan Collins & Tierney Sneed, *Elon Musk is serving as a 'special government employee,' White House says,* CNN (February 3, 2025), https://www.cnn.com/2025/02/03/politics/musk-government-employee/index.html.
[2] 18 U.S.C. § 208. *See* U.S. Office of Government Ethics, "Analyzing Potential Conflicts of Interest," https://www.oge.gov/web/oge.nsf/Resources/Analyzing+Potential+Conflicts+of+Interest.
[3] Eric Lipton, David A. Fahrenthold, Aaron Krolik & Kirsten Grind, *U.S. Agencies Fund, and Fight With, Elon Musk. A Trump Presidency Could Give Him Power Over Them,* (October 20, 2024), https://www.nytimes.com/2024/10/20/us/politics/elon-musk-federal-agencies-contracts.html.
[4] *Id.*

On February 5, 2025, White House Press Secretary Karoline Leavitt stated at a press briefing: "If Elon Musk comes across a conflict of interest with the contracts and the funding that DOGE is overseeing, then Elon will excuse himself from those contracts." Notwithstanding this assertion, Mr. Musk's compliance with federal conflicts of interest and other related obligations remains unknown to Congress and the public. For instance, unless you or another senior White House official, in consultation with the Office of Government Ethics, provided a written waiver *prior* to Mr. Musk's appointment as a special government employee, Mr. Musk may have violated the federal criminal conflict of interest statute by undertaking acts otherwise prohibited by law.

To ensure transparency, which is essential to maintaining congressional and public trust, and to inform the Senate's legislative function, including to review the applicability of existing statutes and consider possible reforms to further strengthen them, please respond to the following questions by February 13, 2025:

1. Has Mr. Musk completed a financial disclosure report, consistent with 5 U.S.C. §13103?

2. Consistent with 18 U.S.C. § 208 and in his capacity as a special government employee, has Mr. Musk or is Mr. Musk currently participating "personally and substantially as a Government officer or employee, through decision, approval, disapproval, recommendation, the rendering of advice, investigation, or otherwise, in a judicial or other proceeding, application, request for a ruling or other determination, contract, claim, controversy, charge, accusation, arrest, or other particular matter in which, to his knowledge, he, his spouse, minor child, general partner, organization in which he is serving as officer, director, trustee, general partner or employee, or any person or organization with whom he is negotiating or has any arrangement concerning prospective employment, has a financial interest"?

3. Did you or any other White House official consult with the Office of Government Ethics regarding Mr. Musk's private financial interests *prior* to Mr. Musk's appointment as a special government employee?

4. Did you or any other White House official issue Mr. Musk a written waiver exempting him from the penalties set forth in 18 U.S.C. § 208?

   a. If so, please produce a written copy of the waiver, the date the waiver was issued, and clarify whether the waiver was issued pursuant to 18 U.S.C. § 208(b)(1) or (b)(3).

   b. If such a written waiver does not exist, please explain your determination that such a waiver has not been and is not currently necessary.

    c.   If such a written waiver was issued *after* Mr. Musk's appointment as a special government employee, please provide written verification that Mr. Musk did not act in any official capacity prior to the issuance of the waiver.

5.   Please provide the same information requested above for any other type of ethics waiver Mr. Musk received, including authorizations to participate pursuant to 5 C.F.R. 2635.502(d) or waivers issued pursuant to 5 U.S.C. § 13103(h).

Mr. Musk's activities, access to sensitive federal government information, and potential financial conflicts of interest also raise significant questions about Mr. Musk's foreign entanglements and the activities and possible conflicts of other individuals associated with the "Department of Government Efficiency," which will be the focus of forthcoming requests for information and records that are needed for the U.S. Senate to exercise its essential oversight and legislative functions.

      Sincerely,

      Adam B. Schiff
      United States Senator

cc:    Director David Huitema
      U.S. Office of Government Ethics