# EXHIBIT 19

N. 19

Brian Witte, "Trump Administration Orders Federal Agencies to Provide Lists of Underperforming Employees," Associated Press, (Feb. 7, 2025), https://apnews.com/article/trump-federal-employees-lists-underperforming-layoffs-80755cea03a93c2b6d00e21fb1716e39



ADVERTISEMENT

AP SETS THE STANDARD FOR POLITICAL REPORTING. DONATE

AP

POLITICS

# Trump administration orders federal agencies to provide lists of underperforming employees

President Donald Trump and Israeli Prime Minister Benjamin Netanyahu take questions during a news conference in the East Room of the White House, Tuesday, Feb. 4, 2025, in Washington. (AP Photo/Alex Brandon)

'e

BY BRIAN WITTE

Updated 2:28 PM EST, February 7, 2025

President Donald Trump's administration has ordered all federal departments and agencies to provide lists of employees who are underperforming, as it seeks to shrink the workforce and awaits a court ruling related to its deferred resignation offers.

A memo sent by the Office of Personnel Management on Thursday directs the agencies to submit names of every employee who has received less than a "fully successful" performance rating in the past three years and to note whether the workers have been on performance plans.

The memo, which was viewed by The Associated Press, also emphasized that the agencies report any obstacles to making sure they have "the ability to swiftly terminate poor performing employees who cannot or will not improve."

The memo seeks the employee's name, job title, pay plan and other details, as well as whether that employee is "under or successfully completed a performance improvement plan within the last 12 months."

ADVERTISEMENT



Tap to Break Free

The office also is asking if an agency has proposed or issued a decision in such cases, and whether any action is being appealed or challenged, as well as any outcome.

**RELATED STORIES**



**What to know about Trump's buyout proposal for federal employees**



**What to know about the federal workforce under Trump**



**Federal workers debate legitimacy of buyout offer as deadline nears**

The data is due by March 7.

Charles Ezell, the acting director of OPM who sent the memo, wrote that the office is developing new performance metrics for evaluating the federal workforce, a standard that "aligns with the priorities and standards in the President's recent Executive Orders." To assist the office, Ezell wrote that all agencies should submit data regarding their performance management plans and policies, including those contained in collective bargaining agreements.

So far, 65,000 federal workers have opted into the deferred resignation program, according to a White House official who wasn't authorized to disclose the latest figures and spoke on condition of anonymity.