# EXHIBIT 20

N. 19

Memorandum from Charles Ezell, OPM Acting Director, to Heads and Acting Heads of Departments and Agencies (Feb. 6, 2025), https://www.opm.gov/policy-data-oversight/latest-memos/request-for-agency-performance-management-data.pdf



UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
Washington, DC 20415

The Director

# MEMORANDUM

| | |
|---|---|
| **TO:** | Heads and Acting Heads of Departments and Agencies |
| **FROM:** | Charles Ezell, Acting Director, U.S. Office of Personnel Management |
| **DATE**: | February 6, 2025 |
| **RE**: | Request for Agency Performance Management Data |

President Trump's Executive Order *Reforming the Federal Hiring Process And Restoring Merit To Government Service* ("*Restoring Merit*") and the Presidential Memorandum *Hiring Freeze* initiated the process of reforming the federal workforce to prioritize merit and excellence.

Pursuant to the President's direction in those executive orders, OPM is developing new performance metrics for evaluating the federal workforce that aligns with the priorities and standards in the President's recent Executive Orders. To assist OPM in developing those metrics, **no later than Friday, March 7, 2025**, all agencies should submit data regarding their performance management plans and policies—including those contained in collective bargaining agreements—and identify any barriers to ensuring that 1) agency performance plans make meaningful distinctions based on relative employee performance and 2) the agency has the ability to swiftly terminate poor performing employees who cannot or will not improve. The data request is contained in Appendix 1. OPM will share a data collection template under separate cover. Please send these reports to tracking@opm.gov.

cc: Chief Human Capital Officers (CHCOs), Deputy CHCOs, Human Resources Directors, and Chiefs of Staff

Appendix 1: Requests for Agency Performance Management Data

No later than Friday, March 7, 2025, each agency should report to OPM the following information:

1. All employees who received less than a "fully successful" performance rating in the past three years. With respect to each employee:

    a. Name, job title, pay plan, series, grade, agency, component, and duty station;
    b. Whether that employee is under or successfully completed a performance improvement plan within the last 12 months;
    c. Whether the agency has already proposed and issued a decision under Chapter 43 or 75, or equivalent procedures, and the outcome of any such decision; and
    d. Whether the action is currently appealed or challenged and under what procedures (e.g., U.S. Merit Systems Protection Board, grievance-arbitration, U.S. Equal Employment Opportunity Commission, etc.), and any outcome.

2. Any OPM regulations, agency policies, or terms of collective bargaining agreements applicable to the agency that would impede:

    a. agency performance plans from making meaningful distinctions based on relative employee performance; or
    b. the agency's ability to swiftly separate low-performing employees.

All reports should be sent to tracking@opm.gov with the subject "Agency Report on Performance Management." If you have any questions regarding these reports, please send a message to tracking@opm.gov.