# EXHIBIT 22

N. 21, 51

Isaac Stanley-Becker and Hannah Natanson, "Some DOGE Agents Removed from Sensitive Personnel Systems after Security Fears," Washington Post (Feb. 8, 2025), https://www.washingtonpost.com/nation/2025/02/08/doge-opm-musk/.

2/17/25, 8:54 AM
DOGE agents removed from sensitive OPM systems after security fears - The Washington Post
Case 1:25-cv-01237-DLC    Document 37-22    Filed 02/18/25    Page 2 of 4

Politics

# Some DOGE agents removed from sensitive personnel systems after security fears

The changes come after a Post article detailing the sweeping controls granted to deputies of billionaire Elon Musk.

February 8, 2025

2 min    552

By Isaac Stanley-Becker and Hannah Natanson

Several agents of billionaire Elon Musk's U.S. DOGE Service were removed from sensitive personnel databases maintained by the Office of Personnel Management after a Washington Post report detailed the extraordinary level of access granted to Musk's deputies over highly guarded government data.

Directives from the agency's interim leadership issued late this week indicated that DOGE representatives should be withdrawn from two principal systems containing personally identifiable information for millions of federal employees, according to communications reviewed by The Post and people familiar with the developments who spoke on the condition of anonymity because of the matter's sensitivity.

## Help us report on DOGE

> The Washington Post wants to hear from people affected by DOGE activities at federal agencies. You can contact our reporters by email or Signal encrypted message.
>
> Hannah Natanson: hannah.natanson@washpost.com or (202) 580-5477 on Signal.
>
> Read more about how to use Signal and other ways to securely contact The Post.

Those systems are called Enterprise Human Resources Integration and Electronic Official Personnel Folder. They hold sensitive information about employees of most federal agencies, including addresses, demographic profiles, salary details and disciplinary histories.

The Post reported Thursday morning that DOGE agents had gained access to those systems along with "administrative" access to OPM computer systems. That allowed them sweeping authority to install and modify software on government-supplied equipment and, according to two OPM officials, to alter internal documentation of their own activities.

DOGE agents at OPM included some people in their early 20s and people from positions at Musk's private companies, according to documents reviewed by The Post. DOGE stands for the Department of Government Efficiency and is not a Cabinet-level department but an office President Donald Trump created.

OPM did not respond to a request for comment about the removal of the DOGE agents from the databases.

The changes were made amid chaos at the agency, the federal government's main personnel unit, where Musk deputies arrived promising to wipe out 70 percent of its staff. Agency leaders were in the process of reviewing all probationary employees in preparation for deep cuts, according to U.S. officials, who said morale at OPM had plummeted. Senior officials who have been reassigned include the chief information officer and the chief financial officer, according to a recording of a team meeting this week.

OPM's interim leaders argued in a court filing this week that access to personnel databases was used simply to create a government-wide email system necessary to issue the offer of deferred resignation across the federal bureaucracy. Amid uncertainty about whether the government could renege on the offer, OPM's interim director, Chuck Ezell, wrote a letter to agency employees on Thursday afternoon vowing, "Bottom line: Agencies will stick to the deal."

The letter arrived soon after a federal judge put the buyout program on pause in response to a lawsuit from unions representing more than 800,000 federal workers. The Trump administration responded by extending the deadline to Monday, after a hearing scheduled in the case for that afternoon.