# EXHIBIT 26

N. 27

Ellen Knickmeyer, "Elon Musk Says President Donald Trump Has 'Agreed' USAID Should Be Shut Down," AP (updated Feb. 2, 2025), https://apnews.com/article/doge-musk-trump-classified-information-usaid-security35101dee28a766e0d9705e0d47958611.



ADVERTISEMENT

AP SETS THE STANDARD FOR POLITICAL REPORTING. DONATE

POLITICS

# Elon Musk says President Donald Trump has ‘agreed’ USAID should be shut down

BY ELLEN KNICKMEYER

Updated 2:26 AM EST, February 3, 2025

WASHINGTON (AP) — The U.S. Agency for International Development is on the cusp of being shuttered, according the Trump administration’s billionaire adviser and Tesla CEO Elon Musk — who has been wrestling for control of the agency in recent days.

Early Monday, Musk held a live session on X Spaces, previously known as Twitter Spaces, and said that he spoke in detail about USAID with the president. "He agreed we should shut it down," Musk said.

"It became apparent that its not an apple with a worm it in," Musk said. "What we have is just a ball of worms. You've got to basically get rid of the whole thing. It's beyond repair." "We're shutting it down."

His comments come after the administration placed two top security chiefs at USAID on leave after they refused to turn over classified material in restricted areas to Musk's government-inspection teams, a current and a former U.S. official told The Associated Press on Sunday.



ADVERTISEMENT

ZEGNA - Sponsored

A DAY IN THE LIFE OF AURO MONTANARI

Discover More

Members of Musk's Department of Government Efficiency, known as DOGE, eventually did gain access Saturday to the aid agency's classified information, which includes intelligence reports, the former official said.