# EXHIBIT 27

N. 28

Office of Personnel Management, "Cybersecurity Incidents" (last accessed Feb. 14, 2025), https://www.opm.gov/cybersecurity-resource-center/#url=Cybersecurity-Incidents.



Menu

OPM.gov  /  Cybersecurity Resource Center

# Cybersecurity Resource Center

Overview    Sign Up for Services    **Cybersecurity Incidents**    FAQs    Stay Informed

## Cybersecurity Incidents

### What Happened

In 2015, OPM announced **two separate but related cybersecurity incidents** that have impacted the data of Federal government employees, contractors, and others:

- In June 2015, OPM discovered that the **background investigation records of current, former, and prospective Federal employees and contractors had been stolen.** OPM and the interagency incident response team have concluded with high confidence that sensitive information, including the Social Security Numbers (SSNs) of 21.5 million individuals, was stolen from the background investigation databases. This includes 19.7 million individuals that applied for a background investigation, and 1.8 million non-applicants, primarily spouses or co-habitants of applicants. Some records also include findings from interviews conducted by background investigators and approximately 5.6 million include fingerprints. Usernames and passwords that background investigation applicants used to fill out their background investigation forms were also stolen.

  While background investigation records do contain some information regarding mental health and financial history provided by applicants and people contacted during the background investigation, there is no evidence that health, financial, payroll and retirement records of Federal personnel or those who have applied for a Federal job were impacted by this incident (for example, annuity rolls, retirement records, USA JOBS, Employee Express).

- Earlier in 2015, OPM discovered that the **personnel data of 4.2 million current and former Federal government employees had been stolen.** This means information such as full name, birth date, home address and Social Security Numbers were affected.

[Back to Top](#)

## How You May Be Affected

If you underwent a Federal background investigation in 2000 or afterwards (which occurs through the submission of forms [SF-86](#) 🗎, [SF-85](#) 🗎, or [SF-85P](#) 🗎 for either a new investigation or a reinvestigation), it is highly likely that you were impacted by the incident involving background investigations. If you underwent a background investigation prior to 2000, you still may have been impacted, but it is less likely. Current or former Federal employees may also have been impacted by the separate but related incident involving personnel records.

Learn more about who was impacted and the protections we are working to put into place.

**Current and former Federal government employees**

**Active duty servicemembers and veterans**

**Current and former Federal contractors**

**Job candidates for federal employment who were required to complete a background investigation**

**Spouses and co-habitants of current and former Federal employees, contractors, and job candidates whose information was stolen**

**Immediate family, close contacts, and references of current and former Federal employees, contractors, and job candidates whose information was stolen**

[Back to Top](#)

## What You Can Do

Here are steps you can take to protect your identity:

**Spot the warning signs of identity theft**

Be aware of phishing scams

Update your passwords

Get up to speed on computer security

If you think your identity has been stolen

Learn how to keep your information safe from exploitation

Tips for practicing safe online behavior every day

Back to Top

## What We're Doing to Help

Supporting people who have been impacted