# EXHIBIT 30

N. 32, 43

Patrick Svitek, "Musk to Rehire DOGE Staffer with History of Racist Tweets,"
Washington Post (Feb. 7, 2025),
https://www.washingtonpost.com/politics/2025/02/07/elon-musk-markoelez-vance-trump/

# Musk to rehire DOGE staffer with history of racist tweets

His decision came after Vice President JD Vance and then President Donald Trump backed the reinstatement of the software engineer, Marko Elez.

February 7, 2025

🎧 3 min    ↗    🔖    💬 1077



By [Patrick Svitek](#)

Elon Musk, the head of the U.S. DOGE Service, announced Friday that he would rehire a staffer who resigned after he was tied to a social media account with a history of racist posts.

"He will be brought back," Musk wrote on X, the platform he owns. "To err is human, to forgive divine."

Musk revealed the decision after Vice President JD Vance — and then President Donald Trump — backed the reinstatement of the 25-year-old software engineer, Marko Elez.

Elez was one of only two people affiliated with DOGE that a federal court allowed to access the Treasury Department system that is responsible for disbursing more than $5 trillion in annual payments. Late Tuesday, Treasury Secretary Scott Bessent told Congress that DOGE associates have just "read-only" access to it.

The Wall Street Journal reported that Elez stepped down Thursday after it asked the White House about the since-deleted social media account. The user of the account boasted that he was "racist before it was cool," criticized interracial marriage, voiced support for eugenics, and railed against people from India working in Silicon Valley, writing, "Normalize Indian hate."

Vance, whose wife, Usha Vance, is Indian American, said Friday on X that he "obviously disagree[s] with some of Elez's posts, but I don't think stupid social media activity should ruin a kid's life."

Trump was asked about the controversy at a news conference later Friday with Japanese Prime Minister Shigeru Ishiba.

"Well, I don't know about that particular thing, but if the vice president said that," Trump said, asking Vance, who was in the crowd, whether he had indeed supported Elez's rehiring, "I'm with the vice president."

After the Journal report was published, Musk began polling his more than 200 million X followers on whether he should "bring back [a DOGE] staffer who made inappropriate statements via a now deleted pseudonym."

Elez worked for Musk at SpaceX, Starlink and X, according to the Journal. DOGE, which Trump created and tasked with cutting federal spending, has faced numerous questions from officials about whether the billionaire's assault on the government is breaking the law. DOGE, helmed by Musk, stands for Department of Government Efficiency.

Another young DOGE worker, Edward Coristine, also has come under scrutiny. Bloomberg News reported Friday that he was fired from an internship at a cybersecurity firm after being accused of leaking confidential information.

At least one member of Congress called out Vance for supporting Elez's return.

"Are you going to tell him to apologize for saying 'Normalize Indian hate' before this rehire?" asked Rep. Ro Khanna (D-California), who, like Usha Vance, is a prominent Indian American. "Just asking for the sake of both of our kids."

*Jeff Stein contributed to this report.*