# EXHIBIT 31

N. 32

Jeff Stein, "Treasury Revoked Editing Access 'Mistakenly Given to DOGE Staffer," Washington Post (Feb. 11, 2025), https://www.washingtonpost.com/business/2025/02/11/doge-treasury-access-marko-elez/.

*Democracy Dies in Darkness*

# Treasury revoked editing access 'mistakenly' given to DOGE staffer

A new government filing in federal court says 25-year-old Marko Elez was not intended to receive "read/write" permissions on a payment system.

February 11, 2025

4 min

401

By Jeff Stein

Jeff Stein covers economic policy at the White House, the Treasury Department, the Office … more

A 25-year-old staffer with Elon Musk's U.S. DOGE Service was accidentally given — but did not use — permissions to edit a sensitive Treasury payments system, according to court records released Tuesday.

In a nine-page affidavit, Joseph Gioeli III, deputy commissioner of transformation and modernization at the Treasury Department's Bureau of the Fiscal Service, states that DOGE staffer Marko Elez was "mistakenly" given "read/write" permissions over part of the Treasury Department payment system responsible for disbursing trillions of dollars every year. Those permissions were "promptly corrected," and a subsequent review found Elez did not modify the existing Treasury database when he had access, Gioeli's affidavit states.

The Treasury Department had previously stated that Elez was only granted "read-only" access to the payment system, although reporting by Wired and the financial newsletter Notes on the Crises had questioned that assertion. DOGE's access to the payments system has drawn scrutiny from lawmakers and the public since David A. Lebryk, the former highest-ranking Treasury civil servant, resigned after refusing to stop foreign aid payments, as Musk's allies had demanded.

Elez resigned from Treasury last week after the Wall Street Journal surfaced his racist social media posts, although Musk has since said he will be rehired. President Donald Trump and Vice President JD Vance also advocated for Elez to return.

"The initial investigation confirmed that all of Mr. Elez's interactions … occurred within the supervised, walk-through session and that no unauthorized actions had taken place," Gioeli's affidavit states. "His access was promptly corrected to read-only, and he did not log into the system again."

The affidavits were filed in federal court as part of a lawsuit by the New York attorney general and more than a dozen other Democratic attorneys general attempting to limit DOGE access to the Treasury system. On Tuesday, U.S. District Judge Jeannette A. Vargas affirmed another judge's ban on unauthorized access to the payment system, while emphasizing that senior Treasury officials confirmed by the Senate can continue to access it.

The court records shine new light on other aspects of DOGE's access to the Treasury system.

For instance, Vona S. Robinson, deputy assistant commissioner of federal disbursement services at the Bureau of the Fiscal Service, states in a separate affidavit that only one payment — a Feb. 10 disbursement to the Millennium Challenge Corporation, a U.S. government foreign aid agency — was affected by the review of the Bureau of the Fiscal Service's systems. That payment was forwarded to the State Department, after which a representative of the Millennial Challenge Corporation asked the Treasury not to process it, according to Robinson's affidavit.

"To date, no payments, with the exception of the single MCC payment mentioned above, have been delayed or canceled by the payer agency" as a result of DOGE's review of Treasury systems.

Trump administration officials have said they want to stop wasteful or fraudulent payments and also are attempting to enforce the president's executive order pausing foreign aid.

"It's just common sense, it's not draconian or radical," Musk said in an Oval Office appearance Tuesday with Trump, defending his DOGE team's access to the Treasury payments, which are typically only overseen by career officials. "I think it's really just saying, let's look at each of these expenditures and say, is this actually in the best interest of the people? And if it is, it's approved, but it's not, we should think about it."

But congressional Democrats and nonpartisan experts have raised concerns about Musk associates accessing sensitive systems responsible for disbursing more than $5 trillion per year. Several lawsuits have tried to block DOGE's access to the Treasury system, and others allege the administration is illegally stopping spending that Congress has authorized.

"If WIRED's reporting is accurate, the Treasury Department deliberately misled or outright lied to Congress to cover up DOGE's handling of the nation's most sensitive financial system," Sen. Ron Wyden (D-Oregon), the highest-ranking Democrat on the Senate Finance Committee, said in a letter before the court documents surfaced. "Musk and his DOGE functionaries have sought access to the payments system not for an audit, but instead to manipulate the system in order to enact a political agenda."