# EXHIBIT 33

N. 34

Dep't of Gov't Efficiency, "Meet the U.S. Government: National Reconnaissance Office," (last accessed Feb. 14, 2025)

# EX. 33 INTENTIONALLY LEFT BLANK

See Ex. 34