# EXHIBIT 36

N. 48

Jason Koebler, "Anyone Can Push Updates to the DOGE.gov Website," 404 Media (Feb. 14, 2025), https://www.404media.co/anyone-can-push-updates-to-the-doge-gov-website-2/.

LISTEN TO THE 404 MEDIA PODCAST

DOGE

# Anyone Can Push Updates to the DOGE.gov Website

JASON KOEBLER · FEB 14, 2025 AT 1:42 AM

"THESE 'EXPERTS' LEFT THEIR DATABASE OPEN."



IMAGE: DOGE.GOV

Gift a 404 Media subscription to a friend.

JOIN THE NEWSLETTER TO GET THE LATEST UPDATES.

Your email address →

The doge.gov website that was spun up to track Elon Musk's cuts to the federal government is insecure and pulls from a database that can be edited by anyone, according to two separate people who found the vulnerability and shared it with 404 Media. One coder added at least two database entries that are visible on the live site and say "this is a joke of a .gov site" and "THESE 'EXPERTS' LEFT THEIR DATABASE OPEN -roro."

Doge.gov was hastily deployed after Elon Musk told reporters Tuesday that his Department of Government Efficiency is "trying to be as transparent as possible. In fact, our actions—we post our actions to the DOGE handle on X, and to the DOGE website." At the time, DOGE was an essentially blank webpage. It was built out further Wednesday and Thursday, and now shows a mirror of the @DOGE X account posts, as well as various stats about the U.S. government's federal workforce.

Two different web development experts who asked to remain anonymous because they were probing a federal website told 404 Media that doge.gov is seemingly built on a Cloudflare Pages site that is not currently hosted on government servers. The database it is pulling from can be and has been written to by third parties, and will show up on the live website.

Both sources told 404 Media that they noticed Doge.gov is pulling from a Cloudflare Pages website, where the code that runs it is actually deployed.

One of the sources told 404 Media that they were able to push updates to a database of government employment information after studying the website's architecture and finding the database's API endpoints.

This person showed me two database entries they were able to push to the

This person showed me two database entries they were able to push to the website, which are live on doge.gov as I write this (archived here and here):







"Feels like it was completely slapped together," they added. "Tons of errors and details leaked in the page source code."

Both sources said that the way the site is set up suggests that it is not running on government servers.

"Basically, doge.gov has its codebase, probably through GitHub or something," the other developer who noticed the insecurity said. "They're deploying the

website on Cloudflare Pages from their codebase, and doge.gov is a custom domain that their pages.dev URL is set to. So rather than having a physical server or even something like Amazon Web Services, they're deploying using Cloudflare Pages which supports custom domains."

On Wednesday, we reported that waste.gov, another website created to track government waste, was sitting live with a placeholder Wordpress default template page and sample text. After our article was published, waste.gov was put behind a password wall. It has been widely reported that DOGE has secured administrator access to the codebases at various government agencies, including the Department of Treasury.

DOGE did not immediately respond to a request for comment.

Gift a 404 Media subscription to a friend.

---

ABOUT THE AUTHOR 

Jason is a cofounder of 404 Media. He was previously the editor-in-chief of Motherboard. He loves the Freedom of Information Act and surfing.

MORE FROM JASON KOEBLER

---

MORE LIKE THIS

## DOGE Employees Ordered to Stop Using Slack While Agency Transitions to a Records System Not Subject to FOIA

Employees at Elon Musk's agency have been told "OMB is asking us to stop generating new slack messages starting now."



JASON KOEBLER, JOSEPH COX · FEB 5, 2025



## Antarctica's Only Insect

This week: A tale of creative cryopreservation, Transylvania's 16th-century weather reports, and dancing turtles.

BECKY FERREIRA · FEB 15, 2025





### Researcher Captures Contents of 'DEI.gov' Before It Was Hidden Behind a Password

The list includes budget claims like "$3.4 million for Malaysian drug-fueled gay sex app" and "Disbursed $15,000 to 'queer' Muslim writers in India."

SAMANTHA COLE · FEB 14, 2025

# Unparalleled access to hidden worlds both online and IRL.

404 Media is a new independent media company founded by technology journalists Jason Koebler, Emanuel Maiberg, Samantha Cole, and Joseph Cox.

About

RSS

Support/FAQ

Podcast

FOIA Forum Archive

Merch

Advertise

Thanks

Privacy

Twitter

Bluesky

Mastodon

Instagram

TikTok

Facebook

RSS

Join the newsletter to get the latest updates.

Your email →



© 2025 404 MEDIA. PUBLISHED WITH GHOST.