# EXHIBIT 38

N. 53

U.S. House of Representatives, Committee on Oversight and Government Reform, "The OPM Data Breach: How the Government Jeopardized Our National Security for More than a Generation," (Sept. 7, 2016).



**Report**  **Published: Sep 7, 2016**

# The OPM Data Breach: How the Government Jeopardized Our National Security for More than a Generation



House Oversight and Government Reform Chairman Jason Chaffetz (R-UT) released a staff report titled, **The OPM Data Breach: How the Government Jeopardized Our National Security for More than a Generation**, chronicling the Committee's year-long investigation into how highly personal, highly sensitive data of millions of Americans was compromised by a foreign adversary in 2015. The report outlines findings and recommendations to help the federal government better acquire, deploy, maintain, and monitor its information technology.

As a result of one the Committee's findings, Chairman Chaffetz sent a letter to the Government Accountability Office (GAO) requesting an opinion on whether the Office of Personnel Management (OPM) violated the Anti-Deficiency Act (ADA) when it accepted services from a company without payment.

Key findings, recommendations and an excerpt from the **letter** are below:

**Key Findings:**

- **The OPM data breach was preventable.**

- **OPM leadership failed to heed repeated recommendations from its Inspector General, failed to sufficiently respond to growing threats of sophisticated cyber attacks, and failed to prioritize resources for cybersecurity.**

- **Data breaches in 2014 were likely connected and possibly coordinated to the 2015 data breach.**

- **OPM misled the public on the extent of the damage of the breach and made false statements to Congress**

**Key Recommendations:**

- **Reprioritize federal information security efforts toward zero trust.**

- **Ensure agency CIOs are empowered, accountable, and competent.**

- **Reduce use of social security numbers by federal agencies.**

- Modernize existing legacy federal information technology assets.

- Improve federal recruitment, training, and retention of federal cybersecurity specialists

**Letter to GAO:**

*"In brief, we believe OPM violated the ADA when the agency retained and deployed CyTech's software following a product demonstration, and never paid."*

A timeline of the breaches can be found **here**.

###



**About**

Chairman James Comer

Full Committee

Rules

**Committee Activity**

Calendar

Hearings

Letters

Markups

Reports

Forums

**Subcommittees**

Cybersecurity, Information Technology, and Government Innovation

Economic Growth, Energy Policy, and Regulatory Affairs

Government Operations

Health Care and Financial Services

Military and Foreign Affairs

Federal Law Enforcement

Delivering on Government Efficiency

**Media Center**

Press Releases

The Overview

Biden Family Investigation

The Bidens' Influence Peddling

Timeline

Biden's Border Crisis

COVID Origins

**Blow the Whistle**

**Minority**

© 2025 Committee on Oversight and Government Reform

Privacy Policy

2157 Rayburn House Office Building

Washington, DC 20515

Phone: (202) 225-5074 Fax: (202) 225-3974