UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　- v. -<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>　　　　　　　　　Defendants. | No. 25 Civ. 1237 (DLC)<br><br>NOTICE OF APPEARANCE |

TO:　Clerk of Court
　　　United States District Court
　　　Southern District of New York

　　　The undersigned attorney respectfully requests that the Clerk note his appearance in this case as counsel for Defendants and add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:　New York, New York
　　　　February 19, 2025

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By:　　/s/ Jeffrey Oestericher
　　　JEFFREY OESTERICHER
　　　Assistant United States Attorney
　　　86 Chambers Street, 3rd Floor
　　　New York, New York 10007
　　　Telephone: (212) 637-2695
　　　Facsimile:　(212) 637-0033
　　　Email:　Jeffrey.Oestericher@usdoj.gov