# Lex Lumina LLP

Rhett O. Millsaps II  |  rhett@lex-lumina.com  |  646.535.1137

February 20, 2025

**VIA ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY  10007

      Re:    *American Federation of Government Employees, AFL-CIO, et al v. U.S. Office of Personnel Management, et al.,* **25-cv-1237-DLC**

Dear Judge Cote:

      We represent Plaintiffs in the above-referenced matter.  We write to request permission to file an oversized reply brief of 15 pages in further support of Plaintiffs' motion for a temporary restraining order (ECF No. 27) given the public importance of this case and the complexity of the issues that Plaintiffs must address on reply.

      Defendants consent to Plaintiffs' request.

      Respectfully,

      /s/ *Rhett O. Millsaps II*

cc:  All Counsel of Record (via ECF)