```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
AMERICAN FEDERATION OF GOVERNMENT    :
EMPLOYEES, AFL-CIO, et al.,          :
                                     :   25cv1237 (DLC)
                        Plaintiffs,  :
            -v-                      :       ORDER
                                     :
U.S. OFFICE OF PERSONNEL MANAGEMENT, :
an agency of the United States, et   :
al.,                                 :
                                     :
                        Defendants.  :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the Court will hear oral argument on the plaintiffs' motion for a temporary restraining order on Thursday, February 27 at 2:00 p.m. in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         February 21, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge