

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

February 23, 2025

**BY ECF**
The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *American Federation of Government Employees, AFL-CIO, et al. v. U.S. Office of Personnel Management, et al.*, 25 Civ. 1237 (DLC)

Dear Judge Cote:

      This Office represents the defendants in the above-captioned matter. We write respectfully to bring to the Court's attention an additional relevant supplemental authority. On February 21, 2025, the district court in *Electronic Privacy Information Center, et al. v. U.S. Office of Personnel Management, et al.*, Case No.: 1:25-cv-255 (RDA/WBP) (E.D. Va.) denied plaintiffs' motion for a preliminary injunction which sought, *inter alia*, to enjoin the Department of Treasury ("Treasury") and the Office of Personnel Management ("OPM") from allowing "DOGE-affiliated personnel from accessing certain Treasury and OPM record systems. A copy of the district court's opinion is attached hereto as Exhibit. A.

      We thank the Court for its attention to this matter.

Respectfully,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By: /s/ Jeffrey S. Oestericher
JEFFREY S. OESTERICHER
DAVID FARBER
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: (212) 637-2695/2772
E-mail: jeffrey.oestericher@usdoj.gov
　　　　　david.farber@usdoj.gov

2