# Lex Lumina LLP

Rhett O. Millsaps II  |  rhett@lex-lumina.com  |  646.535.1137

February 24, 2025

**VIA ECF**

The Honorable Denise L. Cote
United States District Court, Southern District of New York
500 Pearl Street, Room 1910
New York, NY  10007

      Re:    *American Federation of Government Employees, AFL-CIO, et al. v. U.S. Office of Personnel Management, et al.,* **25-cv-1237-DLC**

Dear Judge Cote:

    We represent Plaintiffs in the above-referenced matter.  We write respectfully to bring to the Court's attention an additional relevant supplemental authority.  Today, the district court in *American Federation of Teachers, et al. v. Scott Bessent, et al.*, Case No. 8:25-cv-430-DLB (D. Md.), granted, *inter alia*, plaintiffs' motion for a temporary restraining order against the Office of Personal Management ("OPM") and its Acting Director Charles Ezell as follows:

> The Office of Personnel Management; Charles Ezell, the Acting Director of OPM; and their officers, agents, servants, employees, and attorneys are ENJOINED from disclosing the personally identifiable information of the plaintiffs and the members of the plaintiff organizations to any OPM employee working principally on the DOGE agenda who has been granted access to OPM records for the principal purpose of implementing the DOGE agenda (other than OPM Chief Information Officer Greg Hogan), until March 10, 2025 at 8:00 a.m.

Memorandum Opinion and Temporary Restraining Order dated February 24, 2025 (attached hereto as Exhibit A) at 33.  The Order provides some of the temporary relief that Plaintiffs had sought with their Motion for a Temporary Restraining Order in this case (ECF No. 27).

    Thank you for Your Honor's attention to this matter.

                                                     Respectfully,

                                                      /s/ *Rhett O. Millsaps II*
                                                      Mark P. McKenna (admitted pro hac vice)
                                                      Christopher J. Sprigman

cc:  All Counsel of Record (via ECF)