```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
AMERICAN FEDERATION OF GOVERNMENT         :
EMPLOYEES, AFL-CIO, et al.,               :
                                          :    25cv1237 (DLC)
                        Plaintiffs,       :
              -v-                         :    ORDER
                                          :
U.S. OFFICE OF PERSONNEL MANAGEMENT,      :
an agency of the United States, et        :
al.,                                      :
                                          :
                        Defendants.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On February 11, 2025, the plaintiffs, consisting of unions and current and former federal government employees, filed this action seeking declaratory and injunctive relief against the U.S. Office of Personnel Management ("OPM") and others. On February 14, the plaintiffs filed a motion for a temporary restraining order ("TRO"). Oral argument on that motion was scheduled for February 27. On February 23, the plaintiffs requested that the February 27 conference be adjourned and joined the defendants' request that their motion for a TRO be converted a motion for a preliminary injunction. The plaintiffs indicate that they intend to seek expedited discovery and that the defendants intend to move to dismiss the action. On February 24, the Honorable Deborah L. Boardman issued a TRO against OPM. See Am. Fed'n of Teachers, et al. v. Scott

Bessent, et al., Case No. 25cv430 (D. Md.), ECF No. 38. Accordingly, it is hereby

ORDERED that the parties shall promptly confer regarding a schedule for further proceedings in this action.

IT IS FURTHER ORDERED that the parties shall file their proposed schedule(s) for further proceedings by noon on February 25.

IT IS FURTHER ORDERED that, should a conference be necessary to resolve any disputes regarding the schedule, a telephone conference will be held on February 25 at 4 p.m., and a subsequent order will provide instructions for accessing the conference.

IT IS FURTHER ORDERED that the conference scheduled for February 27 is adjourned sine die.

Dated:   New York, New York
         February 24, 2025

                                     _____
                                          DENISE COTE
                                     United States District Judge