```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
AMERICAN FEDERATION OF GOVERNMENT         :
EMPLOYEES, AFL-CIO, et al.,               :
                                          :    25cv1237 (DLC)
                            Plaintiffs,   :
             -v-                          :        ORDER
                                          :
U.S. OFFICE OF PERSONNEL MANAGEMENT,      :
an agency of the United States, et        :
al.,                                      :
                                          :
                            Defendants.   :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

The parties have jointly requested that the plaintiffs' motion for a temporary restraining order be converted to a motion for a preliminary injunction. In response to an order of February 24, 2025, the parties have conferred and today filed a joint statement with their respective positions regarding a schedule for further proceedings. Having reviewed their statement, it is hereby

ORDERED that the plaintiffs shall, as they request, file any motion for expedited discovery by February 27. The defendants shall file any opposition to that motion by March 4. The plaintiffs' reply, if any, shall be filed by March 6. In their briefing, the parties shall address whether any preliminary injunction hearing, in the event one is held, should be consolidated with a trial on the merits.

IT IS FURTHER ORDERED that the defendants, as they request, shall file any motion to dismiss by March 14. The plaintiffs shall file any opposition to that motion by March 24. The defendants' reply, if any, shall be filed by March 31.

IT IS FURTHER ORDERED that at the time any motion papers are filed, the filing party shall supply Chambers with two (2) courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the telephone conference tentatively scheduled for today is cancelled as unnecessary.

Dated:   New York, New York
         February 25, 2025

                                   _____
                                           DENISE COTE
                                   United States District Judge