UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO,<br><br>ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, INTERNATIONAL FEDERATION OF PROFESSIONAL AND TECHNICAL ENGINEERS JUDICIAL COUNCIL 1, AFL-CIO,<br><br>VANESSA BARROW, DEBORAH TOUSSANT, and DOES 1–100,<br><br>      Plaintiffs,<br><br>      v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, an agency of the United States,<br><br>CHARLES EZELL, in his official capacity as Acting Director of the Office of Personnel Management,<br><br>U.S. DOGE SERVICE f/k/a U.S. DIGITAL SERVICE,<br><br>ACTING U.S. DOGE ADMINISTRATOR,<br><br>U.S. DOGE TEMPORARY SERVICE a/k/a the "DEPARTMENT OF GOVERNMENT EFFICIENCY," and<br><br>ELON MUSK, in his capacity as director of the U.S. DOGE TEMPORARY SERVICE,<br><br>      Defendants. | Case No. 1:25-cv-01237-DLC<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Mark A. Lemley hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned

1

2

action. I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 24, 2025                                      Respectfully Submitted,

*[signature]*

Mark A. Lemley
LEX LUMINA LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
(646) 898-2055
mlemley@lex-lumina.com

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

February 20, 2025

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARK ALAN LEMLEY, #155830 was admitted to the practice of law in this state by the Supreme Court of California on December 18, 1991 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Lea Randrup
Custodian of Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO,<br><br>ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, INTERNATIONAL FEDERATION OF PROFESSIONAL AND TECHNICAL ENGINEERS JUDICIAL COUNCIL 1, AFL-CIO,<br><br>VANESSA BARROW, DEBORAH TOUSSANT, and DOES 1–100,<br><br>      Plaintiffs,<br><br>      v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, an agency of the United States,<br><br>CHARLES EZELL, in his official capacity as Acting Director of the Office of Personnel Management,<br><br>U.S. DOGE SERVICE f/k/a U.S. DIGITAL SERVICE,<br><br>ACTING U.S. DOGE ADMINISTRATOR,<br><br>U.S. DOGE TEMPORARY SERVICE a/k/a the "DEPARTMENT OF GOVERNMENT EFFICIENCY," and<br><br>ELON MUSK, in his capacity as director of the U.S. DOGE TEMPORARY SERVICE,<br><br>      Defendants. | Case No. 1:25-cv-01237-DLC |

In connection with the attached Motion for Admission Pro Hac Vice, I, Mark A. Lemley, hereby state as follows:

    (a) I have never been convicted of a felony;
    (b) I am a member in good standing of the bar of the state of California;

(c) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and
(d) There are no disciplinary proceedings presently against me.

Dated: February 26, 2025

_____
Mark A. Lemley
LEX LUMINA LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
(646) 898-2055
mlemley@lex-lumina.com

Subscribed and sworn before me this 26 day of February, 2025:

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Santa Clara

Subscribed and sworn to (or affirmed) before me on this 26th day of February, 2025, by Mark Alan Lemley

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

LAURA CASTILLO-RUIZ
Notary Public - California
Santa Clara County
Commission # 2465241
My Comm. Expires Oct 3, 2027

(Seal)                    Signature _____