UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al.*, <br><br> Defendants. | Case No. 25-cv-1237-DLC <br><br> **NOTICE OF PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum in Support of Plaintiffs' Motion for Expedited Discovery, dated February 27, 2025, and all prior pleadings and proceedings herein, Plaintiffs will move this Court before the Honorable Denise L. Cote, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, on a date and at a time designated by the Court, for an order, pursuant to Fed. R. Civ. P. 26, granting Plaintiffs' motion for expedited discovery before briefing on Plaintiffs' anticipated motion for a preliminary injunction, and granting such other and further relief as the Court deems just and proper.

Dated: February 27, 2025				Respectfully submitted,

<p style="margin-left: 40%;">
<u>/s/ Rhett O. Millsaps II</u><br>
Rhett O. Millsaps II<br>
Mark A. Lemley (pro hac vice application pending)<br>
Mark P. McKenna (admitted pro hac vice)<br>
Christopher J. Sprigman<br>
LEX LUMINA LLP<br>
745 Fifth Avenue, Suite 500<br>
New York, NY 10151<br>
(646) 898-2055<br>
<br>
F. Mario Trujillo (admitted pro hac vice)<br>
Victoria Noble<br>
ELECTRONIC FRONTIER FOUNDATION<br>
815 Eddy Street<br>
San Francisco, CA 94109<br>
(415) 436-9333<br>
<br>
Norman L. Eisen (admitted pro hac vice)<br>
STATE DEMOCRACY DEFENDERS FUND<br>
600 Pennsylvania Avenue SE #15180<br>
Washington, DC 20003<br>
<br>
Subodh Chandra*<br>
THE CHANDRA LAW FIRM LLC<br>
The Chandra Law Building<br>
1265 W. 6th Street, Suite 400<br>
Cleveland, OH  44113<br>
<br>
*Pro hac vice application forthcoming<br>
<br>
*Counsel for Plaintiffs*
</p>