```
 1                  UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN FRANCISCO DIVISION

 4
      AMERICAN FEDERATION OF
 5    GOVERNMENT EMPLOYEES, AFL-CIO;
      AMERICAN FEDERATION OF STATE    CASE NO. CV-25-01780 WHA
 6    COUNTY AND MUNICIPAL EMPLOYEES,
      AFL-CIO, ET AL.,               SAN FRANCISCO, CALIFORNIA
 7
                PLAINTIFFS,           FEBRUARY 27, 2025
 8
          VS.                        PAGES 1 - 73
 9
      UNITED STATES OFFICE OF
10    PERSONNEL MANAGEMENT, ET AL.,

11              DEFENDANTS.

12

13                   TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE WILLIAM H. ALSUP
14                 UNITED STATES DISTRICT JUDGE

15    A-P-P-E-A-R-A-N-C-E-S

16    FOR THE PLAINTIFFS:   ALTSHULER BERZON LLP
                            BY:  STACEY M. LEYTON
17                               DANIELLE E. LEONARD
                                 ROBIN S. THOLIN
18                               EILEEN B. GOLDSMITH
                                 JAMES BALTZER
19                               SCOTT KRONLAND
                            177 POST STREET, SUITE 300
20                          SAN FRANCISCO, CALIFORNIA 94108

21
                 (APPEARANCES CONTINUED ON THE NEXT PAGE.)
22

23
      OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
24                                CERTIFICATE NUMBER 8074

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
      TRANSCRIPT PRODUCED WITH COMPUTER.
```

A P P E A R A N C E S: (CONT'D)


FOR THE PLAINTIFFS:          AMERICAN FEDERATION OF GOVERNMENT
                             EMPLOYEES
                             BY:  RUSHAB SANGHVI
                             80 F STREET, NW
                             WASHINGTON, DC 20001

FOR THE DEFENDANTS:          UNITED STATES ATTORNEY'S OFFICE
                             BY:  KELSEY J. HELLEND
                             450 GOLDEN GATE AVENUE, BOX 36055
                             SAN FRANCISCO, CALIFORNIA 94102

|   |   |
|---|---|
| 1 | SAN FRANCISCO, CALIFORNIA                    FEBRUARY 27, 2025 |
| 2 | |
|   | P R O C E E D I N G S |
| 3 | |
| 4 | (COURT CONVENED AT 1:31 P.M.) |
| 01:31PM 5 | THE CLERK:  TO THE ZOOM ATTENDEES, ANY RECORDING OF |
| 01:31PM 6 | THIS PROCEEDING BY VIDEO, AUDIO, AND INCLUDING SCREENSHOTS IS |
| 01:31PM 7 | STRICTLY PROHIBITED. |
| 01:31PM 8 | CALLING CIVIL ACTION 25-1780, AMERICAN FEDERATION OF |
| 01:31PM 9 | GOVERNMENT EMPLOYEES, ET AL., VERSUS UNITED STATES OFFICE OF |
| 01:31PM 10 | PERSONNEL MANAGEMENT. |
| 01:31PM 11 | COUNSEL, PLEASE APPROACH THE PODIUM AND STATE YOUR |
| 01:32PM 12 | APPEARANCES FOR THE RECORD BEGINNING WITH COUNSEL FOR |
| 01:32PM 13 | PLAINTIFFS. |
| 01:32PM 14 | MS. LEONARD:  GOOD AFTERNOON, YOUR HONOR. |
| 01:32PM 15 | DANIELLE LEONARD FROM ALTSHULER BERZON FOR PLAINTIFFS. |
| 01:32PM 16 | MS. LEYTON:  GOOD AFTERNOON, YOUR HONOR. |
| 01:32PM 17 | STACEY LEYTON, COUNSEL FOR PLAINTIFFS AS WELL. |
| 01:32PM 18 | AND I'M HERE WITH EILEEN GOLDSMITH, ROBIN THOLIN, |
| 01:32PM 19 | JAMES BALTZER, SCOTT KRONLAND, AND RUSHAB SANGHVI. |
| 01:32PM 20 | THE COURT:  WELCOME. |
| 01:32PM 21 | MR. HELLAND:  GOOD AFTERNOON, YOUR HONOR. |
| 01:32PM 22 | ASSISTANT UNITED STATES ATTORNEY KELSEY HELLEND FOR THE |
| 01:32PM 23 | DEFENSE. |
| 01:32PM 24 | THE COURT:  THANK YOU.  WELCOME. |
| 01:32PM 25 | OKAY.  WE'RE HERE ON A MOTION BY PLAINTIFFS FOR A TRO, AND |

01:32PM 1    I'M READY TO HEAR ARGUMENT.  SO WE'LL START WITH THE MOVING

01:33PM 2    PARTY.

01:33PM 3         MS. LEONARD:  THANK YOU, YOUR HONOR.  GOOD

01:33PM 4    AFTERNOON.

01:33PM 5    THE PLAINTIFF COALITION OF LABOR CONSERVATION, VETERANS,

01:33PM 6    AND SMALL BUSINESS GROUPS IS HERE TODAY TO ASK THIS COURT TO

01:33PM 7    STOP THE UNLAWFUL TERMINATION OF FEDERAL EMPLOYEES ACROSS THIS

01:33PM 8    COUNTRY.

01:33PM 9    I'LL START WITH THE FACTUAL ISSUE THAT IS AT THE HEART OF

01:33PM 10   THIS CASE, AND THEN WE'LL HAPPILY DISCUSS ANY OF THE LEGAL

01:33PM 11   ISSUES THAT FLOW FROM THAT.

01:33PM 12   AND MY COLLEAGUE, STACEY LEYTON, WILL BE PREPARED IN

01:33PM 13   PARTICULAR TO DISCUSS ANY QUESTIONS REGARDING STANDING OR HARM.

01:33PM 14   FIRST AND FOREMOST, OPM GAVE THE ORDER TO TERMINATE

01:33PM 15   FEDERAL EMPLOYEES THAT IS AT ISSUE HERE.  "FIRE EVERYONE EXCEPT

01:33PM 16   FOR A LIMITED NUMBER OF PEOPLE WHO YOU ASK TO BE HELD BACK AS

01:33PM 17   MISSION CRITICAL."

01:33PM 18   THEN OPM APPROVED OR DISAPPROVED THOSE EXCEPTIONS AS WELL.

01:33PM 19   HOW DO WE KNOW THIS?

01:33PM 20   BECAUSE AGENCIES ACROSS THE FEDERAL GOVERNMENT HAVE SAID

01:33PM 21   SO.

01:34PM 22   TESTIMONY IN FRONT OF CONGRESS, STATEMENTS TO THEIR OWN

01:34PM 23   WORKERS:  OPM MADE US DO THIS, OPM DIRECTED THIS, OPM GAVE US

01:34PM 24   THE TEMPLATE THAT TOLD EMPLOYEES THAT THEY WERE BEING FIRED FOR

01:34PM 25   PERFORMANCE EVEN WHEN THEY WERE NOT.

01:34PM 1    AS AGAINST THIS MOUNTAIN OF EVIDENCE THAT OPM DIRECTED THE

01:34PM 2  ACTIONS AT ISSUE HERE, OPM HAS SUBMITTED A SINGLE DECLARATION,

01:34PM 3  YOUR HONOR, FROM ACTING DIRECTOR EZELL DENYING THAT OPM ORDERED

01:34PM 4  THESE TERMINATIONS.

01:34PM 5    BUT THE DOCUMENTS THEY ATTACH TO THAT DECLARATION PUT THE

01:34PM 6  TRUTH TO THE LIE, AND IT IS A LIE, YOUR HONOR.

01:34PM 7    THE FEBRUARY 14TH EMAIL IS AN ORDER TO AGENCIES THAT SAYS

01:34PM 8  WE NOW DEFINE PERFORMANCE AS ONLY THOSE MISSION CRITICAL

01:34PM 9  EMPLOYEES AND FIRE EVERYONE ELSE.  THAT IS WHAT THE ATTACHMENT

01:34PM 10  TO MR. EZELL'S DECLARATION TELLS THE AGENCIES TO DO.  AND

01:35PM 11  REPORT BACK AFTER YOU HAVE FIRED EVERYONE.

01:35PM 12    WE WILL PROVE IN THIS CASE THAT REMARKABLY, AND I DO NOT

01:35PM 13  SAY THIS LIGHTLY, YOUR HONOR, ACTING DIRECTOR EZELL IS NOT

01:35PM 14  TELLING THE TRUTH TO THIS COURT.

01:35PM 15    THE COURT:  I WANT TO MAKE SURE I'M FOCUSSING ON THE

01:35PM 16  RIGHT DOCUMENT.  THE ONE I HAVE HERE IS DATED JANUARY 20.

01:35PM 17    BUT YOU REFERRED TO AN EMAIL DATED FEBRUARY 14TH.

01:35PM 18    MS. LEONARD:  THAT IS CORRECT, YOUR HONOR.

01:35PM 19    THE COURT:  CAN I SEE THAT?  I THOUGHT IT WAS ALL

01:35PM 20  VERBAL.  SO I -- SHOW ME THE FEBRUARY 14TH ONE.  I DON'T HAVE

01:35PM 21  EVERYTHING UP HERE.  I JUST HAVE WHAT I -- DO YOU HAVE IT

01:35PM 22  HANDY?

01:35PM 23    MS. LEONARD:  I DO, AND WE CAN PASS UP A COPY OF IT.

01:35PM 24  IT IS -- THANK YOU.

01:36PM 25    THIS IS -- FOR THE RECORD, THIS IS AN EXHIBIT TO

01:36PM 1    MR. EZELL'S DECLARATION.  IT WAS A FEBRUARY 14TH EMAIL.

01:36PM 2            MR. HELLAND:  JUST TO CONFIRM, IS THIS AT DOCKET

01:36PM 3    37-1?

01:36PM 4            MS. LEONARD:  YES.

01:36PM 5            THE COURT:  WELL, WAIT A MINUTE.  I DO HAVE THIS

01:36PM 6    ONE.  HANG ON A MINUTE.  WHY IS IT THAT I'M CONFUSED?

01:36PM 7            MS. LEONARD:  SO THERE WAS FIRST A JANUARY 20TH

01:36PM 8    COMMUNICATION.

01:36PM 9            THE COURT:  YEAH.

01:36PM 10           MS. LEONARD:  AND THEN WE CONTEND, AS IT WAS WIDELY

01:36PM 11   REPORTED, ON FEBRUARY 13TH THERE WAS A TELEPHONE CALL WHERE

01:36PM 12   THEY ORDERED AGENCIES TO FIRE, THAT THEY FOLLOWED UP WITH THIS.

01:36PM 13           THE COURT:  ALL RIGHT.  I SEE THE -- I HAD IT AFTER

01:36PM 14   ALL.  IT WAS PART OF THE JANUARY -- IT LOOKED LIKE IT WAS JUST

01:36PM 15   PART OF THE JANUARY 20, BUT IT'S TWO DIFFERENT THINGS I GUESS.

01:36PM 16       ALL RIGHT.  I'M NOW BACK ON TRACK.  SO GO BACK TO YOUR --

01:37PM 17   IT WOULD HELP ME TO HAVE A CHRONOLOGY HERE.

01:37PM 18       SO THERE'S JANUARY 20 AND THEN YOU JUST REFERRED TO

01:37PM 19   SOMETHING THAT I DIDN'T KNOW ABOUT, FEBRUARY 13TH.

01:37PM 20           MS. LEONARD:  CORRECT.  SO ON JANUARY 20TH, WHAT

01:37PM 21   THEY DID WAS ASK ALL THE AGENCIES TO IDENTIFY THE PROBATIONARY

01:37PM 22   EMPLOYEES.

01:37PM 23       AND THEN ON FEBRUARY 13TH -- I'M SORRY.  ON FEBRUARY 11TH,

01:37PM 24   THE PRESIDENT ISSUED AN EXECUTIVE ORDER THAT TOLD AGENCIES TO

01:37PM 25   START PLANNING FOR RIFS, BUT DIDN'T SAY ANYTHING ABOUT FIRING

01:37PM 1    PROBATIONARY EMPLOYEES.

01:37PM 2         THEN ON FEBRUARY 13TH, YOUR HONOR, AS IS WIDELY REPORTED

01:37PM 3    IN THE PRESS, AND WE BELIEVE TO BE TRUE FROM STATEMENT MADE BY

01:37PM 4    AGENCIES AFTER THE FACT AS THEY TOLD THEIR EMPLOYEES, THERE WAS

01:37PM 5    A TELEPHONE CALL BETWEEN OPM AND THE AGENCIES.

01:37PM 6         THE COURT:  HOW MANY AGENCIES?

01:37PM 7         MS. LEONARD:  WE DO NOT KNOW BECAUSE IT WAS NOT

01:37PM 8    PUBLIC.

01:37PM 9         THE COURT:  LIKE 50?  OR ALL AGENCIES?

01:38PM 10        MS. LEONARD:  ALL, YOUR HONOR.

01:38PM 11        THE COURT:  WELL, THAT'S A LOT OF AGENCIES.  OKAY.

01:38PM 12   ALL RIGHT.  TELEPHONE CALL.  WHAT HAPPENED IN THAT CALL?

01:38PM 13        MS. LEONARD:  WE BELIEVE --

01:38PM 14        THE COURT:  WHAT DOES THE RECORD ACTUALLY SHOW

01:38PM 15   HAPPENED AS OPPOSED TO WHAT YOU'RE ARGUING?

01:38PM 16        MS. LEONARD:  WHAT AGENCIES HAVE SAID IS THAT OPM

01:38PM 17   ORDERED THE AGENCIES TO FIRE THEIR PROBATIONARY EMPLOYEES WITH

01:38PM 18   FEW EXCEPTIONS, YOUR HONOR.

01:38PM 19        THE COURT:  WITH TWO EXCEPTIONS?

01:38PM 20        MS. LEONARD:  WITH FEW EXCEPTIONS.

01:38PM 21        THE COURT:  ALL RIGHT.

01:38PM 22        MS. LEONARD:  AND THEN THEY FOLLOWED IT UP WITH THIS

01:38PM 23   COMMUNICATION TO AGENCIES ON FEBRUARY 14TH, WHICH SAYS WE HAVE

01:38PM 24   ASKED YOU -- WE HAVE ASKED THAT YOU SEPARATE PROBATIONARY

01:38PM 25   EMPLOYEES THAT YOU HAVE NOT IDENTIFIED AS MISSION CRITICAL BY

01:38PM 1    NO LATER THAN THE DAY ON MONDAY, FEBRUARY 17TH.  PRESIDENT'S

01:38PM 2    DAY, YOUR HONOR.

01:38PM 3         WE HAVE ATTACHED A TEMPLATE LETTER.

01:38PM 4         WE HAVE ASKED YOU TO SEPARATE YOUR EMPLOYEES.

01:38PM 5         SO ACTING DIRECTOR EZELL HAS TOLD THIS COURT, WE DIDN'T

01:38PM 6    ORDER ANY TERMINATIONS.  AND THE DOCUMENT THAT OPM SENT TO THE

01:38PM 7    AGENCIES ADMITS THAT THEY ORDERED THE TERMINATIONS, YOUR HONOR.

01:39PM 8              THE COURT:  WELL, SHOW ME WHICH ONE DOES THAT?  THE

01:39PM 9    FEBRUARY 14TH?

01:39PM 10             MS. LEONARD:  CORRECT.

01:39PM 11             THE COURT:  ALL RIGHT.  READ TO ME THE PARAGRAPH

01:39PM 12   THAT DOES THAT.

01:39PM 13             MS. LEONARD:  "WE HAVE ASKED THAT YOU SEPARATE

01:39PM 14   PROBATIONARY EMPLOYEES THAT YOU HAVE NOT IDENTIFIED AS MISSION

01:39PM 15   CRITICAL NO LATER THAN THE END OF THE DAY MONDAY,

01:39PM 16   FEBRUARY 17TH.  WE HAVE ATTACHED A TEMPLATE LETTER."

01:39PM 17        AND THAT TEMPLATE LETTER, YOUR HONOR, WHICH THE GOVERNMENT

01:39PM 18   DID NOT GIVE TO YOU, BUT WE HAVE.  WE HAVE GIVEN YOU THE

01:39PM 19   TEMPLATE LETTER.  IT IS ATTACHED TO A DOD COMMUNICATION THAT WE

01:39PM 20   HAVE IN WHICH THEY SAID THIS IS THE LETTER THAT WE GOT FROM

01:39PM 21   OPM, THE DEPARTMENT OF DEFENSE.

01:39PM 22        THE TEMPLATE LETTER SAYS, "YOU ARE FIRED FOR YOUR

01:39PM 23   PERFORMANCE."

01:39PM 24        OPM DIRECTED THESE TERMINATIONS, YOUR HONOR, AND OPM

01:39PM 25   ORDERED THE AGENCIES TO USE THIS LETTER IN WHICH THEY FIRED

01:39PM 1    PEOPLE FOR THEIR PERFORMANCE WHEN THEY KNEW THAT WAS NOT TRUE.

01:39PM 2        THAT IS THE FACTUAL ISSUE AT THE HEART OF THE CASE, DID

01:40PM 3    THEY DO THAT?

01:40PM 4        WE BELIEVE THERE'S A MOUNTAIN OF EVIDENCE THAT HAS

01:40PM 5    ESTABLISHED THAT THEY DID.  THE AGENCIES ARE SAYING THIS.

01:40PM 6    SOMEONE TESTIFIED FROM THE VA TO CONGRESS JUST A FEW DAYS AGO

01:40PM 7    THAT OPM DIRECTED US TO DO IT.

01:40PM 8        THE I.R.S. HAS TOLD ALL OF ITS EMPLOYEES, OPM MADE US DO

01:40PM 9    THIS.

01:40PM 10       THE NATIONAL SCIENCE FOUNDATION TOLD ITS PROBATIONARY

01:40PM 11   EMPLOYEES TUESDAY MORNING, 9:00 A.M., THEY CALLED A 10:00 A.M.

01:40PM 12   MEETING, THE DAY AFTER PRESIDENT'S DAY, TO FIRE EVERYONE AND

01:40PM 13   THEY SAID WE TRIED TO SAVE YOU, WE ADVOCATED FOR YOU, AND THEY

01:40PM 14   TOLD US FIRE THEM ALL.

01:40PM 15       THIS IS COMING FROM AGENCY AFTER AGENCY AFTER AGENCY,

01:40PM 16   YOUR HONOR.  WE HAVE GIVEN YOU ALL OF THE STATEMENTS THAT WE

01:40PM 17   HAVE, AND THEY HAVE GIVEN YOU IN RESPONSE A SINGLE DECLARATION

01:40PM 18   FROM ACTING DIRECTOR EZELL IN WHICH THEY JUST BALDLY DENY IT.

01:40PM 19       THERE IS NOT A SINGLE DECLARATION, YOUR HONOR, FROM ANY

01:40PM 20   AGENCY OF THE FEDERAL GOVERNMENT, THE AGENCIES THEY NOW CLAIM,

01:40PM 21   FALSELY, THAT MADE THESE DECISIONS INDEPENDENTLY,

01:41PM 22   SPONTANEOUSLY, ALL AT EXACTLY THE SAME TIME, TO FIRE ALL OF

01:41PM 23   THEIR PROBATIONARY EMPLOYEES.

01:41PM 24       IT IS SIMPLY NOT CREDIBLE, YOUR HONOR.

01:41PM 25       SO PLAINTIFFS ARE INCREDIBLY LIKELY TO SHOW AND PROVE IN

01:41PM 1    THIS CASE THAT OPM DID THIS.

01:41PM 2         AND IF THAT IS TRUE, IF THAT IS TRUE, YOUR HONOR, IT IS

01:41PM 3    INCREDIBLY UNLAWFUL.  IT IS UNLAWFUL IN AT LEAST SIX DIFFERENT

01:41PM 4    WAYS.

01:41PM 5         SO IF WE START FROM THAT POINT, THAT FACTUAL ISSUE, IF WE

01:41PM 6    ARE ABLE TO PROVE THAT, AND WE BELIEVE EVEN JUST ON THIS TRO WE

01:41PM 7    HAVE SHOWN THE COURT THAT THAT IS WHAT HAPPENED, AND BY THE

01:41PM 8    TIME WE GET FURTHER IN THIS CASE, WE WILL CERTAINLY HAVE MORE

01:41PM 9    EVIDENCE, AND WE WILL GO OUT AND GET IT IF YOUR HONOR ALLOWS US

01:41PM 10   TO.

01:41PM 11        IF WE START FROM THAT FACTUAL DETERMINATION, OPM HAS NO

01:41PM 12   LEGAL AUTHORITY TO ORDER THE TERMINATION OF ANY EMPLOYEE AT A

01:42PM 13   FEDERAL AGENCY, LET ALONE ALL OF THE PROBATIONARY EMPLOYEES

01:42PM 14   NATIONWIDE.

01:42PM 15        THE COURT:  DOES THE GOVERNMENT OR THE DEFENDANT, I

01:42PM 16   GUESS, OPM, DOESN'T COUNSEL FOR OPM AGREE WITH YOU ON THAT

01:42PM 17   POINT, THAT OPM DOES NOT HAVE THE AUTHORITY TO FIRE AND HIRE?

01:42PM 18        MS. LEONARD:  I WOULD -- I'M SORRY.

01:42PM 19        THE COURT:  I THINK THEY AGREE WITH THAT.

01:42PM 20   BUT WHAT DO THEY ARGUE THAT THEY DID INSTEAD?

01:42PM 21        MS. LEONARD:  SO I AGREE THAT THEY HAVE CONCEDED

01:42PM 22   BECAUSE THEY HAVE NOT TRIED TO DEFEND OPM'S -- THEY SIMPLY

01:42PM 23   ARGUE THE FACTUAL POINT AND SAY WE DIDN'T DO IT, RELYING ONLY

01:42PM 24   ON THE SINGLE LINE IN DIRECTOR EZELL'S DECLARATION.

01:42PM 25        AND THEN THEY SAY WE JUST GAVE GUIDANCE, ALL WE DID WAS

01:42PM 1    GIVE GUIDANCE TO THE AGENCIES, AND THEY MADE THEIR OWN

01:42PM 2    INDEPENDENT DECISIONS.  ALL OF THE FACTS, THE TIMING -- IF THIS

01:42PM 3    WERE A TRIAL ON THIS ISSUE, YOUR HONOR, WE WOULD WIN TOMORROW.

01:42PM 4    THERE IS NO WAY THAT THE AGENCIES INDEPENDENTLY MADE THESE

01:43PM 5    DECISIONS IN THE TIMEFRAME AND ACCORDING TO THE LAW THAT THEY

01:43PM 6    HAVE TO FOLLOW.

01:43PM 7        BUT IF -- SO WE AGREE THAT THEY HAVE CONCEDED THAT OPM

01:43PM 8    DOESN'T HAVE THE LEGAL AUTHORITY.

01:43PM 9        WHAT THEY'VE TRIED TO SAY IS THAT IT WAS LAWFUL FOR THE

01:43PM 10   AGENCIES TO DO THIS BECAUSE THE GOVERNMENT'S POSITION FOR THE

01:43PM 11   FIRST TIME IN HISTORY OF THE UNITED STATES IS THAT THESE

01:43PM 12   EMPLOYEES CAN BE FIRED AT WILL.

01:43PM 13       THAT IS NOT THE LAW, YOUR HONOR.  PROBATIONARY EMPLOYEES

01:43PM 14   AND AGENCIES DO HAVE OBLIGATIONS BEFORE FIRING PROBATIONARY

01:43PM 15   EMPLOYEES.  WE'VE SET IT FORTH IN OUR BRIEFING.

01:43PM 16       AND MOREOVER, IF THEY ARE GOING TO ENGAGE IN A RIF, THERE

01:43PM 17   ARE STATUTORY OBLIGATIONS FOR THAT AND THAT THEY HAVE NOT

01:43PM 18   COMPLIED WITH;

01:43PM 19       AND THEY CERTAINLY THEY CERTAINLY CANNOT FIRE PEOPLE BASED

01:43PM 20   ON A LIE CLAIMING PERFORMANCE WAS THE REASON WHEN IT IS NOT.

01:43PM 21   THERE IS NO TIME -- WE HAVE A DECLARATION FROM THE FORMER OPM

01:44PM 22   DIRECTOR TO SAY THIS IS NOT LAWFUL AND THERE IS NO WAY, IT IS

01:44PM 23   NOT POSSIBLE FOR THE AGENCIES TO HAVE CONDUCTED THE TYPE OF

01:44PM 24   PERFORMANCE EVALUATIONS THAT THEY WOULD HAVE TO CONDUCT TO MAKE

01:44PM 25   THOSE LETTERS TRUE.

01:44PM 1       THOSE LETTERS ARE NOT TRUE.

01:44PM 2       SO WHAT OPM HAS ENGAGED IN HERE IS A WHOLESALE FRAUD ON

01:44PM 3  THE FEDERAL WORK FORCE TO TERMINATE THEM ALL ON THE PRETEXT OF

01:44PM 4  PERFORMANCE WHEN IT'S NOT TRUE.  THAT VIOLATES AT LEAST THE

01:44PM 5  STATUTES THAT GOVERN --

01:44PM 6            THE COURT:  COULD YOU SHOW ME THAT TEMPLATE LETTER.

01:44PM 7            MS. LEONARD:  YES.  THAT IS --

01:44PM 8            THE COURT:  I'VE SEEN SOME OF THESE.  I'VE TRIED TO

01:44PM 9  COME UP TO SPEED ON YOUR CASE.

01:44PM 10      SOME OF THEM DON'T SAY PERFORMANCE.

01:44PM 11           MS. LEONARD:  THE TEMPLATE THAT OPM PROVIDED,

01:44PM 12 YOUR HONOR -- SOME OF THEM -- THAT IS RIGHT THAT SOME OF THEM

01:44PM 13 SAY YOU'RE JUST BEING FIRED.

01:44PM 14      THE TEMPLATE --

01:45PM 15           THE COURT:  THAT'S RIGHT, SOME SAY YOU'RE FIRED AND

01:45PM 16 SOME SAY -- I DON'T KNOW, I'M TRYING TO FIND OUT HOW MANY

01:45PM 17 ACTUALLY DID SAY PERFORMANCE.

01:45PM 18           MS. LEONARD:  SO THE TEMPLATE FROM OPM IS ATTACHED

01:45PM 19 TO THE SCHWARZ REPLY DECLARATION.  IT'S EXHIBIT C, AND I CAN

01:45PM 20 GET YOU A COPY.

01:45PM 21           THE COURT:  OKAY.  GIVE ME A COPY, BUT I WOULD LIKE

01:45PM 22 YOU TO READ INTO THE RECORD FOR THE BENEFIT OF THE PUBLIC THE

01:45PM 23 KEY LANGUAGE.

01:45PM 24           MS. LEONARD:  I'M BEING CORRECTED.  IT'S EXHIBIT D.

01:45PM 25      DO YOU GUYS HAVE A COPY?

01:45PM 1          LET ME GET YOU MY COPY, YOUR HONOR.

01:45PM 2          (PAUSE IN PROCEEDINGS.)

01:46PM 3              MS. LEONARD:  IT IS EXHIBIT D.  IT IS AN TEMPLATE

01:46PM 4      THAT DOES NOT HAVE THE AGENCY NAME.  IT'S MEMORANDUM FOR

01:46PM 5      BRACKET, EMPLOYEE, BRACKET, TITLE, BRACKET, ORGANIZATION, AT,

01:46PM 6      BRACKET, AGENCY.

01:46PM 7          AND THE LANGUAGE IN THIS TEMPLATE SAYS, "BASED ON THE OPM

01:46PM 8      GUIDANCE REFERENCED ABOVE, THE AGENCY FINDS BASED ON YOUR

01:46PM 9      PERFORMANCE THAT YOU HAVE NOT DEMONSTRATED THAT YOUR FURTHER

01:46PM 10     EMPLOYMENT AT THE AGENCY WOULD BE IN THE PUBLIC INTEREST."

01:46PM 11         THIS IS THE DOCUMENT THAT OPM GAVE TO EVERY AGENCY AND

01:46PM 12     REQUIRED -- AND ORDERED THEM TO USE.  THAT ACTION BY OPM WAS

01:46PM 13     NOT AUTHORIZED BY ANY STATUTE, EXCEEDS THEIR STATUTORY

01:46PM 14     AUTHORITY, INTRUDES ON THE STATUTORY AUTHORITY OF EVERY AGENCY,

01:46PM 15     AND IS ARBITRARY AND CAPRICIOUS IN VIOLATION OF THE APA, JUST

01:46PM 16     TO NAME A FEW OF THE LAWS THAT THIS VIOLATES, YOUR HONOR.

01:47PM 17         I COUNT SIX WAYS THAT OPM HAS VIOLATED THE LAW HERE.

01:47PM 18         SO FIRST, OPM IS AUTHORIZING STATUTES, THE STATUTES THAT

01:47PM 19     GIVE EMPLOYMENT AUTHORIZATION ONLY BY CONGRESS TO THE AGENCIES.

01:47PM 20     THERE ARE HUNDREDS OF THOSE STATUTES, YOUR HONOR.

01:47PM 21         THEN THERE'S THE CSRA PROTECTIONS FOR THE PROBATIONARY

01:47PM 22     EMPLOYEES.

01:47PM 23             THE COURT:  THAT MEANS WHAT, CIVIL SERVICE?

01:47PM 24             MS. LEONARD:  THE CIVIL SERVICE REFORM ACT OF 1978,

01:47PM 25     CORRECT.

01:47PM 1        THE RIF STATUTE, WHICH IS PART OF THE CSRA, THE REDUCTION

01:47PM 2    IN FORCE.  IF THEY'RE GOING TO REDUCE THE SIZE OF THE FEDERAL

01:47PM 3    GOVERNMENT FOR REASONS THAT RELATE TO -- THAT ARE UNRELATED TO

01:47PM 4    PERFORMANCE, YOU NEED TO USE A RIF.

01:47PM 5        THE APA, ARBITRARY AND CAPRICIOUS.  THE APA REQUIREMENTS

01:47PM 6    FOR RULE MAKING.  THIS ACTION BY OPM IS A RULE.  IN FACT, THE

01:47PM 7    FEBRUARY 14TH -- THEY DON'T DENY IT.  THE GOVERNMENT DOESN'T

01:48PM 8    DENY IT.  THEY DON'T ARGUE OTHERWISE.  THIS IS A RULE.  IT

01:48PM 9    CHANGES RIGHTS AND OBLIGATIONS.

01:48PM 10        AND THE FEBRUARY 14TH EMAIL THAT WE POINTED YOU TO, IT

01:48PM 11    SAYS WE ARE REDEFINING PERFORMANCE.

01:48PM 12        WELL, THAT IS DEFINED IN THE REGULATIONS FOR PROBATIONARY

01:48PM 13    EMPLOYEES, AND IF YOU ARE GOING TO CHANGE LEGISLATIVELY ENACTED

01:48PM 14    ACT NOTICE AND COMMENT RULES, THAT'S A RULE UNDER THE APA.

01:48PM 15    THIS IS BLACK LETTER ADMINISTRATIVE LAW.

01:48PM 16        THEY HAD AT THE VERY LEAST HAD TO GO THROUGH NOTICE AND

01:48PM 17    COMMENT.  THEY DIDN'T DO THAT.

01:48PM 18        SO THAT'S SIX WAYS THAT THIS IS UNLAWFUL.

01:48PM 19        AND IF YOUR HONOR THINKS THAT THIS WHOLESALE ABDICATION

01:48PM 20    AND IGNORING OF THE STATUTES THAT CONGRESS HAS PASSED BY THE

01:48PM 21    ADMINISTRATION RISES TO THE CONSTITUTIONAL SEPARATION OF POWERS

01:48PM 22    PROBLEM, IF IT'S SO FAR OUTSIDE THE BOUNDS OF OPM'S STATUTORY

01:48PM 23    AUTHORITY, WHICH WE MAINTAIN THAT IT IS, THAT IS SEVEN,

01:48PM 24    YOUR HONOR.

01:48PM 25            THE COURT:  THAT'S WHAT?

01:48PM 1          MS. LEONARD:  SEVEN WAYS THAT THEY HAVE VIOLATED THE

01:48PM 2   LAW.

01:48PM 3      SO THIS IS VERY UNLAWFUL.

01:49PM 4      AND THE QUESTION REALLY IS, YOUR HONOR, WELL, WHAT IS TO

01:49PM 5   BE DONE?

01:49PM 6          THE COURT:  WELL, WAIT.  OKAY.  I DON'T WANT TO GET

01:49PM 7   INTO THE NEXT THING.  THERE ARE TOO MANY POINTS.

01:49PM 8      SO LET'S HEAR WHAT THE GOVERNMENT SAYS ON WHAT THEY

01:49PM 9   ALLEGEDLY DID WRONG.

01:49PM 10      SO WE'LL HEAR FROM OPM NEXT, AND THEN WE'LL PICK IT UP AT

01:49PM 11   THAT POINT LATER ON.

01:49PM 12      ALL RIGHT.  LET'S GIVE OPM A CHANCE.

01:49PM 13          MR. HELLAND:  THANK YOU, YOUR HONOR.

01:49PM 14      RESPECTFULLY, I THINK PLAINTIFFS ARE CONFLATING A REQUEST

01:49PM 15   BY OPM WITH AN ORDER BY OPM, AND, UNFORTUNATELY, THAT MAKES A

01:49PM 16   WORLD OF DIFFERENCE IN THIS CASE.

01:49PM 17      I DO WANT TO PUT A PIN IN SOME LEGAL ISSUES.  I THINK

01:49PM 18   WE'LL COME BACK TO THEM LATER, BUT THEY'RE IMPORTANT QUESTIONS

01:49PM 19   ABOUT THIS COURT'S JURISDICTION TO EVEN RESOLVE THE DISPUTE

01:49PM 20   PRESENTED HERE.

01:49PM 21          THE COURT:  WE'RE GOING TO COME TO THAT.

01:49PM 22          MR. HELLAND:  I KNOW WE'LL COME TO THAT.

01:49PM 23          THE COURT:  ALL RIGHT.  I WANT TO STICK WITH THE

01:49PM 24   MERITS NOW.

01:49PM 25          MR. HELLAND:  YES.

01:49PM  1          THE COURT:  SO YOU'RE SLIDING OFF ONTO SOMETHING

01:49PM  2   ELSE WHERE YOU DON'T WANT TO TALK ABOUT WHAT SHE JUST SAID.

01:49PM  3          I WANT YOU TO TALK ABOUT HER POINT.

01:49PM  4          MR. HELLAND:  ABSOLUTELY, YOUR HONOR.

01:50PM  5          THE COURT:  AND I'LL GIVE YOU A CHANCE LATER FOR

01:50PM  6   JURISDICTION.

01:50PM  7          MR. HELLAND:  ABSOLUTELY.  THANK YOU.

01:50PM  8          AS A FACTUAL MATTER, I AGREE THAT THE FACTUAL DISPUTE IS

01:50PM  9   VERY IMPORTANT IN THIS CASE, AND, RESPECTFULLY, I DON'T THINK

01:50PM 10   THAT THE RECORD SHOWS WHAT PLAINTIFFS ARE CLAIMING THAT IT

01:50PM 11   SHOWS.

01:50PM 12          THE DECLARATION FROM ACTING DIRECTOR EZELL SHOWS THAT HE

01:50PM 13   ASKED AGENCIES TO UNDERTAKE A REVIEW OF THEIR PROBATIONARY

01:50PM 14   EMPLOYEES.

01:50PM 15          THE EMAIL THAT IS SUPPOSEDLY THE SMOKING GUN THAT YOU WERE

01:50PM 16   JUST READ SHOWS THAT OPM ASKED AGENCIES TO PERFORM CERTAIN

01:50PM 17   ACTIONS.

01:50PM 18          AN ORDER IS NOT USUALLY PHRASED AS A REQUEST.  ASKING IS

01:50PM 19   NOT ORDERING TO DO SOMETHING.

01:50PM 20          AGAIN, THAT IS THE HOUSE OF CARDS UPON WHICH THE

01:50PM 21   PLAINTIFFS' CLAIM IS BUILT, RIGHT?

01:50PM 22          IF OPM MERELY ASKED AGENCIES TO TAKE THEIR OWN ACTION,

01:50PM 23   THEN I THINK ALL OF PLAINTIFFS' CLAIMS, THEY FAIL.  THERE'S --

01:50PM 24   THEIR THEORY DEPENDS ON YOU CONSTRUING THIS REQUEST AS AN

01:51PM 25   ORDER.

01:51PM 1      I DON'T THINK ALSO THAT THE CONGRESSIONAL TESTIMONY OR THE

01:51PM 2  OTHER FORMS OF EVIDENCE THAT PLAINTIFFS HAVE SUBMITTED SHOWS

01:51PM 3  THAT IT WAS AN ORDER INSTEAD OF A REQUEST.

01:51PM 4      YOU HAVE OFFICIALS FROM THE AGENCIES SAYING THAT THEY WERE

01:51PM 5  ASKED BY OPM TO DO SOMETHING.  I THINK IF YOU LOOK AT THE VA

01:51PM 6  CONGRESSIONAL TESTIMONY THAT PLAINTIFFS HAVE REFERRED TO, EVEN

01:51PM 7  THERE IT WAS FRAMED AS WE WERE ASKED TO DO SOMETHING.

01:51PM 8      THE COURT:  WELL, I HAVE A SUMMARY OF THAT.  LET'S

01:51PM 9  GO THROUGH THEM.

01:51PM 10     NSF:  "WE WERE DIRECTED BY OPM LAST FRIDAY TO TERMINATE

01:51PM 11  ALL PROBATIONERS EXCEPT FOR A MINIMAL NUMBER OF MISSION

01:51PM 12  CRITICAL PROBATIONERS."  SO "DIRECTED" IS THE WORD THAT THEY

01:51PM 13  USE.

01:51PM 14     FURTHER DOWN, "THEY TOLD US THAT THEY DIRECTED US TO

01:51PM 15  REMOVE PROBATIONERS.  THERE WAS NO LIMITED DISCRETION.  THIS IS

01:51PM 16  NOT A DECISION THAT THE AGENCY MADE.  THIS IS A DIRECTION THAT

01:52PM 17  WE RECEIVED."

01:52PM 18     NOW, THAT'S FROM THE NSF.

01:52PM 19     DOD, DEPARTMENT OF DEFENSE.  THIS WAS, QUOTE, "IN

01:52PM 20  ACCORDANCE WITH DIRECTION FROM OPM ALL DOD COMPONENTS MUST

01:52PM 21  TERMINATE THE EMPLOYMENT OF ALL INDIVIDUALS WHO ARE CURRENTLY

01:52PM 22  SERVING A PROBATIONARY OR TRIAL PERIOD."

01:52PM 23     THEN THE VA.  THIS WAS PART OF THE CONGRESSIONAL TESTIMONY

01:52PM 24  JUST RECENTLY.  ONE OF THE CONGRESS PEOPLE SAY, "SO, NOBODY

01:52PM 25  ORDERED YOU TO CARRY OUT THESE TERMINATIONS?  YOU DID IT ON

01:52PM 1    YOUR OWN?

01:52PM 2        "WITNESS:  THERE WAS DIRECTION FROM THE OFFICE OF

01:52PM 3    PERSONNEL MANAGEMENT."

01:52PM 4        I.R.S. IN A TOWN HALL CHIEF HUMAN CAPITAL OFFICER STATED,

01:53PM 5    "I'VE NEVER SEEN THIS HAPPEN BEFORE.  I'M NOT SURE WHY IT'S

01:53PM 6    HAPPENING.  REGARDING THE REMOVAL OF THE PROBATIONARY

01:53PM 7    EMPLOYEES, AGAIN, THAT WAS SOMETHING THAT WAS DIRECTED FROM

01:53PM 8    OPM.  AND EVEN THE LETTERS THAT YOUR COLLEAGUES RECEIVED

01:53PM 9    YESTERDAY WERE LETTERS THAT WERE WRITTEN BY OPM PUT FORTH

01:53PM 10   THROUGH TREASURY AND GIVEN TO US."

01:53PM 11       AND THEN FINALLY, DEPARTMENT OF ENERGY.  "PER OPM

01:53PM 12   INSTRUCTIONS, DOE FINDS THAT YOUR FURTHER EMPLOYMENT WOULD NOT

01:53PM 13   BE IN THE PUBLIC INTEREST.  FOR THIS REASON, YOU'RE BEING

01:53PM 14   REMOVED FROM YOUR POSITION," ET CETERA, ET CETERA, "EFFECTIVE

01:53PM 15   TODAY."

01:53PM 16       NOW, HOW DO YOU -- WHAT DO YOU SAY TO THAT?  THAT SOUNDS

01:53PM 17   LIKE A DIRECT ORDER.

01:53PM 18           MR. HELLAND:  OH, I DISAGREE, YOUR HONOR.  I THINK

01:53PM 19   THERE ARE MAYBE TWO BUCKETS HERE.  THERE'S A BUCKET OF

01:53PM 20   STATEMENTS WHERE OFFICIALS ARE SAYING THAT THEY ACTED IN

01:53PM 21   ACCORDANCE WITH DIRECTION OR DIRECTIVE FROM OPM.  THAT'S NOT

01:53PM 22   INCONSISTENT WITH OPM HAVING ISSUED A REQUEST OR EVEN GUIDANCE

01:54PM 23   FOLLOWING THAT REQUEST.

01:54PM 24       ACTING IN ACCORDANCE WITH A REQUEST IS STILL MERELY -- IT

01:54PM 25   DOESN'T CHANGE THE FACT THAT WHAT ORIGINATED WAS A REQUEST.

01:54PM 1    THE OTHER BUCKET IS STATEMENTS FROM PEOPLE WHO WE DON'T

01:54PM 2 KNOW IF THEY WERE IN THE PHONE CALL OR WE DON'T KNOW WHO TOLD

01:54PM 3 THEM WHAT THEY HEARD CHARACTERIZING THIS AS --

01:54PM 4    THE COURT:  WE CAN HAVE A GOOD EVIDENTIARY HEARING

01:54PM 5 AND BRING YOUR GUY HERE, AND WE'LL BRING THESE OTHER PEOPLE

01:54PM 6 HERE, AND I'D LIKE TO HAVE A LITTLE TRIAL ON THIS.  IT WILL

01:54PM 7 TAKE A COUPLE OF DAYS.  WE CAN DO IT.  AND WE'LL GET TO THE

01:54PM 8 BOTTOM OF WHAT YOUR GUY SAID AND WHAT THESE PEOPLE HEARD ON THE

01:54PM 9 PHONE AND THAT -- BUT RIGHT NOW WE'RE DEALING WITH THE RECORD

01:54PM 10 THAT WE GOT.

01:54PM 11    MR. HELLAND:  EXACTLY, YOUR HONOR.

01:54PM 12    AND AT A TRO LEVEL, WE DON'T THINK THE RECORD THEY PUT

01:54PM 13 FORWARD QUALIFIES.  IT DOESN'T GET THEM OVER THE HUMP.  AGAIN,

01:54PM 14 IT'S A HIGH BURDEN ON A TRO.

01:54PM 15    THE GOVERNMENT'S CONFIDENT THAT IF WE DID PROCEED TO HAVE

01:54PM 16 AN EVIDENTIARY HEARING, A MINI TRIAL, IF THE COURT WERE TO LOOK

01:55PM 17 INTO THE UNDERLYING EVIDENCE, THE GOVERNMENT IS CONFIDENT IN

01:55PM 18 ITS POSITION ON WHAT HAPPENED.

01:55PM 19    THE COURT:  BUT THINK ABOUT THIS, THOUGH.  WE HAVE

01:55PM 20 ALL OF THESE AGENCIES -- I THINK EVEN YOU CONCEDE THAT THE

01:55PM 21 AGENCIES HAVE THE STATUTORY AUTHORITY TO HIRE AND FIRE, RIGHT?

01:55PM 22    MR. HELLAND:  YES.

01:55PM 23    THE COURT:  OKAY.  AND OPM CANNOT DO IT FOR THEM AND

01:55PM 24 CANNOT ORDER THEM TO DO IT, RIGHT?

01:55PM 25    MR. HELLAND:  YES.

01:55PM 1          THE COURT:  SO HERE WE HAVE A SITUATION WHERE

01:55PM 2   SUDDENLY SOMETHING ABERRATIONAL HAPPENS NOT JUST IN ONE AGENCY

01:55PM 3   BUT ALL ACROSS THE GOVERNMENT, IN MANY AGENCIES, ON THE SAME

01:55PM 4   DAY, THE SAME THING.

01:55PM 5          DOESN'T THAT SOUND LIKE TO YOU THAT SOMEBODY ORDERED IT TO

01:55PM 6   HAPPEN AS OPPOSED TO, OH, WE JUST GOT GUIDANCE?

01:55PM 7          OH, JUST GOT GUIDANCE?

01:55PM 8          IT'S ALL OF THOSE THINGS HAPPENING AT ONCE THAT TENDS TO

01:56PM 9   CORROBORATE WHAT THE PLAINTIFFS ARE SAYING.

01:56PM 10          MR. HELLAND:  RESPECTFULLY, I DISAGREE, YOUR HONOR.

01:56PM 11  WE DON'T DENY THAT THE ACTING DIRECTOR OF OPM ISSUED THIS

01:56PM 12  GUIDANCE TO ALL OF THESE AGENCIES.

01:56PM 13          PLAINTIFFS HAVE PUT FORWARD A STRAW MAN WHERE WE'RE TRYING

01:56PM 14  TO SAY THAT OPM HAD NO ROLE IN WHAT HAPPENED.

01:56PM 15          OPM CERTAINLY HAD A ROLE.  IT ISSUED A REQUEST.

01:56PM 16          SO THE FACT THAT ALL OF THESE STARTED HAPPENING QUICKLY,

01:56PM 17  ONE AFTER THE OTHER, IT IS MERELY EVIDENCE THAT OPM DID, IN

01:56PM 18  FACT, ISSUE THE REQUEST THAT WE SAY THAT IT DID.

01:56PM 19          BUT THAT DOESN'T MEAN THAT IT'S AN ORDER, RIGHT?  IT WOULD

01:56PM 20  BE STRANGE -- I'LL POINT OUT, SOME AGENCIES DID NOT, IN FACT,

01:56PM 21  TERMINATE ANY PROBATIONARY EMPLOYEES.  AGENCIES FELT WILLING TO

01:56PM 22  DISREGARD THE REQUEST:  THE DEPARTMENT OF JUSTICE, THE EEOC, A

01:56PM 23  NUCLEAR REGULATORY AGENCY, ALL OF THEM DID NOT TERMINATE

01:56PM 24  PROBATIONARY EMPLOYEES UNDER THIS, NOR WERE THERE ANY SORT OF

01:56PM 25  THREATENED PUNISHMENTS OR CONSEQUENCES IF AGENCIES DID NOT

01:56PM 1    FOLLOW THROUGH ON THE REQUEST THAT WAS MADE OF THEM BY OPM.

01:57PM 2         THE COURT:  WELL, THE HEAD OF THE AGENCY COULD BE

01:57PM 3    REPLACED IF THEY DIDN'T.  ISN'T THAT THE UNDERLYING?

01:57PM 4         MR. HELLAND:  BUT THERE'S NO EVIDENCE THAT THAT WAS

01:57PM 5    THREATENED FOR ANY HEADS OF AGENCIES.

01:57PM 6         THE COURT:  NOT YET, NOT YET.  BUT A LOT OF PEOPLE

01:57PM 7    HAVE BEEN TERMINATED QUICKLY IN THE -- RECENTLY, AND SO IT'S

01:57PM 8    PRETTY EASY TO TERMINATE AN AGENCY HEAD, AT LEAST THOSE SUBJECT

01:57PM 9    TO THE SERVICE CONSIDERATION OF THE PRESIDENT.

01:57PM 10        MR. HELLAND:  IF I MAY, YOUR HONOR, IF PLAINTIFFS

01:57PM 11   WANT TO PUT FORWARD EVIDENCE AT THE PRELIMINARY INJUNCTION

01:57PM 12   STAGE SAYING THAT, IN FACT, THE HEADS OF THESE AGENCIES WERE

01:57PM 13   THREATENED WITH TERMINATION THEMSELVES, THEY ARE FREE TO TRY TO

01:57PM 14   MARSHAL THAT EVIDENCE.  I DON'T THINK IT EXISTS, AND THEY

01:57PM 15   HAVEN'T PUT IT FORWARD AT THE TRO STAGE, WHICH IS WHERE WE ARE

01:57PM 16   NOW, OF COURSE.

01:57PM 17        THE COURT:  WELL, HOW COULD IT BE THAT THEY ALL

01:57PM 18   THOUGHT THAT THEY WERE DIRECTED TO DO THIS BY OPM?

01:57PM 19        MR. HELLAND:  WELL, THAT GETS ME TO THE OTHER POINT,

01:57PM 20   YOUR HONOR.  WE DON'T KNOW THAT THE ACTUAL HEADS OF THESE

01:57PM 21   AGENCIES DID THINK THAT THEY WERE DIRECTED.

01:57PM 22        WE HAVE STATEMENTS FROM HUMAN RESOURCES OFFICERS OR LOWER

01:58PM 23   LEVEL STAFF AT SOME OF THESE AGENCIES, WHICH FOR ALL WE KNOW

01:58PM 24   ARE MERELY CHARACTERIZING HOW SOMEONE ELSE TOLD THEM WHAT

01:58PM 25   HAPPENED.

01:58PM 1      WE DON'T KNOW THAT THEY HAVE FIRSTHAND KNOWLEDGE OF WHAT

01:58PM 2  OPM CONVEYED TO THE AGENCY HEADS ABOUT THE REQUEST THAT WAS

01:58PM 3  MADE.

01:58PM 4      THE COURT:  IS THERE A RECORDING OF THIS VERBAL

01:58PM 5  CONVERSATION ON FEBRUARY 13TH?

01:58PM 6      MR. HELLAND:  I AM NOT AWARE OF ONE, YOUR HONOR.

01:58PM 7      THE COURT:  WELL, HOW COME IT WAS VERBAL?  HOW COME

01:58PM 8  THERE WAS NO WRITTEN RECORD OF IT?

01:58PM 9      MR. HELLAND:  WELL --

01:58PM 10      THE COURT:  THERE'S A THING CALLED THE AGENCY

01:58PM 11  ADMINISTRATIVE RECORD.

01:58PM 12      MR. HELLAND:  AND, YOUR HONOR, I'M NOT SAYING THAT

01:58PM 13  THERE WASN'T.  I TRULY JUST DO NOT KNOW THE ANSWER TO THAT.

01:58PM 14      THERE WAS, OF COURSE, THE FEBRUARY 14TH FOLLOW-UP EMAIL

01:58PM 15  AND SO THAT SETS FORTH -- AND I BELIEVE IT'S SUPPOSED TO

01:58PM 16  SUMMARIZE THE GUIDANCE COMING OUT OF THAT CALL THE DAY BEFORE.

01:58PM 17      SO THERE IS THAT WRITTEN RECORD.  AND --

01:58PM 18      THE COURT:  WELL, THERE COULD HAVE BEEN OTHER THINGS

01:58PM 19  SAID IN THE VERBAL PART THAT JUST MADE THE MEMO ICING ON THE

01:58PM 20  CAKE.  IT WOULD BE INTERESTING TO KNOW WHO WAS IN THAT CALL AND

01:59PM 21  WHAT THEY REMEMBER BEING SAID.

01:59PM 22      OKAY.  SO YOUR BASIC POINT IS ALL RIGHT, THE AGENCY DOES

01:59PM 23  HAVE THE STATUTORY AUTHORITY, OPM, TO GIVE GUIDANCE, TRUE.

01:59PM 24  THAT'S TRUE.

01:59PM 25      AND IT CAN'T DIRECT AN ORDER, BUT IT CAN GIVE GUIDANCE

01:59PM 1    AND -- SO THE OTHER SIDE SAYS THAT YOU CAN'T JUST TERMINATE

01:59PM 2    PROBATIONARY EMPLOYEES, AN AGENCY CAN'T DO THAT UNLESS THERE'S

01:59PM 3    A RIF.

01:59PM 4         AND THEN YOU HAVE TO GO THROUGH THE RIF PROCEDURES.

01:59PM 5         AND THAT THIS AMOUNTS TO A RIF.  WHAT DO YOU -- A

01:59PM 6    REDUCTION IN FORCE.  WHAT DO YOU SAY TO THAT?

02:00PM 7              MR. HELLAND:  SO I DON'T BELIEVE THAT THESE WERE

02:00PM 8    REDUCTIONS IN FORCE, YOUR HONOR.  A RIF ELIMINATES POSITIONS,

02:00PM 9    IT DOESN'T TERMINATE EMPLOYEES.

02:00PM 10        IT IS TRUE THAT THE EXECUTIVE ORDER DIRECTED AGENCIES TO

02:00PM 11   BEGIN MAKING PREPARATIONS FOR RIFS.  SO THE IDEA THAT DOWN THE

02:00PM 12   ROAD THERE MAY BE RIFS, BUT RIFS DID NOT HAPPEN -- AS FAR AS I

02:00PM 13   UNDERSTAND, THE POSITIONS WHICH THESE PROBATIONARY EMPLOYEES

02:00PM 14   OCCUPIED STILL EXIST, THEREFORE, THEY HAVEN'T BEEN ELIMINATED

02:00PM 15   PURSUANT TO A RIF.

02:00PM 16        RATHER WHAT HAPPENED WAS PROBATIONARY EMPLOYEES WERE

02:00PM 17   TERMINATED.  SO THAT IS, EMPLOYEES WERE TERMINATED, NOT

02:00PM 18   POSITIONS TERMINATED.  AND THAT MAKES THE DIFFERENCE FOR

02:00PM 19   WHETHER THE RULES OF A RIF APPLY.

02:00PM 20             THE COURT:  ALL RIGHT.  I DON'T WANT -- I WANT TO

02:00PM 21   MAKE SURE THAT YOU HAVE A FULL OPPORTUNITY TO REPLY TO

02:00PM 22   EVERYTHING THAT HAS JUST BEEN SAID ON THIS SUBJECT OF WHAT

02:00PM 23   HAPPENED ON THE FACTS AND WE STILL HAVE OTHER ISSUES TO COME

02:00PM 24   TO.

02:00PM 25             BUT HAVE YOU SAID EVERYTHING THAT YOU WANT TO SAY ON THAT

02:01PM 1    POINT?

02:01PM 2            MR. HELLAND:  YES, YOUR HONOR.  I WOULD JUST, AGAIN,

02:01PM 3    EMPHASIZE THAT NOT EVERY AGENCY DID IN FACT TERMINATE

02:01PM 4    PROBATIONARY EMPLOYEES.  AND I THINK IF YOU TAKE A CLOSE LOOK

02:01PM 5    AT THE STATEMENTS THAT THE PLAINTIFFS HAVE PUT FORWARD, IT'S

02:01PM 6    EITHER NOT FROM PEOPLE THAT THEY HAVE SHOWN WERE IN THE ROOM,

02:01PM 7    AND, THEREFORE, HEARD WHAT HAPPENED OR THEY'RE ACTUALLY ONLY

02:01PM 8    SAYING THAT OPM ASKED US TO DO THIS.  THEY DIDN'T ORDER US TO

02:01PM 9    DO THIS.

02:01PM 10            THE COURT:  ALL RIGHT.  LET'S HEAR WHAT YOUR

02:01PM 11    REBUTTAL IS TO THE THOSE TWO POINTS.

02:01PM 12            MS. LEONARD:  SO COUNSEL FOR THE GOVERNMENT IS

02:01PM 13    MAKING FACTUAL ASSERTIONS THAT THERE IS ABSOLUTELY NO RECORD

02:01PM 14    EVIDENCE THAT THEY HAVE PRESENTED TO THIS COURT TO SUPPORT.

02:01PM 15        SO THE IDEA THAT NO AGENCIES FIRED PROBATIONARY EMPLOYEES,

02:01PM 16    THEY HAVE NOT GIVEN YOU THAT INFORMATION, YOUR HONOR.

02:01PM 17            THE COURT:  THAT'S BECAUSE THAT'S -- I GUESS THAT'S

02:01PM 18    NOT IN THE RECORD.  BUT LET'S SAY -- IS IT TRUE?  DO YOU KNOW?

02:01PM 19            MS. LEONARD:  WE DON'T KNOW, YOUR HONOR, BECAUSE

02:01PM 20    IT'S BEEN DONE IN SECRET, AND IT'S JUST REVEALING AGENCY BY

02:01PM 21    AGENCY.

02:01PM 22        WE HAVE HAD TO COLLECT INFORMATION AS IT IS REVEALED.

02:01PM 23            THE COURT:  HE CAN AT LEAST KNOW FOR THE JUSTICE

02:02PM 24    DEPARTMENT BECAUSE HE'S IN THE JUSTICE DEPARTMENT.  SO I THINK

02:02PM 25    HE WOULD KNOW ABOUT THAT JUSTICE DEPARTMENT.

02:02PM 1        MS. LEONARD:  I WOULD HOPE THAT HE WAS MAKING THAT

02:02PM 2    REPRESENTATION ACCURATELY ABOUT THE JUSTICE DEPARTMENT,

02:02PM 3    YOUR HONOR, DESPITE THE FACT THAT THERE'S NO EVIDENCE BEFORE

02:02PM 4    THE COURT.

02:02PM 5        I DO NOT KNOW THE ANSWER TO THAT, AND I DON'T KNOW WHETHER

02:02PM 6    THE JUSTICE DEPARTMENT WAS EXCEPTED FROM THE ORDER.

02:02PM 7        THE COURT:  WELL, LET'S ASSUME THAT IT TURNED OUT TO

02:02PM 8    BE TRUE FOR A MOMENT, AND WE HAVE AN EVIDENTIARY HEARING AND IT

02:02PM 9    TURNS OUT THAT THAT'S TRUE, THEN DOESN'T THAT HURT YOUR

02:02PM 10   POSITION THAT IT WAS ACROSS THE BOARD IN THE ENTIRE -- EVERY

02:02PM 11   AGENCY?

02:02PM 12       MS. LEONARD:  NO, NOT IF OPM MADE THE DECISION TO

02:02PM 13   GIVE THE EXCEPTION TO DOJ.

02:02PM 14       WHO MADE THE DECISION, YOUR HONOR?

02:02PM 15       WHO MADE THE DECISION ON THE EXCEPTIONS?

02:02PM 16       WHEN THE CDC SAYS WE TRIED TO SAVE PEOPLE AND THE ORDER

02:02PM 17   COMES FROM OPM "FIRE THEM ALL."

02:02PM 18       WHEN THE NATIONAL SCIENCE FOUNDATION SAYS, "WE WERE

02:02PM 19   ORDERED."  THE QUOTE IN THE RECORD IS "ORDERED," YOUR HONOR.

02:02PM 20   "WE WERE ORDERED TO DO THIS."

02:03PM 21       THE COURT:  ALL RIGHT.  THAT LEADS TO THE SECOND

02:03PM 22   POINT.  HOW DO WE KNOW THAT THE PERSON WHO SAID THAT WAS IN THE

02:03PM 23   MEETING?

02:03PM 24       MS. LEONARD:  WE DON'T NECESSARILY KNOW WHO WAS IN

02:03PM 25   THAT MEETING, BUT THERE IS NO RECORD EVIDENCE FROM THE

02:03PM 1 GOVERNMENT EITHER THAT THESE PEOPLE WHO ARE TESTIFYING IN FRONT

02:03PM 2 OF CONGRESS, THE HEAD, HEAD HUMAN RESOURCES PERSON AT VA, THE

02:03PM 3 HEAD HUMAN RESOURCES -- HUMAN CAPITAL AS THEY CALL IT AT THE

02:03PM 4 I.R.S., THE HEAD PERSON IS SAYING WE WERE ORDERED.

02:03PM 5 WE DON'T KNOW, BUT THEY ALSO HAVEN'T PUT ANYTHING IN THE

02:03PM 6 RECORD, YOUR HONOR, ABOUT THAT FEBRUARY 13TH CALL AT ALL.  THEY

02:03PM 7 HAVEN'T DENIED THAT IT HAPPENED.  THEY HAVEN'T DENIED THAT ANY

02:03PM 8 OF THE PEOPLE THAT WE PUT IN THE RECORD WERE THERE OR WERE

02:03PM 9 TOLD.

02:03PM 10 THERE'S NOT A SHRED OF EVIDENCE THAT THIS -- THAT

02:03PM 11 COUNTERACTS WHAT THESE AGENCIES ARE SAYING.

02:03PM 12 ARE THEY REALLY CONTENDING TO THIS COURT THAT ALL OF THESE

02:03PM 13 FEDERAL EMPLOYEES ARE LYING, YOUR HONOR?  THAT'S WHAT COUNSEL

02:03PM 14 IS SAYING.  I DON'T THINK IT'S CREDIBLE, YOUR HONOR.  IT'S NOT

02:04PM 15 CREDIBLE.

02:04PM 16 THE COURT:  WELL, NOT NECESSARILY LYING BUT

02:04PM 17 MISTAKEN.

02:04PM 18 MS. LEONARD:  IT'S HARD TO SEE HOW THEY COULD BE

02:04PM 19 MISTAKEN ABOUT AN ORDER TO FIRE PROBATIONARY -- ALL

02:04PM 20 PROBATIONARY EMPLOYEES.

02:04PM 21 THE COURT:  DIRECTION I THINK IS THE WORD THAT WAS

02:04PM 22 USUALLY USED, DIRECTION.

02:04PM 23 MS. LEONARD:  THEY WERE GIVEN DIRECTION, YOUR HONOR.

02:04PM 24 WE FULLY EMBRACE AND SUPPORT YOUR HONOR'S IDEA OF HAVING

02:04PM 25 AN EVIDENTIARY HEARING ON THIS, AND IF YOUR HONOR ALTERNATIVELY

02:04PM 1    WANTS TO AUTHORIZE US TO GO -- WE WILL GO GET THE DISCOVERY

02:04PM 2    TOMORROW, YOUR HONOR.  WE STAND AT THE READY TO PROVE THIS.

02:04PM 3         THE PLAINTIFFS, BUT MORE THAN PLAINTIFFS, SHOULD KNOW,

02:04PM 4    THIS COURT SHOULD KNOW THE TRUTH.

02:04PM 5         THE GOVERNMENT SHOULD NOT OPERATE IN SECRECY WHEN IT COMES

02:04PM 6    TO WHOLESALE ORDERS TO FIRE SO MANY PEOPLE.

02:04PM 7         AND I THINK IT SHOULD BE LOOKED WITH GREAT SKEPTICISM UPON

02:05PM 8    COUNSEL'S STATEMENT TO THIS COURT THAT THE AGENCIES MADE THESE

02:05PM 9    DECISIONS WHEN THEY HAVE NOT PUT A SHRED OF EVIDENCE.  WHY

02:05PM 10   DON'T THEY HAVE AGENCY DECLARATIONS, YOUR HONOR?  WHAT WAS IT

02:05PM 11   THAT THEY WANTED THE AGENCIES TO SAY THAT THEY REFUSE TO SAY TO

02:05PM 12   THIS COURT?  WHY AREN'T THEY ADDRESSING THIS, YOUR HONOR?

02:05PM 13        THE COURT:  WELL, ALL RIGHT.  THAT'S A GOOD POINT.

02:05PM 14   BUT HOW MANY DAYS DID THEY HAVE TO GET THIS OPPOSITION

02:05PM 15   TOGETHER, TWO?  THREE?

02:05PM 16        MS. LEONARD:  I THINK YOUR HONOR GAVE THEM MORE --

02:05PM 17   AS MUCH TIME AS WE HAD TO PUT THE WHOLE CASE TOGETHER.

02:05PM 18        THE COURT:  I THINK IT WAS VERY QUICK.  I THINK --

02:05PM 19   DIDN'T I SEND THE ORDER OUT ON -- WHEN WAS IT?  THIS WEEK.

02:05PM 20        MS. LEONARD:  WE FILED ON SUNDAY.  IT WAS THIS WEEK.

02:05PM 21   THEY HAD TO -- TO BE FAIR, THEY HAD A SHORT PERIOD OF

02:05PM 22   TIME, BUT THIS GOVERNMENT, WHEN THEY WANT TO FILE DECLARATIONS

02:05PM 23   IN SUPPORT OF THEIR POSITION CAN DO IT VERY QUICKLY, WE KNOW

02:05PM 24   THAT.

02:05PM 25        AND THEY HAVE NOT GIVEN --

02:06PM 1          THE COURT:  SO YOU HAVE EIGHT LAWYERS THERE, IF I'M

02:06PM 2  COUNTING RIGHT, AND THERE'S JUST ONE HERE.

02:06PM 3          MS. LEONARD:  BECAUSE MAIN JUSTICE DIDN'T SEND

02:06PM 4  ANYONE TO DEFEND THIS DECISION, YOUR HONOR, THAT'S WHY THERE'S

02:06PM 5  ONLY ONE HERE.

02:06PM 6          THE COURT:  ARE YOU A LOCAL HERE?

02:06PM 7          MR. HELLAND:  I AM, YOUR HONOR.

02:06PM 8          THE COURT:  OKAY.

02:06PM 9          MS. LEONARD:  SO -- WHICH SAYS, SAYS A LOT.

02:06PM 10          THE COURT:  I DON'T THINK -- I DON'T KNOW ABOUT

02:06PM 11  THAT.  ALL RIGHT.  LOOK, WE'VE GOT TO MOVE TO OTHER ISSUES.

02:06PM 12    MAYBE I'LL COME BACK TO SOME OF THIS ON THE MERITS.

02:06PM 13          MS. LEONARD:  I JUST WANT TO MAKE TWO MINOR --

02:06PM 14          THE COURT:  LET'S MOVE TO THE -- OKAY.  GO AHEAD AND

02:06PM 15  MAKE YOUR TWO OTHER MINOR POINTS.

02:06PM 16          MS. LEONARD:  I JUST WANTED TO CLARIFY SOMETHING

02:06PM 17  ABOUT WHAT WAS BEING SAID ABOUT IT'S A RIF.

02:06PM 18          THE COURT:  ABOUT WHAT?

02:06PM 19          MS. LEONARD:  IT'S A RIF AND RESPONDING TO THE

02:06PM 20  POINTS OF WHETHER -- THERE ARE MULTIPLE WAYS, AS I EXPLAINED

02:06PM 21  EARLIER, ABOUT THE WAY THAT THIS MASS TERMINATION ORDER FOR

02:06PM 22  PROBATIONARY EMPLOYEES IS ILLEGAL WHETHER OR NOT IT VIOLATES

02:06PM 23  THE RIF PROVISIONS.

02:07PM 24    AND WE CAN HAVE A HEALTHY DEBATE ABOUT WHETHER THIS IS

02:07PM 25  REALLY A RIF OR NOT A RIF, BUT SET ASIDE THE RIF, IT IS STILL

02:07PM 1  UNLAWFUL BECAUSE PROBATIONARY EMPLOYEES ARE SUPPOSED TO BE

02:07PM 2  EVALUATED AND GIVEN REASONS.  THE AGENCIES ARE REQUIRED TO GIVE

02:07PM 3  THEM REASONS RELATED TO PERFORMANCE, AND THEY CANNOT LIE ABOUT

02:07PM 4  THEM, YOUR HONOR.

02:07PM 5      SO THAT IN AND OF ITSELF IS UNLAWFUL.  SETTING ASIDE

02:07PM 6  WHETHER THIS IS ACTUALLY A RIF OR NOT A RIF, WHICH IF YOU'RE

02:07PM 7  DOWNSIZING BECAUSE OF --

02:07PM 8          THE COURT:  WELL, HELP ME.  WHAT IS THE REGULATION

02:07PM 9  THAT SAYS WHAT YOU JUST TOLD ME, OR STATUTE?

02:07PM 10         MS. LEONARD:  IT IS -- THEY ARE SET FORTH -- SORRY.

02:07PM 11 THEY ARE SET FORTH IN OUR REPLY BRIEF, AND I WILL GIVE YOU THE

02:07PM 12 PAGE CITE.

02:07PM 13         THE COURT:  HERE'S WHAT I'VE GOT, 5 C.F.R. 315.803.

02:07PM 14 I'LL JUST READ IT OUT LOUD.  "THE AGENCY SHALL UTILIZE THE

02:07PM 15 PROBATIONARY PERIOD --" THIS IS AN OPM, I BELIEVE, REGULATION,

02:08PM 16 BUT IT'S TALKING ABOUT AGENCIES.

02:08PM 17     "THE AGENCIES SHALL UTILIZE THE PROBATIONARY PERIOD AS

02:08PM 18 FULLY AS POSSIBLE TO DETERMINE THE FITNESS OF THE EMPLOYEE AND

02:08PM 19 SHALL TERMINATE HIS OR HER SERVICES DURING THE PERIOD IF THE

02:08PM 20 EMPLOYEE FAILS TO DEMONSTRATE FULLY HIS OR HER QUALIFICATIONS

02:08PM 21 FOR CONTINUED EMPLOYMENT."  SO THAT'S A.

02:08PM 22     IS THAT THE ONE YOU'RE REFERRING TO?

02:08PM 23         MS. LEONARD:  THAT IS ONE OF THEM, YOUR HONOR.

02:08PM 24 THERE'S ALSO 804.

02:08PM 25         THE COURT:  804 I DON'T HAVE.  READ IT TO ME,

02:08PM 1    PLEASE.

02:08PM 2            MS. LEONARD:  804 HAS BEEN -- I DON'T HAVE THE

02:08PM 3    LANGUAGE OF 804, BUT IT MAY TERMINATE AN EMPLOYEE FOR

02:08PM 4    INADEQUATE PERFORMANCE, BUT AS THAT HAS BEEN INTERPRETED, THEY

02:08PM 5    MUST GIVE HONEST REASONS, YOUR HONOR.

02:08PM 6        THIS IS ALL ON PAGE 7 OF OUR REPLY BRIEF WHERE WE GO

02:09PM 7    THROUGH THE AUTHORITIES AND THE INTERPRETATIONS OF THOSE

02:09PM 8    AUTHORITIES.

02:09PM 9            THE COURT:  ALL RIGHT.  I DON'T HAVE THAT HERE IN

02:09PM 10   FRONT OF ME, BUT OKAY.  ALL RIGHT.

02:09PM 11           MS. LEONARD:  THERE'S ALSO 5 U.S.C. 2301 WHICH SAYS,

02:09PM 12   "ALL EMPLOYEES ARE TO BE RETAINED ON THE BASIS OF THE ADEQUACY

02:09PM 13   OF THEIR PERFORMANCE."

02:09PM 14       THAT'S THE CSRA FROM WHICH THE PROBATIONARY EMPLOYEES

02:09PM 15   REGULATIONS, WHICH ARE NOTICE AND COMMENT APPROVED RULES FROM

02:09PM 16   OPM, THAT ARE BEING CHANGED BY THE AGENCY NOW WITHOUT GOING

02:09PM 17   THROUGH NOTICE AND COMMENT.

02:09PM 18       THAT IS THE STATUTORY PROVISION FROM WHICH THAT FLOWS.  SO

02:09PM 19   THIS IS ALL ON PAGE 7 OF OUR BRIEF.

02:09PM 20       SO MY POINT, YOUR HONOR, WAS SIMPLY THAT WE CAN GET INTO

02:09PM 21   WHETHER THIS WAS SUPPOSED TO BE A RIF OR WHETHER IT WAS A RIF,

02:09PM 22   BUT EVEN SETTING ASIDE THAT, THAT IT WAS UNLAWFUL.

02:09PM 23       IF YOUR HONOR HAS ANY FURTHER QUESTIONS ABOUT THE

02:09PM 24   LEGALITY.

02:09PM 25           THE COURT:  WELL, I WANT TO GIVE THE OTHER SIDE --

02:10PM 1    DO YOU WANT TO RESPOND TO ANYTHING THAT I JUST HEARD?  IF NOT,

02:10PM 2    WE'RE GOING TO GO TO A NEW POINT.  BUT IF YOU DO -- SHE DID

02:10PM 3    MORE THAN REBUTTAL.  SHE MADE NEW POINTS.

02:10PM 4         SO DO YOU HAVE ANYTHING YOU WANT TO ADD?

02:10PM 5              MR. HELLAND:  WELL, YOUR HONOR, I THINK THE ONLY

02:10PM 6    POINTS I WOULD SAY IN RESPONSE TO THAT MIGHT ANTICIPATE WHERE

02:10PM 7    YOU'RE GOING NEXT, WHICH IS THE JURISDICTIONAL QUESTIONS.

02:10PM 8              THE COURT:  ALL RIGHT.  LET'S GO TO JURISDICTION.

02:10PM 9         WHY DON'T YOU MAKE THE JURISDICTIONAL ARGUMENT, AND THEN

02:10PM 10   WE'LL LET THE OTHER SIDE RESPOND.

02:10PM 11             MR. HELLAND:  YES.  THANK YOU, YOUR HONOR.

02:10PM 12        WE PRESENTED SEVERAL JURISDICTIONAL ARGUMENTS IN OUR

02:10PM 13   PAPERS, BUT I THINK THE ONE THAT IS PERHAPS MOST STRAIGHT

02:10PM 14   FORWARD FOR THE COURT TO CONSIDER IS THE FACT THAT THESE TYPES

02:10PM 15   OF CLAIMS NEED TO BE CHANNELED THROUGH CERTAIN ADMINISTRATIVE

02:10PM 16   REVIEW PROCESSES.

02:10PM 17        THERE'S A LONG AND NEARLY UNBROKEN LINE OF CASES HOLDING

02:10PM 18   THAT WHEN FEDERAL EMPLOYEES OR ORGANIZATIONS REPRESENTING

02:10PM 19   FEDERAL EMPLOYEES ARE CHALLENGING THESE KINDS OF PERSONNEL

02:10PM 20   ACTIONS, THOSE CLAIMS NEED TO GO EITHER TO THE MERITS SYSTEMS

02:11PM 21   PROTECTION BOARD, THE MSPB, OR THE FLRA IN THE CASE OF UNION

02:11PM 22   CLAIMANTS.

02:11PM 23        I WOULD REFER YOUR HONOR -- THESE CASES ARE IN OUR PAPERS,

02:11PM 24   BUT THE AFGE V. TRUMP CASE OUT OF THE D.C. CIRCUIT FROM 2019

02:11PM 25   AND SEVERAL RECENT DISTRICT COURT DECISIONS, TWO FROM THE

02:11PM 1   DISTRICT OF COLUMBIA AND ONE FROM THE DISTRICT OF MASSACHUSETTS

02:11PM 2   MADE IN THE LAST COUPLE OF WEEKS THAT ADDRESS VERY SIMILAR

02:11PM 3   CLAIMS, SOMETIMES VIRTUALLY IDENTICAL CLAIMS BY VERY SIMILAR

02:11PM 4   PLAINTIFFS, SOMETIMES LITERALLY THE SAME PLAINTIFFS, WHERE THE

02:11PM 5   COURTS IN THOSE CASES HELD THOSE CLAIMS NEED TO GO THROUGH THE

02:11PM 6   ADMINISTRATIVE REVIEW PROCESS.

02:11PM 7          THE COURT:  WHAT WOULD BE THE ADMINISTRATIVE -- I

02:11PM 8   KNOW IT'S A MERITS SYSTEMS PROTECTION BOARD, RIGHT?

02:11PM 9          MR. HELLAND:  YEAH.

02:11PM 10         THE COURT:  ALL RIGHT.  SO HOW WOULD THAT WORK?  HOW

02:11PM 11  WOULD THE CLAIM BE PROCESSED?

02:11PM 12         MR. HELLAND:  THERE'S MULTIPLE WAYS THAT IT COULD

02:11PM 13  BE, YOUR HONOR.

02:11PM 14     SO INDIVIDUAL EMPLOYEES CAN PETITION TO THE MERITS SYSTEM

02:11PM 15  PROTECTION BOARD.  THEY CAN ALSO ASK FOR HELP FROM THE OFFICE

02:12PM 16  OF SPECIAL COUNSEL.

02:12PM 17     NOW, OUR DECLARATION WITH OUR OPPOSITION PRESENTED THE

02:12PM 18  COURT WITH AN EXAMPLE WHERE SIX EMPLOYEES, VERY RECENTLY, WENT

02:12PM 19  THROUGH THE OSC PROCESS AND OBTAINED A STAY OF THEIR

02:12PM 20  TERMINATIONS.

02:12PM 21         THE COURT:  BY THE?

02:12PM 22         MR. HELLAND:  BY THE MERITS SYSTEMS PROTECTION

02:12PM 23  BOARD.

02:12PM 24     SO THE OSC -- EVEN IF A CERTAIN EMPLOYEE DOESN'T HAVE THE

02:12PM 25  ABILITY TO PETITION THE MSPB DIRECTLY, THEY CAN ASK FOR HELP

02:12PM 1    FROM THE OSC.  THEY CAN ASK THE OSC TO INVESTIGATE A CLAIM.

02:12PM 2    THE OSC CAN THEN ASK THE MSPB TO STAY THE TERMINATION FOR TIME

02:12PM 3    FOR FURTHER INVESTIGATION AND CAN THEN SEEK FURTHER RELIEF

02:12PM 4    RELATED TO THOSE, AND THAT'S WHAT HAPPENED.

02:12PM 5            THE COURT:  THAT AROSE RIGHT OUT OF THIS VERY, THIS

02:12PM 6    ACTION THAT WE'RE CONCERNED WITH?

02:12PM 7            MR. HELLAND:  EXACTLY, EXACTLY, YOUR HONOR.  IT

02:12PM 8    SHOWS THAT THERE IS AN ALTERNATIVE SYSTEM WHERE THE AFFECTED

02:12PM 9    EMPLOYEES CAN SEEK RELIEF.

02:12PM 10   THE OTHER ADMINISTRATIVE PROCESS IS THE FLRA THAT IS

02:12PM 11   DESIGNED TO LET UNIONS BRING CERTAIN KINDS OF GRIEVANCES AND

02:12PM 12   IT'S ONE AS FAR AS I'M AWARE THAT THE UNION PLAINTIFFS HERE CAN

02:13PM 13   CERTAINLY MAKE USE OF.

02:13PM 14   SO AGAIN, IN THIS LINE OF CASES, AFGE VERSUS TRUMP, THE

02:13PM 15   THREE RECENT DISTRICT COURT DECISIONS, VERY SIMILAR CLAIMS HAVE

02:13PM 16   BEEN HELD CHANNELLED THROUGH THOSE ADMINISTRATIVE PROCESSES.

02:13PM 17   NOT ONLY THAT, BUT DISTRICT COURTS SUCH AS THIS ONE DO NOT

02:13PM 18   HAVE JURISDICTION TO ADDRESS THE CLAIMS.  CONGRESS HAS EXCLUDED

02:13PM 19   FROM THIS COURT'S JURISDICTION THE KINDS OF CLAIMS COVERED BY

02:13PM 20   THE CSRA.  NOTABLY, YOUR HONOR, PLAINTIFFS' REPLY BRIEFS ASK

02:13PM 21   NOT ADDRESS THOSE RECENT DISTRICT COURT DECISIONS AT ALL.  IT'S

02:13PM 22   COMPLETELY SILENT ON THEM EVEN THOUGH THEY ARE VERY, VERY

02:13PM 23   ANALOGOUS.

02:13PM 24   WE CITED THEM IN OUR BRIEFS, BUT WE CITED THE ECF DOCKETS.

02:13PM 25   I CONFIRMED THAT THEY HAVE SINCE BEEN ON -- MADE AVAILABLE ON

02:13PM 1    WESTLAW.  I'VE BROUGHT PRINTED COPIES IF YOU WOULD LIKE.  I CAN

02:13PM 2    SUBMIT THEM.

02:13PM 3        BUT THE IMPORTANT POINT IS THAT PLAINTIFFS IGNORED THEM.

02:13PM 4    THEIR CHOICE IN RESPONDING TO THEM IS TO SIMPLY IGNORE THEM.

02:13PM 5        THEY DO RESPOND TO THE 2019 D.C. DISTRICT COURT DECISION,

02:14PM 6    AFGE V. TRUMP, BUT THEIR RESPONSE IS ENTIRELY UNPERSUASIVE.

02:14PM 7        THEY TRY TO SAY THAT THE REASON THAT THAT CASE DOESN'T

02:14PM 8    APPLY IS, FIRST, THAT IT'S OUT OF CIRCUIT, AND, SECOND, THAT

02:14PM 9    APA CLAIMS WERE NOT PRESENTED IN THIS CASE.

02:14PM 10        WELL, FIRST OF ALL, IT MAKES SENSE THAT IT WAS OUT OF

02:14PM 11   CIRCUIT BECAUSE BY THEIR NATURE, THESE KINDS OF CLAIMS OFTEN GO

02:14PM 12   UP THROUGH THE COURTS IN D.C.  THERE'S HARDLY ANY IN-CIRCUIT

02:14PM 13   AUTHORITY.  AND THE ONE CASE, OF COURSE, THE COURT IS AWARE OF

02:14PM 14   IS THE VEIT CASE IN THE NINTH CIRCUIT WHICH HOLDS FOR THE

02:14PM 15   GOVERNMENT ON THIS CASE.  THE EMPLOYEES' CLAIMS THERE WERE HELD

02:14PM 16   CHANNELLED INTO THE PROCESS.

02:14PM 17        SO SETTING THAT ASIDE, LOOKING AT THE AFGE VERSUS TRUMP

02:14PM 18   CASE, THEIR OTHER ARGUMENT IS THAT IT DIDN'T INVOLVE APA

02:14PM 19   CLAIMS, BUT IT HAD AN EXTENDED DISCUSSION --

02:14PM 20        THE COURT:  WHAT DIDN'T INVOLVE?

02:14PM 21        MR. HELLAND:  THE CLAIMS IN THAT SPECIFIC CASE, THE

02:14PM 22   AFGE VERSUS TRUMP CASE.  I BELIEVE THAT --

02:14PM 23        THE COURT:  DID OR DID NOT INCLUDE?

02:14PM 24        MR. HELLAND:  DID NOT.

02:14PM 25        THE COURT:  OKAY.

02:14PM 1          MR. HELLAND:  NOW, CONSTITUTIONAL CLAIMS WERE

02:14PM 2   PRESENTED THERE JUST AS PLAINTIFFS HERE PRESENT CONSTITUTIONAL

02:15PM 3   CLAIMS, AND THOSE WERE HELD CHANNELLED THROUGH THE

02:15PM 4   ADMINISTRATIVE REVIEW PROCESS.

02:15PM 5          BUT TO PLAINTIFFS' POINT, THE ONE ARGUMENT THAT THEY DO

02:15PM 6   MAKE IN RESPONDING TO THAT CASE, THAT CASE DID DISCUSS OTHER

02:15PM 7   CASES THAT INVOLVED APA CLAIMS, IN FACT, ALSO INVOLVING THE

02:15PM 8   SAME PLAINTIFFS.

02:15PM 9          THE AFGE VERSUS SECRETARY OF THE AIR FORCE CASE FROM A FEW

02:15PM 10  YEARS EARLIER, APA CLAIMS WERE PRESENTED IN THAT CASE.  AGAIN,

02:15PM 11  WE CITED IT IN OUR PAPERS.  AND THE CLAIMS THERE, AGAIN, WERE

02:15PM 12  HELD CHANNELLED THROUGH THE ADMINISTRATIVE PROCESSES POST

02:15PM 13  DATING THE AFGE VERSUS TRUMP CASE.

02:15PM 14         THE FEDERAL LAW EMPLOYMENT OFFICERS CASE, ALSO OUT OF THE

02:15PM 15  D.C. CIRCUIT, THAT ONE ALSO INCLUDED APA CLAIMS, AND THEY WERE

02:15PM 16  ALSO HELD CHANNELLED THROUGH THE ADMINISTRATIVE PROCESSES.

02:15PM 17         SO THE ONLY RESPONSE THAT PLAINTIFFS HAVE PUT FORWARD FOR

02:15PM 18  WHY AFGE VERSUS TRUMP IS UNPERSUASIVE IS REFUTED BY THE

02:15PM 19  DISCUSSION IN AFGE VERSUS TRUMP ITSELF, WHICH AGAIN TOUCHED ON

02:15PM 20  APA, THE APA CASES THAT I JUST MENTIONED AND BY THOSE OTHER

02:16PM 21  CASES.

02:16PM 22         AND MOST, I THINK, ACUTELY, IT'S REFUTED BY THREE RECENT

02:16PM 23  DISTRICT COURT DECISIONS THAT HAVE REFUSED TO ISSUE TRO'S AND

02:16PM 24  HAVE HELD THAT THESE EXACT KIND OF CLAIMS NEED TO BE CHANNELLED

02:16PM 25  THROUGH THE ADMINISTRATIVE PROCESSES.

02:16PM 1       IT'S REMARKABLY TELLING TO ME THAT WE DISCUSSED THESE

02:16PM 2    CASES IN OUR PAPERS AND PLAINTIFFS DO NOT EVEN MENTION THEM,

02:16PM 3    EVEN THOUGH THEY ARE SO CLOSELY ANALOGOUS.

02:16PM 4            THE COURT:  WELL, WHAT DO THEY SAY?

02:16PM 5            MR. HELLAND:  WHAT DO THOSE CASES SAY?

02:16PM 6            THE COURT:  NO, NO.  WHAT DO THE PLAINTIFFS SAY IN

02:16PM 7    THEIR BRIEF THAT -- MAYBE THIS IS YOUR CHANCE TO -- THEY MUST

02:16PM 8    MAKE SOME ARGUMENT.

02:16PM 9            MR. HELLAND:  NO, NO.  I'M SURPRISED, BUT THEY DID

02:16PM 10   NOT, YOUR HONOR.  I CONTROL F'D, I LOOKED FOR IT.  THEY SIMPLY

02:16PM 11   IGNORE THESE DECISIONS THAT, YES, THEY'RE OUT OF CIRCUIT BUT --

02:16PM 12           THE COURT:  WELL, DID THEY SAY THAT THE OTHER

02:16PM 13   PLAINTIFFS, THE ORGANIZATIONAL PLAINTIFFS DO HAVE STANDING?

02:16PM 14           MR. HELLAND:  I'M SORRY?

02:16PM 15           THE COURT:  THERE ARE OTHER PLAINTIFFS IN THE CASE

02:16PM 16   OTHER THAN THE UNIONS.  WE HAVE FOUR OR FIVE ORGANIZATIONAL

02:17PM 17   PLAINTIFFS LIKE NATIONAL PARKS AND THE VA AND THOSE

02:17PM 18   ORGANIZATIONS.

02:17PM 19       THEY DID SAY SOMETHING ABOUT THOSE ORGANIZATIONS HAVE

02:17PM 20   STANDING, RIGHT?

02:17PM 21           MR. HELLAND:  THEY DID, YOUR HONOR.

02:17PM 22           THE COURT:  A DIFFERENT KIND OF INJURY.

02:17PM 23           MR. HELLAND:  WELL, SO -- YES, YOUR HONOR.

02:17PM 24       SO TO BE CLEAR, THEY DIDN'T MENTION THESE DECISIONS IN

02:17PM 25   THEIR REPLY BRIEF AFTER WE HAD DISCUSSED THEM IN OUR

02:17PM 1    OPPOSITION.

02:17PM 2              THE COURT:  RIGHT.

02:17PM 3              MR. HELLAND:  THEY DID MENTION THEM VERY BRIEFLY IN

02:17PM 4    THEIR MOVING PAPERS, I THINK, IN THEIR MOTION.  BUT THEIR

02:17PM 5    PRIMARY RESPONSE THERE WAS THE ONE THAT YOU ARE JUST MAKING

02:17PM 6    NOW, WHICH IS THAT THOSE OTHER CASES NOTED THE ABSENCE OF

02:17PM 7    NON-UNION PLAINTIFFS WHEREAS THERE ARE NON-UNION PLAINTIFFS

02:17PM 8    HERE.

02:17PM 9         THAT DOES NOT CHANGE THE OUTCOME.

02:17PM 10        WHAT MATTERS UNDER THUNDER BASIN IS WHETHER THERE'S AN

02:17PM 11   ADEQUATE FORUM FOR JUDICIAL REVIEW.

02:17PM 12        THE ADMINISTRATIVE PROCESSES PROVIDE THAT ADEQUATE FORUM

02:18PM 13   BOTH FOR THE UNIONS, FOR THE AFFECTED EMPLOYEES, AND THE FACT

02:18PM 14   THAT NON-UNION ORGANIZATIONS, WHICH HAVE AN EVEN MORE TENUOUS

02:18PM 15   CONNECTION TO THE CLAIMS OF THE EMPLOYEES AT ISSUE, DOES NOT

02:18PM 16   SOMEHOW SAVE THIS CASE OR PRESERVE JURISDICTION FOR THIS COURT.

02:18PM 17        THOSE -- SO CONGRESS HAS MADE THE DETERMINATION IN THE

02:18PM 18   CSRA THAT CERTAIN KINDS OF CLAIMS INVOLVING EMPLOYEE, FEDERAL

02:18PM 19   EMPLOYEE PERSONNEL ACTIONS NEED TO BE CHANNELLED THROUGH THE

02:18PM 20   ADMINISTRATIVE PROCESS.

02:18PM 21             THE COURT:  IS THIS A TRUE STATEMENT OR NOT, THAT

02:18PM 22   EVERY SINGLE PROBATIONARY EMPLOYEE WHO WAS TERMINATED HAS A

02:18PM 23   RIGHT TO GO TO THE MERITS SYSTEMS PROTECTION BOARD?

02:18PM 24             MR. HELLAND:  I BELIEVE THAT IS A NOT TRUE

02:18PM 25   STATEMENT, YOUR HONOR, BUT THEY CAN GO TO THE OSC.  THEY CAN

02:18PM 1    USE THEIR OWN UNION GRIEVANCE PROCESSES TO GO TO THE FLRA.

02:18PM 2         SO THE SAME CLAIMS CAN BE MADE THROUGH THE ADMINISTRATIVE

02:18PM 3    PROCESSES, NOTWITHSTANDING THAT NOT EVERY PROBATIONARY EMPLOYEE

02:19PM 4    HAS A RIGHT TO GO DIRECTLY TO THE MSPB.

02:19PM 5         MOREOVER, YOUR HONOR, IF I MAY?

02:19PM 6              THE COURT:  GO AHEAD.

02:19PM 7              MR. HELLAND:  THE NON-UNION ORGANIZATIONAL

02:19PM 8    PLAINTIFFS HERE, IT'S MY UNDERSTANDING AT LEAST, THAT THEY CAN

02:19PM 9    PETITION TO INTERVENE IN MSPB PROCEEDINGS OR THEY CAN FILE AS

02:19PM 10   AMICI AS WELL, SO TO THE EXTENT THAT THEY HAVE INTEREST, THEY

02:19PM 11   CAN BE HEARD THERE.

02:19PM 12        BUT THE SUPREME COURT IN SACKETT VERSUS EPA HAS SAID THAT

02:19PM 13   THE FACT THAT CONGRESS CREATED AN ADMINISTRATIVE REVIEW

02:19PM 14   STRUCTURE THAT REQUIRES ADMINISTRATIVE EXHAUSTION FROM CERTAIN

02:19PM 15   KINDS OF PLAINTIFFS CREATES A STRONG PRESUMPTION THAT OTHER

02:19PM 16   PARTIES DO NOT HAVE THEIR OWN CLAIMS, RIGHT?

02:19PM 17        AS APPLIED HERE, THE FACT THAT CONGRESS CREATED THIS

02:19PM 18   ELABORATE SCHEME WHERE INDIVIDUAL FEDERAL EMPLOYEES OR UNIONS

02:19PM 19   EACH HAVE, YOU KNOW, VERY COMPREHENSIVE AND SPECIFIC

02:19PM 20   ADMINISTRATIVE PROCESSES TO GO TO, THAT CREATES A STRONG

02:19PM 21   PRESUMPTION THAT OTHER PLAINTIFFS, ESPECIALLY PLAINTIFFS WHOSE

02:20PM 22   CLAIMS ARE MORE TENUOUSLY CONNECTED TO THE ACTIONS AT ISSUE, DO

02:20PM 23   NOT THEMSELVES HAVE THEIR OWN STAND-ALONE CLAIMS, RIGHT?

02:20PM 24   THAT'S SACKETT VERSUS EPA.

02:20PM 25        FOR THAT PRINCIPLE SACKETT CITES BLOCK VERSUS NUTRITIONAL

02:20PM 1    INSTITUTE, I BELIEVE, SOMETHING LIKE THAT.  AND THAT CASE

02:20PM 2    INVOLVED MILK PRODUCERS WHO HAD TO GO THROUGH AN ADMINISTRATIVE

02:20PM 3    PROCESS, AND THE SUPREME COURT HELD THAT MILK CONSUMERS DIDN'T

02:20PM 4    HAVE THEIR OWN STAND-ALONE CLAIMS.

02:20PM 5        AS APPLIED HERE, WHAT THAT MEANS IS THE FACT THAT ANY

02:20PM 6    NON-UNION PLAINTIFFS MAY NOT THEMSELVES BE ABLE TO DIRECTLY

02:20PM 7    PARTICIPATE IN THESE ADMINISTRATIVE PROCESSES, THAT DOESN'T

02:20PM 8    SAVE THEIR CLAIMS.  IT WOULD BE A VERY BIZARRE RESULT IF THIS

02:20PM 9    COURT'S JURISDICTION WERE MAINTAINED, ESPECIALLY FOR THE UNION

02:20PM 10   PLAINTIFFS AS WELL, BUT FOR THIS COURT'S JURISDICTION TO BE

02:20PM 11   MAINTAINED SIMPLY BECAUSE THEY'VE ADDED PARTIES WITH EVEN MORE

02:20PM 12   TENUOUSLY CONNECTED CLAIMS.

02:20PM 13       THE COURT:  ALL RIGHT.  LET'S HEAR -- WHO IS GOING

02:20PM 14   TO ARGUE FOR THIS POINT?

02:20PM 15       MS. LEONARD:  I AM.

02:20PM 16       THE COURT:  I THOUGHT YOU SAID SOMEONE WAS GOING TO

02:21PM 17   ARGUE.

02:21PM 18       MS. LEONARD:  MS. LEYTON IS GOING TO ARGUE STANDING

02:21PM 19   AND HARM, YOUR HONOR.

02:21PM 20       THE COURT:  WELL, THAT'S WHAT THIS IS, ISN'T IT?

02:21PM 21       MS. LEONARD:  NO.  THIS IS WHAT WE CALL

02:21PM 22   ADMINISTRATIVE CHANNELLING.  IT'S ONE OF THE SUBJECT MATTER

02:21PM 23   JURISDICTION BLOCKADES THAT THEY'RE TRYING TO PREVENT THIS

02:21PM 24   COURT FROM --

02:21PM 25       THE COURT:  THAT'S OKAY.  ALL RIGHT.  GO AHEAD.

MS. LEONARD:  SURE.  THIS IS A SLEIGHT OF HAND BY
THE GOVERNMENT, YOUR HONOR.

THEY ARE NOT TALKING ABOUT THE SAME KIND OF CLAIMS,
THEY'RE NOT TALKING ABOUT THE SAME KIND OF PLAINTIFFS, AND
THEY'RE NOT TALKING ABOUT THE SAME DEFENDANT.

SO FIRST I'M GOING TO START WITH THE PLAINTIFFS.

THE POINT THERE IS NO THUNDER BASIN ADMINISTRATIVE
CHANNELLING CASE THAT HAS EVER HELD THAT A NON-EMPLOYEE OR
NON-EMPLOYEE REPRESENTATIVE, THIRD PARTY ORGANIZATIONAL
PLAINTIFF, WITH AN APA CLAIM, SHOULD BE SENT TO THE MSPB OR THE
FLRA.

THAT IS SIMPLY AN INVENTION OF THE GOVERNMENT TO TRY TO
AVOID JURISDICTION FOR THOSE PLAINTIFFS.

CONGRESS DID NOT INTEND FOR THIRD PARTIES WITH AN APA
CLAIM CHALLENGING A GOVERNMENT WIDE POLICY TO BE SENT TO AN
AGENCY THAT IT CREATED TO HEAR INDIVIDUAL EMPLOYEE CLAIMS
AGAINST THEIR EMPLOYING AGENCY, YOUR HONOR.  IT IS A COMPLETE
MISREPRESENTATION OF WHAT CONGRESS INTENDED.  THERE'S NOTHING
IN THE STATUTE THAT SUPPORTS THAT.

THE STATUTE SAYS THAT THOSE PROCESSES ARE FOR INDIVIDUAL
EMPLOYEES AGAINST THEIR EMPLOYING AGENCY.

THESE ORGANIZATIONAL PLAINTIFFS, AND WE'LL GET TO THE
UNION PLAINTIFFS IN A MINUTE, BUT THE ORGANIZATIONAL PLAINTIFFS
OTHER THAN THE UNIONS HAVE AN APA CLAIM, YOUR HONOR.  THEY CAN
CHALLENGE, IF WE ESTABLISH STANDING, THEY CAN CHALLENGE A

02:22PM 1    GOVERNMENT WIDE POLICY AS UNLAWFUL UNDER THE APA.  THEY CAN

02:22PM 2    CHALLENGE IT AS UNCONSTITUTIONAL.  THERE IS NOTHING ABOUT THE

02:22PM 3    CSRA OR THE LABOR LAWS THAT SENDS THEIR CLAIMS TO THOSE

02:22PM 4    ADMINISTRATIVE AGENCIES, WHICH COULD NOT HEAR THOSE CLAIMS.

02:22PM 5    THE GOVERNMENT IS ABSOLUTELY WRONG THAT THEY ARE NOT A PARTY

02:22PM 6    THAT HAS THE ABILITY TO PARTICIPATE.

02:22PM 7           THE COURT:  YOU'RE SAYING THE APA CLAIMS MAKE IT

02:23PM 8    SPECIAL BECAUSE THE MERIT SYSTEMS PROTECTION BOARD CANNOT

02:23PM 9    DECIDE AN APA CLAIM, IS THAT IT?

02:23PM 10           MS. LEONARD:  SO THEY CAN'T DECIDE AN APA CLAIM

02:23PM 11   AGAINST A NON-EMPLOYER, THAT'S RIGHT, YOUR HONOR.  AND THIS IS

02:23PM 12   AN APA CLAIM AGAINST OPM.

02:23PM 13       SO THE PLAINTIFFS, THE NON-UNION PLAINTIFFS CAN'T BRING

02:23PM 14   THEIR CLAIMS THERE, AND THE GOVERNMENT CITES NO CASE LAW.  THIS

02:23PM 15   LATE CITATION TO SACKETT DOES NOT SUPPORT WHAT THE GOVERNMENT

02:23PM 16   IS SAYING ABOUT THIRD PARTIES BEING CHANNELLED UNDER

02:23PM 17   THUNDER BASIN.  THAT'S NOT WHAT THAT CASE SAYS.

02:23PM 18       IN FACT, SACKETT AND THE LINE OF CASES UNDER THE APA SAY

02:23PM 19   VERY STRONGLY THAT JUDICIAL REVIEW UNDER THE APA IS A COMMAND,

02:23PM 20   AND THE EXCEPTIONS TO JUDICIAL REVIEW UNDER THE APA ARE VERY,

02:23PM 21   VERY LIMITED, AND WE DO NOT IMPLY THOSE LIGHTLY.

02:23PM 22       AND WHAT THEY'RE TRYING TO DO HERE IS EXPAND THE EXCEPTION

02:23PM 23   TO SWALLOW THE APA CLAIMS IN THIS CASE.

02:23PM 24       BUT THE PLAINTIFFS, THE NON-UNION PLAINTIFFS CAN'T BE

02:24PM 25   CHANNELLED, THEN THE DEFENDANT IS DIFFERENT HERE.  WE ARE NOT

SUING THE EMPLOYING AGENCIES BECAUSE THEY'RE NOT THE ONES WHO
MADE THE DECISION, YOUR HONOR.

IF WE'RE RIGHT ABOUT THE FIRST POINT, OPM CANNOT BE A
DEFENDANT IN THOSE AGENCIES PROCESSES.  YOU CANNOT BRING A
CHALLENGE TO A GOVERNMENT WIDE RULE OR POLICY CREATED BY OPM IN
THOSE PROCESSES.  THAT'S SIMPLY NOT AVAILABLE, THEREFORE, THESE
ARE NOT THE TYPE OF CLAIMS THAT CONGRESS EVER INTENDED TO BE
HEARD THROUGH THOSE ADMINISTRATIVE AGENCIES.

PARTICULARLY, I WANT TO MAKE A PARTICULAR POINT ABOUT THE
PROCEDURAL APA CLAIM.  NO COURT HAS CHANNELLED THAT KIND OF
CLAIM IN THE NINTH CIRCUIT OR THE SUPREME COURT.

SO WHAT IS GOING ON HERE IS THAT THE D.C. CIRCUIT HAS
EXPANDED THE DOCTRINE BEYOND WHERE THE SUPREME COURT AND THE
NINTH CIRCUIT ARE.

AND THERE ARE MANY REASONS, WHICH WE PUT IN OUR BRIEF, FOR
THIS COURT TO HOLD THE LINE AND NOT EXPAND THE DOCTRINE BEYOND
WHERE THE NINTH CIRCUIT HAS GONE.  THIS IS NOT AN INDIVIDUAL
EMPLOYEE CASE MAKING AN AS APPLIED CHALLENGE TO AN ACTION TAKEN
BY ITS EMPLOYER.

THIS IS A CLAIM AGAINST OPM FOR CREATING A GOVERNMENT WIDE
UNLAWFUL POLICY ORDERING THE AGENCIES TO DO THINGS THAT HAVE --

THE COURT:  LET'S JUST SAY THAT YOU'RE RIGHT FOR A
MOMENT AND LET'S FIGURE OUT WHERE THIS WOULD LEAD.  I'M GOING
TO THINK OUT LOUD.

GIVE ME ONE OF YOUR ORGANIZATIONS THAT -- A NON-UNION

02:25PM 1    ORGANIZATION.  TELL ME THE NAME OF ONE OF THEM.

02:25PM 2              MS. LEONARD:  SO WE'VE GOT THE -- NOT ONE OF THE

02:25PM 3    UNIONS, OR ONE OF THE UNIONS?

02:25PM 4              THE COURT:  NON-UNION.

02:25PM 5              MS. LEONARD:  OH, SORRY.  WE CAN START -- WE'VE GOT

02:26PM 6    MAIN STREET ALLIANCE OR THE COALITION TO PROTECT AMERICAS

02:26PM 7    PARKS.

02:26PM 8              THE COURT:  SAY THAT AGAIN.

02:26PM 9              MS. LEONARD:  AMERICAS NATIONAL PARKS.

02:26PM 10             THE COURT:  WHAT IS THE ONE ABOUT THE PARKS AGAIN?

02:26PM 11             MS. LEONARD:  THE COALITION TO PROTECT AMERICAS

02:26PM 12   NATIONAL PARKS.

02:26PM 13        WE CAN CALL THEM THE PARKS COALITION IF THAT'S EASIER.

02:26PM 14             THE COURT:  ALL RIGHT.  BUT YOU DON'T HAVE ANY

02:26PM 15   DECLARATIONS FROM THE PARK SERVICE, OR DO YOU?

02:26PM 16             MS. LEONARD:  OH, WE DO.  WE ABSOLUTELY DO,

02:26PM 17   YOUR HONOR.

02:26PM 18        WE HAVE DECLARATIONS FROM THE ORGANIZATION AND --

02:26PM 19             THE COURT:  ABOUT PROBATIONARY EMPLOYEES?

02:26PM 20             MS. LEONARD:  WE HAVE DECLARATIONS FROM THE

02:26PM 21   ORGANIZATIONS, INCLUDING THE FORMER DIRECTOR OF THE NATIONAL

02:26PM 22   PARKS, ABOUT THE IMPACT ON CERTAIN --

02:26PM 23             THE COURT:  OH, I DID READ THAT.

02:26PM 24        BUT, I MEAN, DO YOU HAVE SOMETHING FROM WITHIN THE

02:26PM 25   NATIONAL PARK SERVICE SAYING THAT WE WERE ORDERED TO DO THIS?

02:26PM 1      I DON'T THINK YOU DO.

02:26PM 2          MS. LEONARD:  I DON'T THINK WE HAVE THAT PUBLIC

02:26PM 3   EVIDENCE HAS BEEN MADE OF THE NATIONAL -- FROM THE CURRENT

02:27PM 4   ORGANIZATION OF THE NATIONAL PARK SERVICE IN WHICH THEY HAVE

02:27PM 5   REVEALED ANYTHING ABOUT WHETHER THEY WERE ORDERED OR NOT.  I

02:27PM 6   THINK THAT'S RIGHT, YOUR HONOR.

02:27PM 7          THE COURT:  ALL RIGHT.  WELL, LET'S USE THEM ANYWAY.

02:27PM 8      LET'S SAY THAT WE WERE TO -- I'M NOT STICKING NOW WITH

02:27PM 9   JUST THE APA CLAIM.

02:27PM 10     IT THEN BECOMES IRRELEVANT IF THERE WAS AN ORDER UNDER THE

02:27PM 11  APA CLAIM.  THE QUESTION IS WHETHER THEY SHOULD HAVE GONE

02:27PM 12  THROUGH THE RULE MAKING PROCESS.

02:27PM 13     SO WHAT WOULD BE THE RELIEF?  LET'S SAY THAT THE JUDGE

02:27PM 14  AGREES WITH YOU, WHAT RELIEF DO YOU GET THAT IS ANY GOOD?  THE

02:27PM 15  PEOPLE HAVE ALREADY BEEN FIRED.

02:27PM 16     SO WHAT DO WE SAY, WHAT, GO BACK AND GO THROUGH RULE

02:27PM 17  MAKING?  STOP TRYING TO USE A RULE THAT HASN'T BEEN PROPERLY

02:27PM 18  ADOPTED?

02:27PM 19     WHAT WOULD BE THE FORM OF THE RELIEF?

02:27PM 20         MS. LEONARD:  SO THE APA REQUIRES THE COURT TO HOLD

02:28PM 21  UNLAWFUL AND SET ASIDE ANY UNLAWFUL AGENCY ACTION, INCLUDING

02:28PM 22  UNLAWFUL RULE MAKING.

02:28PM 23         THE COURT:  UNLAWFUL WHAT?

02:28PM 24         MS. LEONARD:  RULE MAKING, YOUR HONOR.  HOLD

02:28PM 25  UNLAWFUL AND SET ASIDE.  SET ASIDE IN ITS ENTIRETY

02:28PM 1     THE COURT:  SO LET'S SAY I -- WELL, LET ME -- WE'RE

02:28PM 2  GOING TO CONFUSE OUR COURT REPORTER.  TELL ME IF YOUR FINGERS

02:28PM 3  ARE GETTING TIRED AND WE'LL TAKE A BREAK.

02:28PM 4      SO LET'S SAY THAT I DECIDE THAT THIS DECEMBER -- SORRY,

02:28PM 5  FEBRUARY 14TH EMAIL IS A RULE.  OKAY?

02:28PM 6     MS. LEONARD:  OKAY.

02:28PM 7     THE COURT:  AND NOT ADVISORY BUT A COMMAND.  SO THEN

02:28PM 8  I SAY -- YOU SAY YOU'RE RIGHT AND I SET IT ASIDE.

02:28PM 9      WHAT GOOD DOES THAT DO YOU?

02:28PM 10      AND THEN I SAY, IF YOU'RE GOING TO DO THIS, YOU'VE GOT TO

02:28PM 11  GO THROUGH THE PUBLIC RULE MAKING PROCESS.

02:28PM 12      ALL RIGHT.  SO TELL ME WHY THAT'S PRACTICAL RELIEF?

02:28PM 13     MS. LEONARD:  SO IT'S PRACTICAL RELIEF BECAUSE THE

02:28PM 14  ORDER TO SET ASIDE IS AN ORDER TO OPM TO RESCIND THIS UNLAWFUL

02:29PM 15  PROGRAM, YOUR HONOR.

02:29PM 16      AND IN ORDER TO RESCIND THIS UNLAWFUL PROGRAM, THEY

02:29PM 17  NEED --

02:29PM 18     THE COURT:  YOU'VE JUST USED A WORD.  YOU'VE SLID

02:29PM 19  OFF.  AGAIN, YOU'VE GONE FROM THIS MEMO TO A PROGRAM.

02:29PM 20      I CAN SET IT ASIDE.  IF I CAN SET THIS ASIDE, I DON'T KNOW

02:29PM 21  WHAT -- THERE'S NO PROOF OF A CONTINUING PROGRAM.  THESE PEOPLE

02:29PM 22  HAVE ALREADY BEEN TERMINATED.

02:29PM 23     MS. LEONARD:  YOUR HONOR, DOD IS GOING TO TERMINATE

02:29PM 24  THOUSANDS OF PROBATIONARY EMPLOYEES TOMORROW, TOMORROW PURSUANT

02:29PM 25  TO THIS OPM DIRECTIVE.

02:29PM  1        IN OUR REPLY EVIDENCE WE HAVE GIVEN YOU --

02:29PM  2            THE COURT:  I DIDN'T REALIZE IT.  INFORM ME ABOUT

02:29PM  3    THAT.

02:29PM  4            MS. LEONARD:  THE DECLARATION OF PACE SCHWARZ TALKS

02:29PM  5    ABOUT DOD AND WHAT THEY HAVE ANNOUNCED.

02:29PM  6            THE COURT:  READ IT TO ME.  READ TO ME WHAT THEY

02:29PM  7    HAVE ANNOUNCED.

02:29PM  8            MS. LEONARD:  THEY HAVE ANNOUNCED -- THEY HAVE

02:30PM  9    ANNOUNCED -- ONE MOMENT, YOUR HONOR.

02:30PM  10        (PAUSE IN PROCEEDINGS.)

02:30PM  11            MS. LEONARD:  LOOKING FOR EXHIBIT C.  THIS IS DOD.

02:30PM  12    THEY'RE TALKING ABOUT THEIR CIVILIAN EMPLOYEES, BECAUSE, OF

02:30PM  13    COURSE, THE MILITARY IS A DIFFERENT ANIMAL.  BUT THE CIVILIAN

02:30PM  14    EMPLOYEES OF DOD, WHICH THERE ARE TENS OF THOUSANDS OF ALL OVER

02:30PM  15    THIS COUNTRY.

02:30PM  16        "FOR CIVILIAN POLICY COUNCIL MEMBERS."  THIS IS A --

02:30PM  17            THE COURT:  READ SLOWLY NOW.

02:30PM  18            MS. LEONARD:  SURE.

02:30PM  19        THIS IS "IN ACCORDANCE WITH DIRECTION FROM OPM, BEGINNING

02:30PM  20    FEBRUARY 28TH, 2025, ALL DOD COMPONENTS MUST TERMINATE THE

02:30PM  21    EMPLOYMENT OF ALL INDIVIDUALS WHO ARE CURRENTLY SERVING A

02:30PM  22    PROBATIONARY OR TRIAL PERIOD.  FEBRUARY 28TH."

02:30PM  23        THESE TERMINATIONS ARE ONGOING EVERY DAY, YOUR HONOR.

02:31PM  24    THEY ARE NOT ALL IN THE PAST.  THIS IS AN ONGOING RULE THAT

02:31PM  25    THEY ARE CONTINUING TO ENFORCE AND APPLY.

02:31PM 1    AND TO SET ASIDE THAT, WE SAY THAT NEEDS TO BE RESCINDED

02:31PM 2    AND THE STATUS QUO IN ORDER FOR THIS COURT TO EFFECTUATE RELIEF

02:31PM 3    THAT IS PROVIDED UNDER THE APA GOING FORWARD TO UNWIND THE

02:31PM 4    UNLAWFUL ACTIONS OF OPM.  THAT IS WHY WE ARE ASKING NOT ONLY

02:31PM 5    FOR THE TERMINATIONS TO BE STOPPED, YOUR HONOR, BUT ALSO FOR

02:31PM 6    THE STATUS QUO EMPLOYMENT STATUS TO BE PUT BACK IN PLACE,

02:31PM 7    BECAUSE OTHERWISE EVERY DAY THAT THIS GOES ON, YOUR HONOR, THE

02:31PM 8    EFFECTS CONTINUE AND SNOWBALL.

02:31PM 9        AND IT WILL BE IMPOSSIBLE FOR THIS COURT AT THE END OF

02:31PM 10   THIS CASE TO ISSUE EFFECTIVE RELIEF.

02:31PM 11       THE COURT:  DOD IS NOT A PARTY.  OPM IS THE ONLY

02:31PM 12   DEFENDANT.

02:31PM 13       SO HOW WOULD THAT WORK?  I WOULD ORDER OPM TO DO WHAT?

02:32PM 14       MS. LEONARD:  OPM AND ALL OF THOSE ACTING IN

02:32PM 15   CONCERT, YOUR HONOR.

02:32PM 16       THE COURT:  OH, COME ON.

02:32PM 17       MS. LEONARD:  THAT'S --

02:32PM 18       THE COURT:  NO, NO.  THAT'S LIKE SOME KIND OF GIANT

02:32PM 19   RICO THING.  YOU SHOULD HAVE MADE SOME OF THESE PEOPLE PARTIES

02:32PM 20   MAYBE.

02:32PM 21       MS. LEONARD:  WELL, IF YOUR HONOR BELIEVES THEY'RE

02:32PM 22   PARTIES NECESSARY TO EFFECTUATE RELIEF, WE'RE HAPPY TO JOIN

02:32PM 23   THEM UNDER RULE 19 TONIGHT.  WE WILL JOIN, IF YOUR HONOR

02:32PM 24   BELIEVES THAT.  SO THE CLAIM IS AGAINST OPM.  THE CLAIM IS

02:32PM 25   AGAINST OPM.

02:32PM 1      OPM ENGAGED IN THE UNLAWFUL ACT.

02:32PM 2          THE COURT:  LET'S STICK WITH JUST OPM.  WHAT WOULD I

02:32PM 3   SAY TO OPM BY WAY OF RELIEF IF WE DID AN ORDER TODAY?

02:32PM 4          MS. LEONARD:  OPM MUST RESCIND ITS ORDER TO ALL

02:32PM 5   FEDERAL AGENCIES TO FIRE ALL PROBATIONARY EMPLOYEES WITH -- AND

02:32PM 6   THEY MUST RESCIND ENFORCEMENT OF THAT ORDER BECAUSE IT IS

02:32PM 7   UNLAWFUL AND ALL OF THOSE ACTING IN CONCERT.

02:32PM 8      I KNOW YOUR HONOR IS -- THAT -- UNDER RULE 65, WE WOULD

02:33PM 9   SUBMIT THAT, WE WOULD SUBMIT THAT THAT SHOULD BE OBEYED BY THE

02:33PM 10  AGENCIES, AND IF IT IS NOT, THEN THERE'S AN ENFORCEMENT ISSUE.

02:33PM 11     BUT WE ARE VERY HAPPY, YOUR HONOR, TO -- FOR PURPOSES OF

02:33PM 12  EFFECTUATING RELIEF, BECAUSE THEY ARE THE AGENCIES WHO HAVE

02:33PM 13  IMPLEMENTED OPM'S UNLAWFUL RULE, WE CAN ADD THEM AS DEFENDANTS,

02:33PM 14  YOUR HONOR, IF IT'S NECESSARY.

02:33PM 15         THE COURT:  ALL RIGHT.  I WANT TO GIVE THE OTHER

02:33PM 16  SIDE A CHANCE TO RESPOND.

02:33PM 17         MR. HELLAND:  THANK YOU, YOUR HONOR.

02:33PM 18     THIS POINT ABOUT HOW THESE OTHER AGENCIES ARE NOT PARTIES

02:33PM 19  IS CRITICAL.  IT GOES TO AN EARLIER POINT THAT PLAINTIFFS MADE

02:33PM 20  ABOUT WHY DECLARATIONS WERE NOT SUBMITTED.

02:33PM 21     THE OTHER AGENCIES WERE NOT PARTIES.  THE GOVERNMENT IN

02:33PM 22  ITS TWO DAYS TO PREPARE ITS OPPOSITION, DID NOT CONTACT OR DID

02:33PM 23  NOT WORK WITH NON-PARTIES TO PREPARE DECLARATIONS IN SUPPORT

02:33PM 24  HERE.

02:33PM 25         RELATEDLY, I THINK IT WOULD BE VERY PROBLEMATIC TO ISSUE A

1   TEMPORARY RESTRAINING ORDER AGAINST SOME SET OF NON-PARTIES WHO

2   HAVE NOT THEMSELVES HAD A CHANCE TO REPRESENT THEIR INTERESTS.

3       OPM IS THE PARTY AND OPM PREPARED ITS OPPOSITION, BUT I

4   THINK IT WOULD BE PROBLEMATIC TO EXPAND THAT TO NON-PARTY

5   AGENCIES.

6       TO RESPOND TO A FEW POINTS THAT PLAINTIFFS MADE IN THEIR

7   ARGUMENT.  THE COURTS HAVE REPEATEDLY REJECTED THIS ARGUMENT,

8   INCLUDING IN THE CASES THAT I MENTIONED PREVIOUSLY, THAT

9   SO-CALLED SYSTEMATIC OR NATIONWIDE TYPE CLAIMS CANNOT BE

10  ADEQUATELY HEARD THROUGH THE ADMINISTRATIVE PROCESSES.

11      IT WAS MADE IN THE DISTRICT COURT CASES THAT I POINTED

12  YOUR HONOR TO PREVIOUSLY.  IT ALSO CAME UP IN THE ELGIN

13  SUPREME COURT CASE, ELGIN VERSUS TREASURY WHERE I BELIEVE IT

14  WAS A CLAIM AGAINST THE CONSTITUTIONALITY OF THE DRAFT.  IT WAS

15  A NATIONWIDE CHALLENGE, AND THAT WAS HELD TO BE IMPROPERLY

16  CHANNELLED THROUGH THE ADMINISTRATIVE PROCESSES.

17      I ALSO UNDERSTAND THAT THERE ARE MECHANISMS FOR CLASSWIDE

18  RELIEF IN THE ADMINISTRATIVE PROCESSES.  SO THIS IDEA THAT

19  LARGE NUMBERS OF EMPLOYEES WON'T BE ABLE TO BE HEARD, I THINK

20  IT'S BELIED BY THE REGULATIONS THAT CONTEMPLATE IT.

21          THE COURT:  ARE YOU SURE OF THAT OR ARE YOU SAYING

22  THAT IS YOUR GUESS, CLASSWIDE RELIEF?

23          MR. HELLAND:  NO.  IF YOU GIVE ME ONE SECOND, I

24  THINK I CAN POINT YOU TO THE REGULATION.

25      BUT NO.  I'VE BEEN INFORMED BY AGENCY COUNSEL THAT THERE

ARE REGULATIONS THAT ALLOW FOR CLASSWIDE RELIEF IN THE MSPB

PROCEEDINGS.

SO, AGAIN, THIS GOES TO THIS ISSUE OF SO-CALLED SYSTEM

WIDE CLAIMS, NATIONWIDE CLAIMS NOT BEING THE TYPE THAT CAN BE

HEARD.  BUT THEY CAN AND OTHER COURTS HAVE FOUND THAT THEY CAN.

AND, OF COURSE, EVEN IF THE AGENCIES THEMSELVES CANNOT --

IN THE ADMINISTRATIVE PROCESSES DON'T HAVE THE FULL COMPETENCE

TO REVIEW ALL OF THESE ISSUES, THERE IS A FURTHER APPEAL

PROCESS TO THE COURTS OF APPEALS SUCH THAT ARTICLE III COURTS

CAN CONSIDER THESE VERY ISSUES.

THIS IS A GROUND THAT COMES UP AGAIN AND AGAIN IN THESE

DECISIONS HOLDING THAT SIMILAR CLAIMS ARE CHANNELLED THROUGH

THE ADMINISTRATIVE REVIEW PROCESSES.

THOSE SAME DECISIONS, WHICH RECOGNIZE THAT ULTIMATELY

THERE WILL BE JUDICIAL REVIEW, ALSO EXPLAIN THAT AGENCIES HAVE

IMPORTANT ROLES TO PLAY IN THAT ADMINISTRATIVE PROCESS.  THEY

CAN CLARIFY THE FACTUAL RECORD; THEY CAN MAKE PRELIMINARY LEGAL

RULINGS THAT, YES, WHILE SUBJECT TO FURTHER JUDICIAL REVIEW ARE

THEMSELVES VERY HELPFUL FOR THE REVIEWING COURTS; AND, OF

COURSE, THEY CAN MOOT ISSUES, RIGHT?  OR THEY CAN DECIDE ISSUES

IN WAYS THAT ARE NARROWER PERHAPS THAN CONSTITUTIONAL GROUNDS

BUT ARE FAVORABLE TO THE EMPLOYEES SUCH THAT FURTHER JUDICIAL

REVIEW ISN'T EVEN NECESSARY.

SO, AGAIN, THERE'S ALL OF THESE CONSIDERATIONS WHICH SHOW

THAT THERE IS AN ADEQUATE REVIEW PROCESS IN THE ADMINISTRATIVE

02:36PM 1    PROCESSES HERE.

02:36PM 2        COUNSEL MADE THE POINT THAT OPM WOULD NOT BE A PROPER

02:36PM 3    DEFENDANT IN THE ADMINISTRATIVE PROCEEDINGS BECAUSE THE

02:36PM 4    AFFECTED EMPLOYEES THEMSELVES ARE GENERALLY, NOT ALWAYS, BUT

02:36PM 5    GENERALLY EMPLOYEES OF OTHER AGENCIES.

02:37PM 6        I DON'T KNOW OF ANY REASON WHY IN THOSE PROCEEDINGS, THOSE

02:37PM 7    EMPLOYEES COULDN'T STILL MAKE THE ARGUMENT THAT THEIR

02:37PM 8    TERMINATION WAS UNLAWFUL FOR REASONS THAT ALLEGEDLY STARTED

02:37PM 9    WITH OPM.

02:37PM 10       NOW, AS A FACTUAL MATTER, WE STILL MAINTAIN THAT IT WAS

02:37PM 11   MERELY A REQUEST.  THERE WAS NO ORDER HERE.  AND WE WOULD BE

02:37PM 12   WILLING TO STIPULATE, BY THE WAY, THAT OPM'S ACTIONS WERE NOT

02:37PM 13   BINDING, THAT THEY DID NOT ISSUE BINDING ACTIONS ON THE

02:37PM 14   AGENCIES.

02:37PM 15       BUT ALL THAT BEING SAID, I DON'T THINK THERE'S ANYTHING

02:37PM 16   PREVENTING EMPLOYEES FROM MAKING THIS ARGUMENT IN THE PROPER

02:37PM 17   ADMINISTRATIVE PROCEEDINGS SIMPLY BECAUSE AN OPM ACTION IS

02:37PM 18   SOMETHING THAT SET OFF THIS PROCESS --

02:37PM 19           THE COURT:  I HAVE A SOMEWHAT RELATED QUESTION.

02:37PM 20       IS THERE ANY OTHER DISTRICT COURT DECISION OR CASE NOW

02:37PM 21   PENDING THAT RAISES THE SAME ISSUE AS THIS CASE?

02:38PM 22           MR. HELLAND:  WELL, I BELIEVE THE AFGE VERSUS EZELL

02:38PM 23   CASE IN THE DISTRICT OF MASSACHUSETTS RAISED VIRTUALLY THIS

02:38PM 24   ISSUE, AND THE TRO THERE I BELIEVE WAS DENIED.  IT'S ONE OF THE

02:38PM 25   CASES THAT WE'VE CITED.

02:38PM 1    I DON'T KNOW THE SUBSEQUENT STATUS OF IT, THAT IS, I DON'T

02:38PM 2  KNOW IF APPEALS ARE UNDERWAY OR IF FURTHER BRIEFING IS

02:38PM 3  HAPPENING THERE BUT --

02:38PM 4    THE COURT:  WELL, WHICH UNION WAS IT IN THAT CASE?

02:38PM 5    MR. HELLAND:  I BELIEVE AFGE WAS THE LEAD NAMED

02:38PM 6  PLAINTIFF.  FOR MANY OF THESE CASES THERE'S MULTIPLE UNIONS

02:38PM 7  INVOLVED, BUT I BELIEVE AFGE, THE SAME LEAD NAMED PLAINTIFF

02:38PM 8  HERE WAS THE NAMED PLAINTIFF.

02:38PM 9    THE COURT:  LET ME ASK THE PLAINTIFFS, ISN'T

02:38PM 10 THERE -- IT SOUNDS LIKE JUDGE SHOPPING TO ME TO HAVE A CASE GO

02:38PM 11 ON IN BOSTON AND ONE GOING HERE BY THE SAME PLAINTIFF

02:38PM 12 CHALLENGING THE SAME CONDUCT.

02:38PM 13   SO WHAT DO YOU SAY TO THAT POINT?

02:38PM 14   MS. LEONARD:  THE CASE IN THE DISTRICT COURT IN

02:38PM 15 MASSACHUSETTS CHALLENGED THE FORK IN THE ROAD PROGRAM,

02:38PM 16 YOUR HONOR, WHICH IS VERY DIFFERENT FROM OPM'S ORDER TO

02:39PM 17 TERMINATE.

02:39PM 18   THE COURT:  WELL, THAT HAS NOTHING TO DO WITH

02:39PM 19 PROBATIONARY EMPLOYEES?

02:39PM 20   MS. LEONARD:  THAT IS THE FORK IN THE ROAD PROGRAM

02:39PM 21 THAT WAS OFFERED BY OPM TO 2 MILLION --

02:39PM 22   THE COURT:  I'M SORRY.  THAT'S A DIFFERENT THING.

02:39PM 23 OKAY.

02:39PM 24   IS THERE ANOTHER CASE WHERE THE SAME UNION IS CHALLENGING

02:39PM 25 THE SAME CONDUCT, THE PROBATIONARY THING?

02:39PM 1        MR. HELLAND:  PERHAPS NOT THE SAME UNION,

02:39PM 2    YOUR HONOR.  AND I MAY HAVE MISSPOKEN, AND I APOLOGIZE FOR

02:39PM 3    DOING SO.

02:39PM 4        I BELIEVE THE CASE I'M THINKING OF IS ACTUALLY THE NTU

02:39PM 5    CASE IN THE DISTRICT OF COLUMBIA, AND I DON'T BELIEVE THAT

02:39PM 6    THERE'S ANY OVERLAP IN THE PLAINTIFFS THERE.

02:39PM 7        MS. LEONARD:  THERE IS NOT, YOUR HONOR.

02:39PM 8        THE COURT:  OKAY.  THEN ENOUGH ON THAT ONE.

02:39PM 9        MS. LEONARD:  AND IF I MAY TO RESPOND TO COUNSEL'S

02:39PM 10   POINT ABOUT OUR NOT ADDRESSING THESE CASES AND HE WAS TALKING

02:39PM 11   ABOUT SEARCHING THE REPLY BRIEF.

02:39PM 12       THE REASON IS THEY WERE ADDRESSED IN OUR OPENING

02:39PM 13   MEMORANDUM, YOUR HONOR, ON PAGE 26.  I JUST WANT TO MAKE THAT

02:39PM 14   VERY CLEAR THAT WE ARE NOT SHYING AWAY FROM THE DECISIONS THAT

02:39PM 15   CHANNELLED OTHER TYPES OF CLAIMS THAT ARE DIFFERENT FROM THIS

02:39PM 16   CASE.  WE HAVE ADDRESSED THEM AND DISTINGUISHED THEM.  THAT'S

02:40PM 17   IN OUR OPENING MEMORANDUM.

02:40PM 18       THE COURT:  LET'S GO TO THE STANDING OF THE

02:40PM 19   ORGANIZATIONAL -- NOT THE UNIONS, BUT THE NON-UNION

02:40PM 20   ORGANIZATIONS.

02:40PM 21       MS. LEYTON:  YES, YOUR HONOR.

02:40PM 22       WE HAVE A NUMBER OF ORGANIZATIONS IN THIS CASE THAT ARE

02:40PM 23   NOT UNIONS.  THEIR RELATIONSHIP TO THESE ACTIONS IS NOT TENUOUS

02:40PM 24   AS COUNSEL HAS CHARACTERIZED.  THERE ARE NUMEROUS VETERANS

02:40PM 25   ORGANIZATIONS, VOTE VETS AS WELL AS THE COMMON DEFENSE

02:40PM 1   ORGANIZATION; THERE ARE NUMEROUS PARKS ORGANIZATIONS AND PUBLIC

02:40PM 2   LANDS ORGANIZATIONS, AND A SMALL BUSINESS ASSOCIATION.

02:40PM 3       THOSE ORGANIZATIONS HAVE DEMONSTRATED IN THEIR

02:40PM 4   DECLARATIONS EXTENSIVE AND WIDESPREAD HARM THAT IS BOTH

02:40PM 5   ANTICIPATED AND IMMINENT AND HARM THAT HAS ACTUALLY OCCURRED.

02:40PM 6       STARTING WITH, FOR EXAMPLE, THE VETERANS ORGANIZATIONS.

02:41PM 7   THE DECLARATIONS SHOW THE TERMINATION OF EMPLOYEES WHO ANSWER

02:41PM 8   PHONES AND SCHEDULE APPOINTMENTS AT THE VA HOSPITALS, WHO STAFF

02:41PM 9   THE CRISIS LINE THAT IS AVAILABLE FOR VETERANS WHO ARE FACING

02:41PM 10  MENTAL HEALTH CRISES WHO HAVE SUICIDAL IDEATION AND NEED TO BE

02:41PM 11  CONNECTED WITH SERVICES, THAT ENGAGE IN ADDICTION RECOVERY

02:41PM 12  RESEARCH, BURN PIT EXPOSURE RESEARCH, ALL SORTS OF VETERANS

02:41PM 13  SERVICES THAT ARE CRITICAL TO THOSE ORGANIZATIONS.

02:41PM 14      VOTE VETS, WHICH REPRESENTS 2 MILLION VETERANS AND THEIR

02:41PM 15  FAMILIES ACROSS THE COUNTRY, HAS BEEN INUNDATED WITH CALLS FROM

02:41PM 16  VETERANS WHO ARE EXPERIENCING THE IMPACT AND ARE CONCERNED

02:41PM 17  ABOUT THE IMPACT, AS WELL AS REPRESENTING MANY FEDERAL

02:41PM 18  EMPLOYEES BECAUSE 30 PERCENT OF FEDERAL EMPLOYEES ARE VETERANS

02:41PM 19  BECAUSE OF THE PREFERENCES THEY HAVE.

02:41PM 20      THE ENVIRONMENTAL ORGANIZATIONS HAVE DEMONSTRATED HARMS TO

02:41PM 21  PROTECTIONS OF SPECIOUS THAT THE BUREAU OF LAND MANAGEMENT IS

02:42PM 22  NO LONGER RESPONDING TO A FREEDOM OF INFORMATION ACT REQUEST;

02:42PM 23  THAT THE TOADS AND THE FISH THAT ARE PROTECTED BY ENVIRONMENTAL

02:42PM 24  STATUTES WILL NO LONGER BE PROTECTED; THAT JOSHUA TREE WAS NOT

02:42PM 25  OPEN BECAUSE THERE WAS INADEQUATE STAFFING UP AT THE HATCHERY

02:42PM 1    THAT PROTECTS THE TOADS HAS LOST THEIR SUPERVISOR.  ALL SORTS

02:42PM 2    OF IMPACTS ON PUBLIC LANDS AND ON THIS COUNTRY'S NATIONAL

02:42PM 3    RESOURCES, AND THESE ORGANIZATIONS HAVE DEMONSTRATED HARMS TO

02:42PM 4    CRITICAL SAFETY PROJECTS:

02:42PM 5        CIVILIAN FIREFIGHTERS ON NAVAL BASES HAVE BEEN TERMINATED;

02:42PM 6    RESEARCH ON FIREFIGHTER SAFETY HAS BEEN LOST; FAA EMPLOYEES WHO

02:42PM 7    ARE WORKING ON SAFETY REGULATIONS AND WHO ARE PROCESSING

02:42PM 8    CANDIDATES FOR AIR TRAFFIC CONTROL PROGRAMS HAVE BEEN

02:42PM 9    TERMINATED; AND 10 PERCENT OF NSF EMPLOYEES WERE LAID OFF

02:42PM 10   TERMINATING CRITICAL MANAGERS OF NSF GRANT PROGRAMS.  SO THESE

02:42PM 11   ORGANIZATIONS HAVE DEMONSTRATED THAT THEIR MEMBERS HAVE FACED

02:42PM 12   INJURIES AND WILL BE HARMED AS WELL AS THE DECLARATIONS FROM

02:43PM 13   THE UNIONS DOCUMENTING THE EXTENSIVE IRREPARABLE HARM TO THEIR

02:43PM 14   MEMBERS.

02:43PM 15       AND I WOULD JUST LIKE TO ADD, YOUR HONOR, THAT THE

02:43PM 16   AGENCIES THAT ARE NOT CURRENTLY PARTIES BUT COULD BE ADDED AS

02:43PM 17   RULE 19 PARTIES IMPLEMENTED THE ORDER THAT OPM ISSUED THAT WAS

02:43PM 18   UNLAWFUL.

02:43PM 19       OUR CLAIM OF UNLAWFULNESS IS NOT ONLY PREDICATED ON OPM'S

02:43PM 20   ROLE OF OVERRIDING THE HEADS OF THE AGENCIES BUT IS ALSO

02:43PM 21   PREDICATED ON THE FACT THAT OPM INSTRUCTED THE AGENCIES TO DO

02:43PM 22   SOMETHING THAT WAS INDEPENDENTLY UNLAWFUL BECAUSE THEY TOLD THE

02:43PM 23   AGENCIES TO SAY THAT THESE EMPLOYEES WERE BEING FIRED FOR

02:43PM 24   PERFORMANCE REASONS, SOMETHING THAT WILL CREATE A STAIN ON THE

02:43PM 25   RECORD OF THESE EMPLOYEES AND HARM THEM IN THE FUTURE, EVEN

02:43PM 1    THOUGH THAT WAS NOT TRUE AND EVEN THOUGH IT IS ILLEGAL FOR THE

02:43PM 2    AGENCIES TO DO THAT.

02:43PM 3         SO IN ORDER TO CEASE THE UNLAWFULNESS AND RESTORE THE

02:43PM 4    STATUS QUO, IT IS NECESSARY NOT ONLY TO ENJOIN THE THOUSANDS OF

02:43PM 5    TERMINATIONS THAT WE KNOW ARE SCHEDULED FOR TOMORROW, THE

02:44PM 6    THOUSANDS OF TERMINATIONS THAT MAY BE SCHEDULED FOR TOMORROW

02:44PM 7    AND THE UPCOMING WEEKS, BUT ALSO TO ORDER THE AGENCIES TO -- TO

02:44PM 8    ORDER THE OPM TO HAVE THE AGENCIES RESCIND THEIR UNLAWFUL

02:44PM 9    IMPLEMENTATION OF THE OPM ORDER.  THAT IS WHAT IS NECESSARY TO

02:44PM 10   STOP THE ONGOING HARM TO THE ENVIRONMENT, TO VETERANS, TO THOSE

02:44PM 11   WHO ENJOY THE NATIONAL PARKS AND PUBLIC LANDS, AND TO ALL OF

02:44PM 12   THE IMPORTANT GOVERNMENT SERVICES THAT HAVE BEEN HARMED AND

02:44PM 13   WILL CONTINUE TO FACE ONGOING HARM UNTIL OPM'S DIRECTIVE AND

02:44PM 14   THE IMPLEMENTATION OF THAT DIRECTIVE IS ENJOINED.

02:44PM 15             THE COURT:  OKAY.  THANK YOU.

02:44PM 16             MR. HELLAND:  THANK YOU, YOUR HONOR.

02:44PM 17        OUR PRIMARY RESPONSE HERE IS THE FACTUAL ONE.  THERE WAS

02:44PM 18   NOT AN ORDER HERE, THERE WAS A REQUEST.  THE REQUEST WAS

02:44PM 19   CARRIED OUT BY SOME BUT NOT ALL AGENCIES, AND IT'S THOSE

02:44PM 20   AGENCIES INDEPENDENT INTERVENING ACTIONS THAT MORE PROXIMATELY

02:44PM 21   CREATE THE ALLEGED HARMS THAT PLAINTIFFS ARE DESCRIBING.

02:44PM 22        SO, IN OTHER WORDS, THE CHAIN OF CAUSATION BETWEEN THE

02:45PM 23   CHALLENGED ACTION AND THE ALLEGED HARMS IS TOO LONG TO SUPPORT

02:45PM 24   ARTICLE III STANDING.

02:45PM 25        SEPARATELY, THERE'S THE QUESTION OF REDRESSABILITY OR THE

02:45PM 1    RELATED CHANNELLING THROUGH THE ADMINISTRATIVE PROCESSES.

02:45PM 2        WHAT PLAINTIFFS ARE SEEKING HERE, THE RELIEF THAT THEY'RE

02:45PM 3    SEEKING IS THE REINSTATEMENT OF THESE FEDERAL EMPLOYEES WHOM

02:45PM 4    PLAINTIFFS SAY ONCE REINSTATED WILL BE ABLE TO TAKE ALL OF

02:45PM 5    THESE GOVERNMENT ACTIONS AND PERFORM THESE SERVICES THAT

02:45PM 6    PLAINTIFFS SAY ARE SO IMPORTANT.

02:45PM 7        WHILE THE MECHANISM FOR DOING THAT IS GOING THROUGH THE

02:45PM 8    ADMINISTRATIVE PROCESSES BECAUSE THE REINSTATEMENT OF THOSE

02:45PM 9    FEDERAL EMPLOYEES ARE EXACTLY THE KINDS OF PERSONNEL ACTIONS

02:45PM 10   THAT CONGRESS HAS SAID NEED TO BE CHANNELLED THROUGH THOSE

02:45PM 11   PROCESSES.

02:45PM 12       THE COURT:  BUT HOW COULD THE, HOW COULD THIS GROUP

02:45PM 13   THAT REPRESENTS THE PARKS, COALITION TO PROTECT AMERICA'S

02:45PM 14   NATIONAL PARKS, HOW COULD THEY GO TO THE MSPB AND LAUNCH --

02:46PM 15   THEY'RE NOT AN EMPLOYEE.

02:46PM 16       MR. HELLEND:  RIGHT.

02:46PM 17       THE COURT:  THEY HAVEN'T BEEN TERMINATED.

02:46PM 18   THE AGENCY WILL JUST LOOK AT THEM AND SAY YOU'RE JUST AN

02:46PM 19   INTERLOPER AND SIT ON THERE AND DO NOTHING.

02:46PM 20   I DON'T SEE HOW THE COALITION TO PROTECT AMERICAS NATIONAL

02:46PM 21   PARKS HAS ANY REMEDY AT THE MSPB.

02:46PM 22       MR. HELLAND:  WELL, I THINK THE POLITE WORD FOR AN

02:46PM 23   INTERLOPER IS AN INTERVENER, AND THEY COULD PETITION TO

02:46PM 24   INTERVENE.  SO THEY COULD BE HEARD OR THEY COULD ASK TO HAVE --

02:46PM 25       THE COURT:  THEY CAN'T INTERVENE UNLESS THE EMPLOYEE

02:46PM 1    BRINGS A CLAIM AND A LOT OF THEM ARE JUST GOING TO SAY FORGET

02:46PM 2    IT.  THEY DON'T WANT ME, I GUESS I'M GOING TO LEAVE, AND WITH A

02:46PM 3    STAIN ON MY RECORD.

02:46PM 4        BUT THEY'RE NOT GOING TO GO TO THE TROUBLE, A LOT OF THEM,

02:46PM 5    SOME OF THEM WILL, AND YOU MENTIONED SIX ALREADY HAVE.  BUT

02:46PM 6    THERE ARE THOUSANDS HERE.

02:46PM 7            MR. HELLAND:  WELL, SIX HAVE GONE THROUGH THE OFFICE

02:47PM 8    OF SPECIAL COUNSEL IN A RECORDED PROCEEDING, WHICH HAS ALREADY

02:47PM 9    RESULTED IN A STAY AND FOR WHICH WE UNDERSTAND THE SPECIAL

02:47PM 10   COUNSEL IS EXAMINING WAYS TO EXPAND THAT TO OTHER EMPLOYEES.

02:47PM 11       BUT HUNDREDS OF EMPLOYEES HAVE PETITIONED THE MSPB RELATED

02:47PM 12   TO THESE ACTIONS.  SO CERTAINLY AFFECTED EMPLOYEES ARE PURSUING

02:47PM 13   THAT.

02:47PM 14           THE COURT:  BUT NOT ALL, BUT NOT ALL.  AND MAYBE NOT

02:47PM 15   EVEN A MAJORITY, RIGHT?

02:47PM 16           MR. HELLAND:  PERHAPS NOT A MAJORITY.

02:47PM 17           THE COURT:  MAYBE JOSHUA TREE WILL HAVE TO STAY

02:47PM 18   CLOSED.

02:47PM 19           MR. HELLAND:  RIGHT, WHICH BRINGS ME BACK TO MY

02:47PM 20   FIRST POINT.  I BELIEVE THAT THAT IS JUST TOO ATTENUATED FROM

02:47PM 21   THE CHALLENGED ACTION HERE TO SUPPORT ARTICLE III STANDING.

02:47PM 22       YOU'RE TALKING ABOUT AN OPM REQUEST THAT GOES TO AN

02:47PM 23   AGENCY, THE AGENCY MAKES ITS OWN REVIEW, THAT RESULTS IN

02:47PM 24   STAFFING DECISIONS, THOSE STAFFING DECISIONS HAVE THEIR OWN

02:47PM 25   CONSEQUENCES IN TERMS OF WHETHER JOSHUA TREE OR YOSEMITE OR ANY

02:47PM 1      NUMBER OF OTHER NATIONAL PARKS LOCATIONS CONTINUE TO RECEIVE

02:47PM 2      STAFFING.  THERE'S SO MANY LINKS IN THAT CHAIN THAT IT DOESN'T

02:47PM 3      SUPPORT ARTICLE III STANDING FOR THIS KIND OF CLAIM.

02:48PM 4          I THINK CLAPPER IS PROBABLY THE BEST CASE ON POINT FOR

02:48PM 5      THAT, BUT THE FUNDAMENTAL POINT REMAINS THAT YOU NEED TO HAVE A

02:48PM 6      CLOSE CONNECTION BETWEEN THE CHALLENGED ACTION AND THE INJURY

02:48PM 7      IN ORDER TO SUPPORT ARTICLE III STANDING AND THE VARIOUS STEPS

02:48PM 8      THAT ARE AT ISSUE HERE ARE SIMPLY TOO MANY.

02:48PM 9          THE COURT:  ANY REBUTTAL?

02:48PM 10         MS. LEYTON:  YOUR HONOR, JUST ONE LEGAL POINT THAT I

02:48PM 11     WANT TO POINT OUT, AND THIS RELATES TO WHAT MY COCOUNSEL

02:48PM 12     ADDRESSED WITH CHANNELLING, BUT THE STATUTES REGARDING THE MSPB

02:48PM 13     DO NOT ALLOW ORGANIZATIONS TO INTERVENE, AND THAT IS ADDRESSED

02:48PM 14     ON PAGES 13 AND 14 OF OUR REPLY BRIEF.  SO I WOULD CALL YOUR

02:48PM 15     ATTENTION TO THAT.

02:48PM 16         I WOULD ALSO JUST POINT OUT, THIS IS CLASSIC ARTICLE III

02:48PM 17     STANDING CLASSIC IRREPARABLE HARM, THIS KIND OF INJURY TO THE

02:48PM 18     ABILITY TO ENJOY NATIONAL PARKS, TO GOVERNMENT SERVICES.

02:49PM 19         THERE IS NO SUPPORT FOR THE ARGUMENT THAT THESE

02:49PM 20     ORGANIZATIONS WOULD GET CHANNELLED.  THERE'S NO PRECEDENCE FOR

02:49PM 21     THAT.

02:49PM 22         AND THE REMEDIES THAT THE EMPLOYEES COULD OBTAIN IN THAT

02:49PM 23     PROCEEDING, BACKPAY MANY YEARS FROM NOW, WOULD IN NO WAY REMEDY

02:49PM 24     THE IMMEDIATE AND THE IRREPARABLE INJURY THAT THESE

02:49PM 25     ORGANIZATIONS AND THEIR MEMBERS WHO THEY STAND IN THE SHOES OF,

02:49PM  1    WHICH THE GOVERNMENT DOES NOT CONTEST, ARE FACING EVERY DAY

02:49PM  2    THAT THESE TERMINATIONS ARE ALLOWED TO STAND.

02:49PM  3            THE COURT:  ALL RIGHT.  WHAT OTHER ISSUES ARE THERE

02:49PM  4    THAT NEED TO BE ARGUED?  ANYTHING MORE?

02:49PM  5            MR. HELLAND:  I DON'T THINK WE HAVE OTHER ISSUES,

02:49PM  6    YOUR HONOR.

02:49PM  7        I WOULD ASK IN CLOSING THAT YOUR HONOR TAKE A VERY CLOSE

02:49PM  8    LOOK AT THE RECORD EVIDENCE.  I'M THINKING ABOUT THE WAY I

02:49PM  9    DESCRIBED THE BUCKETS PREVIOUSLY, BECAUSE I DON'T THINK IT

02:49PM  10   SUPPORTS THE ORDER THAT PLAINTIFFS ARE CHARACTERIZING IT.  I

02:49PM  11   THINK IT SHOWS THAT IT WAS MERELY A REQUEST AND ASK.

02:50PM  12       AND I WOULD ALSO ENCOURAGE YOUR HONOR TO TAKE A VERY CLOSE

02:50PM  13   LOOK TO LOOK AT THE THREE DISTRICT COURT DECISIONS THAT I'VE

02:50PM  14   BEEN REFERRING TO AND THE AFGE V. TRUMP D.C. CIRCUIT DECISION.

02:50PM  15           THE COURT:  THANK YOU.

02:50PM  16           MS. LEONARD:  THANK YOU, YOUR HONOR.

02:50PM  17       I THINK I WANT TO JUST CLOSE BY COMING BACK TO THE POINT

02:50PM  18   ABOUT THE SCOPE OF REMEDY BECAUSE THE GOVERNMENT HAS ARGUED

02:50PM  19   THAT WE SHOULD NOT BE ENTITLED TO A REMEDY THAT COULD ACTUALLY

02:50PM  20   ADDRESS THE PROBLEM THAT THIS CASE SEEKS TO ADDRESS, WHICH IS

02:50PM  21   RIPPING OUT THIS UNLAWFUL RULE FROM THE ROOT AND ENJOINING ITS

02:50PM  22   IMPLEMENTATION ACROSS THIS COUNTRY TO PREVENT THE HARMS THAT MY

02:50PM  23   COLLEAGUE WAS ADDRESSING.

02:50PM  24       WE RECOGNIZE THAT THIS IS AN EXTRAORDINARY ASK,

02:50PM  25   YOUR HONOR.

02:50PM 1        WE DO NOT DO THIS LIGHTLY.

02:50PM 2        BUT THESE ARE EXTRAORDINARY TIMES AND THIS IS

02:50PM 3   EXTRAORDINARY HARM.

02:50PM 4        AND ON BEHALF OF MY CLIENTS AND ALL OF THOSE SITTING IN

02:50PM 5   THIS COURTROOM WATCHING THIS CASE, BECAUSE THEY EITHER LOST

02:50PM 6   THEIR JOBS OR ARE NOT ABLE TO OBTAIN THE SERVICES FROM THE

02:50PM 7   FEDERAL GOVERNMENT THAT SHE SHOULD BE ABLE TO OBTAIN, WE ASK

02:50PM 8   THIS COURT RESPECTFULLY TO STOP THE UNLAWFUL DISMANTLING OF OUR

02:51PM 9   FEDERAL GOVERNMENT AND PUT OUR GOVERNMENT BACK TO WORK.

02:51PM 10       THE COURT:  OKAY.  JUST BEAR WITH ME A SECOND.

02:51PM 11       (PAUSE IN PROCEEDINGS.)

02:51PM 12       THE COURT:  I'M GOING TO GRANT LIMITED RELIEF, NOT

02:52PM 13  AS BROAD AS PLAINTIFFS WANT.  I'LL EXPLAIN WHY, AND I'LL GIVE A

02:52PM 14  MEMORANDUM OPINION IN DUE COURSE, BUT SINCE YOU'VE LEARNED THAT

02:52PM 15  EMPLOYEES ARE GOING TO BE TERMINATED TOMORROW FROM DOD, I THINK

02:52PM 16  I BETTER SAY WHAT I'M GOING TO SAY NOW.

02:52PM 17       CONGRESS HAS GIVEN THE AUTHORITY TO HIRE AND FIRE TO THE

02:52PM 18  AGENCIES THEMSELVES.

02:52PM 19       THE DEPARTMENT OF DEFENSE, FOR EXAMPLE, HAS STATUTORY

02:52PM 20  AUTHORITY TO HIRE, TO FIRE.

02:52PM 21       OPM DOES NOT.  OFFICE OF PERSONNEL MANAGEMENT DOES NOT

02:52PM 22  HAVE ANY AUTHORITY WHATSOEVER UNDER ANY STATUTE IN THE HISTORY

02:53PM 23  OF THE UNIVERSE TO HIRE AND FIRE EMPLOYEES WITHIN ANOTHER

02:53PM 24  AGENCY.

02:53PM 25       IT CAN HIRE ITS OWN EMPLOYEES, YES, IT CAN FIRE THEM.  BUT

02:53PM 1      IT CANNOT ORDER OR DIRECT SOME OTHER AGENCY TO DO SO.

02:53PM 2          I THINK ACTUALLY THE GOVERNMENT AGREES WITH THAT.  THE

02:53PM 3      DEFENSE AGREES WITH THAT.  IT WASN'T CLEAR BEFORE, BUT I THINK

02:53PM 4      THEY DO.

02:53PM 5          BUT THAT IS A CRYSTAL CLEAR STARTING POINT FOR THE

02:53PM 6      ANALYSIS HERE.

02:54PM 7          SO I'M GOING TO GO THROUGH SOME OF THE EVIDENCE.

02:54PM 8          THE QUESTION ON THE FACTS IS WHETHER OR NOT OPM ORDERED

02:54PM 9      THE AGENCIES TO TERMINATE PROBATIONARY EMPLOYEES WITH VERY

02:54PM 10     LIMITED EXCEPTIONS VERSUS WHETHER OPM GAVE GUIDANCE AND THAT

02:54PM 11     GUIDANCE WAS THEN TAKEN TO HEART BY THE AGENCIES THEMSELVES WHO

02:54PM 12     MADE THEIR OWN DECISION AND TERMINATED THESE PROBATIONARY

02:54PM 13     EMPLOYEES AND WILL DO SO IN THE FUTURE.

02:54PM 14         OPM DOES HAVE THE AUTHORITY TO GIVE GUIDANCE.  IT'S NOT

02:54PM 15     BINDING.  IT'S JUST GUIDANCE.

02:54PM 16         AND THE AGENCIES COULD THUMB THEIR NOSE AT OPM IF THEY

02:54PM 17     WANTED TO IF IT'S GUIDANCE.

02:54PM 18         BUT IF IT'S AN ORDER OR CAST AS AN ORDER, THEN THE

02:55PM 19     AGENCIES MAY THINK THAT THEY HAVE TO COMPLY EVEN THOUGH I'M

02:55PM 20     TELLING THEM RIGHT NOW THAT THEY DON'T.

02:55PM 21         OPM HAS NO AUTHORITY TO TELL ANY AGENCY IN THE

02:55PM 22     UNITED STATES GOVERNMENT, OTHER THAN ITSELF, WHO THEY CAN HIRE

02:55PM 23     AND WHO THEY CAN FIRE, PERIOD.

02:55PM 24         SO ON THE MERITS I THINK WE START WITH THAT IMPORTED

02:55PM 25     PROPOSITION.

02:55PM  1       NOW, ON JANUARY 20TH, CHARLES EZELL, ACTING DIRECTOR,

02:55PM  2    PROMULGATED A MEMORANDUM BASICALLY SAYING TAKE A LOOK AT ALL OF

02:55PM  3    THESE PROBATIONARY EMPLOYEES AND TAKE A CLOSE, HARD LOOK AND

02:56PM  4    SEE HOW MANY OF THEM YOU WANT TO RETAIN.

02:56PM  5       AND THEN ON FEBRUARY 13TH -- THE DEADLINE WAS SUPPOSED TO

02:56PM  6    BE THE 14TH.  ON FEBRUARY 13TH THERE WAS A PHONE CALL THAT I

02:56PM  7    WISH I HAD A TRANSCRIPT OF, BUT NO ONE HAS SUPPLIED ME WITH

02:56PM  8    THAT QUITE DIRECTLY.

02:56PM  9       BUT IN THAT IT WAS THEN FOLLOWED UP BY THE FEBRUARY 14TH

02:56PM  10   EMAIL.  AND THE REASON I BELIEVE THAT PLAINTIFFS ARE LIKELY TO

02:56PM  11   SUCCEED ON THE MERITS ON WHETHER OR NOT IT WAS AN ORDER IS

02:56PM  12   BECAUSE SO MANY AGENCIES HAVE SAID SO.  MAYBE THEY WEREN'T ON

02:56PM  13   THE PHONE CALL, BUT THEY HAVE SAID SO TO CONGRESS IN OTHER

02:57PM  14   PLACES UNDER OATH THAT IT WAS A DIRECTIVE.

02:57PM  15      I'LL JUST SUMMARIZE.

02:57PM  16      NSF, WE WERE DIRECTED.

02:57PM  17      DOD, IN ACCORDANCE WITH DIRECTION FROM OPM.

02:57PM  18      THE VA, THERE WAS DIRECTION FROM THE OFFICE OF PERSONNEL

02:57PM  19   MANAGEMENT.

02:57PM  20      I.R.S., REGARDING THE REMOVAL OF PROBATIONARY EMPLOYEES,

02:57PM  21   AGAIN, THAT WAS SOMETHING THAT WAS DIRECTED FROM OPM.  EVEN THE

02:57PM  22   LETTERS THAT YOUR COLLEAGUES RECEIVED YESTERDAY WERE LETTERS

02:57PM  23   THAT WERE WRITTEN BY OPM PUT THROUGH THE TREASURY AND GIVEN TO

02:57PM  24   US.

02:57PM  25      DOE, PER OPM INSTRUCTIONS, DOE FINDS YOUR FURTHER

02:57PM 1    EMPLOYMENT.

02:57PM 2        SO HOW COULD ALL OF THIS -- THIS IS SO -- HOW COULD SO

02:57PM 3    MUCH OF THE WORK FORCE BE AMPUTATED SUDDENLY OVER NIGHT?  IT'S

02:58PM 4    SO IRREGULAR AND SO WIDESPREAD AND SO ABERRANT FROM -- IN THE

02:58PM 5    HISTORY OF OUR COUNTRY, HOW COULD THAT ALL HAPPEN WITH EACH

02:58PM 6    AGENCY DECIDING ON ITS OWN TO DO SOMETHING SO ABERRATIONAL?  I

02:58PM 7    DON'T BELIEVE IT.  I BELIEVE THEY WERE DIRECTED OR ORDERED TO

02:58PM 8    DO SO BY OPM IN THAT TELEPHONE CALL.  THAT'S THE WAY THE

02:58PM 9    EVIDENCE POINTS.

02:58PM 10       NOW, IT COULD BE -- I WANT TO COMPLIMENT THE GOVERNMENT

02:58PM 11   LAWYER BECAUSE YOU HAVE A -- THIS IS A HARD CASE TO MAKE, AND

02:58PM 12   YOU'VE DONE AN HONORABLE JOB.  BUT THE EVIDENCE, EVEN THOUGH

02:58PM 13   IT'S CIRCUMSTANTIAL, IT'S NOT REALLY PRELIMINARY, BUT IT'S ALL

02:58PM 14   WE'VE GOT RIGHT NOW, IT POINTS AGAINST YOU AND IT POINTS IN

02:58PM 15   FAVOR OF THE PLAINTIFFS THAT THERE WAS AN ORDER TO TERMINATE

02:59PM 16   THESE PEOPLE.

02:59PM 17       NOW, IT COULD BE I THINK -- LET'S SAY THE JUSTICE

02:59PM 18   DEPARTMENT -- I DON'T KNOW, IT'S NOT IN THE RECORD -- THAT THEY

02:59PM 19   DIDN'T DO THIS.  WELL, THE JUSTICE DEPARTMENT IS FULL OF

02:59PM 20   LAWYERS.  THEY'RE GOING TO KNOW THAT OPM IS JUST OUT IN LEFT

02:59PM 21   FIELD.  THEY DON'T HAVE THE AUTHORITY TO TELL US TO DO THIS,

02:59PM 22   SCREW THEM.  SO THERE ARE GOING TO BE SOME AGENCIES WHO DO

02:59PM 23   THAT.

02:59PM 24       BUT THERE ARE GOING TO BE OTHER AGENCIES WHO ARE NOT AS

02:59PM 25   STRONG, NOT AS WELL-VERSED, WILLING TO KOWTOW TO OPM WHO TELLS

02:59PM  1    THEM WHAT TO DO.

02:59PM  2        SO THAT'S WHAT HAS HAPPENED HERE, WE'VE LOST A LOT OF

02:59PM  3    PROBATIONARY EMPLOYEES.

02:59PM  4        ALL RIGHT.  NOW, ULTRA VIRES.  OPM DOESN'T HAVE AUTHORITY

02:59PM  5    TO DO THAT.  IT'S ULTRA VIRES.  OPM DOES NOT HAVE AUTHORITY TO

03:00PM  6    DO THIS.  ULTRA VIRES, THAT MEANS IT'S BEYOND WHAT CONGRESS

03:00PM  7    TOLD THEM THEY HAVE THE AUTHORITY TO DO.

03:00PM  8        BUT THAT'S NOT THE END OF THIS COMPLICATED PROBLEM.

03:00PM  9        LET'S TURN TO THE ISSUE OF JURISDICTION.

03:00PM  10        THE GOVERNMENT I AGREE WITH.

03:00PM  11        WITH RESPECT TO THE UNION PLAINTIFFS, EVERY CASE IS ON

03:00PM  12    POINT AGAINST YOU.  IT'S SAYING YOU'VE GOT TO CHANNEL YOUR

03:00PM  13    CLAIMS THROUGH THE EMPLOYEES MERITS SYSTEMS PROTECTION BOARD.

03:00PM  14    NOW, I'M GOING TO FOLLOW THOSE OTHER DECISIONS WITH RESPECT TO

03:00PM  15    THE UNIONS.

03:00PM  16        I DO THINK THAT THERE IS AN ARGUMENT TO BE MADE IN FAVOR

03:00PM  17    OF THE UNIONS THAT I DON'T THINK YOU ACTUALLY MADE IT, BUT

03:01PM  18    MAYBE YOU SOMEHOW IN A FOOTNOTE DID, BUT TO MY MIND, WHEN

03:01PM  19    CONGRESS SET UP THE MSPB, WHICH I KIND OF REMEMBER, IT WAS

03:01PM  20    THINKING OF AN INDIVIDUAL WHO GOT SCREWED OVER IN THE CIVIL

03:01PM  21    SERVICE.  IT WASN'T THINKING OF MASSIVE, MASSIVE TERMINATIONS

03:01PM  22    THAT WOULD TAKE YEARS TO ADJUDICATE.

03:01PM  23        SO IS AN AGENCY ACTION THIS WIDESPREAD WITHIN THE

03:01PM  24    GOVERNMENT REALLY SOMETHING THAT CONGRESS INTENDED TO CHANNEL

03:01PM  25    THROUGH THE MERITS SYSTEMS PROTECTION BOARD?

03:01PM 1     IF I WERE WRITING ON A CLEAN SLATE I WOULD SAY NO, BUT

03:01PM 2     IT'S NOT A CLEAN SLATE.  AND ON THE SLATE THAT WE'VE GOT,

03:01PM 3     PLAINTIFFS LOSE ON JURISDICTION AS TO THE UNIONS.

03:01PM 4     BUT AS TO THE ORGANIZATIONS, THE PLAINTIFFS WIN.  I DO

03:01PM 5     BELIEVE THAT THE PLAINTIFFS HAVE ORGANIZATIONAL STANDING UNDER

03:02PM 6     SIERRA CLUB V. MORTON AND ITS PROGENY.  AND THEY'VE SHOWED THAT

03:02PM 7     THE MEMBERS ARE HURT, THE ORGANIZATIONS ARE HURT BY THESE

03:02PM 8     MASSIVE LAYOFFS -- NOT LAYOFFS, TERMINATIONS.  THEY'RE NOT EVEN

03:02PM 9     LAYOFFS, THEY'RE TERMINATIONS, IN MANY CASES FOR PERFORMANCE,

03:02PM 10    WHICH IS NOT TRUE.

03:02PM 11    I JUST WANT TO SAY, IN ONE CASE, FIVE DAYS BEFORE HE WAS

03:02PM 12    TERMINATED FOR PERFORMANCE HE GOT A GLOWING REPORT.  THAT WAS A

03:02PM 13    GUY IN THE NSA I THINK.

03:02PM 14    THAT DOESN'T LOOK RIGHT.  THAT'S JUST NOT RIGHT IN OUR

03:02PM 15    COUNTRY, IS IT, THAT WE RUN OUR AGENCIES WITH LIES LIKE THAT

03:02PM 16    AND STAIN SOMEBODY'S RECORD FOR THE REST OF THEIR LIFE?  WHO IS

03:02PM 17    GOING TO WANT TO WORK IN A GOVERNMENT THAT WOULD DO THAT TO

03:02PM 18    THEM?

03:02PM 19    PROBATIONARY EMPLOYEES ARE THE LIFEBLOOD OF OUR

03:03PM 20    GOVERNMENT.  THEY COME IN AT THE LOW LEVEL, AND THEY WORK THEIR

03:03PM 21    WAY UP, AND THAT'S HOW WE RENEW OURSELVES AND REINVENT

03:03PM 22    OURSELVES IN THE GOVERNMENT IS THROUGH PROBATIONARY EMPLOYEES.

03:03PM 23    THEY'RE THE BRIGHT MINDS THAT COME OUT OF COLLEGE AND PH.D.'S,

03:03PM 24    THE GENIUSES, AND THEY COME IN AS PROBATIONARY EMPLOYEES AND

03:03PM 25    MAYBE THEY RISE UP, AND THEY ARE CONTRIBUTING TO OUR COUNTRY

01 AND THEY WANT TO CONTRIBUTE.

02 SO WHEN WE TERMINATE PROBATIONARY EMPLOYEES IN A MASSIVE

03 WAY, IT HURTS THE MISSION OF THE AGENCIES WHICH IN TURN, THIS

04 COMES TO THEIR CONCRETE INJURY, IT HURTS THE MISSION OF THESE

05 ORGANIZATIONAL PLAINTIFFS.

06 SO I THINK THERE IS JURISDICTION AND STANDING WITH RESPECT

07 TO THE ORGANIZATIONAL PLAINTIFFS.

08 NOW, IN TERMS OF RELIEF, I MIGHT SAY IT BETTER IN

09 SOMETHING IN WRITING, BUT I DON'T HAVE IT READY YET.  BUT I AM

10 GOING TO HOLD THAT BY WAY OF RELIEF THAT THIS FEBRUARY 14TH

11 EMAIL COMMUNICATION AND THE JANUARY 20TH COMMUNICATION AND ALL

12 EFFORTS BY OPM IN SUPPORT THEREOF VIS-A-VIS THE AGENCIES THAT

13 ARE AFFECTED BY THESE PLAINTIFFS, AND I'VE GOT TO LIMIT IT TO

14 THOSE PLAINTIFFS AND THOSE AGENCIES, IS ILLEGAL, SHOULD BE

15 STOPPED, RESCINDED, AND I'M ORDERING OPM TO TELL THOSE AGENCIES

16 THAT.  IT'S ON THE GROUND OF ULTRA VIRES, AND IT'S ALSO ON THE

17 GROUND THAT IT VIOLATES THE APA AS A -- THEY SHOULD HAVE GONE

18 THROUGH THE PUBLIC RULE MAKING PROCESS, BUT THAT'S NOT THE MAIN

19 POINT.  THE MAIN POINT IS ULTRA VIRES.

20 SO I DO NOT HAVE A -- I HAVE NOT TRACED IT OUT.  I HAD IT

21 TRACED OUT SOMEWHERE.  THE COMMUNICATIONS WOULD ONLY HAVE TO GO

22 FROM OPM TO THE AGENCIES THAT ARE AFFECTED BY THESE

23 ORGANIZATIONAL PLAINTIFFS.

24 IT'S NOT EVERYBODY IN THE GOVERNMENT.  YOU DON'T HAVE

25 EVERYTHING COVERED.  I DON'T WANT TO HEAR ARGUMENT.  I'M RULING

03:05PM  1     NOW.

03:05PM  2          SO IT WOULD BE THE NATIONAL PARKS SERVICE.  IT WOULD BE

03:05PM  3     EVERY AGENCY THAT IS INVOLVED WITH THE VETERANS ADMINISTRATION.

03:05PM  4     IT WOULD BE BLM, PARK SERVICE, NSF.

03:06PM  5          (DISCUSSION OFF THE RECORD.)

03:06PM  6          THE COURT:  MY LAW CLERK IS TELLING ME I MISSPOKE,

03:06PM  7     BUT I DON'T UNDERSTAND WHAT HE'S TALKING ABOUT.  SO I'LL FIX IT

03:06PM  8     IN A MEMORANDUM OPINION.

03:06PM  9          BUT THAT'S MY RULING FOR TEMPORARY RELIEF.

03:06PM  10          SO I WANT YOU TO COMMUNICATE THIS BACK.

03:06PM  11          NOW, WHAT ABOUT THE DOD?  WELL, THE DOD IS NOT A PARTY AND

03:06PM  12     THERE'S NOBODY IN OUR RECORD -- IS THERE ANYONE IN OUR RECORD

03:06PM  13     THAT WAS DOD?

03:07PM  14          I DON'T THINK SO.  TELL ME.

03:07PM  15          I DON'T WANT TO HEAR ARGUMENT.  I JUST WANT TO HEAR AN

03:07PM  16     ANSWER TO MY QUESTION, DO YOU HAVE AN ORGANIZATION THAT TIES

03:07PM  17     INTO DOD?

03:07PM  18          MS. LEYTON:  IT DEPENDS ON A QUESTION THAT I HAVE.

03:07PM  19     THE VOTE VETS DOES REPRESENT MANY FEDERAL EMPLOYEES BECAUSE

03:07PM  20     30 PERCENT OF FEDERAL EMPLOYEES ARE VETERANS, SO THEY HAVE

03:07PM  21     MANY, MANY MEMBERS WHO ARE WORKING AT THE DEPARTMENT OF

03:07PM  22     DEFENSE.

03:07PM  23          THE COURT:  ALL RIGHT.  BASED ON THAT I'M GOING TO

03:07PM  24     SAY THAT I AM ORDERING OPM TODAY TO COMMUNICATE TO DOD TOMORROW

03:07PM  25     BEFORE THESE TERMINATIONS THAT THE JUDGE HAS RULED THAT THIS IS

INVALID, THE FEBRUARY 14TH, JANUARY 20TH, AND ALL EFFORTS BY

OPM TO ENFORCE IT ARE INVALID PENDING FURTHER ORDER OF THE

COURT.

NOW, I CAN'T ORDER DOD NOT TO TERMINATE THEM BECAUSE

THEY'RE NOT A PARTY BECAUSE YOU DIDN'T BRING THEM IN AS A

PARTY, BUT I'M DOING THE BEST I CAN WITH THE DECK I'VE BEEN

DEALT.

ALL RIGHT.  I WANT TO SET A HEARING AT WHICH -- WE SHOULD

HAVE AN EVIDENTIARY HEARING.

AND THE GOVERNMENT GETS TO DEPOSE -- NOT DEPOSE.  WE'RE

GOING TO HAVE HIM TESTIFY HERE IN COURT.

NOW, THE RULES GIVE YOU -- SAY I'VE GOT TO DO IT WITHIN

14 DAYS.  I'M WILLING TO DO IT WITHIN 14 DAYS, BUT IF YOU WILL

ALL STIPULATE, WE CAN DO IT LATER, I WOULD PREFER TO DO IT

LATER.

BUT WE'RE GOING TO HAVE EZELL COME OUT HERE AND HE'S GOING

TO BE UNDER OATH RIGHT UP THERE AND THESE LAWYERS ARE GOING TO

QUIZ HIM.  AND IF THERE IS ANY RECORD OF THAT TELEPHONE CALL,

IT SHOULD BE PRESERVED AND PRESENTED HERE IN COURT.

SO I WANT TO SEE THAT.

ALL RIGHT.  WHAT IS YOUR -- I DON'T WANT YOU TO ARGUE --

LET'S JUST FOCUS ON -- DO YOU UNDERSTAND WHAT I'M SAYING ABOUT

THE TRO?

MS. LEONARD:  I DO, YOUR HONOR.

ONE POINT OF CLARIFICATION.  THERE'S ONE MORE

03:09PM 1    ORGANIZATION, MAIN STREET ALLIANCE, THAT IS SMALL BUSINESS, AND

03:09PM 2    THE SMALL BUSINESS ADMINISTRATION --

03:09PM 3            THE COURT:  THEN THEY SHOULD BE NOTIFIED, SBA SHOULD

03:09PM 4    BE NOTIFIED.

03:09PM 5            MS. LEONARD:  AND THEN ALSO, YOUR HONOR, WE WOULD BE

03:09PM 6    HAPPY TO DO THAT HEARING WITHIN 14 DAYS.

03:09PM 7            THE COURT:  AM I HEARING 14 DAYS?

03:09PM 8            THE CLERK:  YOU ARE, YOUR HONOR.

03:09PM 9            THE COURT:  I AM.  OKAY.  I'M A SENIOR JUDGE, AND

03:09PM 10   I'M NOT HERE EVERY DAY ANYMORE.

03:09PM 11       OKAY.  WOULD YOU LIKE TO DO IT IN 14 DAYS?

03:09PM 12           MR. HELLAND:  I THINK WE CAN BE -- I HAVE TO CONSULT

03:09PM 13   WITH AGENCIES.

03:09PM 14           THE COURT:  ALL RIGHT.

03:09PM 15           MR. HELLAND:  I'M ALSO HAPPY TO CONFER WITH

03:09PM 16   PLAINTIFFS ON THE SCHEDULE.  WE CAN SET IT FOR 14 DAYS BUT

03:09PM 17   PERHAPS -- -

03:09PM 18           THE COURT:  ALL RIGHT.  LET'S SET IT FOR 14 DAYS.

03:09PM 19   WE'LL START IT AT 8:00 A.M. RIGHT HERE.

03:09PM 20       NOW, YOU SHOULD TELL US WHICH ONES OF THEIR MANY

03:10PM 21   DECLARANTS YOU WOULD LIKE TO CROSS-EXAMINE BECAUSE WE'RE GOING

03:10PM 22   TO BE FAIR BOTH WAYS.  AND IF THERE'S ANYBODY ELSE IN THE -- I

03:10PM 23   THINK MAYBE IT WOULD BE NICE TO HAVE SOMEBODY WHO WAS IN THAT

03:10PM 24   PHONE CALL FROM THE AGENCIES, BUT YOU DON'T EVEN KNOW WHO THEY

03:10PM 25   ARE YET.

03:10PM 1     MS. LEONARD:  IF I MAY, YOUR HONOR, ON THAT POINT?

03:10PM 2     WOULD WE BE ABLE TO GET EXPEDITED DISCOVERY IN THE FORM OF THE

03:10PM 3     GOVERNMENT IDENTIFYING THE INDIVIDUALS WHO WERE ON THAT PHONE

03:10PM 4     CALL WITHIN A COUPLE DAYS SO THAT WE CAN DECIDE --

03:10PM 5     THE COURT:  YES.  WHY DON'T WE GIVE THEM UNTIL NEXT

03:10PM 6     TUESDAY AT NOON, JUST THE IDENTIFICATION OF THOSE PEOPLE, AND

03:10PM 7     THEN MAYBE YOU GET TO PICK OUT THREE OR FOUR OF THOSE PEOPLE,

03:10PM 8     AND WE'LL ORDER THEM TO BE HERE AT THE EVIDENTIARY HEARING.

03:10PM 9     BUT THERE'S NOT TIME TO GO INTO DOCUMENT DISCOVERY AND

03:10PM 10    ALL.  THIS IS NOT YOUR BIG ANTITRUST CASE.  WE'VE GOT TO BE

03:10PM 11    VERY NARROWLY FOCUSSED.

03:10PM 12    BUT WOULD YOU LIKE TO DEPOSE ANY -- I THINK YOU SHOULD

03:11PM 13    THINK ABOUT IT AND LET THEM KNOW AND SAY, HEY, I WANT TO TALK

03:11PM 14    TO MR. NEUBACHER.  IS THAT HIS NAME?  HE USED TO BE THE

03:11PM 15    SUPERVISOR -- I THINK I USED -- I DIDN'T KNOW HIM PERSONALLY,

03:11PM 16    BUT BACK WHEN I HAD A LOT TO DO WITH YOSEMITE, I THINK HE WAS

03:11PM 17    THE SUPERINTENDANT, BUT HE'S NOT THERE ANYMORE.

03:11PM 18    SO YOU PICK OUT ONE.  YOU PICK OUT FIVE.  AND THEN IT MAY

03:11PM 19    TAKE US MORE THAN ONE DAY, BUT I HOPE WE CAN GET IT ALL DONE IN

03:11PM 20    ONE DAY IN TERMS OF AN EVIDENTIARY HEARING.

03:11PM 21    I CAN'T ORDER WHAT I'M ABOUT TO SAY BECAUSE WE DON'T HAVE

03:11PM 22    THE PARTIES IN FRONT OF ME TO GIVE RELIEF, BUT I AM GOING TO

03:11PM 23    COUNT ON THE GOVERNMENT TO DO THE RIGHT THING AND TO GO A

03:11PM 24    LITTLE BIT FURTHER THAN I HAVE ORDERED AND TO LET SOME OF THESE

03:12PM 25    AGENCIES KNOW WHAT I HAVE RULED BECAUSE I WOULD HATE FOR

PROBATIONARY EMPLOYEES TO LOSE THEIR JOB AND FOR THE GOVERNMENT

TO BE COMPROMISED.  AS I SAID, THESE ARE YOUNG PEOPLE AND

PROBATIONARY EMPLOYEES ARE THE LIFEBLOOD OF THESE AGENCIES, AND

IT WOULD BE A SHAME FOR SOMEBODY -- FOR THEM TO BE COMPROMISED

AND PREJUDICED NOT KNOWING ABOUT THE RULING AT LEAST BY ONE

DISTRICT JUDGE OUT IN CALIFORNIA.

     I'LL TRY TO GET OUT A MEMORANDUM OPINION THAT EXPLAINS A

LITTLE BIT MORE.

     OKAY.  ARE THERE ANY -- DO YOU UNDERSTAND THE RELIEF

GRANTED?

          MR. HELLAND:  I DO, YOUR HONOR.

          THE COURT:  ALL RIGHT.  ANYTHING YOU WANT TO BRING

UP ABOUT THE SCHEDULE GOING FORWARD?

          MS. LEONARD:  ONE MORE PIECE OF BUSINESS,

YOUR HONOR.  WE HAVE ALREADY USED OUR ONE FREE AMENDMENT AND TO

THE EXTENT THAT WE WISH TO ADD AGENCIES AS RULE 19 DEFENDANTS,

DO WE HAVE LEAVE TO AMEND THE COMPLAINT AGAIN, YOUR HONOR?

          THE COURT:  YEAH, I'D SAY YOU SHOULD HAVE LEAVE TO

DO THAT BUT THAT'S GOING TO BE -- IT COULD BE A VERY BIG JOB.

BUT, YES, YOU HAVE LEAVE TO AT LEAST MAKE THE MOTION.  I'M NOT

GRANTING OR APPROVING IT IN ADVANCE.  YOU HAVE LEAVE TO MAKE

THE MOTION.

          MS. LEYTON:  THANK YOU, YOUR HONOR.

          THE COURT:  OKAY.  WE HAVE NO FURTHER BUSINESS

TODAY.  WE HAVE A PLAN FOR GOING FORWARD.  GOOD LUCK TO BOTH

03:13PM  1      SIDES.

03:13PM  2              THE CLERK:  CLERK COURT IS ADJOURNED.

03:13PM  3          (COURT CONCLUDED AT 3:13 P.M.)

         4

         5

         6

         7

         8

         9

        10

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

1

2

3                    CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16       IRENE RODRIGUEZ, CSR, RMR, CRR
         CERTIFICATE NUMBER 8074
17

18
         DATED:  FEBRUARY 28, 2025
19

20

21

22

23

24

25

                   UNITED STATES COURT REPORTERS