# Lex Lumina LLP

Rhett O. Millsaps II  |  rhett@lex-lumina.com  |  646.535.1137

March 6, 2025

**VIA ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY  10007

      Re:    *American Federation of Government Employees, AFL-CIO, et al v. U.S. Office of Personnel Management, et al.,* **25-cv-1237-DLC**

Dear Judge Cote:

    We represent Plaintiffs in the above-referenced matter.  We write pursuant to section 4(F) of Your Honor's Individual Practices in Civil Cases regarding oral argument on Plaintiffs' motion for expedited discovery (ECF No. 51), which as of today is fully briefed.

    We believe that the parties' submissions on the motion make clear that the Court should grant all the expedited discovery requested by Plaintiffs.  If the Court is considering denying Plaintiffs' motion in whole or in part, however, then Plaintiffs respectfully request oral argument.

                          Sincerely,

                          Rhett O. Millsaps II

cc:  All Counsel of Record (via ECF)