UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Case No. 1:25-cv-01237-DLC<br><br><br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Mark A. Lemley hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action. I am in good standing of the bar of the state of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 11, 2025

Respectfully Submitted,

/s/ *Mark A. Lemley*
Mark A. Lemley
LEX LUMINA LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
(646) 898-2055
mlemley@lex-lumina.com