## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, an agency of the United States, *et al.*<br><br>Defendants. | Case No. 1:25-cv-01237<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Under Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Subodh Chandra, respectfully move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for all Plaintiffs in the above-captioned action.

I am an active member in good standing of the bars of the states of Ohio and California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. As more fully explained in the attached declaration, exception for a citation that was completely reversed on appeal, I have never been censured, suspended, disbarred, or denied admission or readmission by any court. A declaration is attached under Local Rule 1.3(i) and 28 U.S.C. § 1746 (authorizing declarations under penalty of perjury as substitutes for affidavits required under rules).

.

1

Dated: March 13, 2025               Respectfully submitted,

                                                */s/ Subodh Chandra*
_____

Subodh Chandra
The Chandra Law Firm LLC
The Chandra Law Building
1265 W. 6th St., Suite 400
Cleveland, Ohio 44113
216.578.1700 (p)/ 216.578.1800 (f)
Subodh.Chandra@ChandraLaw.com

Counsel for Plaintiffs