MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York
By:    JEFFREY OESTERICHER
        DAVID E. FARBER
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2695/2772
jeffrey.oestericher@usdoj.gov
david.farber@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | No. 25 Civ. 1237 (DLC)<br><br>**NOTICE OF MOTION TO DISMISS** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, defendants the U.S. Office of Personnel Management ("OPM"); Charles Ezell, in his official capacity as Acting Director of OPM; U.S. DOGE Service ("USDS"); the Acting USDS Administrator; U.S. DOGE Temporary Service; and Elon Musk, in his official capacity as Director of USDS (collectively, "Defendants"), hereby move pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing the Complaint, ECF No. 1, filed by Plaintiffs in this action.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order dated February 25, 2025, ECF No. 49, opposition papers, if any, shall be served on or before March 24, 2025, and reply papers, if any, shall be served on or before March 31, 2025.

Dated:  New York, New York
        March 14, 2025

                                                MATTHEW PODOLSKY
                                                Acting United States Attorney for the
                                                Southern District of New York
                                                *Attorney for Defendants*

                                    By:    */s/ David E. Farber*
                                                JEFFREY OESTERICHER
                                                DAVID E. FARBER
                                                Assistant United States Attorneys
                                                86 Chambers Street, 3rd Floor
                                                New York, New York 10007
                                                Tel: (212) 637-2695/2772