# Lex Lumina LLP

Rhett O. Millsaps II  |  rhett@lex-lumina.com  |  646.535.1137

March 24, 2025

**VIA ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY  10007

      Re:    *American Federation of Government Employees, AFL-CIO, et al v. U.S. Office of Personnel Management, et al.,* **25-cv-1237-DLC**

Dear Judge Cote:

    We represent Plaintiffs in the above-referenced matter.  We write pursuant to section 4(F) of Your Honor's Individual Practices in Civil Cases regarding oral argument on Defendants' motion to dismiss (ECF No. 61).

    We believe that Plaintiffs' Opposition to Defendants' Motion to Dismiss, filed today (ECF No. 67), makes clear that the Court should deny the motion.  If the Court is considering granting Defendants' motion, however, then Plaintiffs respectfully request oral argument.

                                                                     Sincerely,

                                                                   Rhett O. Millsaps II

cc:  All Counsel of Record (via ECF)