

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 31, 2025

**By ECF**
The Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    *Am. Fed'n of Gov't Emps., AFL-CIO, et al., v. U.S. Office of Personnel Mgmt., et al.,* No. 25 Civ. 1237 (DLC)

Dear Judge Cote:

      This Office represents Defendants in the above-referenced case. We write with respect to the letter submitted by Plaintiffs (ECF No. 69) requesting that the Court order the parties to meet and confer and submit a proposed briefing schedule for Plaintiffs' contemplated motion for a preliminary injunction. We have already reached out to Plaintiffs and scheduled a meet and confer for Wednesday afternoon to discuss a proposed briefing schedule and respectfully submit that no order to that effect is necessary.

      We thank the Court for its consideration of this matter.

                                    Respectfully submitted,

                                    MATTHEW PODOLSKY
                                    Acting United States Attorney for the
                                    Southern District of New York

                         By: */s David E. Farber*
                             JEFFREY OESTERICHER
                             DAVID E. FARBER
                             Assistant United States Attorneys
                             86 Chambers Street, Third Floor
                             New York, New York 10007
                             Tel.: (212) 637-2695/2772

cc: All counsel of record (by ECF)