```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
AMERICAN FEDERATION OF GOVERNMENT         :
EMPLOYEES, AFL-CIO, et al.,               :
                                          :   25cv1237 (DLC)
                         Plaintiffs,      :
                                          :   ORDER
              -v-                         :
                                          :
U.S. OFFICE OF PERSONNEL MANAGEMENT,      :
an agency of the United States, et        :
al.,                                      :
                                          :
                         Defendants.      :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion and Order issued today granted in part and denied in part the defendants' March 14, 2025 motion to dismiss the complaint. Accordingly, it is hereby

ORDERED that the parties shall confer regarding a schedule for further proceedings in this action and file their proposed schedule(s) by noon on April 9.

IT IS FURTHER ORDERED that, to the extent the parties do not reach agreement regarding the schedule, a conference will be held on Thursday, April 10 at 10:30 a.m. in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       April 3, 2025

                                   _____
                                          DENISE COTE
                                   United States District Judge