UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*, <br><br> Plaintiffs, <br><br> -v.- <br><br> U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al.*, <br><br> Defendants. | 25 Civ. 1237 (DLC) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendants herewith file a copy of the administrative record pertaining to the above-captioned proceeding.[1] The Certification and Index of that administrative record are also attached to this Notice.

Dated:   April 23, 2025
         New York, New York

                                JAY CLAYTON
                                United States Attorney for the
                                Southern District of New York

                        By:     */s/ David Farber*
                                JEFFREY OESTERICHER
                                DAVID E. FARBER
                                Assistant United States Attorneys
                                86 Chambers Street, 3rd Floor
                                New York, New York 10007
                                Tel.: (212) 637-2695/2772

---

[1] Defendants maintain that the Complaint does not challenge any final agency action and reserve their right to argue in further proceedings in this case, including in any subsequent appeal, that the Administrative Procedure Act does not provide for review.