IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>               Plaintiffs,<br><br>    v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>               Defendants. | Case No. 25-cv-1237-DLC |

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Gregory J. Hogan, am currently employed as the Chief Information Officer for the Office of Personnel Management ("OPM"). I hereby certify, to the best of my knowledge, that the administrative record pertaining to the above-captioned proceeding consists of the accompanying documents, as listed in the enclosed index.[1]

Dated: April 23, 2025
       Washington, D.C.
       .

                                                  *Gregory J. Hogan*
                                                  Gregory J. Hogan

---

[1] Defendants maintain that the Complaint does not challenge any final agency action and reserve their right to argue in further proceedings in this case, including in any subsequent appeal, that the Administrative Procedure Act does not provide for review.

### Index to Administrative Record of the Office of Personnel Management

|    | **Title of Document** | **Bates Range** |
|----|-----------------------|-----------------|
| 1  | Gregory Hogan SF-61 | OPM-000001 |
| 2  | Gregory Hogan SF-50 | OPM-000002 – OPM-000003 |
| 3  | Gregory Hogan SF-50 | OPM-000004 – OPM-000005 |
| 4  | OPM-2 Employee SF-61 | OPM-000006 |
| 5  | OPM-2 Employee Acceptance of Uncompensated Services | OPM-000007 |
| 6  | OPM-2 Employee SF-50 | OPM-000008 – OPM-000009 |
| 7  | OPM-3 Employee SF-61 | OPM-000010 |
| 8  | OPM-3 Employee SF-50 | OPM-000011 |
| 9  | OPM-3 Employee Acceptance of Uncompensated Services | OPM-000012 |
| 10 | OPM-3 Employee Memorandum of Understanding | OPM-000013 |
| 11 | OPM-4 Employee SF-61 | OPM-000014 |
| 12 | OPM-4 Employee Acceptance of Uncompensated Services | OPM-000015 |
| 13 | OPM-5 Employee SF-61 | OPM-000016 |
| 14 | OPM-5 Employee SF-50 | OPM-000017 – OPM-000018 |
| 15 | OPM-5 Employee SF-50 | OPM-000019 – OPM-000020 |
| 16 | OPM-6 Employee SF-50 | OPM-000021 |
| 17 | OPM-6 Employee SF-61 | OPM-000022 |
| 18 | Email chain, "Getting DoGE Engineers access" (Feb. 16, 2025) | OPM-000023 – OPM-000029 |
| 19 | Email chain re "Internal User Access Audit" (Feb. 18, 2025) | OPM-000053 – OPM-000054 |
| 20 | Office of Personnel Management, Privacy Act of 1974; System of Records, 88 Fed. Reg. 56,058 (Aug. 17, 2023) | OPM-000055 – OPM-000056 |
| 21 | Office of Personnel Management, Privacy Act of 1974: Update Existing Systems of Records, 77 Fed. Reg. 73,694 (Dec. 11, 2012) | OPM-000057 – OPM-000062 |
| 22 | OPM/GOVT-2, Employee Performance File System Records | OPM-000063 – OPM-000067 |
| 23 | Office of Personnel Management, Privacy Act of 1974; System of Records, 86 Fed. Reg. 68,291 (Dec. 1, 2021) | OPM-000068 – OPM-000069 |
| 24 | Office of Personnel Management, Privacy Act of 1974: Update and Amend System of Records, 79 Fed. Reg. 16,834 (Mar. 26, 2014) | OPM-000070 – OPM-000074 |

|    | **Title of Document** | **Bates Range** |
|----|----|----|
| 25 | Attachment, "Account Creation Audit" (Feb. 16, 2025) [2] | OPM-000089 – OPM-000102 |
| 26 | Systems Access Spreadsheet (Mar. 13, 2025) | OPM-000103 |
| 27 | Email re "USAJOBS admin accounts" (Jan. 20, 2025) | OPM-000104 |
| 28 | Email re "Access to USAJOBS" (Jan. 28, 2025) | OPM-000105 – OPM-000106 |
| 29 | Email re "urgent request from political tech staff" (Jan. 30, 2025) | OPM-000107 – OPM-000109 |
| 30 | Email re "USA Staffing Access Request" (Feb. 3, 2025) | OPM-000110 |
| 31 | OPM-7 Employee SF-50 | OPM-000111 |
| 32 | OPM-7 Employee SF-61 | OPM-000112 |
| 33 | OPM-7 Employee Acceptance of Uncompensated Services | OPM-000113 |
| 34 | OPM-8 Employee SF-50 (eff. Jan. 20, 2025) | OPM-000114 |
| 35 | OPM-8 Employee SF-50 (eff. Feb. 12, 2025) | OPM-000115 |
| 36 | OPM-8 Employee SF-61 | OPM-000116 |
| 37 | Privacy Impact Assessment for Government-Wide Email System (GWES) (Feb. 28, 2025) | OPM-000117 – OPM-000129 |
| 38 | OPM Cybersecurity and Privacy Awareness Training Document | OPM-000130 – OPM-000172 |
| 39 | Gregory Hogan training acknowledgment email chain (Jan. 20, 2025) | OPM-000173 – OPM-000174 |
| 40 | OPM-7 Employee training acknowledgment email chain (Jan. 19, 2025) | OPM-000175 |
| 41 | OPM-5 Employee training acknowledgment email chain (Jan. 19, 2025) | OPM-000176 |
| 42 | OPM-2 Employee training acknowledgment email chain (Jan. 19, 2025) | OPM-000177 |
| 43 | OPM-2 Email re Entrance on Duty Clearance (Jan. 20, 2025) | OPM-000178 |
| 44 | OPM-2 Email chain re Notification of New Employee (Jan. 20, 2025) | OPM-000179 – OPM-000180 |
| 45 | OPM-2 Email chain re Conversion to Permanent Appointment (Mar. 19, 2025) | OPM-000181 – OPM-000182 |
| 46 | OPM-7 Email re Entrance on Duty Clearance (Jan. 17, 2025) | OPM-000183 |

---

[2] This is the spreadsheet referenced at OPM-000023, a version of which was originally bates stamped as OPM-000030 – OPM-000052, and a subsequent version bates stamped as OPM-000075 – OPM-000088, which have been omitted.

| | Title of Document | Bates Range |
|---|---|---|
| 47 | OPM-7 Email chain re Notification of New Employee (Jan. 16, 2025) | OPM-000184 – OPM-000185 |
| 48 | OPM-7 Email re Entrance on Duty Clearance (Jan. 31, 2025) | OPM-000186 |
| 49 | OPM-7 Email chain re Conversion to Permanent Appointment (Jan. 30, 2025) | OPM-000187 – OPM-000188 |
| 50 | OPM-3 Email re Entrance on Duty Clearance (Jan. 20, 2025) | OPM-000189 |
| 51 | OPM-3 Email chain re Notification of New Employee (Jan. 20, 2025) | OPM-000190 – OPM-000191 |
| 52 | OPM-4 Email re Entrance on Duty Clearance (Jan. 24, 2025) | OPM-000192 |
| 53 | OPM-4 Email chain re Notification of New Employee (Jan. 24, 2025) | OPM-000193 – OPM-000194 |
| 54 | Gregory Hogan Email re Entrance on Duty Clearance (Jan. 14, 2025) | OPM-000195 |
| 55 | Gregory Hogan Email chain re Notification of New Employee (Jan. 13, 2025) | OPM-000196 – OPM-000197 |
| 56 | Gregory Hogan Email re Security Clearance (Mar. 6, 2025) | OPM-000198 – OPM-000199 |
| 57 | Gregory Hogan Certification of Investigation (Mar. 5, 2025) | OPM-000200 |
| 58 | Gregory Hogan Notification of Completion of Investigative Process (Mar. 6, 2025) | OPM-000201 |
| 59 | Gregory Hogan Email re Entrance on Duty Clearance (Feb. 10, 2025) | OPM-000202 |
| 60 | Gregory Hogan Email chain re Conversion to Permanent Appointment (Jan. 30, 2025) | OPM-000203 – OPM-000204 |
| 61 | Gregory Hogan PIV card details (April 14, 2025) | OPM-000205 |
| 62 | Gregory Hogan Waiver of Pre-Appointment Background Investigation (Feb. 12, 2025) | OPM-000206 |
| 63 | Gregory Hogan Certificate of Completion for CY 2024 Classified National Security Information Awareness and Insider Threat Training (Mar. 9, 2025) | OPM-000207 |
| 64 | OPM-5 Email re Entrance on Duty Clearance (Jan. 14, 2025) | OPM-000208 |
| 65 | OPM-5 Email chain re Notification of New Employee (Jan. 13, 2025) | OPM-000209 – OPM-000210 |

|  | **Title of Document** | **Bates Range** |
|---|---|---|
| 66 | OPM-5 Email re Security Clearance (Apr. 2, 2025) | OPM-000211 – OPM-000212 |
| 67 | OPM-5 Email re Entrance on Duty Clearance (Feb. 18, 2025) | OPM-000213 |
| 68 | OPM-5 Email chain re Conversion to Permanent Appointment (Jan. 30, 2025) | OPM-000214 – OPM-000215 |
| 69 | OPM-5 Certification of Investigation (Mar. 18, 2025) | OPM-000216 |
| 70 | OPM-5 Notification of Completion of Investigative Process (Mar. 21, 2025) | OPM-000217 |
| 71 | OPM-5 Waiver of Pre-Appointment Background Investigation (Feb. 18, 2025) | OPM-000218 |
| 72 | OPM-6 Email re Entrance on Duty Clearance (Jan. 24, 2025) | OPM-000219 |
| 73 | OPM-6 Email chain re Notification of New Employee (Jan. 24, 2025) | OPM-000220 – OPM-000221 |
| 74 | OPM-8 Email re Entrance on Duty Clearance (Jan. 14, 2025) | OPM-000222 |
| 75 | OPM-8 Email chain re Notification of New Employee (Jan. 14, 2025) | OPM-000223 – OPM-000225 |
| 76 | OPM-8 Email re Security Clearance (Mar. 4, 2025) | OPM-000226 – OPM-000227 |
| 77 | OPM-8 Notification of Completion of Investigative Process (Mar. 4, 2025) | OPM-000228 |
| 78 | OPM-8 Email re Entrance on Duty Clearance (Feb. 12, 2025) | OPM-000229 |
| 79 | OPM-8 Email chain re Conversion to Permanent Appointment (Jan. 30, 2025) | OPM-000230 – OPM-000231 |
| 80 | OPM-8 PIV card details (April 14, 2025) | OPM-000232 |
| 81 | OPM-8 Certification of Investigation (Mar. 3, 2025) | OPM-000233 |
| 82 | OPM-8 Waiver of Pre-Appointment Background Investigation (Feb. 12, 2025) | OPM-000234 |
| 83 | OPM-8 Certificate of Completion for CY 2024 Classified National Security Information Awareness and Insider Threat Training (Mar. 9, 2025) | OPM-000235 |