# Lex Lumina LLP

Rhett O. Millsaps II | rhett@lex-lumina.com | 646.535.1137

April 23, 2025

**VIA ECF**
The Honorable Denise L. Cote
United States District Court
500 Pearl Street, Room 1910
New York, NY 10007

    Re:    *American Federation of Government Employees, AFL-CIO, et al v. U.S. Office of Personnel Management, et al.,* 25-cv-1237-DLC

Dear Judge Cote:

Pursuant to the Court's April 9, 2025, Memo Endorsement (ECF No. 75), the parties submit this joint status letter.

Defendants produced additional documents on April 18, 2025, under the Protective Order entered by the Court. Defendants today are publicly filing a redacted version of the administrative record materials they have produced, with a request to file under seal the unredacted materials.

Plaintiffs will proceed with their motion for a preliminary injunction on the briefing schedule agreed to by the parties and endorsed by the Court: Plaintiffs to file their motion for a preliminary injunction by April 25, 2025; Defendants to file their response by May 16; Plaintiffs to file their reply by May 23.

We thank the Court for its attention to this matter.

                                                              Respectfully submitted,

/s/ David E. Farber                        /s/ Rhett O. Millsaps II

Assistant U.S. Attorney for the        *Counsel for Plaintiffs*
Southern District of New York

*Counsel for Defendants*

So ordered.

/s/ Denise L. Cote
4/24/25

cc: All Counsel of Record (via ECF)

745 Fifth Avenue, Suite 500 | New York, New York 10151