UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-01237-DLC |

**DECLARATION OF VICTORIA J. NOBLE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Victoria J. Noble, declare as follow:

1.  I am a staff attorney at the Electronic Frontier Foundation in San Francisco, California, and am licensed to practice law in the State of New York and the Southern District of New York. I am counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the information stated here, and if called to do so, could and would testify competently as follows:

2.  Attached hereto as **EXHIBIT A** is a true and correct copy of Defendants' Objections and Responses to Plaintiffs' Requests for Expedited Discovery, filed in *AFL-CIO v. U.S. Dep't of Labor*, No. 1:25-cv-00339, ECF No. 73-2 (D.D.C. Mar. 29, 2025), which was downloaded from PACER via PacerPro[1] on April 21, 2025.

3.  Attached hereto as **EXHIBIT B** is a true and correct copy of the Declaration of

---

[1] PacerPro is a publicly available tool that retrieves federal court dockets and filings from the PACER system. *PacerPro*, "About Us," https://www.pacerpro.com/about-us/ (accessed Apr. 23, 2025).

Elisabeth Feleke, *Brehm v. Marocco*, No. 1:25-cv-00660, ECF No. 7-3 (D.D.C. Mar. 6, 2025), which was downloaded from PACER via PacerPro on April 21, 2025.

4.      Attached hereto as **EXHIBIT C** is a true and correct copy of the Declaration of Daniel Katz, *New York v. Trump*, No.1:25-cv-01144, ECF No. 98-1 (S.D.N.Y. Mar. 5, 2025), *sub nom. State of New York v. U.S. Dep't of the Treasury*, which was downloaded from PACER via PacerPro on April 21, 2025.

5.      Attached hereto as **EXHIBIT D** is a true and correct copy of the Declaration of John W. Leslie, Jr., *Brehm v. Marocco*, No. 1:25-cv-00660, ECF No. 7-4 (D.D.C. Mar. 6, 2025), which was downloaded from PACER via PacerPro on April 21, 2025.

6.      Attached hereto as **EXHIBIT E** is a true and correct copy of pages bates stamped USDA000106-107 and USDA000113 of the United States Department of Agriculture Administrative Record, filed in *Sustainability Institute et al v. Trump*, 2:25-cv-02152, ECF No. 67-2, (D.S.C. Apr. 17, 2025), which was downloaded from PACER via PacerPro on April 21, 2025. To avoid an unnecessarily voluminous filing, Exhibit E contains only the pages of the document cited in Plaintiffs' Brief.

7.      Attached hereto as **EXHIBIT F** is a true and correct copy of Defendants' Report in Support of Anticipated Motion to Partially Dissolve the Preliminary Injunction, filed in *State of New York v. Trump*, No. 1:25-cv-01144, ECF No. 98 (S.D.N.Y. Mar. 5, 2025), which was downloaded from PACER via PacerPro on April 21, 2025.

8.      Attached hereto as **EXHIBIT G** is a true and correct copy of an article titled "Musk's DOGE Teen Was Fired by Cybersecurity Firm for Leaking Company Secrets," published by *Bloomberg* on February 7, 2025, which was downloaded from https://www.bloomberg.com/news/articles/2025-02-07/musk-s-doge-teen-was-fired-by-

cybersecurity-firm-for-leaking-company-secrets on April 21, 2025.

9. Attached hereto as **EXHIBIT H** is a true and correct copy of an article titled "Musk's DOGE Agents Access Sensitive Personnel Data, Alarming Security Officials," published by *The Washington Post* on February 6, 2025, which was downloaded from https://www.washingtonpost.com/national-security/2025/02/06/elon-musk-doge-access-personnel-data-opm-security/ on April 23, 2025.

10. Attached hereto as **EXHIBIT I** is a true and correct copy of the U.S. Office of Personnel Management's Privacy Impact Assessment for the Electronic Official Personnel Folder System dated April 5, 2025, which was downloaded from https://www.opm.gov/information-management/privacy-policy/privacy-policy/eopf-pia.pdf on April 23, 2025.

11. Attached hereto as **EXHIBIT J** is a true and correct copy of the U.S. Office of Personnel Management's Privacy Impact Assessment for the Enterprise Human Resources Integration Data Warehouse dated July 11, 2019, which was downloaded from https://www.opm.gov/information-management/privacy-policy/privacy-policy/ehridw.pdf on April 23, 2025.

12. Attached hereto as **EXHIBIT K** is a true and correct copy of the U.S. Office of Personnel Management's Privacy Impact Assessment for USA Performance dated May 13, 2020, which was downloaded from https://www.opm.gov/information-management/privacy-policy/privacy-policy/usap-pia.pdf on April 23, 2025.

13. Attached hereto as **EXHIBIT L** is a true and correct copy of the U.S. Office of Personnel Management's Privacy Impact Assessment for USA Staffing dated July 28, 2021, which was downloaded from https://www.fhfa.gov/sites/default/files/2023-

12/OPM%20USA%20Staffing_pia.pdf on April 23, 2025.

14. Attached hereto as **EXHIBIT M** is a true and correct copy of the Letter from Rep. Gerald Connolly and Rep. Shontel Brown to Charles Ezell dated Feb. 4, 2025, which was downloaded from https://oversightdemocrats.house.gov/sites/evo-subsites/democrats-oversight.house.gov/files/evo-media-document/2025.02.04.%20GEC%20and%20Brown%20to%20OPM-Ezell-%20DOGE%20Emails.pdf on April 23, 2025.

15. Attached hereto as **EXHIBIT N** is a true and correct copy of an article titled "Musk Associates Given Unfettered Access to Private Data of Government Employees," published by *Musk Watch* on February 3, 2025, which was downloaded from https://www.muskwatch.com/p/musk-associates-given-unfettered on April 24, 2025.

16. Attached hereto as **EXHIBIT O** is a true and correct copy of the of Declaration of Daniel J. Berulis dated April 14, 2025, Attached as Exhibit A to Protected Whistleblower Disclosure sent to Sen. Tom Cotton, Sen. Mark Warner, and the U.S. Office of Special Counsel, which was downloaded from https://whistlebloweraid.org/wp-content/uploads/2025/04/2025_0414_Berulis-Disclosure-with-Exhibits.s.pdf on April 23, 2025. To avoid an unnecessarily voluminous filing, a second exhibit to the whistleblower disclosure is not included in Exhibit O.

17. Attached hereto as **EXHIBIT P** is a true and correct copy of the Letter from U.S.D.S. employees to White House Chief of Staff Susan Wiles dated February 25, 2025, which was downloaded from https://www.politico.com/f/?id=00000195-3e8d-d4a2-afbf-fffd5d810000 on April 23, 2025.

18. Attached hereto as **EXHIBIT Q** is a true and correct copy of the Declaration of

4

Joseph Gioeli III, filed in *State of N.Y. v. Trump*, No. 1:25-cv-01144, ECF No. 34 (S.D.N.Y. Feb. 11, 2025), which was downloaded from PACER via PacerPro on April 23, 2025.

19. Attached hereto as **EXHIBIT R** is a true and correct copy of the Supplemental Declaration of David Ambrose, filed in *State of N.Y. v. Trump*, No. 1:25-cv-01144, ECF No. 116-1 (S.D.N.Y. Mar. 14, 2025), which was downloaded from PACER via PacerPro on April 23, 2025.

I declare under the penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on this 25th day of April, 2025 in San Francisco, California.

_____
Victoria J. Noble