# EXHIBIT E

Gavin

---

**From:** Moaney, Lynn - OCFO-OCFO <lynn.moaney@usda.gov>
**Sent:** Thursday, February 20, 2025 5:13 PM
**To:** Kliger, Gavin - OSEC, DC <Gavin.Kliger@usda.gov>; Cole, Michael - OSEC, DC <Michael.P.Cole@usda.gov>
**Subject:** FW: Blurb for climate-related awards

Gavin,

Please see below based on our discussion on Tuesday. This is what we will be directing agencies to identify. In talking to the team, they thought Monday is not doable because we are also still gathering information on the equity related awards and due to decentralized systems, the process of identifying awards with specific criteria is very manual. It actually requires opening up every single grant and reading the language. This is also where I would put a plug in for us to better leverage AI and Machine learning to make tasks like this easier to accomplish. While we have an AI Governance Board here at USDA, the use of it (at least in the Finance space) is extremely limited. However, that is a discussion for another time.

We have identified a potential program in the Forest Service that we think can be a "win" due to its size. We will work on that for Monday COB and would ask for consideration of an extension on the larger Climate-related analysis with a due date of next Friday.

Thanks in advance!

---

**From:** Moaney, Lynn - OCFO-OCFO
**Sent:** Thursday, February 20, 2025 2:41 PM
**To:** Cole, Chelsea - OCFO-OCFO <Chelsea.Cole@usda.gov>
**Cc:** Whitney, Tyson - OCFO-OCFO <Tyson.Whitney@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA <Lance.Raymond@usda.gov>
**Subject:** RE: Blurb for climate-related awards

Yes, I concur with your writeup below. I also added #5. Also please include that we are looking at awards processed from July 1st – January 19th ( a little more than 180 days)

The spreadsheet that collects information on the awards should have a column that includes verbiage why this may not support farmers. This will help with final decision making

Thanks

---

**From:** Cole, Chelsea - OCFO-OCFO <Chelsea.Cole@usda.gov>
**Sent:** Wednesday, February 19, 2025 5:22 PM
**To:** Moaney, Lynn - OCFO-OCFO <lynn.moaney@usda.gov>
**Cc:** Whitney, Tyson - OCFO-OCFO <Tyson.Whitney@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA <Lance.Raymond@usda.gov>
**Subject:** Blurb for climate-related awards
**Importance:** High

Good afternoon Ms. Moaney,

Does the following blurb encapsulate what Gavin is looking for?

---

USDA Agencies and staff offices must identify and report grants, cooperative agreements, and other similar arrangements (including mutual interest agreements),

USDA000106

which fund climate-related activities, such as CIO 237 to meet the initiative's need for projects that may produce awards that, for example:

1. Climate consulting services;
2. Climate modeling and other similar technology platforms or solutions; and,
3. The authoring of a report not anticipated to benefit farmers and producers;
4. Any other kinds of analysis, evaluation, or reporting.
5. Climate-friendly facilities/construction

The above list is not exhaustive but meant to be illustrative of the focus of this exercise. These awards will be evaluated to determine if termination is necessary.

Best regards,

Chelsea

Chelsea D. Cole, PMP
Federal Financial Assistance Department Policy Lead
Transparency & Accountability Reporting Division | Policy Branch

Office of the Chief Financial Officer



U.S. DEPARTMENT OF AGRICULTURE
1400 Independence Ave, SW Washington DC 20250

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

Hi Lynn,

The language looks good to me. I would consider throwing in the word "tracking", since I have seen several grants explicitly focused on the tracking side of the equation (particularly under 10.937 Partnerships for Climate Smart Commodities). Tracking the exact carbon output of soybean yields does not provide a direct benefit to farmers, and we can reallocate that funding in a way that more directly benefits farmers.

With respect to timing - if we extend to next Friday, could we ask mission areas to complete a review of all climate grants in the specified window (and hopefully therefore exceed our 120m goal significantly)?
I spoke with the Secretary tonight who was supportive of these initiatives - working on getting a memo formalized for her signature in parallel.

Also understand that technology and LLM assistance could make grant review simpler; we have been working on tools to assist with grant reviews in other agencies and I am planning to bring them here at some point to help out. Still a ways away however.

Gavin

---

**From:** Moaney, Lynn - OCFO-OCFO <lynn.moaney@usda.gov>
**Sent:** Thursday, February 20, 2025 5:13 PM
**To:** Kliger, Gavin - OSEC, DC <Gavin.Kliger@usda.gov>; Cole, Michael - OSEC, DC <Michael.P.Cole@usda.gov>
**Subject:** FW: Blurb for climate-related awards

Gavin,

Please see below based on our discussion on Tuesday. This is what we will be directing agencies to identify. In talking to the team, they thought Monday is not doable because we are also still gathering information on the equity related awards and due to decentralized systems, the process of identifying awards with specific criteria is very manual. It actually requires opening up every single grant and reading the language. This is also where I would put a plug in for us to better leverage AI and Machine learning to make tasks like this easier to accomplish. While we have an AI Governance Board here at USDA, the use of it (at least in the Finance space) is extremely limited. However, that is a discussion for another time.

We have identified a potential program in the Forest Service that we think can be a "win" due to its size. We will work on that for Monday COB and would ask for consideration of an extension on the larger Climate-related analysis with a due date of next Friday.

Thanks in advance!

---

**From:** Moaney, Lynn - OCFO-OCFO
**Sent:** Thursday, February 20, 2025 2:41 PM
**To:** Cole, Chelsea - OCFO-OCFO <Chelsea.Cole@usda.gov>
**Cc:** Whitney, Tyson - OCFO-OCFO <Tyson.Whitney@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA <Lance.Raymond@usda.gov>
**Subject:** RE: Blurb for climate-related awards

Yes, I concur with your writeup below. I also added #5. Also please include that we are looking at awards processed from July 1st – January 19th ( a little more than 180 days)