# EXHIBIT P



February 25, 2025

Dear Susan Wiles[1],

We, the undersigned employees of the United States Digital Service (USDS), renamed the United States DOGE Service, have resigned from our respective positions.

As civil servants, we remained committed throughout the Presidential Transition to delivering better government services through technology and stood ready to partner with incoming officials. Each of us left senior private sector technology positions to pursue nonpartisan public service. We swore to serve the American people and uphold our oath to the Constitution across presidential administrations. However, it has become clear that we can no longer honor those commitments at the United States DOGE Service.

On January 21st, we completed 15-minute interviews with individuals wearing White House visitor badges. Several of these interviewers refused to identify themselves, asked questions about political loyalty, attempted to pit colleagues against each other, and demonstrated limited technical ability. This process created significant security risks.

On February 14th, one-third of our USDS colleagues were indiscriminately terminated by an anonymous email. These highly skilled civil servants were working to modernize [Social Security](), [veterans']() [services](), [tax filing](), healthcare, disaster relief, student aid, and other critical services. Their removal endangers millions of Americans who rely on these services every day. The sudden loss of their technology expertise makes critical systems and Americans' data less safe.

On February 16th, DOGE representatives began integrating us into their efforts. DOGE's actions—firing technical experts, mishandling sensitive data, and breaking critical systems—contradict their stated mission of "modernizing Federal technology and software to maximize governmental efficiency and productivity". These actions are not compatible with the mission we joined the United States Digital Service to carry out: to deliver better services to the American people through technology and design.

**We will not use our skills as technologists to compromise core government systems, jeopardize Americans' sensitive data, or dismantle critical public services. We will not lend our expertise to carry out or legitimize DOGE's actions.**

---

[1] No one has been identified internally as the official Administrator or leader of the United States DOGE Service since being moved from OMB. According to EO 14158 the White House Chief of Staff is the Senior Accountable Official.

We did not accept the "fork in the road" Deferred Resignation Program. Many of our colleagues will choose to stay and continue the vital work of making government services and technology better. They have our full support in the work ahead.

Respectfully, we resign.

**Engineer, USDS**

**Engineer, USDS**

**Engineer, USDS**

**Engineer, USDS**

**Engineer, USDS**

**Engineer, USDS**

**Engineer, USDS**

**Engineer, USDS**

**Engineer - Data Scientist, USDS**

**Engineer - Data Scientist, USDS**

**Product Manager, USDS**

**Product Manager, USDS**

**Product Manager, USDS**

**Product Manager, USDS**

**Product Manager, USDS**

**Designer, USDS**

**Designer, USDS**

**Designer, USDS**

**Designer, USDS**

**Operations, USDS**

**Operations, USDS**