# EXHIBIT A

# Ann Lewis

Experienced technology leader passionate about the intentional use of emerging technologies to empower communities, foster innovation, and solve complex challenges. 20+ years of experience managing tech organizations, scaling systems and teams, and shipping products.

**(530) 574-0588**
the.annlewis@gmail.com
**LinkedIn:** theannlewis
https://annlewis.tech

## EXPERIENCE

**General Services Administration,** Washington DC — *Director, Technology Transformation Services* (political, SES, TS-SCI)

December 2022 - December 2024

- Led Technology Transformation Services through major strategic, organizational, and budget realignments, reset key relationships with the Executive Office of the President and Congress, and grew the organization by 40%.
- Managed a $250M+ budget, staff of 700, and broad portfolio of products and programs, including: Login.gov, FedRAMP, USA.gov, Vote.gov, Presidential Innovation Fellows, United States Digital Corps, 10x Venture Studio.
- Realigned, strategically repositioned, and brought Login.gov and FedRAMP to effective national scale.
- Built strong relationships with executives across the federal government and directly supported the GSA administrator on technology and strategy concerns.
- FedScoop 50 Federal Leadership Award: 2023, 2024.

**Next Street,** Washington DC — *Chief Technology Officer*

APRIL 2022 - December 2022

- Built and led Next Street's first product and tech organization.
- Worked closely with CEO and executive team to envision, define, and deploy technology strategy to support efforts to productize the primary consulting business.
- Launched an MVP of the Next Street platform for NYC, connecting small business ecosystems to trusted advisors, access to responsible capital, networks and curricula.

**U.S. Small Business Administration,** Washington DC — *Senior Advisor to the Administrator*

JANUARY 2021 - APRIL 2022

- American Rescue Plan program delivery and technical strategy for Shuttered Venue Operator Grant, Restaurant Revitalization Fund Grant, and Community Navigators programs.
- Bootstrapped several customer experience efforts aligned with the

## SKILLS

Technical Leadership

Building and scaling teams

Managing delivery of complex products and systems

Cloud and data architecture

Cyber Security

Proficient in a variety of technologies, languages, and platforms

## LEADERSHIP

**Selected talks and interviews:**
https://annlewis.tech/

- [Executive Order on Transforming Federal Customer Experience and Service Delivery to Rebuild Trust in Government](#).
- Worked closely with agency executives and the SBA Administrator to drive adoption of new technologies and processes, and realign critical contracting processes.
- [2022 Fed100](#) award winner.

### MoveOn.org, Remote — *Chief Technology Officer*

AUGUST 2015 - JANUARY 2021

- Built and led MoveOn's first in-house tech organization.
- Led and delivered two critical infrastructure modernizations that fully realigned IT and deployed modern, best-in-class tools for staff
- Drove adoption of modern technical processes and tools through MoveOn's coalition partner network.
- Worked closely with executive team to drive digital transformation efforts, organizational cyber security processes and programs, and budget reforms.
- Championed and led a deep investment in open source communities and systems, including the peer-to-peer textbanking tool [Spoke](#).
- Built and scaled organizing tools, data warehouses, ETL pipelines, data-driven fundraising processes and tools.

### Pedago.com, Remote — *Director of Engineering*

AUGUST 2013 - AUGUST 2015

- Architect and lead developer of educational content publishing platform.
- Agile software management processes with geographically distributed team.
- Successfully delivered multiple platform and project launches.

### Rosetta Stone, Harrisonburg, VA — *Software Engineer IV / Software Engineering Manager*

AUGUST 2010 - AUGUST 2013

- Technical lead and engineering manager, Intermediate/Advanced English e-learning product.
- Technical lead and engineering manager, Software Platform.
- Client and server developer for the Rosetta Stone ReFLEX application, an adaptive english language conversational fluency product.

### EcoInteractive, Davis, CA — *Senior Software Engineer*

FEBRUARY 2009 - JULY 2010

- Lead developer, Bay Area Air Quality: web-based data analysis system for air quality issues.
- Developer, Envirostor and Geotracker: web-based data analysis and reporting tools for CA Dept. of Toxic Substances Control.

### **Fluent Mobile,** Boston, MA — *Software Engineer*

MARCH 2009 - JULY 2010

- Architected, deployed, scaled-out, and maintained cloud-based backend system supporting Fluent Mobile news iPhone app.
- Search engine development and integration for Fluent Mobile news search feature.

### **WorkHabit.com,** Sacramento, CA — *Senior Software Engineer*

SEPTEMBER 2008 - FEBRUARY 2009

- Lead developer, horizontally auto-scaling video transcoding and delivery system.
- Developer, various managed Drupal application stacks.
- Researched and tested emergent cloud computing management systems.

### **GoodGuide.com,** SF, CA — *Software Engineer*

MARCH 2008 - SEPTEMBER 2008

- Full Stack development and deployment architecture for flagship website that scored products and companies on a variety of health, environment, and social impact metrics.
- Architecture and development of data ingestion and ETL pipelines.
- Development of company and product ranking algorithms.

### **Cedaron Medical Software,** Davis, CA — *Software Engineer*

SEPTEMBER 2007 - MARCH 2008

- Windows client development on APTAConnect, physical therapy diagnostic software
- Delivered client and server installation process optimization, eliminating opportunities for human error and reducing installation time by 50%.

### **Amazon.com,** Seattle, WA — *Software Engineer II*

JUNE 2003 - AUGUST 2007

- Distributed system design, implementation, and operations in a linux development environment.
- Vendor Services team: built a portal and tools for vendors to create promotions targeting Amazon customer groups, as well as a portal for participating customers.
- Community team: built tools for customers to contribute customer reviews to the Amazon website, and tools for customers to moderate content with minimal customer service intervention. Internationalized english-based systems to global locales.
- Migrated several systems from a multicast request/reply protocol to a connection-oriented protocol, eliminating operational load due to networking scaling problems.
- Rearchitected critical data pipelines, reducing update latency from

- 24 hours to < 2 seconds.
- Interviewed > 100 candidates for engineering and management positions. Recognized as a "Bar Raiser" -- a technical interview leader, responsible for leading interview debrief meetings, training other interviewers, and moderating hiring decisions.

### EDUCATION

**Carnegie Mellon University,** Pittsburgh, PA — B.S., *Computer Science, B.S. May 2003*

August 1999 - MAY 2003

- Major: Computer Science; Minor: Discrete Math
- Relevant coursework: computer networks, algorithms, machine learning, artificial intelligence, computer music, computer systems, data structures, web server programming.
- Winner of the John S. Morrison scholarship, covering 100% of tuition, room/board
- Winner of the InformationWeek 2002 Summer Fellowship, "Provably Secure Steganographic Text Encoding Module for Emacs"
- Paper: "A Probabilistic Model of Melodic Similarity"