```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
AMERICAN FEDERATION OF GOVERNMENT         :
EMPLOYEES, AFL-CIO, et al.,               :
                                          :       25cv1237 (DLC)
                              Plaintiffs, :
                                          :           ORDER
              -v-                         :
                                          :
U.S. OFFICE OF PERSONNEL MANAGEMENT,      :
an agency of the United States, et        :
al.,                                      :
                                          :
                              Defendants. :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

The plaintiffs filed a motion for a preliminary injunction on April 25, 2025. That motion will be fully submitted on May 23. Accordingly, it is hereby

ORDERED that a hearing on the plaintiffs' motion for a preliminary injunction will be held on May 29, 2025 at 10:00 a.m. in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that by May 27, 2025, the parties shall confer and advise the Court as to whether any witnesses should be present at the hearing to be cross-examined. In the event that witnesses are cross-examined at the hearing, the affidavits submitted in connection with the preliminary injunction motion papers shall constitute their direct

testimony.

Dated:   New York, New York
         April 28, 2025

                                          _____
                                          DENISE COTE
                                          United States District Judge