```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
AMERICAN FEDERATION OF GOVERNMENT        :
EMPLOYEES, AFL-CIO, et al.,              :
                                         :     25cv1237 (DLC)
                        Plaintiffs,      :
                                         :        ORDER
            -v-                          :
                                         :
U.S. OFFICE OF PERSONNEL MANAGEMENT,     :
an agency of the United States, et       :
al.,                                     :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The parties are briefing a preliminary injunction motion. It is hereby

ORDERED that the parties shall supply Chambers, at the time their papers are filed, with two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the parties shall also supply Chambers with two courtesy copies of materials cited in these filings, including in footnotes, with the exception of statutes, regulations, and court decisions.

IT IS FURTHER ORDERED that the plaintiffs shall by May 6 supply courtesy copies of the materials that were cited in their April 25 filings and that have not already been provided to

Chambers, with the exception of statutes, regulations, and court decisions.

Dated:   New York, New York
         April 30, 2025

_____
DENISE COTE
United States District Judge