# Exhibit A

## NOTIFICATION OF PERSONNEL ACTION

FPM Supp. 296-33, Subch. 4

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| OPM-4 | | | 01/20/2025 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action | |
|---|---|---|
| 171 | EXC APPT NTE | 01/19/2026 |
| 5-C. Code | 5-D. Legal Authority | |
| H2L | REG 304.103. | |
| 5-E. Code | 5-F. Legal Authority | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |

**7. FROM: Position Title and Number**

**15. TO: Position Title and Number**
SENIOR ADVISOR - SPECIAL GOVERNMENT EMPLOYEE (SGE)
PD: X0A1614

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | EF | 0301 | 00 | 00 | $0 | WC |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $0 | $0 | $0 | $0 |

**14. Name and Location of Position's Organization**

**22. Name and Location of Position's Organization**
IMMEDIATE OFFICE OF THE ADMINISTRATOR
OFFICE OF THE ADMINISTRATOR
OFFICE OF THE DEPUTY ADMINISTRATOR

WASHINGTON DC

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 1 - None  3 - 10-Point/Disability  5 - 10-Point/Other  2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 0 - None  2 - Conditional  1 - Permanent  3 - Indefinite | | |
| 1 | 0 | WM | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| A0 | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 4 | 01/20/2025 | I  INTERMITTENT | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service  3 - SES General  2 - Excepted Service  4 - SES Career | E - Exempt  N - Nonexempt | | |
| 2 | E | 142.K00A0110.10.11.H40.. | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON  DISTRICT OF COLUMBIA  DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| AD | | 0000 | 33.94 | HIGH RISK (HR). |

**45. Remarks**

THIS APPOINTMENT DOES NOT CONFER ELIGIBILITY TO BE NONCOMPETITIVELY CONVERTED TO CAREER-CONDITIONAL OR CAREER APPOINTMENT.

APPOINTMENT AFFIDAVIT EXECUTED 01-20-2025 AT 12:01PM.

REASON FOR TEMPORARY APPOINTMENT: TO PROVIDE A HIGH LEVEL OF EXPERTISE RELATIVE TO ISSUES WHICH HAVE A SIGNIFICANT IMPACT ON THE FORMULATION OF AGENCY GOALS AND OBJECTIVES TO THE OPM DIRECTOR.

OPF MAINTAINED BY CONSOLIDATED PROCESSING CENTER, 2300 MAIN STREET - 2NW, KANSAS CITY, MO 64108.

YOU ARE SUBJECT TO REGULATIONS GOVERNING CONDUCT AND RESPONSIBILITIES OF SPECIAL GOVERNMENT EMPLOYEES.

CREDITABLE MILITARY SERVICE: NONE

PREVIOUS RETIREMENT COVERAGE: NEVER COVERED

EMPLOYEES DESIGNATED AS AN SGE MAY NOT WORK MORE THAN 130 DAYS IN A CALENDAR YEAR. APPLICABLE 365-DAY SERVICE YEAR BEGINS 1/20/2025.

YOUR SUPERVISOR OF RECORD IS THE DEPUTY ADMINISTRATOR.

NON-COMPENSATED SPECIAL GOVERNMENT EMPLOYEE.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| IMMEDIATE OFFICE OF THE ADMINISTRATOR | ELECTRONICALLY SIGNED BY: |
| | JOSETTE COLYNE |
| | SUPERVISORY HUMAN RESOURCES SP |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| GS01 | 1909 | 02/03/2025 |

5-Part   2 - OPF Copy - Long-Term Record -- DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

# NOTICE TO EMPLOYEE

This is your copy of the official notice of a personnel action.  Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.

**The Action**
- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

**Pay**
- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment.  When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D).  The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive.  It does not include any locality-based pay.  This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.
  Block 20B is the annual dollar amount of your interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.
- Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B.  It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
  Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block.  These payments are made in the same manner as basic pay, but are not a part of basic pay for any purpose.

**Block 24 - Tenure**
- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF).  Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351-1; both should be available for review in your personnel office.

**Block 26 - Veterans Preference to RIF**
- Indicates whether you have preference for reduction-in-force purposes.

**Block 30 - Retirement Plan**
- FICA — Social Security System
- CS — Civil Service Retirement System
- CS-Spec — Civil Service Retirement System for law enforcement and firefighter personnel
- FS — Foreign Service Retirement and Disability System
- FERS — Federal Employees' Retirement System
- FERS-Reserve Tech — Federal Employees' Retirement System for National Guard Reserve Technicians
- FERS-ATC — Federal Employees' Retirement System for Air Traffic Controllers
- FERS-Spec — Federal Employees' Retirement System for law enforcement and firefighter personnel
- FSPS — Foreign Service Pension System

**Block 31 - Service computation Date (Leave)**
- Shows when your Federal service began unless you have prior creditable service.  If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
- Your earnings and leave statement or your time and attendance card will

**Block 32 - Work Schedule**
- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week.  A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week.  An intermittent employee has no prearranged scheduled tour of duty and works when needed.
  Full-Time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not.
  Seasonal employees work on an annually recurring bases for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
  On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

**Block 33 - Part-time Hours Per Biweekly Pay Period**
   Indicates the number of hours a part-time employee is scheduled to work during a two-week pay period.

**Block 34 - Position Occupied**
   Identifies the employment system under which you are serving -- the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).
   The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you have Federal service.

**Block 35 - FLSA Category**
   Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees are covered.

**Block 37 - Bargaining Unit Status**
   Identifies a bargaining unit to which you belong, whether or not your are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

**Block 38 and 39 - Duty Station**
   Identifies the city, county, and state or the overseas location, where you actually work.

## OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.

- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency.  If you are eligible to and elect to join an employee organization, you can elect to have your dues withheld from your salary.

- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.

- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

**It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.**