# Exhibit B

**Acceptance of Uncompensated Services**

I understand that I may be employed with the United States Office of Personnel Management (OPM) under the authority of 5 U.S.C. § 3109. Under certain circumstances, OPM may use this authority to employ experts or consultants with or without pay, provided that such personnel agree in advance in writing to waive any claims for compensation for those services.

I desire to offer my services to OPM. Accordingly, I agree to being appointed as an uncompensated employee of OPM; I understand that I will not receive any pay or any other form of compensation from OPM, the federal Government, or any other source for the services I render to OPM.

In addition, I hereby waive any and all claims I may have in the future against OPM and/or the federal Government on account of the services I render to OPM.

Signed: __ OPM-6 _____

Printed Name of Appointee: ___ OPM-6 _____

Date: ____January 24, 2025_____