# Exhibit B



This is to certify that

_____ **OPM-5** _____

has completed the course

CY 2024 Classified National Security Information Awareness and Insider Threat Training

April 18, 2025