# Exhibit C

| | |
|---|---|
| **From:** | Dillaman, Miranda C. |
| **To:** | Sylke, Kimberly D.; Davis, Melinda M. |
| **Cc:** | Beckman, Christopher J.; Nickerson, Tiffany V.; Lowe, Dana S. |
| **Subject:** | RE: Reassignments Effective 3/28 |
| **Date:** | Monday, March 31, 2025 9:04:00 AM |
| **Attachments:** | image002.png |

Hi Kim!

James Sullivan's current investigation meets/exceeds requirements for the new PD. Nothing further is needed.

Thank you!

**Miranda Dillaman** | Senior Personnel Security Specialist

U.S. Office of Personnel Management
Office of Facilities, Security, and Emergency Management | Personnel Security
T: (202) ███████ | OPM.gov



Follow us on LinkedIn | Twitter | YouTube

---

**From:** Sylke, Kimberly D. <████████@opm.gov>
**Sent:** Monday, March 31, 2025 9:00 AM
**To:** Davis, Melinda M. <████████@opm.gov>; Dillaman, Miranda C. <████████@opm.gov>
**Cc:** Beckman, Christopher J. <████████@opm.gov>; Nickerson, Tiffany V. <████████@opm.gov>; Lowe, Dana S. <████████@opm.gov>
**Subject:** Reassignments Effective 3/28

Good Morning Mindy and Miranda,

Effective on Friday, March 28th Jamie Sullivan replaced Amanda Scales as Chief of Staff, Noncareer SES, PD attached. Amanda Scales will be reassigned to a Senior Advisor, Noncareer SES, position (PD attached).

V/R
Kim

Kim Sylke
SUPERVISORY HR SPECIALIST, EXECUTIVE RESOURCES
Office of the Chief Human Capital Officer | U.S. Office of Personnel Management
1900 E. St. NW | Washington DC 20415
Office: (202) ████████

Email: ███████@opm.gov