```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
AMERICAN FEDERATION OF GOVERNMENT     :
EMPLOYEES, AFL-CIO, et al.,           :
                                      :    25cv1237 (DLC)
                                      :
                        Plaintiffs,   :
                                      :         ORDER
            -v-                       :
                                      :
U.S. OFFICE OF PERSONNEL MANAGEMENT,  :
an agency of the United States, et    :
al.,                                  :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On May 14, 2025, the parties filed a joint letter expressing disagreement as to whether they are required to make declarants available for cross-examination at the preliminary injunction hearing scheduled for May 29.  The plaintiffs stated that they may wish to cross-examine the defendants' declarants, but were not prepared to make that determination before reviewing the defendants' opposition papers.  The defendants stated that they do not currently seek to cross-examine the plaintiffs' declarants, but may seek to do so if the plaintiffs seek cross-examination of the defendants' declarants.  On May 16, the defendants filed their opposition papers, which included three declarations.  Accordingly, it is hereby

ORDERED that the parties shall confer and advise by tomorrow, May 21, whether they seek to cross-examine any declarants at the May 29 hearing.

Dated:   New York, New York
         May 20, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge