```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
AMERICAN FEDERATION OF GOVERNMENT         :
EMPLOYEES, AFL-CIO, et al.,               :
                                          :    25cv1237 (DLC)
                           Plaintiffs,    :
                                          :        ORDER
              -v-                         :
                                          :
U.S. OFFICE OF PERSONNEL MANAGEMENT,      :
an agency of the United States, et        :
al.,                                      :
                                          :
                           Defendants.    :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On April 25, 2025, the plaintiffs filed a motion for a preliminary injunction. An Order of April 28 scheduled a hearing on the motion for May 29. The parties were ordered to advise the Court by May 27 whether any witnesses should be present at the hearing to be cross-examined. In letters of May 14 and 21, the parties conveyed their agreement, with one exception, that no declarant need appear at the hearing to be cross-examined. The sole exception is Gregory Hogan, a declarant for the defendants who the plaintiffs seek to cross-examine. Accordingly, it is hereby

ORDERED that the defendants shall advise the plaintiffs and the Court by the close of business on Friday, May 23, whether Mr. Hogan will be present at the May 29 hearing for cross-examination.

IT IS FURTHER ORDERED that should Mr. Hogan not be present for cross-examination at the May 29 hearing, the Court shall hear the parties at the hearing as to whether Mr. Hogan's May 16 declaration should be stricken or an inference should be drawn against the statements made therein.

Dated:   New York, New York
         May 22, 2025

                                  _____
                                          DENISE COTE
                                  United States District Judge