| User Type | Profile Name | Profile Description | Profile Type |
|---|---|---|---|
| Human Resources User | Office Administrator | This permission profile is intended for agency HR users who are responsible for managing the USA Staffing administrative settings for their office. It includes every HR user permission in every area of the system, except for the ability to adjudicate USA Hire reasonable accommodation requests. | Paid |
| Human Resources User | Standard HR User | This permission profile is intended for HR specialists who are responsible for completing vacancy recruitments in USA Staffing. It includes most requests and vacancy permissions, all new hire and onboarding permissions, and limited access to Admin items such as libraries and templates. | Paid |
| Human Resources User | HR Assistant | This permission profile is intended for HR assistants who are helping to build vacancy announcements or manage applicant processes such as answering applicant questions or sending notifications. It includes limited access to requests and vacancy permissions, view access for new hire and onboarding permissions, and view access for most Admin templates and libraries. | Paid |
| Human Resources User | HR View Only | This permission profile is intended for individuals who need to be able to see information on vacancy announcements but should not have the ability to make any changes. It includes view access for requests, vacancies, new hires, and most Admin templates and libraries. | Unpaid |
| Human Resources User | Onboarding Only User | This permission profile is intended for individuals who need to manage the onboarding process for new hires. It includes access to create and manage onboarding requests and all new hire and onboarding permissions. It also includes view access to the Manage Users area in Admin. It does not include access to view vacancies or any other Admin items. | Unpaid |
| Human Resources User | Reasonable Accommodation Adjudicator | This permission profile is intended for OPM staff who are responsible for adjudicating applicant reasonable accommodation requests as part of the USA Hire assessment process. It should not be used by any other agency's HR users. | Paid |
| Hiring Manager User | Standard Hiring Manager User | This permission profile is intended for individuals who will need to create, submit, and track hiring action requests in the Hiring Manager interface. It includes all request permissions, the ability to view the position description library and view/add notes. Hiring Managers may have additional review-level permissions determined by the HR user sending the review. | Unpaid |
| Hiring Manager User | Hiring Manager Assistant | This permission profile is intended for individuals who will need to initiate and track hiring action requests in the Hiring Manager interface. It includes most request permissions except for submitting and deleting requests. It also includes the ability to view the position description library and view/add notes. Hiring Managers may have additional review-level permissions determined by the HR user sending the review. | Unpaid |
| Hiring Manager User | HM View Only | This permission profile is intended for individuals who will need to track hiring action requests in the Hiring Manager interface. It includes view access for requests, the position description library, and notes. Hiring Managers may have additional review-level permissions determined by the HR user sending the review. | Unpaid |
| Onboarding User | Standard Onboarding User | This permission profile is intended for individuals who need to manage and execute the onboarding process for new hires. It includes access to create and manage onboarding requests and all new hire and onboarding permissions. Onboarding permission profiles do not provide access to view vacancies or run reports. | Unpaid |
| Onboarding User | Onboarding View Only | This permission profile is intended for individuals who need to see information on the onboarding process for new hires but should not have the ability to make any changes. It includes view access for requests and new hires. Onboarding permission profiles do not provide access to view vacancies or run reports. | Unpaid |