```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
AMERICAN FEDERATION OF GOVERNMENT        :
EMPLOYEES, AFL-CIO, et al.,              :
                                         :        25cv1237 (DLC)
                           Plaintiffs,   :
                                         :             ORDER
              -v-                        :
                                         :
U.S. OFFICE OF PERSONNEL MANAGEMENT,     :
an agency of the United States, et       :
al.,                                     :
                                         :
                           Defendants.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On May 23, the defendants gave notice that they will make Gregory Hogan available for cross-examination at the May 29 preliminary injunction hearing and requested a conference. It is hereby

ORDERED that a telephone conference will be held on Tuesday, May 27 at 3:00 p.m. A separate Order shall issue on Tuesday with dial-in information.

Dated:   New York, New York
         May 25, 2025

                                    _____
                                            DENISE COTE
                                     United States District Judge