UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
AMERICAN FEDERATION OF GOVERNMENT    :
EMPLOYEES, AFL-CIO, et al.,          :
                                     :        25cv1237 (DLC)
                      Plaintiffs,    :
                                     :        ORDER
          -v-                        :
                                     :
U.S. OFFICE OF PERSONNEL MANAGEMENT, :
an agency of the United States, et   :
al.,                                 :
                                     :
                      Defendants.    :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

     It is hereby ORDERED that the following dial-in credentials

shall be used for the telephone conference taking place today at

3:00 p.m.:

          Dial-in:       1-855-244-8681
          Access Code:   2312 042 2648

The parties shall use a landline if one is available.

Dated:    New York, New York
          May 27, 2025

                              _____
                                    DENISE COTE
                              United States District Judge