

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 6, 2025

**By ECF**
The Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *Am. Fed'n of Gov't Emps., AFL-CIO, et al. v. U.S. Office of Personnel Mgmt., et al.*, No. 25 Civ. 1237 (DLC)

Dear Judge Cote:

      This Office represents the Defendants in the above-referenced case. We write to bring to the Court's attention an additional relevant supplemental authority. On June 6, 2025, the Supreme Court in *Social Security Admin. v. Am. Fed'n of State, Cnty. & Mun. Emps., AFL-CIO*, No. 24A1063, 2025 WL 1602349 (June 6, 2025), granted the government's request for a stay pending appeal of a preliminary injunction which enjoined the Social Security Administration ("SSA") from granting DOGE affiliates access to various SSA records, subject to certain exceptions. After applying the four factors when considering whether to grant a stay, the Supreme Court concluded that "under the present circumstances, SSA may proceed to afford members of the SSA DOGE Team access to the agency records in question in order for those members to do their work." *Id.* at *1.

      We thank the Court for its consideration of this submission.

                                        Respectfully submitted,

                                        JAY CLAYTON
                                        United States Attorney for the
                                        Southern District of New York

                            By: /s/ *David Farber*
                                JEFFREY OESTERICHER
                                DAVID E. FARBER
                                Assistant United States Attorneys
                                86 Chambers Street, Third Floor
                                New York, New York 10007
                                Tel.: (212) 637-2695/2772

cc: Plaintiffs' counsel (by ECF)