```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
AMERICAN FEDERATION OF GOVERNMENT     :
EMPLOYEES, AFL-CIO, et al.,           :
                                      :   25cv1237 (DLC)
                       Plaintiffs,    :
                                      :      ORDER
            -v-                       :
                                      :
U.S. OFFICE OF PERSONNEL MANAGEMENT,  :
an agency of the United States, et    :
al.,                                  :
                                      :
                       Defendants.    :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion and Order issued today granted the plaintiffs' April 25, 2025 motion for a preliminary injunction. Accordingly, it is hereby

ORDERED that the parties shall meet and confer regarding the terms of the injunction and file their proposal(s) by noon on Thursday, June 12.

IT IS FURTHER ORDERED that, should a conference be necessary, it will be held telephonically on Friday, June 13 at 3:00 p.m.

Dated:  New York, New York
        June 9, 2025

_____
                                              DENISE COTE
                                   United States District Judge