```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
AMERICAN FEDERATION OF GOVERNMENT     :
EMPLOYEES, AFL-CIO, et al.,           :
                                      :      25cv1237 (DLC)
                         Plaintiffs,  :
                                      :           ORDER
             -v-                      :
                                      :
U.S. OFFICE OF PERSONNEL MANAGEMENT,  :
an agency of the United States, et    :
al.,                                  :
                                      :
                         Defendants.  :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On Opinion and Order of June 9, 2025 granted the plaintiffs' April 25 motion for a preliminary injunction. An Order of June 9 instructed the parties to submit proposed terms for the preliminary injunction and tentatively scheduled a telephone conference for 3:00 p.m. today. On June 12, the parties submitted their proposals and the defendants requested that the conference proceed today. A draft preliminary injunction is attached. It is hereby

ORDERED that the telephone conference shall proceed today at 3:00 p.m. The following dial-in credentials shall be used:

```
Dial-in:        1-855-244-8681
Access Code:    2312 042 2648
```

The parties shall use a landline if one is available.

Dated:   New York, New York
         June 13, 2025

                                              */s/ Denise Cote*
                                              DENISE COTE
                                    United States District Judge