```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
AMERICAN FEDERATION OF GOVERNMENT     :
EMPLOYEES, AFL-CIO, et al.,           :
                                      :      25cv1237 (DLC)
                       Plaintiffs,    :
                                      :         ORDER
            -v-                       :
                                      :
U.S. OFFICE OF PERSONNEL MANAGEMENT,  :
an agency of the United States, et    :
al.,                                  :
                                      :
                       Defendants.    :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

As stated on the record at the June 13, 2025 telephone conference, it is hereby

ORDERED that a telephone conference will be held on Friday, June 20, 2025 at 3:00 p.m. The following dial-in credentials shall be used for the conference:

> Dial-in:        1-855-244-8681
> Access Code:    2312 042 2648

The parties shall use a landline if one is available.

Dated:   New York, New York
         June 13, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge