P6DVAMEC

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   AMERICAN FEDERATION OF
    GOVERNMENT EMPLOYEES, AFL-CIO,
4   *et al*,

5                   Plaintiffs,

6            v.                          25 Civ. 1237 (DLC)

7   U.S. OFFICE OF PERSONNEL
    MANAGEMENT, *et al*,
8
                    Defendants.          Teleconference
9
    ------------------------------x
10                                       New York, N.Y.
                                         June 13, 2025
11                                       3:05 p.m.

12  Before:

13                       HON. DENISE COTE,

14                                       District Judge

15                       APPEARANCES

16  LEX LUMINA LLP
         Attorneys for Plaintiffs
17  BY:  RHETT O. MILLSAPS II
         CHRISTOPHER J. SPRIGMAN
18       -and-
    DEMOCRACY DEFENDERS FUND
19  BY:  ANDREW H. WARREN
         -and-
20  THE CHANDRA LAW FIRM LLC
    BY:  SUBODH CHANDRA
21
    JAY CLAYTON
22       United States Attorney for the
         Southern District of New York
23  DAVID E. FARBER
    JEFFREY S. OESTERICHER
24       Assistant United States Attorneys

25

P6DVAMEC

1          (Teleconference)

2          THE COURT:  Good afternoon, counsel.  This is Judge

3    Cote speaking.

4          Do we have a court reporter?

5          Thanks so much.

6          Let me call the case.

7          *American Federation of Government Employees v. OPM*, 25

8    Civ. 1237.

9          Who will be speaking on behalf of the plaintiffs?

10         MR. MILLSAPS:  Your Honor, good afternoon.  This is

11   Rhett Millsaps of Lex Lumina, on behalf of plaintiffs.

12         THE COURT:  Thank you.

13         And who will be speaking on behalf of the defendants?

14         MR. FARBER:  Good afternoon, your Honor.

15         This is Assistant United States Attorney David Farber,

16   on behalf of the defendants.

17         THE COURT:  Thank you so very much.

18         Thank you for your drafts of preliminary injunctions

19   and preliminary injunctions yesterday, day-to-day.  I issued an

20   order confirming today's telephone conference and attaching a

21   draft preliminary injunction order of my own.  And we'll get to

22   that in a moment.  But I have some opening remarks and then

23   we'll make sure we have time to hear from all counsel.

24         I had hoped, as I stated at the preliminary injunction

25   hearing during summations, and certainly in the days that have

P6DVAMEC

1    followed, that the government would acknowledge that it had not

2    granted access to the records that are at issue here, that is,

3    records containing the plaintiffs' PII that are contained in

4    OPM databases in the way that it had historically or

5    customarily; and that it was a very imperfect situation that

6    prevailed in the early weeks following the new administration

7    taking office.  And that it was committed from this point

8    forward to following the letter of the law, things that are

9    very uncontroversial, following OPM's regulations and

10   procedures and requirements all built to support the Privacy

11   Act's concern among other laws, with the security and safety of

12   the PII.

13        I would have hoped that the government would have

14   represented that, from this point forward, all OPM employees

15   would be properly trained and cleared and vetted before they

16   were given access to those databases or that information.  And

17   if you weren't an OPM employee, that OPM would make sure to

18   scrutinize that the employees or the government officials that

19   were being given access or to whom that information was

20   disclosed, again, had been properly trained and vetted, and

21   that an appropriate Privacy Act exception applied to their

22   access; and that they were being carefully considered for what

23   level of access should be given to them.

24        And the third thing I had hoped is that the government

25   would have represented to me that it was actually going to do

P6DVAMEC

 1    an audit on its own to assess what risks had occurred because

 2    of the lapses in those first weeks of the administration,

 3    lapses that it was committed to making sure were not repeated.

 4    And it was going to carefully assess and the right people would

 5    assess whether any identifying risks needed to be mitigated.

 6        So I don't have that set of representations, and so we

 7    are here to consider a preliminary injunction.  And let me talk

 8    for a moment about my goals then.

 9        I feel I have to properly address through this

10    preliminary injunction the very serious deficiencies revealed

11    by the preliminary injunction record.  Doing that is

12    challenging because of the very limited information that the

13    government revealed when it produced the administrative record

14    here.  It's been parsimonious and, therefore, to craft a

15    preliminary injunction that's appropriate is more difficult.

16        I also do not want to interfere in any way with the

17    efficient operation of the government.  The government is here

18    to serve all of us; it's here to serve every individual whose

19    information is contained in those databases.  And the

20    government is busy with many tasks and, therefore, I want to

21    make sure that the preliminary injunction order I issue is

22    narrowly confined to what is necessary based on the record that

23    is before me.  But, of course, it has to enforce the interests

24    underlying the Privacy Act and the APA that are the basis for

25    this injunction.  So proper enforcement of the law is critical.

P6DVAMEC

1          Let me comment briefly on the two proposed

2    injunctions.

3          The government's injunction I thought was very helpful

4    in several respects.  Of course, the government reserves its

5    right to appeal, which is its absolute right.  But nonetheless,

6    its proposed injunction recognizes the importance, I think,

7    that there be adequate training and vetting of anyone who is

8    given access to the plaintiffs' PII that's contained in the OPM

9    databases.  It also recognizes the appropriateness of

10   identifying a Privacy Act exception that would permit that

11   access and of making sure if administrative access is given,

12   that there is an identified reason for that access.

13         Two other aspects in which the government injunction I

14   think is helpful:  It recognizes the need to mitigate the risks

15   from what has happened here, and describing what it's done in

16   that mitigation process, describing it to the Court.

17         And finally, it recognizes a need to identify actually

18   who is an OPM employee, because there are significant legal

19   ramifications that follow from that identification.

20         The government's injunction or proposed injunction,

21   however, I think is far too restrictive to address the problems

22   that were identified in the opinion I issued.  First of all, it

23   appears to be addressed only to disclosures where there was

24   administrative access given.  And any disclosure, even to a

25   regular user of the system, has to be properly supported under

P6DVAMEC

1    the Privacy Act.

2         A second problem is that it has a very restrictive

3    definition of a DOGE agent.  It restricts it essentially to

4    employees of the DOGE service and those detailed to it.  And,

5    of course, the violations here or the likelihood of a finding

6    of violation concerned a bevy of people, including people who

7    are OPM employees apparently.

8         And the third restriction I'll mention is it appears

9    to limit the scrutiny to those given access "to the environment

10   of any data system maintained by OPM."  This, I think, is

11   intended to limit the auditing and consideration of risk only

12   to those who've logged into a system, and not to those who had

13   others log in for them as part of their work or may now hold on

14   to copies obtained through their work.  So I think those, among

15   other reasons, mean that the government's approach cannot be

16   followed here.

17        On the other hand, the plaintiffs' proposal is, I

18   think, also too restrictive.  There were a number of very

19   helpful ideas and issues listed, but two aspects of the

20   plaintiffs' proposal I found to be concerning:

21        One, it appeared to have an automatic impounding and

22   destruction of copies outside OPM.  I don't know enough to know

23   that that's the appropriate resolution.  And I certainly know

24   enough to understand it to be a subject of any audit that OPM

25   undertakes to make sure it knows what copies were made and

P6DVAMEC

1  where they went and, to the extent they went outside OPM, to

2  give them appropriate scrutiny and take any steps that it

3  believes are necessary to cure the PII contained in them.  But

4  I don't want to impose a regime of automatic destruction

5  without a careful analysis of that, whether or not that's

6  necessary.

7        The second aspect of the plaintiffs' proposal that

8  gave me concern is it appeared to require a reporting to the

9  Court in a period of weeks to follow before any disclosure

10  could be made to a DOGE agent.  I want to presume that the

11  government is going to operate now in good faith going forward

12  until it shows me that it can't or shouldn't be given that

13  presumption.

14        We had a hearing.  Significant deficiencies came to

15  light as a result of that hearing.  Again, I would hope the

16  government would be more forthright in acknowledging that and

17  assuring the Court that that is not its intention going

18  forward.  But, again, I don't want to interfere with the

19  ordinary operation of an important government agency.  So I am

20  willing to begin at least with a series of reports and not

21  restrict disclosure if the agency in good faith believes

22  disclosure should be given.

23        So I have a proposed order, as you can appreciate.

24  Like you, I would have loved more time, but I've given it my

25  best effort with respect to balancing the various needs on my

P6DVAMEC

```
1    docket.  And you have the draft preliminary injunction order.

2    I don't expect you've thoroughly analyzed it, that you were in

3    a position to make any and all objections you might want to

4    make to it.  I assume you'd want to spend more time with it

5    before you did that and are required to do it.

6            You'll have an opportunity in a moment when I finish

7    speaking to give me any insights that you're prepared to make

8    now, but I assume you're going to ask for more time and also an

9    opportunity to again consult with each other before you give me

10   your final positions.

11           So let me just briefly describe for you what my

12   intention was and what the structure is here.

13           There are three principal sections of the draft

14   preliminary injunction.  The first section concerns the world

15   from March 6 going forward, that's the date our administrative

16   record ended.  So I have no insight to what happened after

17   March 6, and obviously the plaintiffs don't.

18           And so it sets up two classifications of people to

19   whom disclosures may have been made after March 6.  And I'm

20   going to take the second category first.

21           That second category are those individuals that OPM

22   considers to be OPM employees.  And as far as I'm concerned, I

23   do not need any information about them so long as they

24   completed all training before disclosure and have acknowledged

25   the rules of behavior in OPM's training materials and had been
```

P6DVAMEC

properly onboarded as described here.  If that did not happen

before disclosure, then subsection D on page 3 kicks in.  And

in that case, if they were given access or disclosure before

all of that happened, then I want OPM to identify the employee

and explain what they've done since the disclosure to address

deficiencies.  Hopefully that category will be zero, but who

knows.

Then going back to page 2, if there was anyone since

March 6 that OPM disclosed these records to who it does not

consider an employee, then I want a report that explains what I

described in subparagraphs A, B, and C on page 2.  Did they get

the training they should have gotten before disclosure?  And if

they didn't, when did they get it?  And, of course, the

important information about vetting and other onboarding that

is part and parcel of the agency's normal process or the

federal government's normal process.  So that's to bring us

more up to speed since March 6, since we don't have any current

information.

The second part of the order has to do with a category

of DOGE agents.  And this covers a period of time from

January 20th on.  And, of course, there's a definition of DOGE

agents in footnote 2.  It excludes certain individuals:  Ezell,

Hogan, Scales and, to some extent, Sullivan.  And for these

DOGE agents, there is a more detailed report that's required,

and it's because, in part, the February and March audits that

P6DVAMEC

1    were done by OPM were inconsistent or incomplete.  So I want to

2    make sure that OPM has done a reliable, complete audit of

3    access by DOGE agents, and the identification of the Privacy

4    Act exceptions that were involved for these individuals; and to

5    make sure that we're on the same page here as to who is an OPM

6    employee, since the access requirements are different if you

7    are an OPM employee and have a need for access.  There's some

8    information I want as described in subparagraph 3 that runs

9    from page 4 to page 5.  So that's, in general terms, what's

10   happening in the second section.

11          And then the third and last section has to do with the

12   audit and the mitigation report.  And again, it would be

13   wonderful if the government was able to represent that it had

14   already begun this process to mitigate any risks that were

15   unnecessarily created or that were necessarily created, but

16   that need to be followed and made sure were addressed.

17          But here's an audit report description, and I have one

18   amendment I already want to make.  And so if you would turn to

19   page 6 of the draft, I want to revise the last clause in

20   subparagraph three.  So right now it reads:  Including whether

21   any such copies, etc.  And it should be revised to read:

22   Including removing access, adjusting a level of access, and

23   impounding and destroying copies.

24          So I think those are some of the steps that an

25   investigator would want to consider when assessing risks of

P6DVAMEC

1   disclosure to DOGE agents.  And I'm going to reserve for the

2   end here a discussion about briefing of a motion for a stay and

3   also how we address a schedule for trial.  But we'll wait till

4   the end of this conference to come back to those topics.

5           So let me begin with you, Mr. Millsaps, and anything

6   you want to say.  Again, if you would prefer to have more time

7   to reflect and consult with the government before you address

8   anything — excuse me one minute.  Sorry.  I needed a sip of

9   water — I would absolutely understand that.

10          Mr. Millsaps.

11          MR. MILLSAPS:  Yes, your Honor.  Thank you.

12          The plaintiffs are grateful for the care that the

13  Court has put into this.  And, you know, as you suspected,

14  we've done a preliminary read and analysis and have a couple of

15  points off the top that we thought about.  But I think it would

16  be helpful to have a little bit of time to further consider.

17          THE COURT:  Great.  Great.

18          And I'd ask you after you reflect — and we'll set a

19  schedule for all of this — to then consult with the government.

20  Again, to the extent the parties are able to reach agreement,

21  that would be deeply appreciated.

22          Mr. Farber, do you have any comments that you wanted

23  to give at this time or not?

24          I can't hear you, Mr. Farber.  You may be on mute.

25          MR. FARBER:  I was, your Honor.  I apologize.

P6DVAMEC

1          Assistant United States Attorney David Farber, on

2     behalf of the defendants.

3          We appreciate the opportunity to respond to the draft

4     order, and I understand that there will be a schedule for

5     briefing.  But I did want to make just a couple of short points

6     just so the Court can understand.  Because as I heard the Court

7     note, the Court does not want to interfere with ordinary

8     operations of OPM.  It's an important government agency.

9          But the terms of this injunction would require OPM to

10     devote dozens of employees in the CIO's office, the CISO's

11     office, the HR office, and the security office on an almost

12     full-time basis to preparing these three forensic audits on

13     exceedingly short time frames, all under pain of contempt.  And

14     then all those employees are going to be taken away from the

15     efforts they are pursuing to modernize OPM's IT systems, and

16     also diverted from ensuring they are continuing its day-to-day

17     operations in an appropriate manner.

18          And so I heard the Court, just as an example, for this

19     first audit, which is to be completed in three business days

20     after issuance of the order, that will require identifying

21     hundreds, if not thousands, of OPM employees, contractors, and

22     others who were granted any access, meaning they are a user,

23     just a simple user of a system, or administrative access, to

24     every OPM data system that contains PII for a multi-month

25     period.

P6DVAMEC

1          And just alone the systems creation spreadsheet that's

2     at the OPM administrative record from OPM 92 to 102, which only

3     entails administrative access, there are hundreds, hundreds of

4     OPM employees that are listed on that spreadsheet alone.

5          So the way that this would be undertaken is to

6     identify every single individual at OPM who has been granted

7     any sort of access, user or administrative, since March 6 until

8     the date of the order.  That will likely be hundreds — if not

9     thousands — of employees.

10          And then once that is completed, the universe is

11     determined, then each individual employee has to be -- we have

12     to pull records for each of them to determine whether they were

13     trained, whether they were properly appointed, whether they

14     have undergone the vetting processes that are required to

15     determine whether they need to be listed under subsection 1 or

16     subsection 2.

17          It may be you're absolutely right, your Honor, that

18     there may not be any individuals that should be listed there.

19     But in order to certify that under penalty of perjury, under

20     pain of contempt, the agency will have to devote an enormous

21     amount of time and pull employees from all four of those

22     offices that I mentioned just to complete this first forensic

23     audit that is required to be completed within three days, and

24     then has to be completed every month thereafter.  So it is an

25     entirely burdensome undertaking that will have to not be done

P6DVAMEC

1    once, but done every month by OPM.

2            So I just want to make sure -- I don't believe that

3    was the Court's intention, but the way it's worded, it would

4    end up creating a significant, significant burden, and one

5    which a bond of $1,000, you know, I don't think that that would

6    be sufficient to cover the costs and damages OPM would sustain

7    if it's later found to be wrongfully enjoined.

8            So I leave it there.  And I'm happy to discuss with

9    the Court further just to -- we've had a brief amount of time,

10   but we've already touched base with OPM to try and figure out

11   how such an audit could be even completed.  And the feedback is

12   that it would grind agency operations to a halt in many

13   different areas and would affect the very modernization efforts

14   that the Court has noted it does not want to disrupt.

15           So I leave it there for now.

16           I'm happy to fully brief these issues according to a

17   briefing schedule.  But it is something that we definitely do

18   want to address with the Court.

19           THE COURT:  So, thank you, Mr. Farber.  That's very

20   helpful.  And, of course, part of the issue here is the

21   administrative record is sparse, and so the knowledge base for

22   which the plaintiffs are making their arguments to me and the

23   knowledge base I have from which to assess these issues is

24   limited.

25           I think you understand — I hope you do — the goal

P6DVAMEC

1    here.  And it's a little surprising to me that OPM doesn't have

2    a procedure in place to make sure that someone is trained,

3    properly onboarded, you know, in terms of vetting and security

4    clearance, and has completed the -- or acknowledged the rules

5    of behavior before being then given access to OPM's record

6    system.  So that is an interesting thing to know.

7            MR. FARBER:  I can correct the record right now, your

8    Honor, that those procedures are in place.  We submitted

9    detailed declarations that detail how these folks were

10   appointed, how they were vetted, when they were trained.  I

11   acknowledge — and as the Court pointed out — that there were

12   certain individuals who did not receive privacy training prior

13   to receiving access.  But that is essentially all that I think

14   the record shows with respect to training and vetting and being

15   properly appointed.

16           And the Court disagreed with defendants, and I'm not

17   here to argue that, that there was not a sufficient need to

18   know.  But OPM did not have centralized databases that include

19   all of this information that can be properly pulled for every

20   single grant of access between March 6 and today, will require

21   a number — dozens — of OPM employees to look through and

22   determine who was granted not only administrative access, right

23   — I took the Court to say that any user account that is created

24   in that time frame also applies here.

25           And so this will be a very, very large undertaking and

P6DVAMEC

```
1   will require dozens and dozens of OPM employees to be devoted

2   almost full-time to this effort, especially if it's required to

3   be done on the shortest of time frames.

4           THE COURT:  Thank you.  That's helpful.

5           So why don't you make a counterproposal then that

6   would achieve the goal, and define how that can be done in a

7   way that's reliable in a time frame that's not oppressive.

8   Because the goal here is one that OPM itself should have.  And

9   so I don't think there -- and indeed one that I think its own

10  regulations require.  So I'll look forward to you thinking

11  creatively with your client how to identify what is helpful in

12  this analysis.

13          So let's talk about a time frame for the parties to

14  carefully consider what they would object to or what they would

15  request be changed in order to achieve the objectives which I

16  would hope we all share; and then to discuss that with care

17  with each other and, to the extent, again, you're able to reach

18  agreement, to provide that to the Court.  And to the extent you

19  have a disagreement, provide that to the Court.

20          So could I suggest that you consult with each other on

21  Monday afternoon.  That would give you the rest of today, over

22  the weekend, and Monday morning to think independently.  And

23  then on Monday afternoon, to consult with each other with

24  respect to your positions; and to present me, much as you did

25  yesterday, with your competing proposals and any letter of
```

P6DVAMEC

1    support or explanation.

2            Does that make sense to you, Mr. Farber, in terms of a

3    time frame?

4            MR. FARBER:  Your Honor, I would appreciate some more

5    time.  This is Friday afternoon.  We would need to talk with --

6    have further discussions with OPM personnel to understand the

7    capabilities and the time frames that these types of audits

8    could be completed in without -- with minimizing the disruption

9    obviously, and think creatively to put forward solutions.

10           So I would push back your Honor's suggested time frame

11   by three days, so that we would submit we would confer before

12   Thursday with plaintiffs, and then make those submissions on

13   Thursday that the Court suggested.  And then Friday we could

14   have another discussion with your Honor at a court conference,

15   if that makes sense.

16           THE COURT:  Sure.

17           Mr. Millsaps, is that agreeable to you?

18           MR. MILLSAPS:  Your Honor, we are concerned that time

19   is dragging on here and irreparable harm has been and may be

20   continuing to be done.  And the Court has already granted

21   plaintiffs' motion for the preliminary injunction.

22           And just going back to what Mr. Farber was saying

23   about what an onerous undertaking this audit will be for OPM,

24   it is very alarming for us to hear that he is essentially

25   saying that OPM would need to start from scratch here.  It

P6DVAMEC

1   seems if they've been complying with the law, these audit

2   trails should be available.

3           So we would prefer a shorter time frame for this.

4   Perhaps we could meet in the middle and submit something to the

5   Court by Tuesday or Wednesday instead; meet and confer perhaps

6   with the government by Tuesday.  But we leave it to your

7   Honor's wisdom as to what time frame should be appropriate

8   here.

9           THE COURT:  Thank you.  I appreciate that,

10  Mr. Millsaps.

11          So my goal is already stated on the record here.  But

12  I am hopeful the government is going to be cooperating here in

13  good faith.  And so I am going to expect that the government

14  will consult with its -- with OPM on Monday and Tuesday of next

15  week, and be in a position by the end of Tuesday to send the

16  plaintiffs its proposal for a revision of my draft.  And, of

17  course, by that time, Mr. Millsaps — and why don't I let you

18  and the government talk about it — if you have amendments to my

19  draft that you want to suggest, you should also have gotten

20  into the government as soon as possible.

21          And then you'll reserve Wednesday for consultation

22  with each other.  And by noon on Thursday, the 19th, you

23  will -- which is Juneteenth, I know, but we're just going to

24  continue to steam ahead here.  By noon on the 19th, you will

25  get me hopefully one document with alternatives of proposed

P6DVAMEC

1    language from the plaintiff or from the government.  But if you

2    need to get me two different documents, so be it, and any

3    supporting very brief letter no longer than two or three pages,

4    Thursday at noon.  And we'll set up a conference call again for

5    Friday afternoon, the 20th.

6            And I have to say, Mr. Millsaps, in terms of the

7    irreparable harm injury — and I am conscious of that — what I

8    am assuming, even though the government is not representing

9    that this has happened, that it is taking more care now within

10   OPM about access; and that it is making sure people are

11   properly trained, are properly onboarded, and are not given

12   access that they don't need.  Maybe I'm going to be wrong here,

13   but I'm assuming that this litigation has already helped

14   enormously in reducing the ongoing risk.  And I'm assuming

15   again that OPM wants to locate any risks that were created

16   necessarily or unnecessarily in the first months of this new

17   administration, and is thinking hard about how to address those

18   risks.

19           So again, I'm hopeful.

20           Good.  And I want to wish everyone a good weekend and

21   thank you for your assistance.

22           And Mr. Farber, are you going to be ordering a copy of

23   this transcript?

24           MR. FARBER:  I will be, your Honor.

25           I do have one more question for you, if you don't

P6DVAMEC

1    mind.

2                    THE COURT:  Sure.

3                    MR. FARBER:  You mentioned a briefing on a motion to

4    stay.

5                    THE COURT:  Before you speak, thank you for reminding

6    me.  I wanted to bring that up.

7                    So let me tell you what I'm thinking of in terms of

8    your request for a stay.  And it's as follows:

9                    I would like you to make a motion for a stay.  It's a

10   little hard, I think, when we don't know what that injunction

11   is going to be like.  And I would schedule opposition and rule

12   on that.  But I will also grant the request that you made for

13   an administrative stay -- or for a stay as an administrative

14   stay of two weeks, which is what you asked for at the end of

15   the preliminary injunction hearing.

16                   So if you want a stay from me longer than two weeks,

17   I'm going to want a brief.  And feel free to talk with

18   plaintiffs about a briefing schedule next week with respect to

19   that.  Is that helpful, Mr. Farber?

20                   MR. FARBER:  It is very helpful, your Honor.

21                   Thank you.

22                   THE COURT:  Good.

23                   And will you both please consult next week about a

24   schedule going forward for the completion of this litigation,

25   what needs to happen before trial, a schedule for a trial, so

P6DVAMEC

1   we can bring this piece of litigation to an appropriate

2   conclusion.

3          Good.  Thank you.  Thank you both.

4          Mr. Farber, was that you?

5          MR. FARBER:  Yeah.  I just wanted to ask you about

6   that as well.

7          I mean, the plaintiffs bring claims under the APA,

8   which are generally decided on cross-motions for summary

9   judgment.  Is that how the Court envisions resolution of this

10  case?

11         THE COURT:  I don't have a vision.  That's what I

12  wanted from the parties.

13         MR. FARBER:  Understood.  Understood.

14         THE COURT:  I just want to know where we go from here.

15  And I want you to consult with each other about that and have a

16  proposal for me to consider.

17         MR. FARBER:  Very well.  Thank you, your Honor.

18         THE COURT:  Appreciate it.

19         Mr. Millsaps, anything else?

20         MR. MILLSAPS:  We have nothing further now, your

21  Honor.  Thank you very much.

22         THE COURT:  Good, good, good.

23         Thanks.  Bye.

24                            *    *    *

25