

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 1, 2025

**By ECF**
The Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *Am. Fed'n of Gov't Emps., AFL-CIO, et al. v. U.S. Office of Personnel Mgmt., et al.*, No. 25 Civ. 1237 (DLC)

Dear Judge Cote:

      This Office represents the Defendants in the above-referenced case. Pursuant to Section 7 of the Stipulated Protective Order in this case (ECF No. 66), Section 8.B of Your Honor's Individual Practices, and Section 6 of the Southern District of New York's ECF Rules & Instructions, we write respectfully to request leave to file under seal an unredacted version of the second report pursuant to the preliminary injunction order entered in the above-referenced action (ECF No. 134).

      Defendants make this request given Defendants' concerns that identifying certain Office of Personnel Management ("OPM") employees publicly would be an unwarranted invasion of privacy and could lead to potential threats and harassment. *See, e.g., United States v. Amodeo*, 71 F.3d 1044, 1051 (2d Cir. 1995); *Matter of New York Times Co.*, 828 F.2d 110, 116 (2d Cir. 1987) ("the privacy interests of innocent third parties . . . should weigh heavily in a court's balancing equation in determining what portions of motion papers in question should remain sealed or should be redacted," and noting that "redaction of names" of third parties may be appropriate to protect their personal privacy interests). A version of the report with limited redactions to protect such information, consistent with the Stipulated Protective Order entered in this case, (ECF No. 66), has been filed contemporaneously with this request (*see* ECF No. 141) and will enable the public to assess OPM's response to the Court's preliminary injunction order. *See, e.g., In re Savitt/Adler Litig.*, No. 95 Civ. 1842 (RSP)(DRH), 1997 WL 797511, at *3 (N.D.N.Y. Dec. 23, 1997) (finding that "[r]edaction of names and identifying details will protect the strong privacy interest of non-part[ies] while still enabling the public and press to assess," the basis of the court's decision); *Lohnn v. Int'l Bus. Machines Corp.*, No. 21 Civ. 6379 (LJL), 2022 WL 36420, at *17 (S.D.N.Y. Jan. 4, 2022) (permitting redaction of "the names and titles of executives, managers, and other [Defendant] employees" to protect personal privacy, and noting that such information "is not necessary for the public to understand the issues in the litigation").

For these reasons, we respectfully request that the unredacted version of the report be filed under seal. Plaintiffs do not consent to the request to file the unredacted report under seal, but they have indicated they will not file an opposition at this time.

We thank the Court for its consideration of this request.

                                          Respectfully submitted,

                                          JAY CLAYTON
                                          United States Attorney for the
                                          Southern District of New York

                                 By: /s/ *David Farber*
                                          JEFFREY OESTERICHER
                                          DAVID E. FARBER
                                          Assistant United States Attorneys
                                          86 Chambers Street, Third Floor
                                          New York, New York 10007
                                          Tel.: (212) 637-2695/2772

CC: Plaintiffs' counsel (by ECF)