```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
AMERICAN FEDERATION OF GOVERNMENT         :
EMPLOYEES, AFL-CIO, et al.,               :
                                          :      25cv1237 (DLC)
                              Plaintiffs, :
                                          :           ORDER
            -v-                           :
                                          :
U.S. OFFICE OF PERSONNEL MANAGEMENT,      :
an agency of the United States, et        :
al.,                                      :
                                          :
                              Defendants. :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

A preliminary injunction was issued on June 20, 2025. An Order of June 27 instructed the Government to complete the production of the administrative record by August 29. It is hereby

ORDERED that the parties shall confer and by September 19, 2025 propose a schedule for any further proceedings in this litigation.

Dated:   New York, New York
         September 9, 2025

                                         _____
                                                  DENISE COTE
                                         United States District Judge