# Lex Lumina LLP

Rhett O. Millsaps II  |  rhett@lex-lumina.com  |  646.535.1137

September 15, 2025

**VIA ECF**

The Honorable Denise L. Cote
United States District Court
500 Pearl Street, Room 1910
New York, NY  10007

      Re:    *American Federation of Government Employees, AFL-CIO, et al v. U.S. Office of Personnel Management, et al.,* 25-cv-1237-DLC

Dear Judge Cote:

The parties have met and conferred and submit this joint letter proposing a schedule for further proceedings in this matter, pursuant to the Court's Order dated September 9, 2025 (ECF No. 145).

### Plaintiffs' Motion for Extra-Record Discovery

On August 29, 2025, the Office of Personnel Management ("OPM") produced 68 pages of additional documents to complete and supplement the administrative record in this matter. OPM has not certified that the administrative record is complete at this time, and Plaintiffs' counsel asked if OPM would now do so.  Defendants' counsel stated that OPM will not provide a certification of the administrative record now but will do so in advance of any briefing on summary judgment. Given the state of the administrative record and facts adduced so far in this case, Plaintiffs intend to seek extra-record discovery before moving for summary judgment and a permanent injunction.

### Defendants' Motion to Dismiss

Defendants intend to move to dismiss this action for lack of subject matter jurisdiction pursuant to Federal Rules of Civil Procedure 12(h)(3) and 12(b)(1), on the basis that Plaintiffs' claims are now moot because no DOGE Agents, as defined in the Court's preliminary injunction order (ECF No. 134 at 3), continue to have access to personally identifying information of Plaintiffs (or of the union Plaintiffs' members) in any OPM system of records. Furthermore, Defendants contend that Plaintiffs' requests for prospective injunctive or declaratory relief are not ripe for review.

Hon. Denise L. Cote
Page 2 of 2
September 15, 2025

**Proposed Briefing Schedule**

The parties have agreed on a proposed briefing schedule for both contemplated motions, as follows:

- Motion papers to be filed by October 10, 2025;
- Opposition papers to be filed by October 31, 2025; and
- Reply papers to be filed by November 7, 2025.

The parties jointly request that the Court so order the proposed briefing schedule for Plaintiffs' motion for extra-record discovery and Defendants' motion to dismiss.

Respectfully submitted,

/s/ *David E. Farber*          /s/ *Rhett O. Millsaps II*

Assistant U.S. Attorney for the          *Counsel for Plaintiffs*
Southern District of New York

*Counsel for Defendants*