

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 30, 2025

**By ECF**
The Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *Am. Fed'n of Gov't Emps., AFL-CIO, et al. v. U.S. Office of Personnel Mgmt., et al., No.* 25 Civ. 1237 (DLC)

Dear Judge Cote:

      This Office represents Defendants in the above-referenced case. We write to alert the Court to certain errors in the second report filed by the U.S. Office of Personnel Management ("OPM") on August 1, 2025, pursuant to the Court's preliminary injunction order. *See* ECF Nos. 141, 143. Specifically, OPM recently determined that certain access permissions were inadvertently omitted from that report. OPM subsequently conducted a comprehensive re-review of the relevant access permissions, and OPM is filing a revised report reflecting the results of that review.

**Background**

      The Court's preliminary injunction order required OPM to provide a report concerning OPM's grant of access permissions to any records containing personally identifiable information ("PII") of the plaintiffs that exist in any OPM system of records made to any DOGE Agent, as that term was defined by the Court, where such access permissions were in effect as of the date of the preliminary injunction order—i.e., June 20, 2025. ECF No. 134. As required by the Court, OPM prepared a summary of access for each applicable DOGE Agent included as a spreadsheet attached to the report filed on August 1, 2025. *See* ECF Nos. 141, 143. The access spreadsheet was prepared by OPM's Chief Information Security Officer ("CISO") and OPM's database administrators in the Office of the Chief Information Officer ("OCIO"). *Id.*

      On September 18, 2025, OPM staff in CISO and OCIO determined that one or more relevant access permissions provided to a particular "DOGE Agent" and in effect on June 20, 2025, had been inadvertently omitted from that original report. On September 19, 2025, the undersigned notified plaintiffs' counsel in writing of this issue, that OPM would be conducting a thorough re-review of all access permissions for all "DOGE Agents" who remained employed by OPM as of

Page 2

June 20, 2025, and that OPM would file a revised report and a cover letter explaining this issue to the Court after that review, which OPM expected to complete by today.[1]

**OPM's Revised Report**

OPM's CISO coordinated with OPM's database administrators to conduct a comprehensive re-review of access permissions for the eight individual "DOGE Agents" who remained employed by OPM as of June 20, 2025, which included the compilation of audit artifacts showing that the review had been appropriately completed. Upon completion of their review, OPM's CISO prepared the summary spreadsheet attached to the revised report. As explained in the revised report, signed by OPM's acting CIO Perryn Ashmore—a career OPM official with decades of government experience—the summary spreadsheet now includes two access permissions that were inadvertently omitted from the prior report. *See* Revised Report at 3. In addition, the revised report makes additional changes to the summary access spreadsheet to clarify, correct, or update the information provided in the original report. *See id.* Finally, the revised report includes relevant information for the individual whose access was inadvertently omitted in the prior report. *Id.* at 3-8.

We sincerely apologize for the errors in the previous report. OPM worked diligently to correct the record as quickly as possible, while ensuring the revised report was accurate, and without disruption to the current briefing schedule.

We thank the Court for its attention to this matter.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York

By: /s/ *David Farber*
        JEFFREY OESTERICHER
        DAVID E. FARBER
        Assistant United States Attorneys
        86 Chambers Street, Third Floor
        New York, New York 10007
        Tel.: (212) 637-2695/2772

cc: Plaintiffs' counsel (by ECF)

---

[1] On September 19, the undersigned also discussed this issue and the timing of OPM's planned corrective action by phone with plaintiffs' counsel, who informed the undersigned that he did not believe that an adjournment of the briefing schedule for plaintiffs' contemplated motion for extra-record discovery would be necessary as a result.