# Lex Lumina LLP

Rhett O. Millsaps II  |  rhett@lex-lumina.com  |  646.535.1137

November 14, 2025

**VIA ECF**

The Honorable Denise L. Cote
United States District Court
500 Pearl Street, Room 1910
New York, NY  10007

  Re: *American Federation of Government Employees, AFL-CIO, et al v. U.S. Office of Personnel Management, et al.,* **25-cv-1237-DLC**

Dear Judge Cote:

  The parties submit this joint letter to update the Court regarding their understanding and agreement concerning the new briefing schedule for (i) Plaintiffs' motion for extra-record discovery and (ii) Defendants' motion to dismiss following the end of the government shutdown.

  Based on the Amended Standing Order issued by Chief Judge Swain on October 2, 2025, and the applicable Federal Rules of Civil Procedure, the parties have calculated and agreed upon the new due dates for both contemplated motions, as follows:

- Motion papers to be filed by November 24, 2025;
- Opposition papers to be filed by December 15, 2025; and
- Reply papers to be filed by December 22, 2025.

  We thank the Court for its attention to this matter.

              Respectfully submitted,

/s/ *David E. Farber*      /s/ *Rhett O. Millsaps II*

Assistant U.S. Attorney for the  *Counsel for Plaintiffs*
Southern District of New York

*Counsel for Defendants*