

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 24, 2025

**By ECF**
The Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

    Re:   *Am. Fed'n of Gov't Emps., AFL-CIO, et al. v. U.S. Office of Personnel Mgmt., et al., No.* 25 Civ. 1237 (DLC)

Dear Judge Cote:

    This Office represents the Defendants in the above-referenced case. Defendants write respectfully to notify the Court that Defendants have elected not to file their contemplated motion to dismiss at this time.

    We thank the Court for its attention to this matter.

                                       Respectfully submitted,

                                       JAY CLAYTON
                                     United States Attorney for the
                                   Southern District of New York

                             By:  */s/ David Farber*
                                   JEFFREY OESTERICHER
                                   DAVID E. FARBER
                                   Assistant United States Attorneys
                                   86 Chambers Street, Third Floor
                                   New York, New York 10007
                                   Tel.: (212) 637-2695/2772

CC: Plaintiffs' counsel (by ECF)