**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al.*<br><br>Defendants. | Case No. 25-cv-1237-DLC<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR EXTRA-RECORD DISCOVERY** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum in Support of Plaintiffs' Motion for Extra-Record Discovery, dated November 24, 2025, and all prior pleadings and proceedings herein, Plaintiffs will move this Court before the Honorable Denise L. Cote, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, on a date and at a time designated by the Court, for an order, pursuant to Fed. R. Civ. P. 26, granting Plaintiffs' motion for extra-record discovery and granting such other and further relief as the Court deems just and proper.

1

Dated: November 24, 2025

Respectfully submitted,

*/s/ Rhett O. Millsaps II*

Rhett O. Millsaps II
Mark P. McKenna*
Christopher J. Sprigman
Mark A. Lemley*
LEX LUMINA LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
(646) 898-2055

F. Mario Trujillo*
Victoria Noble
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

Norman L. Eisen*
Andrew H. Warren*
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003

*Counsel for Plaintiffs*

*Admitted pro hac vice