

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

December 4, 2025

**By ECF**
The Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:   *Am. Fed'n of Gov't Emps., AFL-CIO, et al. v. U.S. Office of Personnel Mgmt., et al.,* No. 25 Civ. 1237 (DLC)

Dear Judge Cote:

      This Office represents Defendants in the above-referenced case. Defendants write jointly with Plaintiffs' counsel respectfully to request that the Court approve the parties' proposed briefing schedule in connection with Defendants' forthcoming motion to dismiss, to be filed tomorrow, December 5, 2025. As will be explained in more detail in Defendants' forthcoming motion papers, filing of Defendant's contemplated motion was delayed beyond November 25, 2025, to ensure the accuracy and completeness of their submissions. The parties have conferred and agreed on the following proposed briefing schedule, given their availability during the upcoming holiday season:

- Defendants' motion papers to be filed by December 5, 2025;
- Plaintiffs' opposition papers to be filed by January 9, 2026; and
- Defendants' reply papers to be filed by January 16, 2026.[1]

      We respectfully request that the Court so-order the proposed briefing schedule and thank the Court for its attention to this matter.

---

[1] Plaintiffs just received notice today that Defendants intend to file their motion to dismiss tomorrow. Plaintiffs' requested deadline for opposition papers would give Plaintiffs three working weeks to file their papers without disrupting counsels' pre-planned holiday travels in the last two weeks of this year. By agreeing to this proposed briefing schedule, Plaintiffs do not concede that Defendants' motion is procedurally proper or timely. Plaintiffs' opposition will address both the merits and untimeliness of Defendants' motion.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ *David Farber*
JEFFREY OESTERICHER
DAVID E. FARBER
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2695/2772

CC: Plaintiffs' counsel (by ECF)