UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
AMERICAN FEDERATION OF GOVERNMENT     :
EMPLOYEES, AFL-CIO, et al.,           :
                                      :        25cv1237 (DLC)
                     Plaintiffs,      :
                                      :        ORDER
          -v-                         :
                                      :
U.S. OFFICE OF PERSONNEL MANAGEMENT,  :
an agency of the United States, et    :
al.,                                  :
                                      :
                     Defendants.      :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

A preliminary injunction was issued on June 20, 2025. In a letter of June 19, the parties proposed that, after the Government would complete the production of the administrative record, this action would be brought to a resolution through cross-motions for summary judgment, with the Government being the first to move and the plaintiffs filing a combined opposition and cross-motion. That proposal was also discussed at a conference of June 20. An Order of June 27 set a deadline of August 29 for the Government to complete the production of the administrative record.

Pursuant to an Order of September 9, the parties proposed a schedule for further proceedings in this litigation in a joint letter of September 15. In that letter the parties proposed that the plaintiffs would seek extra-record discovery and the

defendants would move to dismiss this action as moot.  An Order of September 16 adopted the schedule proposed by the parties for both motions.  Pursuant to that schedule, the motions were due October 10, oppositions were due October 31, and replies were due November 7.

On October 2, this action was stayed by a standing order entered by Chief Judge Swain in 25mc433 in light of the federal government shutdown.  The shutdown ended on November 12.  An Order of November 14 instructed that the parties may agree on a schedule for filing their two contemplated motions as long as both are fully submitted by December 17.

The plaintiffs filed a motion for extra-record discovery on November 24.  The Government, however, filed a letter on November 24 stating that "Defendants have elected not to file their contemplated motion to dismiss at this time."

In a letter of December 4, the Government now reports that it intends to file its motion to dismiss today, December 5.  The parties jointly propose a schedule that would result in the motion being fully submitted on January 16.  It is hereby

ORDERED that should the Government move today to dismiss this action as moot, any opposition shall be due at **noon on December 15, 2025** and any reply shall be due by **5 p.m. on**

**December 17, 2025.**  The parties shall supply Chambers with two courtesy copies of each of these filings as they are submitted.

Dated:    New York, New York
          December 5, 2025

                                    DENISE COTE
                  United States District Judge