JAY CLAYTON
United States Attorney for the
Southern District of New York
By:     JEFFREY OESTERICHER
        DAVID E. FARBER
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2695/2772
jeffrey.oestericher@usdoj.gov
david.farber@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>                    Defendants. | No. 25 Civ. 1237 (DLC)<br><br>**NOTICE OF MOTION TO DISMISS** |

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss and the Declaration of Perryn Ashmore, defendants the U.S. Office of Personnel Management ("OPM"); Scott Kupor, in his official capacity as Director of OPM; U.S. DOGE Service ("USDS"); the Acting USDS Administrator; U.S. DOGE Temporary Service; and Elon Musk, in his official capacity as Director of USDS (collectively, "Defendants"), hereby move pursuant to Rules 12(b)(1) and 12(h)(3) of the Federal Rules of Civil Procedure for an order dismissing this action.

    PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order (ECF No. 161), opposition papers, if any, shall be served on or before December 15, 2025, and reply papers, if any, shall be served on or before 5 p.m. on December 17, 2025.

1

Dated: New York, New York
December 5, 2025

                    JAY CLAYTON
                    United States Attorney for the
                    Southern District of New York
                    *Attorney for Defendants*

By:   */s/ David E. Farber*
        JEFFREY OESTERICHER
        DAVID E. FARBER
        Assistant United States Attorneys
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel: (212) 637-2695/2772