

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 17, 2025

**By ECF**
The Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *Am. Fed'n of Gov't Emps., AFL-CIO, et al. v. U.S. Office of Personnel Mgmt., et al.*, No. 25 Civ. 1237 (DLC)

Dear Judge Cote:

      This Office represents the Defendants in the above-referenced case. We write respectfully to request leave to file a two-page, double-spaced sur-reply by Friday, December 19, addressing an argument raised for the first time by Plaintiffs in their reply brief, specifically the argument that discovery is warranted regarding Plaintiffs' ultra vires claim, *see* ECF No. 174 at 4. Plaintiffs do not oppose Defendants' request.[1]

      "Courts grant leave to file sur-replies when they address arguments raised for the first time in a reply brief." *SEC v. Ripple Labs, Inc.*, 2022 WL 329211, at *3 (S.D.N.Y. Feb. 3, 2022); *see also DT v. Somers Cent. Sch. Dist.*, 2009 WL 10706891, at *2 (S.D.N.Y. Feb. 11, 2009) (a sur-reply is appropriate if the party opposing the underlying motion would otherwise be "unable to contest matters presented to the court for the first time in the opposing party's reply"), *aff'd*, 348 F. App'x 697 (2d Cir. 2009). Here, Plaintiffs raise the argument that discovery is warranted regarding their ultra vires claim for the first time in their reply brief. *See* ECF No. 174 at 4. Plaintiffs did not raise this argument in their opening brief, *see generally* ECF No. 159, which solely addresses their request for extra-record discovery under the Administrative Procedure Act, and does not mention their ultra vires claim at all. For this reason, Defendants' opposition brief did not address the issue of whether discovery is appropriate regarding Plaintiffs' ultra vires claim, *see* ECF No. 170. Despite their claim to the contrary, nowhere in Plaintiffs' new argument raised for the first time in their reply brief do they appropriately, or "specifically," respond to arguments raised in the opposition brief. *See* ECF No. 174 at 4; *Cf. Jenkins v. NCAC*, No. 25 Civ. 2844 (DLC), 2025 WL 3625934, at *1 (S.D.N.Y. Dec. 15, 2025).

---

[1] Plaintiffs requested that Defendants provide their position as follows: "While Plaintiffs do not oppose Defendants' request, it is unwarranted. Plaintiffs' motion was not limited to a specific cause of action, and their arguments regarding the ultra vires claim were made specifically in response to Defendants' contention that the only issue in the case concerns the grant of access."

In these circumstances, "fairness demands further extending the briefing schedule," by allowing an opportunity for a sur-reply. *Polidoro v. L. Firm of Jonathan D'Agostino, P.C.*, No. 19 Civ. 1290 (ER)(BCM), 2022 WL 2286951, at *8 (S.D.N.Y. June 23, 2022). Accordingly, Defendants request leave to file a two-page, double-spaced sur-reply by Friday, December 19.

We thank the Court for its consideration of this request.

                                                             Respectfully submitted,

                                                             JAY CLAYTON
                                                             United States Attorney for the
                                                             Southern District of New York

                                       By: /s/ *David Farber*
                                                             JEFFREY OESTERICHER
                                                            DAVID E. FARBER
                                                           Assistant United States Attorneys
                                                           86 Chambers Street, Third Floor
                                                           New York, New York 10007
                                                           Tel.: (212) 637-2695/2772

CC: Plaintiffs' counsel (by ECF)