```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
AMERICAN FEDERATION OF GOVERNMENT        :
EMPLOYEES, AFL-CIO, et al.,              :
                                         :    25cv1237 (DLC)
                       Plaintiffs,       :
                                         :         ORDER
           -v-                           :
                                         :
U.S. OFFICE OF PERSONNEL MANAGEMENT,     :
an agency of the United States, et       :
al.,                                     :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion issued today denied the defendants' motion to dismiss this action as moot and the plaintiffs' motion for extra-record discovery. The parties have previously indicated their preference that this action be brought to a resolution through cross-motions for summary judgment, with the Government being the first to file. Accordingly, it is hereby

ORDERED that the parties shall confer and by **January 9, 2026** propose a schedule for summary judgment practice.

IT IS FURTHER ORDERED that any certification of the completeness of the administrative record is due by **January 9, 2026**. Should the Government decline to provide such a certification, the defendants shall explain what impact they believe the absence of that certification should have on the parties' summary judgment motions.

IT IS FURTHER ORDERED that the Government shall advise the Court by **January 9, 2026** of the status of the three audits described in its letter of June 19, 2025.

Dated:  New York, New York
December 19, 2025

_____
DENISE COTE
United States District Judge