```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
AMERICAN FEDERATION OF GOVERNMENT       :
EMPLOYEES, AFL-CIO, et al.,             :
                                        :   25cv1237 (DLC)
                        Plaintiffs,     :
            -v-                         :   ORDER
                                        :
U.S. OFFICE OF PERSONNEL MANAGEMENT,    :
et al.,                                 :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the parties' proposed summary judgment schedule, it is hereby

ORDERED that the following schedule shall govern the summary judgment briefing in this case:

- Defendants' motion for summary judgment served by **March 3, 2026.**
- Plaintiffs' combined opposition and cross-motion for summary judgment served by **March 31, 2026.**
- Defendants' combined opposition and reply served by **April 21, 2026.**
- Plaintiffs' reply served by **May 5, 2026.**

At the time each brief is filed, the filing party shall supply Chambers with one (1) courtesy copy by mailing or

delivering it to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        January 12, 2026

                                                            DENISE COTE
                                        United States District Judge