

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 26, 2026

**By ECF**
The Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

    Re:    *Am. Fed'n of Gov't Emps., AFL-CIO, et al. v. U.S. Office of Personnel Mgmt., et al.*, No. 25 Civ. 1237 (DLC)

Dear Judge Cote:

    I write respectfully pursuant to Local Rule 1.4 for the Court's leave to withdraw as counsel for the Defendants in the above-referenced matter. The reason for this request is that I am leaving the Department of Justice. Defendants will continue to be represented by other counsel from the U.S. Attorney's Office for the Southern District of New York who have appeared in this matter. My withdrawal as an attorney of record will not affect any deadlines or cause any delay in this matter. Accordingly, I respectfully request that the Court grant my request to withdraw as counsel of record.

    I thank the Court for its consideration of this submission.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By:  /s/ *David Farber*
    DAVID E. FARBER
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel.: (212) 637-2772
    david.farber@usdoj.gov

cc: Plaintiffs' counsel (by ECF)