```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
AMERICAN FEDERATION OF GOVERNMENT       :
EMPLOYEES, AFL-CIO, et al.,             :
                                        :       25cv1237 (DLC)
                         Plaintiffs,    :
             -v-                        :          ORDER
                                        :
U.S. OFFICE OF PERSONNEL MANAGEMENT,    :
et al.,                                 :
                                        :
                         Defendants.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On March 2, 2026, the plaintiffs requested that the names of the DOGE agents that appear in publicly filed documents in this action be unredacted, including in twelve documents identified in Appendix A to their letter. Of the twenty DOGE agents at OPM, sixteen remain anonymized in this action and have been referred to in filings as OPM-2 to -7, and OPM-9 to -18. The plaintiffs argue that unredacting their names is warranted because all the DOGE agents have been publicly identified elsewhere. The plaintiffs also rely in part on a recent decision in <u>Authors Guild v. National Endowment for the Humanities</u>, No. 25-cv-3923, 2026 WL 412620 (S.D.N.Y. Feb. 13, 2026).

On March 5, the Government opposed the application, noting that the plaintiffs had failed to argue that the DOGE employees

at OPM have been publicly identified in connection with the allegations in this action. Cross-motions for summary judgment begin to be filed on March 13, 2026. Accordingly, it is hereby

ORDERED that the plaintiffs shall file any motion to unredact the names of the sixteen DOGE agents by **March 13, 2026**. Any opposition is due **March 17, 2026**; reply is due **March 19, 2026**. Two courtesy copies shall be supplied to Chambers at the time that these motion papers are filed.

Dated:  New York, New York
        March 9, 2026

                                    _____
                                          DENISE COTE
                                    United States District Judge