UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>                    Defendants. | Case No. 1:25-cv-01237-DLC<br><br>**PLAINTIFFS' NOTICE OF MOTION TO UNREDACT THE NAMES OF SIXTEEN DOGE AGENTS** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Unredact the Names of Sixteen DOGE Agents, the Declaration of Victoria J. Noble, dated March 13, 2026, and all prior pleadings and proceedings herein, Plaintiffs will move this Court before the Honorable Denise L. Cote, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, on a date and at a time designated by the Court, for an order, pursuant to the Court's March 9, 2026 Order, ECF No. 190, and Paragraph 9 of the Protective Order, ECF No. 66, granting Plaintiffs' motion to unredact the names of DOGE agents and granting such other and further relief as the Court deems just and proper, ordering that:

(1) The names of DOGE agents in this case are not confidential under the Protective Order and do not require anonymized monikers in future court filings and opinions; and

(2) Defendants file the documents listed in Appendix A with the unredacted and deanonymized names of the DOGE agents referenced therein.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's March 9, 2026 Order, ECF No. 190, opposition papers, if any, shall be served on or before March 17, 2026, and reply papers, if any, shall be served on or before March 19, 2026.

Dated: March 13, 2026

Respectfully submitted,

*/s/ Victoria Noble*
Victoria J. Noble
Cindy Cohn (admitted pro hac vice)
F. Mario Trujillo (admitted pro hac vice)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

Rhett O. Millsaps II
Mark A. Lemley (admitted pro hac vice)
Mark P. McKenna (admitted pro hac vice)
Christopher J. Sprigman
LEX LUMINA LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
(646) 898-2055

Norman L. Eisen (admitted pro hac vice)
Andrew H. Warren (admitted pro hac vice)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003

Subodh Chandra (admitted pro hac vice)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 W. 6th Street, Suite 400
Cleveland, OH  44113

*Counsel for Plaintiffs*