# APPENDIX A

## INDEX OF PARTIALLY SEALED EVIDENCE

| ECF NO. | DOCUMENT NAME | FILING DATE |
|---|---|---|
| ECF No. 78-2 | Administrative Record - OPM-000001–OPM-000235 | April 23, 2025 |
| ECF No. 96 | Declaration of Carmen Garcia-Whiteside | May 16, 2025 |
| ECF No. 96-1 | OPM-4 Notification of Personnel Action form (Ex. A to Garcia-Whiteside Decl.) | May 16, 2025 |
| ECF No. 96-2 | OPM-6 Acceptance of Uncompensated Services form (Ex. B to Garcia-Whiteside Decl.) | May 16, 2025 |
| ECF No. 97 | Declaration of Everette R. Hilliard | May 16, 2025 |
| ECF No. 97-1 | OPM-5 USAccess PIV Record (Ex. A to Hilliard Decl.) | May 16, 2025 |
| ECF No. 97-2 | OPM-5 Training Certificate (Ex. B to Hilliard Decl.) | May 16, 2025 |
| ECF No. 98 | Declaration of Gregory J. Hogan | May 16, 2025 |
| ECF No. 141 | Second Report Pursuant to Preliminary Injunction Order | August 1, 2025 |
| ECF No. 148 | Revised Second Report Pursuant to Preliminary Injunction Order | September 30, 2025 |
| ECF No. 168 | Declaration of Perryn Ashmore | December 5, 2025 |
| ECF No. 168-3 | Supplement to Administrative Record - OPM-000236–OPM-000304 (Ex. C to Ashmore Decl.) | December 5, 2025 |