**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al*., <br><br> Defendants. | Case No. 1:25-cv-01237-DLC |

**DECLARATION OF VICTORIA J. NOBLE IN SUPPORT OF PLAINTIFFS' MOTION
TO UNREDACT THE NAMES OF SIXTEEN DOGE AGENTS**

I, Victoria J. Noble, declare as follows:

1.      I am a staff attorney at the Electronic Frontier Foundation in San Francisco, California, and am licensed to practice law in the State of New York and the Southern District of New York. I am counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the information stated here, and if called to do so, could and would testify competently as follows:

2.      Attached hereto as **EXHIBIT 1** is a true and correct copy of the Declaration of Noah Peters, filed in *American Federation of Government Employees, AFL-CIO v. Trump*, No. 25-cv-3698, ECF No. 208-1 (N.D. Cal. July 14, 2025), which was downloaded from PACER via PacerPro on March 12, 2026.[1]

---

[1] PacerPro is a publicly available tool that retrieves federal court dockets and filings from the PACER system. "PACER Overlay," *PacerPro* (last visited March 12, 2026), https://www.pacerpro.com/products/pacer-overlay/.

1

3.      Attached hereto as **EXHIBIT 2** is a true and correct copy of Exhibit B to Letter addressed to Judge Colleen McMahon from Mary Ellen Brennan, filed in *Authors Guild v. National Endowment for the Humanities*, No. 25-cv-3923, ECF No. 122-2 (S.D.N.Y Feb. 17, 2026), which was downloaded from PACER via PacerPro on March, 12, 2026.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on this 13th day of March 2026 in San Francisco, California.

_Victoria J. Noble_
Victoria J. Noble