# EXHIBIT 2

| Employee ID | Legal Last Name | Legal First Name | Legal Middle Name | Hire Date | Separation Date | Component | Worker Type |
|---|---|---|---|---|---|---|---|
| 00092702 | Aimonetti | Justin | William | 2/24/2025 | 7/26/2025 | United States DOGE Service () | Detailee (NTE) (Fixed Term) |
| 00092372 | Altik | Jacob | Rodenhaus | 1/27/2025 | 6/27/2025 | United States DOGE Service () | Detailee (NTE) (Fixed Term) |
| 00092022 | Biasini | Riccardo | | 1/27/2025 | | United States DOGE Service () | Detailee (NTE) (Fixed Term) |
| 00092042 | Bobba | Akash | | 1/27/2025 | | United States DOGE Service () | Detailee (NTE) (Fixed Term) |
| 00092761 | Boizelle | Ashley | Stocks | 3/3/2025 | | United States DOGE Service () | Detailee (NTE) (Fixed Term) |
| 00092045 | Farritor | Luke | Eugene Slocum | 1/24/2025 | 7/31/2025 | United States DOGE Service () | Detailee (NTE) (Fixed Term) |
| 00092758 | Gallagher | Nicholas | | 3/3/2025 | | United States DOGE Service () | Detailee (NTE) (Fixed Term) |
| 00092704 | Hanley | Joshua | Austin | 2/24/2025 | 6/27/2025 | United States DOGE Service () | Detailee (NTE) (Fixed Term) |
| 00091030 | Hodges | Josette | Yvonne | 9/2/2024 | 4/25/2025 | United States DOGE Service () | Detailee (NTE) (Fixed Term) |
| 00092175 | Peters | Noah | | 1/24/2025 | | United States DOGE Service () | Detailee (NTE) (Fixed Term) |
| 00092361 | Rajpal | Nikhil | | 1/27/2025 | 6/9/2025 | United States DOGE Service () | Detailee (NTE) (Fixed Term) |
| 00092464 | Raynor | Austin | Lewis | 2/5/2025 | 12/19/2025 | United States DOGE Service () | Detailee (NTE) (Fixed Term) |
| 00092059 | Schutt | Kyle | Lynn | 1/27/2025 | 6/20/2025 | United States DOGE Service () | Detailee (NTE) (Fixed Term) |
| 00092286 | Shaotran | Ethan | | 1/27/2025 | | United States DOGE Service () | Detailee (NTE) (Fixed Term) |
| 00092462 | Young | Christopher | Jordan | 2/5/2025 | 6/13/2025 | United States DOGE Service () | Detailee (NTE) (Fixed Term) |

| Employee ID | Legal Last Name | Legal First Name | Legal Middle Name | Hire Date | Separation Date | Component | Worker Type |
|---|---|---|---|---|---|---|---|
| 00091435 | Alpert | Margot | Elizabeth | 10/21/2024 | | United States DOGE Service () | Contractor (NTE) |
| 00092020 | Antwiwaa-Bonsu | Esther | Adwoa | 1/24/2025 | | United States DOGE Service () | Contractor (NTE) |
| 00091888 | Aw Young | Sue Hua | | 1/6/2025 | 9/29/2025 | United States DOGE Service () | Contractor (NTE) |
| 00091885 | Bahls | Lauren | Marie | 1/6/2025 | 9/29/2025 | United States DOGE Service () | Contractor (NTE) |
| 00091415 | Blunt | Tracy | Kantrowitz | 10/21/2024 | 9/29/2025 | United States DOGE Service () | Contractor (NTE) |
| 00091422 | Braddock | Ethan | Ross | 10/21/2024 | 9/29/2025 | United States DOGE Service () | Contractor (NTE) |
| 00091426 | Bryant | Kenzie | Joy Hurley | 10/21/2024 | 9/29/2025 | United States DOGE Service () | Contractor (NTE) |
| 00091891 | Cheli | Mark | Louis | 1/6/2025 | 9/29/2025 | United States DOGE Service () | Contractor (NTE) |
| 00092021 | DeGeorge | Katherine | Marie | 1/24/2025 | 11/28/2025 | United States DOGE Service () | Contractor (NTE) |
| 00091724 | Dickson | Matthew | Thomas | 11/25/2024 | | United States DOGE Service () | Contractor (NTE) |
| 00091425 | Dovel | Jordan | Edward | 10/21/2024 | 9/29/2025 | United States DOGE Service () | Contractor (NTE) |
| 00091414 | Duchez-Pazhwak | Veronique | A. | 10/21/2024 | 9/29/2025 | United States DOGE Service () | Contractor (NTE) |
| 00091861 | Grossman | Daniel | Isaac | 1/2/2025 | | United States DOGE Service () | Contractor (NTE) |
| 00091860 | Holliday | Ransom | Abraham | 1/24/2025 | 12/24/2025 | United States DOGE Service () | Contractor (NTE) |
| 00079868 | Johnson | Christan | Adriana | 10/11/2024 | | United States DOGE Service () | Contractor (NTE) |
| 00091443 | King | Elyse | Marie | 10/21/2024 | | United States DOGE Service () | Contractor (NTE) |
| 00091884 | Martin Kowal | Jaclyn | | 1/6/2025 | 9/29/2025 | United States DOGE Service () | Contractor (NTE) |
| 00091418 | Mueller | Andrew | Wilford | 10/21/2024 | 9/29/2025 | United States DOGE Service () | Contractor (NTE) |
| 00091758 | Pacheco | Melissa | Lynn | 12/2/2024 | | United States DOGE Service () | Contractor (NTE) |
| 00091755 | Rivera | Natelie | Irene | 12/2/2024 | | United States DOGE Service () | Contractor (NTE) |
| 00091424 | Robertson | Lauren | Nicole | 10/21/2024 | 9/29/2025 | United States DOGE Service () | Contractor (NTE) |
| 00091887 | Schemmel | Erika | Ann | 1/23/2025 | 9/29/2025 | United States DOGE Service () | Contractor (NTE) |

| 00091886 | Scheu | Christine | Renee | 1/6/2025 | 9/29/2025 | United States DOGE Service () | Contractor (NTE) |
| 00091436 | Stevens | Stephanie | Hardman | 10/21/2024 | 5/16/2025 | United States DOGE Service () | Contractor (NTE) |
| 00091416 | Thorne | Tara | Rae-Wickmark | 10/21/2024 | 9/29/2025 | United States DOGE Service () | Contractor (NTE) |

| Employee ID | Legal Last Name | Legal First Name | Legal Middle Name | Hire Date | Separation Date | Component | Business Title | Worker Type |
|---|---|---|---|---|---|---|---|---|
| 00092019 | Armstrong | Anthony | John | 1/27/2025 | | United States DOGE Service () | Unlisted | Volunteer |
| 00092342 | Balajadia | Jennifer | | 1/24/2025 | 5/28/2025 | United States DOGE Service () | Senior Advisor | Other Govt Employee (OGE) |
| 00071606 | Brethauer | Nicholas | Paul | 3/12/2025 | 9/20/2025 | United States DOGE Service () | Intermittent Consultant (Design) | Employee (NTE) (Fixed Term) |
| 00092330 | Burnham | James | | 1/24/2025 | 6/3/2025 | United States DOGE Service () | General Counsel | Other Govt Employee (OGE) |
| 00092043 | Coristine | Edward | Henry Wilfred | 1/20/2025 | 6/9/2025 | United States DOGE Service () | Detailee | Detailee (NTE) (Fixed Term) |
| 00092027 | Davis | Steven | Michael | 1/20/2025 | 5/28/2025 | United States DOGE Service () | Senior Advisor | Other Govt Employee (OGE) |
| 00092501 | Elez | Marko | | 2/10/2025 | | United States DOGE Service () | Volunteer Employee | Volunteer |
| 00092049 | Killian | Gautier | Cole | 1/24/2025 | 6/27/2025 | United States DOGE Service () | Unlisted | Employee (Regular) |
| 00092074 | Kmiec | Keenan | Douglas | 1/24/2025 | 2/5/2025 | United States DOGE Service () | Unlisted | Volunteer |
| 00092316 | Ramada | Adam | | 1/23/2025 | 6/30/2025 | United States DOGE Service () | Unlisted | Other Govt Employee (OGE) |
| 00092033 | Smith | Brad | Michael | 1/20/2025 | 6/11/2025 | United States DOGE Service () | Senior Advisor | Other Govt Employee (OGE) |
| 00092431 | Stanley | Christopher | Alan | 1/31/2025 | | United States DOGE Service () | Senior Advisor of Technology and Efficiency | Employee (Regular) |