**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-01237-DLC |

**DECLARATION OF F. MARIO TRUJILLO IN SUPPORT OF PLAINTIFFS'
CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, F. MARIO TRUJILLO, represent the Plaintiffs in the above captioned case. I make this declaration from personal knowledge, and if called to testify, I could testify competently to the facts stated herein. I declare as follows:

1. Attached hereto as **EXHIBIT A** is a true and correct copy of a document titled "Notice of Corrections to the Court" filed on January 16, 2026, in the following case: *AFSCME v SSA*, 1:25-cv-00596-ELH, ECF No. 197 (D. Md).

2. Attached hereto as **EXHIBIT B** is a true and correct copy of a news article titled "Whistleblower claims ex-DOGE member says he took Social Security data to new job" published on March 10, 2026, by the Washington Post. It was downloaded from the following URL: https://www.washingtonpost.com/politics/2026/03/10/social-security-data-breach-doge-2/.

3. Attached hereto as **EXHIBIT C** is a true and correct copy of evidence from a separate case listing a roster of employees of the DOGE agency. I have highlighted the relevant

1

DOGE agent names for ease of reference. It was filed on February 17, 2026, in the following case: *Authors Guild v. National Endowment for the Humanities*, 1:25-cv-03923-CM, ECF No. 122-2 (S.D.N.Y).

4.        Attached hereto as **EXHIBIT D** is a true and correct copy of a news article titled "Elon Musk's Demolition Crew" published on February 6, 2025, by ProPublica. It was downloaded from the following URL: https://projects.propublica.org/elon-musk-doge-tracker/.

5.        Attached hereto as **EXHIBIT E** is a true and correct chart summarizing the biographies of DOGE agents at issue in this case, solely for ease of reference. I created this summary based on facts cited in Plaintiffs Memorandum, pages 6-12.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2026 in San Francisco, California.

/s/ F. Mario Trujillo
F. MARIO TRUJILLO