# EXHIBIT D




# Elon Musk's Demolition Crew

by Avi Asher-Schapiro, Christopher Bing, Annie Waldman, Brett Murphy, Andy Kroll, Justin Elliott, Kirsten Berg, William Turton, Sebastian Rotella, Alex Mierjeski, Pratheek Rebala and Al Shaw

Feb. 6, 2025 • Updated: Nov. 20, 2025

On President Donald Trump's authority alone, Elon Musk, the world's richest man, was unleashed on federal agencies. Though Musk left his appointment in May, employees from Musk's companies and those of his allies, as well as young staffers he's recruited, continue to wrest authority from career workers and commandeer computer systems.

While some staffers have been public about their involvement, others have attempted to keep their roles secret. With little information from the White House, ProPublica is attempting to document who is involved and what they are doing.

Musk's team, known as the Department of Government Efficiency, has thrown entire swaths of the federal government and its programs into disarray — programs that serve millions of Americans.

Musk himself made no secret of his intentions, saying that DOGE is a "wood chipper for bureaucracy" and that he

was "deleting" agencies.

Musk's operatives continue to have a lasting impact. DOGE has helped fire thousands of government employees, and several DOGE employees have been installed into permanent government posts. Some DOGE operatives who previously concealed their involvement now publicly list their roles.

A White House spokesperson wrote, "Those leading this mission with Elon Musk are doing so in full compliance with federal law, appropriate security clearances, and as employees of the relevant agencies, not as outside advisors or entities." None of the people identified responded to requests for comment.

---

*We are still reporting. Do you have information about any of the people listed below? Do you know of any other Musk associates who have entered the federal government? You can reach our tip line on Signal at 917-512-0201. Please be as specific, detailed and clear as you can.*

---

**Sort by**

Added date Name

**Filter by agency**

All agencies



## **Brian Michael Burroughs**, 40



**Connected to:** Department of Agriculture, Department of Education, Department of Commerce, Office of Personnel Management, State Department, General Services Administration

Burroughs has been involved in cutting information technology spending at multiple federal agencies, according to a person familiar with his work. Burroughs was previously the chief technology officer of Business Operational Concepts, a government contractor that provides IT services, according to an archived LinkedIn profile. That company had previously been awarded a contract to provide services to the Peace Corps, according to Wired. Burroughs, in an interview with Wired, confirmed he was working at GSA.

*Added Nov. 20, 2025*

---



## **Joshua A. Fox**, 28

Associate General Counsel

**Connected to:** National Oceanic and Atmospheric Administration, Millennium Challenge Corp., Department of Agriculture

Fox is a lawyer who worked as an associate general counsel at DOGE until June 2025, according to an archive of his LinkedIn profile. He now works as an associate counsel to the president at the White House, according to the profile. He previously worked at Institute for Justice, a libertarian legal group. He has also clerked for Judge Ryan Holte, who was appointed to the U.S. Court of Federal Claims during the first Trump administration.

*Added Nov. 20, 2025*



## **Boris E. Kizenko**, 23



Senior Adviser

**Connected to:** General Services Administration, Small Business Administration

Kizenko has worked on multiple DOGE projects at GSA, according to people familiar with his work. He previously worked as a legislative correspondent in Rep. Matt Gaetz's office, according to LegiStorm. In 2019, Kizenko claimed he was denied entry to his high school's National Honor Society because of his support for Trump. Following the incident, he made an appearance on Fox News and visited the White House.

*Added Nov. 20, 2025*

---



## **Christopher Sweet**, 22



AI Engineer, Special Assistant

**Connected to:** Department of Housing and Urban Development, General Services Administration

Sweet joined HUD to use artificial intelligence to review the agency's rules and regulations, according to a report in Wired. The magazine identified Sweet as the primary developer of a tool that analyzes government agency regulations. Before joining DOGE, Sweet was a student at the University of Chicago. Sweet lists himself as an AI engineer at the Executive Office of the President on his LinkedIn profile. He also lists himself as the founder of East Edge Securities, a Chicago based trading firm.

*Added Nov. 20, 2025*

---



## **Alexander D. Tullman**, 26



Senior Adviser

**Connected to:** General Services Administration, Department of Health and Human Services

Tullman lists himself as a senior adviser at both HHS and GSA, according to his LinkedIn profile. Tullman has worked on DOGE projects relating to centralizing government acquisition systems at the GSA, according to a person familiar with his work. Tullman previously worked as a senior finance manager at Procter & Gamble. An HHS spokesperson declined to comment.

*Added Nov. 20, 2025*

---



## **Ankur Bansal**



**Connected to:** Department of Transportation

Bansal is the president of HomeLight, a technology company that makes software for real estate agents, loan officers and prospective homebuyers. He previously founded SnapSaves, a startup that was acquired by Groupon. Bansal has been involved in identifying potential DOT grants to be canceled, according to a source familiar with his work.

*Added June 10, 2025*



## Alison Childs



**Connected to:** General Services Administration

**Musk link:** Employee at creative design studio that worked with Musk's social media platform X

Childs was recently hired to work on the design of a government AI website, according to a person familiar with her role. Childs previously worked at Dream Team, a design studio that was hired by Musk's X.

*Added June 10, 2025*



## Michael Cole



**Connected to:** Department of Agriculture

FINANCIAL DISCLOSURE

Cole is the founder of Shareholder Capital, a private equity firm focused on health care and life sciences. Cole appeared alongside Musk and other DOGE staffers in a Fox News interview. The New York Times reported that Cole is working at the Department of Agriculture.

*Added June 10, 2025*



## Bee Elvy



**Connected to:** General Services Administration

**Musk link:** Employee at creative design studio that worked with Musk's social media platform X

Elvy was recently hired to work on the design of a government AI website, according to a person familiar with his role. Elvy previously worked at Dream Team, a design studio that was hired by Musk's X.

*Added June 10, 2025*



## Justin Fox, 27



**Connected to:** General Services Administration, U.S. Institute of Peace, U.S. African Development Foundation, National Endowment for the Humanities

Fox has identified himself in emails as a member of the DOGE team working at the GSA. Court documents and media reports show that Fox has worked in various government agencies, including the U.S. Institute of Peace and the National Endowment for the Humanities. Fox previously worked as an analyst at Jefferies, an investment banking firm, according to a document he filed with a financial regulator. He also worked at Nexus Capital Management, an investment firm, according to an archive of the company's website.

*Added June 10, 2025*



## **Nicholas Gallagher**, 36

**Connected to:** General Services Administration

Gallagher is a lawyer working in the general counsel's office at the GSA, according to a person familiar with his work. Gallagher was most recently an associate at Clement & Murphy, which specializes in arguing conservative causes before the U.S. Supreme Court. Gallagher clerked for 6th U.S. Circuit Court of Appeals Judge Danny J. Boggs and for the Senate Judiciary Committee during the confirmation of Supreme Court Justice Brett Kavanaugh, according to an archived bio on the Clement & Murphy website.

*Added June 10, 2025*



## **Derek Geissler**

**Connected to:** General Services Administration

According to a report from NBC, Geissler gained access to internal databases at the Department of Labor, alarming some agency staffers. Geissler has been working at the GSA since the beginning of the administration in close coordination with political leadership on DOGE special projects, including artificial intelligence and data sharing efforts, according to a person familiar with the matter.

*Added June 10, 2025*



## **Patrick George**, 42

**Connected to:** Department of Defense

George is the DOGE lead at the U.S. Navy, according to emails seen by ProPublica and a person familiar with the matter. He has been involved in canceling Navy contracts. He is the founder of Beachwood Ventures, a venture capital firm, and is the president of Hover Energy, a renewable energy company in Dallas. He is also a Marine.

*Added June 10, 2025*



## **Mike Gonzalez**, 36



Senior Adviser

**Connected to:** Office of Personnel Management

Gonzalez started his career in tech at social media giant Facebook and later joined human resource software company Zenefits while the company was run by current Trump administration AI czar David Sacks. He lists himself as a senior adviser at OPM on LinkedIn. Prior to working in government, Gonzalez founded TraceHQ, a human resources technology startup.

*Added June 10, 2025*

---



## **Jim Hickey**, 42



Senior Adviser

**Connected to:** Department of Defense

Hickey serves as a senior adviser to the undersecretary of defense, according to his LinkedIn. He was most recently a director at Mitre, a government research firm, and previously a senior adviser to the assistant secretary of the Air Force for acquisition, technology and logistics.

*Added June 10, 2025*

---



## **Rajasekar Jegannathan**, 41

Data Engineer

**Connected to:** General Services Administration

**Musk link:** Senior Tesla employee



Jegannathan is a senior employee at Tesla, serving as the vice president of IT for AI infrastructure and vehicle support operations, according to his LinkedIn profile. He has worked with the company since 2012. Jegannathan is working closely with senior political leadership at the GSA on federal acquisition efforts, according to a GSA official familiar with the matter. He holds the federal title of data engineer.

*Added June 10, 2025*

---



## **Tarak Makecha**, 38

**Connected to:** U.S. Agency for Global Media, Department of Justice, Department of State, Federal Bureau of Investigation

**Musk link:** Former Tesla employee

FINANCIAL DISCLOSURE

Makecha is the former head of strategic planning at Tesla Energy, according to his LinkedIn profile. He was most recently the chief financial officer of SkySafe, a drone detection company. According to a report in The Intercept, Makecha has held roles at the FBI and DOJ, where he has focused on the agency's grantmaking. Makecha is also making funding decisions at the U.S. Agency for Global Media, which oversees Voice of America and other federally owned international broadcasters, according to a person familiar with the matter.

*Added June 10, 2025*



## **David Malcher**, 31



**Connected to:** General Services Administration, Department of Veterans Affairs

**Musk link:** Former SpaceX employee

Malcher has been primarily focused on DOGE initiatives at the VA, according to two people familiar with the matter. Malcher was previously a senior financial analyst at SpaceX, according to an archive of his deleted LinkedIn profile.

*Added June 10, 2025*

---



## **Allan Mangaser**, 44



Senior Adviser to the U.S. Chief Information Officer

**Connected to:** General Services Administration, Office of Management and Budget

On his LinkedIn profile, Mangaser lists a position as a senior adviser to the U.S. chief information officer at the OMB. He previously worked at Theorem, a financial services firm, and at Palantir, a data analysis firm co-founded by Peter Thiel. He has met with officials from the Transportation Security Administration and the Cybersecurity and Infrastructure Security Agency, according to a person familiar with his work.

*Added June 10, 2025*

---



## **Jonathan Mendelson**



Senior Adviser to the Chairman of the SEC

**Connected to:** General Services Administration, Securities and Exchange Commission

Mendelson was most recently an investor at Accel, a Silicon Valley venture capital firm, according to his LinkedIn profile. According to an archived profile on the Accel website, Mendelson focused on financial technology and enterprise software. Mendelson also worked at Morgan Stanley in the technology investment banking group.

*Added June 10, 2025*

---



## **Donald Park**, 45



**Connected to:** Small Business Administration, General Services Administration

Park is a co-founder of Ionic Partners, a private equity firm based in Austin, Texas, that focuses on enterprise software. Park appeared in a Fox News interview alongside Musk and other DOGE staffers in which he described an effort to uncover alleged fraud in Small Business Administration loans.

*Added June 10, 2025*



## Matthew Parkhurst-Session



**Connected to:** General Services Administration

FINANCIAL DISCLOSURE

DOGE member Parkhurst-Session is the founder and CEO of Antimetal, a cloud software company. He has met with officials from various government agencies, including the Department of Housing and Urban Development, the Department of Labor and the Environmental Protection Agency, according to documents seen by ProPublica. While working for DOGE, he's also participated in meetings with major tech companies and consulting firms, including Google, Adobe, Oracle, Deloitte and Booz Allen Hamilton.

*Added June 10, 2025*



## Riley Sennott, 26



**Connected to:** National Aeronautics and Space Administration, General Services Administration

**Musk link:** Former Tesla employee

Business Insider reported on a publicly available calendar belonging to Sennott that showed meetings at the GSA. In a Columbia Journalism Review essay, Sennott's father identified him as a member of DOGE and a former Tesla employee.

*Added June 10, 2025*



## Ryan Shea, 34



**Connected to:** General Services Administration

Shea has been working from within GSA on DOGE projects at the Department of Health and Human Services, according to records reviewed by ProPublica. He is the founder and CEO of Opus Wallet, a cryptocurrency company, according to his LinkedIn profile.

*Added June 10, 2025*



## Mike Slagh, 40



**Connected to:** Department of Defense

**Musk link:** Received funding from Musk-aligned investor

Slagh is the founder of Long Walk Technologies, which aims to connect defense contractors with potential government clients. He was previously the founder of Shift, a job training platform for veterans that received funding from Andreessen Horowitz, a Musk-aligned venture capital firm.

*Added June 10, 2025*



## **Jack Stein**, 25



**Connected to:** General Services Administration

Stein was most recently an investment banking associate at Salem Partners, according to his LinkedIn profile. Stein has worked at the GSA, according to a person familiar with the matter. He has been part of a cadre of DOGE staffers targeting independent U.S. government agencies, such as the U.S. Institute of Peace.

*Added June 10, 2025*



## **Yinon Weiss**, 47



**Connected to:** Department of Defense

Weiss serves as a leader of a DOGE team at the DOD, according to a person familiar with his role. Wiess was an Army Special Forces captain and is the co-founder of a technology company that builds software for automotive repair shops, according to his LinkedIn. Weiss has made multiple appearances on Fox News, advocating for increased U.S. support for the Israeli military.

*Added June 10, 2025*



## **Marshall Wood**, 27



**Connected to:** General Services Administration, U.S. Agency for Global Media

Wood is involved in canceling contracts at the U.S. Agency for Global Media, according to a person familiar with his role. He was previously an investment banking associate at Jefferies, according to his LinkedIn profile. According to NPR, Wood appears in Facebook photos with another DOGE member, Justin Fox; both attended the University of Virginia at the same time.

*Added June 10, 2025*



## **Miles Collins**, 36



**Connected to:** Department of Labor

Collins is an employee of the Department of Labor and has been granted access to sensitive systems, according to court filings. DOGE said it is examining systems to cut spending. He most recently worked as a partner at RDC Partners, a financial firm, according to an archived version of his deleted LinkedIn profile. Collins previously ran a fertility clinic in Los Angeles, according to a report in Business Insider. Musk has reportedly donated $10 million to a fertility research project while promoting childbirth as a way to combat population decline.

*Added May 7, 2025*



## Michael Grimes, 58

Senior Adviser

**Connected to:** Department of Commerce

**Musk link:** Involved in Musk Twitter takeover

FINANCIAL DISCLOSURE

Grimes was previously a managing director at Morgan Stanley, where he advised Elon Musk on his takeover of Twitter. He now has a senior role at the Commerce Department, according to The New York Times and Grimes' LinkedIn profile. Grimes is included on a list of senior officials who have access to the administrator's office at the General Services Administration, according to a report by the Federal News Network.

*Added May 7, 2025*



## Adam Hoffman, 24



**Connected to:** Department of Justice

**Musk link:** Employee of financial firm with investments in X and Tesla

Hoffman joined DOGE from financial services firm Citadel, which is run by billionaire Trump donor Ken Griffin, according to a report in Bloomberg News. He previously worked on the White House Council of Economic Advisers during the first Trump administration, according to his LinkedIn. According to media reports, Hoffman is focused on cost cutting at national security agencies. The Washington Post reported that he gained access to Department of Justice files that detail personal information of immigrants who interact with the system.

*Added May 7, 2025*



## Anthony Jancso



**Musk link:** Worked at company founded by Musk business associate

Jancso is a former employee of Peter Thiel's national security technology firm Palantir and is involved in recruiting engineers to join DOGE, a document reviewed by ProPublica shows. Jansco has contacted former Palantir employees to join a DOGE project that seeks to "deploy AI agents" in federal agencies, the document says. Jancso is the founder of a startup called Accelerate, which its website says can "Secure AI Agents for Government."

*Added May 7, 2025*



## **Eliezer Mishory**, 41



**Connected to:** Securities and Exchange Commission

Mishory is leading the DOGE team at the U.S. SEC, according to a report in Bloomberg News. He was previously the chief regulatory officer at Kalshi, a prediction and betting company; Donald Trump Jr. recently became an adviser to Kalshi. According to an archived version of his now-deleted LinkedIn page, Mishory previously worked in government, serving as an attorney at the Internal Revenue Service and special counsel at the U.S. Commodity Futures Trading Commission during the first Trump administration. The SEC, which has faced numerous cuts to its workforce since January, is embroiled in an ongoing lawsuit against Musk over allegations the billionaire misled investors regarding his purchase of Twitter. Musk has denied those allegations and called the SEC a "totally broken organization" after the suit was filed.

*Added May 7, 2025*

---



## **Todd Newnam**, 42



**Connected to:** Internal Revenue Service

FINANCIAL DISCLOSURE

Newnam has been involved in evaluating government contracts at the IRS, according to a person familiar with the matter. As of December, Newnam was listed as the CEO of Encore Technology Group, an IT consulting firm based in South Carolina. He has since been removed from the company's website. Newnam, a former managing director at The Carlyle Group, is an advisory board member of Sovereign Intelligence, which seeks to provide cybersecurity and risk services to government clients.

*Added May 7, 2025*

---



## **Brian Stube**, 44



Senior Adviser to the Secretary

**Connected to:** Department of Transportation

**Musk link:** Former employee of financial firm with investments in X and Tesla

Stube was formerly a quantitative researcher at financial firm Citadel, according to his LinkedIn. He left the firm in 2012. Ken Griffin, the founder and owner of Citadel, is a major Trump donor. Stube has a DOT email address and has been introduced to employees as a member of DOGE, according to a record reviewed by ProPublica and a person familiar with the matter.

*Added May 7, 2025*

---



## **Zachary Terrell**, 25



**Connected to:** Department of Health and Human Services, National Science Foundation

Terrell was an early employee at Spindl, a crypto marketing firm acquired by Coinbase. He is an employee at HHS and has access to sensitive systems, including information about those receiving Medicare benefits, according to a court filing. Terrell has been involved in reviewing funding grants at the National Science Foundation, according to people familiar with his role.

*Added May 7, 2025*

---



## **Bridget Youngs**, 29



**Connected to:** Peace Corps

Youngs was reportedly involved in the DOGE team deployed to look into cost cutting at the Peace Corps, an independent agency of the U.S. government that trains and deploys foreign aid volunteers around the world, according to The Guardian. Youngs previously worked as a senior manager at Ramp Charging, a company that builds electric vehicle charging stations, according to an archive of her deleted LinkedIn profile. Before that, Youngs worked at New Energy Capital, a clean energy investment firm.

*Added May 7, 2025*

---



## **Emily L. Bryant**, 23



Unpaid Consultant

**Connected to:** Federal Trade Commission, General Services Administration

Bryant has a DOGE email address linked to the Executive Office of the President and an email address at the General Services Administration, documents seen by ProPublica show. She has also been seen at the Federal Trade Commission, according to a report by The Verge and a source familiar with the agency.

*Added April 17, 2025*

---



## **Sam Corcos**, 36

Special Adviser to Treasury Secretary

**Connected to:** Department of the Treasury, Internal Revenue Service

**Musk link:** Founded company funded by Musk-aligned venture firm

FINANCIAL DISCLOSURE

Corcos is the co-founder and CEO at Levels Health, which has received investments from Musk-aligned venture capital firm Andreessen Horowitz. Corcos, who is also a special adviser to Treasury Secretary Scott Bessent, appeared alongside Bessent in a Fox News interview to discuss DOGE's plans at the IRS. Corcos hosted an event with staff software developers at the Internal Revenue Service in April, according to a person familiar with the matter.

*Added April 17, 2025*



## **Antonio Gracias**, 54



**Connected to:** Social Security Administration

**Musk link:** Longtime investor in Musk companies

Gracias was an early investor in Tesla and SpaceX through his investment firm, Valor Equity Partners, of which he is the founder and CEO. He sits on the board of directors of SpaceX and was formerly a Tesla board member. Gracias says he has worked closely with Musk for more than 20 years, and he contributed $1 million to Musk's pro-Trump super PAC. Valor Equity Partners was deeply involved in Musk's takeover of Twitter, according to the tech news publication The Information. In March, Gracias gave a presentation about Social Security data alongside Musk in Wisconsin. In an interview with Fox News, he was identified as a "DOGE volunteer."

*Added April 17, 2025*

---



## **Jon Koval**, 27

**Connected to:** Social Security Administration

**Musk link:** Works at financial firm tied to Musk ally

FINANCIAL DISCLOSURE

Koval is a vice president at Valor Equity Partners, a private equity firm run by Antonio Gracias, a Musk ally. The New York Times reported that Koval has been seen at the Social Security Administration, where Gracias is also working. Koval has a DOGE email address, according to records reviewed by ProPublica.

*Added April 17, 2025*

---



## **Sahil Lavingia**, 32

**Connected to:** Department of Veterans Affairs

Lavingia is the CEO and founder of tech startup Gumroad, an e-commerce platform. Wired reported that Lavinga had been given privileged access to the Veterans Affairs computer systems. Lavingia has polled VA employees about what type of laptops they'd like to use and said he would advocate for the change employees voted for, according to a document seen by ProPublica. On GitHub, a platform used by software developers, Lavingia requested that VA employees update a Twitter link on va.gov to reflect the social media site's name change to X.

*Added April 17, 2025*

---



## **Payton Rehling**, 27

Efficiency Adviser

**Connected to:** Social Security Administration, U.S. Citizenship and Immigration Services

**Musk link:** Works at financial firm tied to Musk ally

Rehling works as a senior associate data engineer at Valor Equity Partners, a private equity firm run by Antonio Gracias,

one of Musk's closest allies, according to the company's website and an archive of Rehling's deleted LinkedIn profile. Rehling was granted access to United States Citizenship and Immigration Services databases, according to a report in FedScoop, and has an agency email address, a record seen by ProPublica shows. Wired reported that Rehling has also worked at the Social Security Administration. USCIS referred questions to DOGE.

*Added April 17, 2025*

---



## **Christopher Roussos**, 60



Adviser to the Chief of Staff

**Connected to:** Department of Veterans Affairs

Roussos, an Army veteran, is the former CEO of AllerVie Health and 24 Hour Fitness, according to his LinkedIn profile. He was also the CEO of Sequel Youth and Family Services, which operates behavioral health clinics. Roussos has a Veterans Affairs email address, according to a directory seen by ProPublica.

*Added April 17, 2025*

---



## **Bryton Shang**, 33

Senior Adviser

**Connected to:** National Oceanic and Atmospheric Administration



Shang is the founder of Aquabyte, a company that makes AI-powered underwater cameras used in fish farming. On LinkedIn, Shang lists himself as a senior adviser at NOAA as of March and says he's "passionate about applying AI to make NOAA more effective." CNN reported that Shang and other DOGE operatives flew to California to pressure water management officials to release a massive amount of water toward Los Angeles. During that effort, Shang was pictured in a photo posted on the DOGE X account.

*Added April 17, 2025*

---



## **Alexander Simonpour**, 28

**Connected to:** General Services Administration, National Aeronautics and Space Administration, U.S. Postal Service, National Oceanic and Atmospheric Administration

**Musk link:** Tesla

Simonpour has worked at Tesla since 2015, most recently as a staff program manager in chassis engineering, according to an archive of a now-deleted LinkedIn profile. Simonpour is an employee of the General Services Administration and has been detailed to the U.S. Postal Service and NASA, according to reporting by Business Insider and a document seen by ProPublica. Simonpour's work at the Postal Service is to assist the postmaster general in "increasing operational efficiency and reducing cost of performance." NASA said it would not discuss personnel but that it "benefits from DOGE personnel consulting across various disciplines to identify and address any inefficiencies in our current operation. The agency retains final say."

*Added April 17, 2025*





## **Katrine Trampe**, 29

**Connected to:** Department of the Interior

Trampe has been identified by The New York Times and Wired as part of DOGE. Both outlets reported that Trampe was among DOGE staffers who gained access to a payroll system for government employees housed at the Interior Department. The effort went on for two weeks, and two Interior IT staffers were placed on leave after DOGE gained access to the system, the Times reported. According to an archived LinkedIn profile, Trampe previously worked at financial firm Sixth Street, which was reportedly in talks at one point to finance Musk's takeover of Twitter. The Interior Department said it had no comment on personnel.

*Added April 17, 2025*





## **Cary P. Volpert**, 34

Senior Adviser to the Chief of Staff

**Connected to:** Department of Veterans Affairs

Volpert has a Veterans Affairs email address, according to a directory seen by ProPublica. Wired reported that Volpert was among the DOGE staffers at the agency. Volpert was the founder of Lindy, a now-defunct startup focused on connecting older people.

*Added April 17, 2025*





## **Daniel Abrahamson**, 41

Senior Adviser

**Connected to:** Department of Transportation

**Musk link:** Tesla senior counsel

Abrahamson was a senior counsel at Tesla since 2022, a deleted online resume said, who was announced in early February to a role at the DOT. He has requested access to various internal databases, according to a person familiar with the matter, and is affiliated with DOGE. He is a lawyer from Austin, Texas, who served as a federal clerk and graduated from the University of Texas law school. He previously worked as a prosecutor and in the attorney general's office in Texas, as well as for Munck Wilson Mandala, a Texas-based technology-focused law firm that has represented Tesla.

*Added March 14, 2025*





## **Justin Aimonetti**, 31

**Connected to:** U.S. Institute of Peace, U.S. African Development Foundation

FINANCIAL DISCLOSURE

Aimonetti is an attorney who worked as a litigation associate at law firm Dechert LLP, his LinkedIn page said. He attended

the University of Virginia School of Law, graduating in 2020, and twice held summer positions at the Department of Justice, in its Office of Legal Counsel and civil division. He has been assigned a DOGE email address, a directory viewed by ProPublica shows.

*Added March 14, 2025*

---



## **Ashley Boizelle**, 43



Attorney Adviser

**Connected to:** General Services Administration

Boizelle is an attorney who most recently worked for Amazon as a senior corporate counsel. From 2017 through 2021, during the first Trump administration, she served as both the acting general counsel and deputy general counsel of the Federal Communications Commission. She graduated from Yale Law School in 2008. Boizelle has been assigned a DOGE email address, according to directory records viewed by ProPublica, and is working as an attorney adviser in the GSA.

*Added March 14, 2025*

---



## **Scott Coulter**, 40

**Connected to:** National Aeronautics and Space Administration, Social Security Administration

Coulter, the founder of New York based investment firm Cowbird Capital, is a DOGE member seen at multiple agencies. He has wide access to internal databases at NASA, according to a screenshot shared with ProPublica. A NASA spokesperson confirmed DOGE was onsite at the agency but did not confirm members or other details. Coulter has also been active at the Social Security Administration, depositions in ongoing litigation involving DOGE show.

*Added March 14, 2025*

---



## **Conor Fennessy**, 32

Senior Adviser

**Connected to:** Department of Education, Department of Health and Human Services

Fennessy is working at the Department of Education for DOGE, according to two people familiar with the matter. He is also listed in the employee directory as a senior adviser at Health and Human Services in the Office of the Secretary.

*Added March 14, 2025*

---



## **Mattieu Gamache-Asselin**, 34



Senior Adviser

**Connected to:** Department of Health and Human Services

In January, Gamache-Asselin briefly appeared in the HHS employee directory as "Senior Advisor - DOGE" in the Office of the Assistant Secretary for Financial Resources, which advises the agency secretary on budgeting, grants and financial management. Gamache-Asselin is a former Facebook engineer and co-founder of Alto, a digital pharmacy startup.

*Added March 14, 2025*

---



## **Joe Gebbia**, 43

**Connected to:** Office of Personnel Management

**Musk link:** Tesla board member



Gebbia is the co-founder of Airbnb, a Musk friend and board member at Tesla. He recently revealed he was working as a volunteer for DOGE, focusing on how to improve the federal retirement process through software. Gebbia, who has contributed to both main political parties, said publicly he voted for Trump and supports Health Secretary Robert F. Kennedy Jr.

*Added March 14, 2025*

---



## **Brady Glantz**, 27

**Connected to:** Federal Aviation Administration

**Musk link:** SpaceX

ETHICS WAIVER

Glantz is listed on LinkedIn as a software engineer at SpaceX. His name appeared in a federal database, The Associated Press first reported, that notes specific government workers who were given "ethics waivers" to do work that could potentially benefit one of Musk's companies. His appointment at the FAA as a special government employee was limited to four days, according to his ethics waiver. It is unclear if Glantz is still working with the agency. He controls an FAA email address, a directory reviewed by ProPublica shows.

*Added March 14, 2025*

---



## **Amy Gleason**, 53

Acting Administrator

**Connected to:** Department of Health and Human Services

Gleason, a health technology executive who served under Presidents Biden and Trump, was recently named the official acting administrator of DOGE by the White House. The news came as government lawyers were unable to identify DOGE's leader when pressed by a judge overseeing a related case. Gleason rejoined the U.S. Digital Service, a preexisting division under the White House that has since been repurposed to house DOGE, shortly before Trump entered the White House. She had been working with Tennessee-based Main Street Health, a firm founded by early senior DOGE member Brad Smith.

*Added March 14, 2025*





## **Joshua A. Hanley**, 27



**Connected to:** National Institutes of Health



FINANCIAL DISCLOSURE

Hanley is an attorney who worked at the law firm Williams & Connolly. He graduated from the University of Virginia School of Law in 2021 and interned at the appellate section of the Department of Justice's criminal division in 2019, his company biography says. Hanley has a DOGE email address, records viewed by ProPublica show. According to Inside Medicine, Hanley has been connected to the cancellation of two research grants from the National Institutes of Health; he is listed as the author in the metadata of the grant termination notices.

*Added March 14, 2025*



## **Tyler Hassen**, 42

Head of Policy

**Connected to:** Department of the Interior



Hassen is an energy executive whose former company, Basin Energy, has interests in drilling and oilfield services. The investigative news site Public Domain reported that Hassen helped lead a DOGE delegation to California to inspect water infrastructure in the wake of wildfires in Southern California the week after Trump's inauguration. In response to ProPublica's questions about Hassen's role at the Interior Department, a spokesperson said it doesn't comment on personnel, adding that there were no "DOGE staffers" at the department. Hassen was reportedly promoted recently to head of policy at the department.

*Added March 14, 2025*



## **Erica Jehling**, 40

**Connected to:** Environmental Protection Agency

**Musk link:** Purchasing director at SpaceX

Jehling has worked at SpaceX in a number of roles since 2016, her LinkedIn profile shows, most recently as a purchasing director. Jehling has been working at the EPA as part of DOGE and has appeared at the GSA.

*Added March 14, 2025*



## **Thomas Kiernan**, 30

**Connected to:** Federal Aviation Administration

**Musk link:** SpaceX

ETHICS WAIVER

Kiernan is listed on LinkedIn as a principal software engineer at SpaceX. His name appeared in a federal database, The Associated Press first reported, that notes specific government workers who were given "ethics waivers" to do work that

could potentially benefit one of Musk's companies. His appointment at the FAA as a special government employee was limited to four days, according to his ethics waiver. It is unclear if Kiernan is still working with the agency. He was assigned an FAA email address, a directory reviewed by ProPublica shows.

*Added March 14, 2025*

---



## **Scott Langmack**, 66

**Connected to:** Department of Housing and Urban Development

FINANCIAL DISCLOSURE



Langmack is a real estate and technology entrepreneur on hiatus from his property technology company KuKun to work at HUD, his LinkedIn profile says. He has an email associated with DOGE, an internal directory shows. As ProPublica reported, DOGE representatives at HUD have gained access to sensitive records, including confidential personal information about alleged victims of housing discrimination and domestic violence. DOGE has said it is digging into agencies to cut wasteful spending.

*Added March 14, 2025*

---



## **Ted Malaska**, 47

**Connected to:** Federal Aviation Administration

**Musk link:** SpaceX

ETHICS WAIVER

Malaska was recently a senior director of application software at SpaceX, his LinkedIn page shows. He previously worked in engineering jobs at banking giant Capital One and video game developer Blizzard Entertainment. On X, Malaska wrote that he was, "Working to improve the safety of the national air space system." In another X post, he lamented how media outlets questioned his role with the agency, noting: "I challenge anyone to question the honesty and my technical integrity on this matter." His name appeared in a federal database, The Associated Press first reported, that notes specific government workers who were given "ethics waivers" to do work that could potentially benefit one of Musk's companies. That waiver, while typically temporary, "will remain in effect for the duration" of his FAA tenure. He controls an FAA email address, a directory reviewed by ProPublica shows.

*Added March 14, 2025*

---



## **Clark Minor**, 35

Chief Technology Officer

**Connected to:** Department of Health and Human Services, National Institutes of Health

**Musk link:** Former employee of Palantir, co-founded by Musk business associate Peter Thiel

FINANCIAL DISCLOSURE

Minor is now the chief technology officer of HHS, according to its employee directory. A longtime Palantir employee with patented technology at the company, he is a Bitcoin enthusiast and graduate of the Massachusetts Institute of Technology. He is at least the fourth new senior technology officer in government to come from Musk's orbit of companies and those of his close allies, alongside executives at the Social Security Administration and Energy

Department.

*Added March 14, 2025*



## **Michael Alexander Mirski**, 32

**Connected to:** Department of Housing and Urban Development

Mirski has worked with mobile home operator and manager TCC Management; Wired reported he is on leave until July. ProPublica reported that Mirski, working on behalf of DOGE, gained access to HUD's Enforcement Management System, a database that includes sensitive personal information — including potential victims of housing discrimination or domestic violence. The White House said DOGE is examining agencies with an eye on necessary cuts.

*Added March 14, 2025*



## **Aram Moghaddassi**, 26



**Connected to:** Department of the Treasury, Social Security Administration, Department of Health and Human Services, Department of Labor, Department of Homeland Security

**Musk link:** Former engineer at Neuralink and X

Moghaddassi has worked as an engineer at Musk companies Neuralink and X, a deleted online resume said. The New York Times reported he was part of a team that DOGE had planned to deploy to the Treasury Department in February. Business Insider reported he is part of a DOGE team that recently arrived at the Department of Labor.

*Added March 14, 2025*



## **Sam Smeal**, 29



**Connected to:** Federal Aviation Administration

**Musk link:** SpaceX

Smeal is listed on LinkedIn as a software engineer for SpaceX. He controls an FAA email address, a directory reviewed by ProPublica shows, and is part of a group of SpaceX staff that joined the FAA in recent weeks as the agency looks to modernize the nation's air traffic control systems. SpaceX and Verizon are reportedly competing for control of a $2.4 billion government contract, according to The Washington Post.

*Added March 14, 2025*



## **Ryan Wunderly**, 26



Special Adviser for Information Technology and Modernization

**Connected to:** Department of the Treasury

Wunderly is a new member of DOGE at the Treasury Department, according to a court filing relating to a lawsuit about the group's access to sensitive internal data. Wunderly appears to have replaced another DOGE staffer at the department, Marko Elez, after Elez briefly resigned, press reports say. Wunderly previously worked as a robotics engineer at Anduril and graduated from the University of Michigan in 2020, his LinkedIn shows. Anduril was reportedly in talks with SpaceX, and others, to form a consortium to bid on U.S. defense contracts.

*Added March 14, 2025*

---



## **Stephen Duarte**, 32

Expert

**Connected to:** Office of Personnel Management

**Musk link:** SpaceX

Duarte worked until recently as a human resources specialist at SpaceX, his LinkedIn page said. He is listed as an "expert" at OPM — a title similarly used to classify a group of young software engineers brought in by Musk to analyze vast quantities of data at various agencies. Duarte appears to have worked in the same HR division as one of DOGE's most senior officials, Brian Bjelde. He is part of a group of at least four HR experts brought in from SpaceX.

*Added Feb. 20, 2025*

---



## **Stephen Ehikian**, 43



Acting Administrator

**Connected to:** General Services Administration

**Musk link:** Spouse worked at X, former AI startup founder

Ehikian previously worked in the Silicon Valley technology industry, including spending time at Salesforce and founding an AI startup named Airkit.ai. He oversees the GSA's expansive real estate portfolio, which includes more than $100 billion in federal contracts. A GSA press release said Ehikian will "work closely with the DOGE team."

*Added Feb. 20, 2025*

---



## **Justin Fulcher**, 32



Adviser

**Connected to:** Department of Veterans Affairs

Fulcher is a former entrepreneur currently acting as an adviser at the Department of Veterans Affairs. He founded the health care startup RingMD, which sells a telemedicine platform. The company's platform was used by several foreign governments to assist with patient care early in the COVID-19 pandemic, according to a presentation posted online. Fulcher has been provided wide access to the department's HR systems, said a person familiar with the matter.

*Added Feb. 20, 2025*



## **Christina Hanna**, 39



Expert

**Connected to:** Office of Personnel Management

**Musk link:** SpaceX

Hanna worked until recently as a senior manager for human resources at SpaceX, her LinkedIn page said. She is listed as an "expert" at OPM.

*Added Feb. 20, 2025*

---



## **Greg Hogan**, 42



Senior Adviser to the Director

**Connected to:** Office of Personnel Management

**Musk link:** Recently worked for AI company Comma.ai, which is backed by Musk-aligned venture capital firm Andreessen Horowitz

FINANCIAL DISCLOSURE

Hogan's name came to light as part of a lawsuit filed by a group of federal workers over OPM's creation of a new email system that they claim is insecure and that can directly message employees across government. OPM has moved to dismiss the lawsuit. Hogan leads the agency's work concerning technology strategy and cybersecurity, media reports say. An agency spokesperson said Hogan was serving as its chief information officer. He is at least the third new government CIO with ties to Musk.

*Added Feb. 20, 2025*

---



## **Jeremy Lewin**, 28



Acting Director of Foreign Assistance

**Connected to:** U.S. Agency for International Development, Consumer Financial Protection Bureau, Department of State, National Institutes of Health, General Services Administration

Lewin is a Harvard-trained lawyer who is one of a handful of agency leads at DOGE, a more senior role inside the initiative. Before DOGE, he worked at the white-shoe law firm Munger Tolles and Olson. As a law student, he worked closely with prominent legal scholar and professor Laurence Tribe.

*Added Feb. 20, 2025*

---



## **Kathryn Armstrong Loving**, 44



Federal Detailee

**Connected to:** Environmental Protection Agency

**Musk link:** Sibling of crypto entrepreneur with business ties to Musk's Tesla

Loving is an "entrepreneurial scientist" with experience at multiple biotechnology firms. According to a profile page for the startup incubator Y Combinator, she's spent more than a decade building software for biotech and pharma

companies. Loving's membership on the DOGE team was first reported by E&E News, which found she was part of Musk's team assigned to the EPA, looking for contracts that counter Trump's agenda. Loving is the sister of Brian Armstrong, who leads Coinbase, a firm with documented financial links to Musk companies.

*Added Feb. 20, 2025*

---



## **Bryanne-Michelle Mlodzianowski**, 40

Expert

**Connected to:** Office of Personnel Management

**Musk link:** SpaceX

Mlodzianowski worked until recently as human resources director at SpaceX, her LinkedIn page said. She is listed as an "expert" at OPM.

*Added Feb. 20, 2025*

---



## **Brooks Morgan**, 39



**Connected to:** Department of Education, Federal Deposit Insurance Corp.

Morgan is a technology entrepreneur from Austin, Texas, who has been seen at the Department of Education. His involvement in DOGE was first reported by The New York Times. Until recently, he was the CEO of an education-focused startup named Podium Education, which produces an online training program for tech skills, and worked at a venture capital firm.

*Added Feb. 20, 2025*

---



## **Noah Peters**, 39



Senior Adviser

**Connected to:** Office of Personnel Management, Executive Office of the President

Peters is an attorney with reported ties to The Heritage Foundation, the conservative think tank that crafted the Project 2025 policy plan. According to two internal government directories reviewed by ProPublica, Peters has an Executive Office of the President DOGE email address and is also listed as a senior adviser to the director at OPM. Peters' name came to light shortly after the inauguration when he was tied to the creation of a governmentwide memo regarding the termination of work-from-home policies. Peters previously represented Jared Taylor, a self-described "white advocate" and "race realist," in a lawsuit concerning alleged censorship on Twitter, now called X.

*Added Feb. 20, 2025*



## **Austin Raynor**, 36



Senior Adviser, Lawyer



**Connected to:** Executive Office of the President, Office of Personnel Management

FINANCIAL DISCLOSURE

Raynor is an experienced lawyer with DOGE who previously clerked for Supreme Court Justice Clarence Thomas. He was a member of the conservative Federalist Society and worked on the Virginia Law Review. He has publicly declared that Trump has the legal authority to challenge the concept of birthright citizenship. In agency directories, Raynor is listed as a senior adviser to the director of OPM.

*Added Feb. 20, 2025*

---



## **Chris Young**, 36

**Connected to:** Executive Office of the President, Consumer Financial Protection Bureau, U.S. African Development Foundation, Department of Homeland Security

**Musk link:** Republican political adviser hired by Musk during 2024 election cycle

FINANCIAL DISCLOSURE

Young's association with DOGE came to light after a union group representing workers of the shuttered CFPB noticed him in an internal staff directory. Young is a former lobbyist for the pharmaceutical industry and past staffer for Louisiana Republican Gov. Bobby Jindal. Musk reportedly hired Young in 2024 to help establish a grassroots political organization focused on voter turnout. A directory reviewed by ProPublica showed he has a DOGE Executive Office of the President email address.

*Added Feb. 20, 2025*

---



## **Jennifer Balajadia**, 36

**Connected to:** Executive Office of the President

**Musk link:** Worked at The Boring Company

Balajadia, who also goes by "Jehn," is an official member of the DOGE team, according to federal records viewed by ProPublica. She worked as an operations coordinator at The Boring Company for seven years, according to her LinkedIn page. Recent media reports have described her as Musk's assistant and close confidant, traveling with him and assisting with scheduling and daily tasks.

*Added Feb. 11, 2025*

---



## **Alexandra T. Beynon**, 36



**Connected to:** Executive Office of the President, Department of Education

Beynon is an official member of the DOGE team, according to federal records viewed by ProPublica and media reports. According to her LinkedIn page, she most recently worked as the head of engineering at her husband's startup, Mindbloom, which provides "guided at-home ketamine therapy." She previously worked as a software developer at investment banking company Goldman Sachs. When reached by ProPublica and asked about her involvement in the new administration and DOGE, she said, "I have no idea what you are talking about." She did not respond to additional requests for comment.

*Added Feb. 11, 2025*

---



## **Nicole Hollander**, 42



**Connected to:** General Services Administration

**Musk link:** Worked at X

Hollander is working at the GSA. She most recently worked at X, where she handled the company's real estate. She is married to longtime Musk lieutenant Steve Davis, according to media reports.

*Added Feb. 11, 2025*

---



## **Kendall M. Lindemann**, 24



**Connected to:** Executive Office of the President

Lindemann is an official member of the DOGE team, according to federal records viewed by ProPublica. According to her LinkedIn page, she most recently worked as an associate at Russell Street Ventures, a health care firm founded by fellow DOGE associate Brad Smith. She also previously worked as a business analyst at McKinsey & Company.

*Added Feb. 11, 2025*

---



## **Adam Ramada**, 35

**Connected to:** Executive Office of the President, Department of Energy, Department of Labor, Department of Education

**Musk link:** Previously part of an investment firm with links to a SpaceX alumnus

Ramada is an official member of the DOGE team, according to federal records viewed by ProPublica. He previously worked for Spring Tide Capital, a venture capital company. Spring Tide Capital previously invested in Impulse Space, an aerospace company founded in 2021 by Tom Mueller, a founding member of SpaceX. Ramada has reportedly appeared at the Energy Department and General Services Administration, according to E&E News.

*Added Feb. 11, 2025*







## **Ryan Riedel**, 37

Chief Information Officer

**Connected to:** Department of Energy

**Musk link:** Worked as SpaceX network security engineer

Riedel emerged in early February as the new chief information officer at the Department of Energy. His position was confirmed in a LinkedIn post by the former CIO, Ann Dunkin, who wrote, "Handing the keys over to you, virtually." Riedel, who now lists himself online as the department's CIO, has worked at SpaceX since 2020. He previously served in the U.S. Army Cyber Command.

*Added Feb. 11, 2025*



## **Kyle Schutt**, 37

**Connected to:** General Services Administration, Cybersecurity and Infrastructure Security Agency, Department of Health and Human Services, Department of Homeland Security

Schutt is a DOGE software engineer working at the GSA. He was previously the chief technology officer at Revv, an online fundraising platform that's a frequent vendor for the Republican Party. According to his recently deleted LinkedIn profile, Schutt led the development and launch of WinRed, the GOP's major online fundraising platform, which helped raise $1.8 billion for Republicans in the 2024 election cycle.

*Added Feb. 11, 2025*



## **Ethan Shaotran**, 22

**Connected to:** General Services Administration, National Oceanic and Atmospheric Administration, Social Security Administration, U.S. Postal Service, U.S. African Development Foundation, Inter-American Foundation

**Musk link:** Participated in a hackathon organized by Musk's artificial intelligence company xAI

Shaotran is part of the DOGE team. He recently attended Harvard University and studied computer science. He founded Spark, a scheduling assistant startup, for which he said he received a $100,000 grant from OpenAI. He was a member of a team that was a finalist in a hackathon organized by xAI, Musk's artificial intelligence company. Shaotran's name first came to light in an article by Wired magazine about a group of young software engineers recruited by Musk to analyze internal government data and technology programs.

*Added Feb. 11, 2025*



## **Jordan M. Wick**, 28

**Connected to:** Executive Office of the President, Consumer Financial Protection Bureau, National Labor Relations Board, Department of Labor, Department of Education

Wick is an official member of the DOGE team, according to federal records viewed by ProPublica. According to his personal website, which has recently been taken offline, he graduated from the Massachusetts Institute of Technology

and recently worked at autonomous car company Waymo as a software engineer. Before joining the government, Wick was listed as the co-founder of an e-commerce startup named Intercept, which is affiliated with the California-based tech incubator Y Combinator. The incubator has featured speaker events with Musk and other AI leaders.

*Added Feb. 11, 2025*

---



## **Jacob Altik**, 32

Lawyer



**Connected to:** Executive Office of the President, U.S. African Development Foundation, Inter-American Foundation, U.S. Institute of Peace

FINANCIAL DISCLOSURE

Altik is a 2021 graduate of the University of Michigan Law School. He clerked for D.C. Circuit Court of Appeals Judge Neomi Rao, a Trump appointee known for critiquing the administrative state. For the last year and a half, he worked as a corporate litigation associate at Weil, where he co-authored a detailed legal analysis on administrative law jurisprudence at the Supreme Court. Last year, he was selected to begin a clerkship for Supreme Court Justice Neil Gorsuch in the 2025 term, which is set to begin this summer.

*Added Feb. 7, 2025*

---



## **James Burnham**, 41

General Counsel

**Connected to:** Executive Office of the President, U.S. Institute of Peace

Burnham is a former litigation partner at Jones Day and a high-ranking Justice Department and White House official from the first Trump administration. The New York Times first reported his involvement with DOGE as a lawyer in January. His title at DOGE is listed internally as general counsel, according to records reviewed by ProPublica. Burnham previously served as a clerk to Supreme Court Justice Neil Gorsuch. On a website for one of his past companies, Burnham is described as having played a “central role” in the selection and confirmation processes for Gorsuch, Justice Brett Kavanaugh and then-Judge Amy Coney Barrett.

*Added Feb. 7, 2025*

---



## **Keenan D. Kmiec**, 45

Lawyer

**Connected to:** Executive Office of the President

Keenan Kmiec’s career veered from elite law to, more recently, crypto. After clerking for then-Judge Samuel Alito on a federal circuit court, he clerked on the Supreme Court for Chief Justice John Roberts in the 2006-2007 term, according to his LinkedIn. He did a stint at a corporate law firm and had his own firm focused on insider-trading litigation. In 2021, Kmiec began working for a Swiss foundation that promotes a blockchain called Tezos, according to his LinkedIn. He then served for nine months as CEO of a now-defunct startup called InterPop, which described itself as “forging the future of digital fandom with comic, game, and collectible NFTs minted responsibly on the Tezos blockchain.”

*Added Feb. 7, 2025*



## **Anthony Armstrong**, 57

Senior Adviser to the Director

**Connected to:** Office of Personnel Management

**Musk link:** Worked on Musk's purchase of Twitter

Armstrong is a technology banker at Morgan Stanley who worked on Musk's $44 billion acquisition of Twitter — since rebranded as X — in 2022. He has been given an influential role at OPM, which handles personnel issues across the federal government. Since Trump took office, OPM has spearheaded the new administration's efforts to dramatically reduce the federal workforce and roll back telework and remote work policies.

*Added Feb. 6, 2025*



## **Riccardo Biasini**, 39



Senior Adviser to the Director

**Connected to:** Office of Personnel Management

**Musk link:** Former engineer at Tesla, executive at the Boring Company

FINANCIAL DISCLOSURE

Biasini is an engineer and former executive who has worked at two of Musk's companies, the Boring Company and Tesla. He has also taken a high-ranking role at OPM. Biasini was listed as the contact person for the government-wide email system put in place by the Trump administration and used to send messages directly from OPM to millions of federal workers across the government, according to a recent court filing.

*Added Feb. 6, 2025*



## **Brian Bjelde**, 44



Senior Adviser

**Connected to:** Office of Personnel Management

**Musk link:** Vice president of people operations at SpaceX

Bjelde is a longtime SpaceX employee who's spent more than 20 years at the company, according to his LinkedIn profile, where he's had a variety of jobs, including as managing director of the "food services group." He previously worked for NASA's Jet Propulsion Laboratory. He's been referred to in press reports as a "top DOGE Lieutenant," working at OPM to slash head count. CNN previously revealed that Bjelde had informed OPM staff of a plan to cut 70% of the agency's workforce. The New York Times reported that Bjelde helped Musk cut staff at Twitter following its takeover.

*Added Feb. 6, 2025*





## **Akash Bobba**, 21

Senior Adviser to the Director

**Connected to:** Office of Personnel Management, Social Security Administration, Department of Education

Bobba was named by Wired magazine as part of a team of six young engineers picked by Musk for his DOGE team. A recent graduate of the University of California, Berkeley, Bobba worked as an intern at Meta, the social media company, and at Palantir, the software and data analytics firm that is a major defense contractor. Bobba is listed in personnel records as an "expert" at OPM, where he has reportedly been able to access internal databases. He graduated from high school in 2021; in his graduation speech, featured in the Spotlight New Jersey newspaper, he told his fellow graduates that, in life, the "answers we deserve demand discomfort."

*Added Feb. 6, 2025*



## **Nate Cavanaugh**, 28

**Connected to:** General Services Administration, U.S. African Development Foundation, U.S. Institute of Peace, National Endowment for the Humanities, Institute of Museum and Library Services, National Oceanic and Atmospheric Administration, Inter-American Foundation, Minority Business Development Agency, National Labor Relations Board

Cavanaugh is an entrepreneur who has founded companies focused on intellectual property management and small-business finance. He has been interviewing staffers at the GSA as part of the DOGE team, according to those who have spoken with him. GSA procures technology tools, real estate, and other services for federal government agencies. In published interviews, Cavanaugh has expressed an admiration for tech luminaries, including Peter Thiel, Elon Musk, and Mark Zuckerberg, and has said he is "very interested in crypto."

*Added Feb. 6, 2025*



## **Edward Coristine**, 19

Expert

**Connected to:** Office of Personnel Management, Cybersecurity and Infrastructure Security Agency, Department of State, Department of Homeland Security, Federal Emergency Management Agency, General Services Administration, Department of Health and Human Services, U.S. Agency for International Development, Department of Education

**Musk link:** Interned at Neuralink

Coristine is a recent undergraduate student at Northeastern University and part of the group of young DOGE staffers detailed to OPM, the government's human resources office. Wired reported that Coristine interned at Neuralink, Musk's brain-computer interface company. Friends of Coristine told Northeastern University's independent student newspaper that Musk was one of Coristine's idols and that while he finished the fall 2024 semester, he did not return to school for the spring term. According to CBS News, Coristine has been seeking access to the Small Business Administration's internal records on behalf of DOGE.

*Added Feb. 6, 2025*



## **Steve Davis**, 45



**Connected to:** Executive Office of the President, General Services Administration

**Musk link:** Longtime Musk lieutenant, CEO of the Boring Company

Davis has been a senior executive and close associate of Musk's for over two decades, working with him at SpaceX, X and the Boring Company. He was one of the first people to be associated with the DOGE effort last year. The New York Times reported he was on early calls with Musk as they conceived of the DOGE effort and explored ways to cut federal programs. Bloomberg reported that Davis has helped recruit staffers for DOGE.

*Added Feb. 6, 2025*



## **Marko Elez**, 25



**Connected to:** Department of the Treasury, Social Security Administration, Centers for Medicare and Medicaid Services, Department of Health and Human Services, Department of Labor, Department of Homeland Security, Department of State

**Musk link:** Worked as an engineer at X and SpaceX

Elez works at the Treasury Department, a staffer at the office of the Secretary of Treasury confirmed in a call with a ProPublica reporter. Wired reported Feb. 4 that Elez, who graduated from Rutgers in 2021 and studied computer science, has gained access to the highly sensitive payment systems of the U.S. Treasury Department. According to Elez's LinkedIn bio, which was recently deleted, he was most recently an engineer at X in New York for roughly a year and an engineer at SpaceX in the Los Angeles area for around three years before that. Elez reportedly resigned Feb. 6 after The Wall Street Journal reported that he has links to a social media account that posted racist comments online. Musk said publicly he planned to rehire the engineer, saying that "to err is human, to forgive divine."

*Added Feb. 6, 2025*



## **Luke Farritor**, 23



Executive Engineer in the Office of the Secretary

**Connected to:** Department of Health and Human Services, Social Security Administration, Department of Energy, Department of State, Centers for Disease Control and Prevention, Centers for Medicare and Medicaid Services, National Institutes of Health, U.S. Agency for International Development, Consumer Financial Protection Bureau, National Science Foundation

**Musk link:** Former SpaceX intern

Farritor works as an executive engineer at the HHS, according to agency data. He studied computer science at the University of Nebraska-Lincoln and interned at SpaceX, working on its Starlink Wi-Fi team and Starship launchpad software, according to his Linkedin profile. In March 2024, he received a Thiel fellowship, a two-year program founded by billionaire tech entrepreneur Peter Thiel that awards a $100,000 startup grant to students who drop out of college.

*Added Feb. 6, 2025*



## **Stephanie Holmes**, 43



Human Resources

**Connected to:** Executive Office of the President, Department of the Interior

Holmes is running human resources at DOGE, according to government workers who have been in meetings with her. A former lawyer with Jones Day, a firm that frequently represents Trump, she was previously the chief people officer at Oklo, a nuclear energy company chaired by OpenAI CEO Sam Altman. She also ran her own HR consulting firm, BrighterSideHR, which advised companies to pursue "non-woke" approaches to diversity and inclusion in the workplace.

*Added Feb. 6, 2025*

---



## **Gautier "Cole" Killian**, 24



Federal Detailee

**Connected to:** Environmental Protection Agency, Social Security Administration, Department of Labor, General Services Administration, Department of Homeland Security

Killian works at the EPA, according to agency data. His position is a federal detail, which typically allows government employees to transfer between agencies for temporary roles. He studied math and computer science at McGill University, where he conducted blockchain-related research. He recently worked as an engineer at Jump Trading, an algorithmic financial trading company, and is a member of the DOGE team, according to recent media reports.

*Added Feb. 6, 2025*

---



## **Gavin Kliger**, 25



Senior Adviser to the Director

**Connected to:** U.S. Agency for International Development, Office of Personnel Management, Consumer Financial Protection Bureau, National Institutes of Health, Internal Revenue Service, Federal Trade Commission, Department of Agriculture, Voice of America

FINANCIAL DISCLOSURE

Kliger is a senior adviser at OPM, according to his LinkedIn profile. He spent nearly five years as a software engineer at Databricks, a cloud-based AI company. He is widely reported to be part of Musk's DOGE team. On his personal Substack, he wrote an essay titled "Why I gave up a seven-figure salary to save America," according to press reports, and described failed U.S. attorney general nominee Matt Gaetz, who withdrew from Congress amid allegations of sexual misconduct, as a "victim" of the deep state. On Feb. 3, workers at USAID received an email announcing that their Washington offices would be closed that day. Replies to the email were directed to Kliger at a USAID email address.

*Added Feb. 6, 2025*



## **Tom Krause**, 47

Expert

**Connected to:** Department of the Treasury

FINANCIAL DISCLOSURE

Krause is a part of DOGE's efforts to gain access to sensitive federal payment systems as part of Musk's larger effort to root out spending perceived as wasteful. According to the Treasury Department, Krause leads a team of people who have been granted "read-only" access to the code for the agency's Fiscal Service payment system, which processes payments for major programs such as Social Security and Medicare. The department has clarified he is designated as a "special government employee." The New York Times reported that Krause is affiliated with Musk's DOGE team.

*Added Feb. 6, 2025*

---



## **Katie Miller**, 33

Spokesperson

**Connected to:** Executive Office of the President

In December, during the transition, Trump named Miller, who served in the first administration as a press secretary to Vice President Mike Pence, as one of the first members of DOGE. She is the wife of White House deputy chief of staff Stephen Miller. After reports that DOGE personnel accessed internal USAID data, Katie Miller defended the group, saying that "no classified material was accessed without proper security clearances."

*Added Feb. 6, 2025*

---





## **Justin Monroe**, 36

Adviser

**Connected to:** Federal Bureau of Investigation

**Musk link:** Senior director for security at SpaceX

Monroe is working as an adviser within the office of the director of the FBI, according to three people familiar with the matter. NBC News previously reported that an unnamed SpaceX employee has been placed in the FBI director's office but said it could not confirm the individual's identity. Monroe is a seasoned information security professional who previously served in the U.S. Navy as an information warfare officer.

*Added Feb. 6, 2025*





## **Nikhil Rajpal**, 30

Expert

**Connected to:** Office of Personnel Management, Social Security Administration, Consumer Financial Protection Bureau, National Oceanic and Atmospheric Administration

**Musk link:** Former Twitter employee

FINANCIAL DISCLOSURE

Rajpal is listed as an "expert" now working for OPM. An archived version of his personal website from 2018 lists his job title as an engineer at Twitter. Rajpal has extensive access to sensitive personnel data used by OPM, according to a source familiar with his role. Wired reported Feb. 5 that Rajpal also sought and was later granted access to data at the National Oceanic and Atmospheric Administration. Wired magazine reported that he is part of the DOGE team.

*Added Feb. 6, 2025*

---





## **Rachel Riley**, 33

Senior Adviser in the Office of the Secretary

**Connected to:** Department of Health and Human Services, National Institutes of Health, National Science Foundation

FINANCIAL DISCLOSURE

Riley works as a senior adviser at HHS, according to agency data. She previously worked for consultancy firm McKinsey & Company for about eight years, most recently as a partner leading teams advising the company's state and federal government clients. She has been working closely with Brad Smith, a former health official in Trump's first administration who ran DOGE during the transition period, according to media reports.

*Added Feb. 6, 2025*

---



## **Michael Russo**, 67



Chief Information Officer

**Connected to:** Social Security Administration

**Musk link:** Former chief technology officer of Starlink payment processor Shift4 Payments

Russo is a top-ranking technology official at the SSA, which disburses over $1.5 trillion in benefits annually. Russo spent over seven years as an executive and senior adviser with Shift4 Payments, a payment processing company that is both an investor in SpaceX and a payment processor for StarLink, according to his Linkedin. The CEO of Shift4 Payments, Jared Isaacman, has been nominated by Trump to lead NASA and is a friend of Musk's who has purchased multiple spacewalks with Musk's SpaceX company. Russo's office will oversee the SSA's over $2 billion IT budget.

*Added Feb. 6, 2025*





## **Amanda Scales**, 34

Chief of Staff

**Connected to:** Office of Personnel Management

**Musk link:** Previous employee of xAI

FINANCIAL DISCLOSURE

Scales' name came to light in the first week of the Trump administration as federal employees received a memo putting them on notice that diversity, equity, inclusion and accessibility initiatives in the federal government were now barred through an executive order — and to report efforts to conceal them. The message listed Scales as the point of contact for questions. Scales worked in the human resources department at xAI, Musk's artificial intelligence company, prior to OPM. Before that, she worked in recruiting at ridesharing company Uber. She is reportedly an integral part of OPM's sweeping efforts to restructure the federal workforce.

*Added Feb. 6, 2025*

---



## **Thomas Shedd**, 28

Federal Acquisition Service Deputy Commissioner and Director of Technology Transformation Services

**Connected to:** General Services Administration, Department of Labor

**Musk link:** Software engineer at Tesla

Shedd's work at Tesla focused on building software that operates vehicle and battery factories, according to a GSA press release. The office Shedd runs, known as TTS, helps federal agencies improve their tech practices. GSA leaders have told employees they plan to cut 50% of the budget. Shedd has told colleagues he plans to run TTS like a "startup software company," according to Wired magazine, which will reportedly involve the use of artificial intelligence to analyze government contracts.

*Added Feb. 6, 2025*

---



## **Brad Smith**, 42

**Connected to:** Executive Office of the President, Department of Health and Human Services

Smith was among the earliest names associated with DOGE outside of its founder. The New York Times reported he was helping lead the group. He served in a series of health-related policy roles during the first Trump administration, including being part of the board of Operation Warp Speed, the historic COVID-19 vaccine development program. According to The New York Times, which first reported Smith's involvement in DOGE, he is a friend of Jared Kushner, Trump's son-in-law.

*Added Feb. 6, 2025*



## **Christopher Stanley**, 33



**Connected to:** Executive Office of the President, Office of Personnel Management, Department of Justice

**Musk link:** Senior director for security engineering at X and principal engineer at SpaceX

Stanley is an experienced information security professional who has worked at multiple Musk-related companies. He is reportedly an aide to Musk at DOGE, according to The New York Times, and has a role at the White House. He was part of the initial transition team after Musk purchased Twitter in 2022, according to his LinkedIn profile. On inauguration day, Stanley assisted in the release of individuals associated with the Jan. 6 riots, he wrote on X.

*Added Feb. 6, 2025*

---

*We are still reporting. Do you have information about any of the people listed above? Do you know of any other Musk associates who have entered the federal government? You can reach our tip line on Signal at 917-512-0201. Please be as specific, detailed and clear as you can.*

---

***Correction, May 8, 2025:*** *This story originally misidentified two federal agencies. They are the Institute of Museum and Library Services, not the Institute for Museum and Library Services, and the Federal Deposit Insurance Corp., not the Federal Deposit Insurance Commission.*

*Lead image: Photo illustration by Alex Bandoni/ProPublica. Source images: Kent Nishimura/Bloomberg, Boris Zhitkov, Rudy Sulgan, Sergio Flores, and Smith Collection/Gado/Getty Images.*

*Headshots: Abrahamson via LinkedIn profile; Aimonetti via his former law firm Dechert LLP; Altik via his previous bio page at Weil, Gotshal and Manges; Armstrong via USA Ski and Mountaineering Association; Balajadia via Patrick T. Fallon/Bloomberg/Getty Images; Beynon via LinkedIn profile; Biasini via Silicon Valley Study Tour; Bjelde via LinkedIn profile; Bobba via West Windsor Plainsboro High School South LinkedIn; Boizelle via LinkedIn; Burnham via King Street Legal, a previous firm; Cavanaugh via LinkedIn profile; Childs via Linkedin profile; Corcos via LinkedIn profile; Collins via Pacific Lake; Corcos via LinkedIn; Coristine via Instagram profile; Coulter via LinkedIn profile; Davis via Adam S. Davis/Shutterstock; Duarte via LinkedIn profile; Ehikian via General Services Administration; Elez via GitHub profile; Elvy via Linkedin profile; Farritor via video screenshot from the University of Nebraska; Fennessy via LinkedIn profile; Fox via Institute for Justice, where he was a Litigation Fellow; Fulcher via X profile; Gallagher via Claremont Institute, where he was a fellow; Gamache-Asselin via Alto Pharmacy, where he was a co-founder; Gebbia via Taylor Hill/Getty Images; George via the company he founded, Beachwood Ventures; Gleason via LinkedIn profile; Gonzalez via LinkedIn profile; Gracias via Bloomberg/Getty Images; Grimes via Leigh Vogel/Getty Images; Hanley via University of Pittsburgh; Hassen via Linkedin profile; Hogan via his company Comma.ai; Hollander via ULI Learning; Hoffman via LinkedIn profile; Holmes via Philanthropy Roundtable video; Jancso via LinkedIn profile; Jehling via Facebook profile; Kiernan via LinkedIn profile; Killian via McGill Artificial Intelligence Society; Kliger via his personal website; Kmiec via Justia Lawyers bio page; Koval via his employer, Valor; Krause via LinkedIn profile; Kizenko via Fox News; Langmack via LinkedIn profile; Lavingia via Reuters; Lewin via LinkedIn profile; Lindemann via LinkedIn profile; Loving via LinkedIn profile; Makecha via LinkedIn profile; Malaska via X profile; Miller via Paul Morigi/Stringer/Getty Images; Minor via X profile; Mirski via New York Energy Week, where he was a speaker; Mlodzianowski via LinkedIn profile; Mishory via Coindesk Youtube video; Monroe via LinkedIn profile; Morgan via his company Podium Education; Park via the company he co-founded, Ionic Partners; Parkhurst-Session via LinkedIn Profile; Peters via LinkedIn profile; Rajpal via Facebook; Raynor via LinkedIn profile; Rehling via his employer, Valor; Riley via LinkedIn profile; Roussos via LinkedIn profile; Russo via LinkedIn profile; Scales via Human Capitol, a previous employer; Shang via LinkedIn profile; Shaotran via Harvard University; Shedd via Instagram profile; Shutt via GitHub profile; Simonpour via LinkedIn profile; Slagh via CFA Society New York, where he was a speaker; Smeal via LinkedIn profile; Smith via The Washington Post/Getty Images; Stanley via LinkedIn profile; Stein via Linkedin profile; Stube via LinkedIn profile; Terrell via LinkedIn profile, Trampe via LinkedIn profile; Tullman via Linkedin profile; Volpert via Facebook profile; Weiss via X profile; Young via LinkedIn profile.*