# EXHIBIT E

| Moniker | Name | Received OPM Paycheck | Term at OPM | Term as Detailee at DOGE | Work at other agencies | Past work for Musk affiliates | Description |
|---|---|---|---|---|---|---|---|
| OPM-2 | Riccardo Biasini | No | 01/20/25 - present | 01/27/25 - present | | Boring | "DOGE engineer" "intermittent schedule [at OPM" |
| OPM-3 | Akash Bobba | No | 01/20/25 - 03/07/26 | 01/27/25 - present | DOE, SSA | | "DOGE engineer" "intermittent schedule [at OPM" |
| OPM-4 | Edward Coristine | No | 01/24/25 - 05/13/25 | 01/20/25 - 06/09/25 | GSA; HHS | Neuralink | "DOGE employee" "DOGE engineer" |
| OPM-5 | Gavin Kliger | Yes | 01/20/25 - 12/27/25 | | USAID; USGM; Agriculture; GSA; IRS | Twitter | "DOGE engineer" "intermittent schedule [at OPM]" |
| OPM-6 | Nikhil Rajpal | No | 01/24/25 - 07/02/25 | 01/27/25 - 06/09/25 | CFPB, Commerce; SSA | Twitter | "DOGE employee" "DOGE engineer" "intermittent schedule [at OPM]" |
| OPM-7 | Brian Bjelde | No | 01/20/25 -05/16/25 | | | Space X | |
| OPM-9 | Anthony Armstrong | No | 01/20/25 - 06/06/2025 | 01/27/25 - present* (Volunteer at DOGE) | | | |
| OPM-10 | Austin Raynor | Yes | 01/30/25 - 12/22/25 | 02/05/25 - 12/19/25 | | | |
| OPM-11 | Bryanne-Michelle Mlodzianowski | No | 02/03/25 - 03/05/25 | | | Space X | |
| OPM-12 | Christina Hanna | No | 02/03/25 - 03/05/25 | | | Space X | |
| OPM-13 | Christopher Stanley | No | 01/28/25 - 02/16/25 | 01/31/25 - present* (Employee at DOGE) | | X | |
| OPM-14 | Christopher Young | No | 01/30/25 - 06/06/25 | 02/05/25 - 06/13/25 | CFPB | America PAC | |
| OPM-15 | Stephen Duarte | No | 02/03/25 - 03/05/25 | | | Space X | |
| OPM-16 | Jacob Altik | Yes | 01/24/25 - 06/27/25 | 01/27/25 - 06/27/25 | | | |
| OPM-17 | Justin Monroe | No | 01/28/25 - 06/06/25 | | | Space X | |
| OPM-18 | Noah Peters | Yes | 01/20/25 - present | 01/24/25 - present | | | |