UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
                                            :
AMERICAN FEDERATION OF GOVERNMENT           :
EMPLOYEES, AFL-CIO, et al.,                 :
                                            :        25cv1237 (DLC)
                        Plaintiffs,         :
            -v-                             :             ORDER
                                            :
U.S. OFFICE OF PERSONNEL MANAGEMENT,        :
et al.,                                     :
                                            :
                        Defendants.         :
                                            :
--------------------------------------------X

DENISE COTE, District Judge:

      On April 15, 2026, defendants filed a letter motion for

partial reconsideration of this Court's Opinion and Order of

April 1, 2026, granting plaintiff's motion to unredact the names

of the sixteen DOGE agents that remained anonymized in this

action.  It is hereby

      ORDERED that plaintiffs shall file any opposition to

defendants' April 15 letter by **April 21, 2026**.  Any reply is due

**April 23, 2026**.  Two courtesy copies shall be supplied to

Chambers at the time that these motion papers are filed.

Dated:    New York, New York
          April 16, 2026

                                    _____
                                    DENISE COTE
                                    United States District Judge