

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 28, 2026

**By ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

>      Re:     *Am. Fed'n of Gov't Emps., AFL-CIO, et al. v. U.S. Office of Personnel Mgmt.,*
>                 *et al.*, No. 25 Civ. 1237 (DLC)

Dear Judge Cote:

      This Office represents Defendants in the above-referenced action.  I write respectfully to request that the Court hold all remaining deadlines in the parties' summary judgment briefing scheduled in abeyance for four weeks.  If the Court grants Defendants' request, their combined opposition and reply would then be due by May 26, 2026, and Plaintiffs' reply would be due by June 9, 2026.  The reason for this request is that the parties are currently discussing a possible consensual resolution of this action; the requested abeyance would allow them additional time to continue those discussions.  This is Defendants' fourth request to extend the deadlines in the parties' summary judgment briefing schedule.  The Court granted their prior requests.  *See* Dkt. Nos. 188, 192, 198.  Plaintiffs consent to this request.

      I thank the Court for its consideration of this request.

>                        Respectfully submitted,
>
>                        JAY CLAYTON
>                        United States Attorney
>
>                   By:  /s/ *Alyssa B. O'Gallagher*
>                        ALYSSA B. O'GALLAGHER
>                        Assistant United States Attorney
>                        Tel.: (212) 637-2822
>                        Email: alyssa.ogallagher@usdoj.gov

cc:     All counsel of record (via ECF)