UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X
                                           :
AMERICAN FEDERATION OF GOVERNMENT          :
EMPLOYEES, AFL-CIO, et al.,                :
                                           :         25cv1237 (DLC)
                          Plaintiffs,      :
            -v-                            :         ORDER
                                           :
U.S. OFFICE OF PERSONNEL MANAGEMENT,       :
et al.,                                    :
                                           :
                          Defendants.      :
                                           :
-------------------------------------------X

DENISE COTE, District Judge:

On May 27, 2026, the Court granted the defendants' fifth request to extend the deadlines in the parties' summary judgment briefing schedule. Pursuant to that extension, the parties' cross-motions for summary judgment must be fully submitted by June 30. The defendants based each extension request on ongoing settlement discussions. The parties are expected to utilize the month of June to make meaningful progress in those negotiations. Accordingly, it is hereby

ORDERED that no further extension requests will be granted absent a showing of good cause.

Dated:    New York, New York
          June 3, 2026

                                    _____
                                            DENISE COTE
                                    United States District Judge