

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 16, 2026

**By ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Am. Fed'n of Gov't Emps., AFL-CIO, et al. v. U.S. Office of Personnel Mgmt., et al.*, No. 25 Civ. 1237 (DLC)

Dear Judge Cote:

   This Office represents Defendants in the above-referenced action.  We write jointly with Plaintiffs to request that the Court hold all remaining deadlines in the parties' summary judgment briefing schedule in abeyance for an additional three weeks.  The reason for this request is that the parties have made substantial progress toward settling this action as to all issues except fees, costs, and expenses but require additional time to finalize the settlement.  Over the last several weeks, the parties have had frequent and productive settlement discussions; they have exchanged several drafts of settlement papers, the current draft of which is under review by the Director of OPM for sign-off and agreement.  The parties respectfully submit that the progress made toward settling this action and the need for additional time to finalize settlement papers constitute good cause for the requested extension.  *See* Dkt. No. 223 (requiring the parties to show good cause for any additional extensions of the summary judgment briefing schedule).  If the Court grants the parties' request, Defendants' combined opposition and reply would then be due by July 7, 2026, and Plaintiffs' reply would be due by July 21, 2026.

   This is the parties' first joint request to extend the deadlines in their summary judgment briefing schedule.  Defendants previously requested that the Court extend their deadline to file their motion for summary judgment on three occasions.  *See* Dkt. Nos. 187, 191, 197.  Defendants subsequently requested that the Court extend all remaining deadlines in the parties' summary judgment briefing schedule to allow the parties time to discuss settlement on two additional occasions.  *See* Dkt. Nos. 216, 219.  The Court granted these prior requests.  *See* Dkt. Nos. 188, 192, 198, 217, 220.

Page 2

We thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/ *Ilan Stein*
ALYSSA B. O'GALLAGHER
ILAN STEIN
Assistant United States Attorneys
Tel.: (212) 637-2822/2525
Email: alyssa.o'gallagher@usdoj.gov
        ilan.stein@usdoj.gov

cc:    All counsel of record (via ECF)