**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | Case No. 25-cv-1237-DLC |

**<u>REPLY DECLARATION OF NOAH PETERS</u>**

I, Noah Peters, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury, as follows:

1.      I am currently employed by the United States Office of Personnel Management (OPM), as a Senior Advisor. I have been employed in this position since January 20, 2025. Since that date, I have performed duties exclusively for OPM, under the supervision of OPM officials. I submit this declaration in response to Plaintiffs' reply in further support of their cross-motion for summary judgment (ECF No. 232) and the declarations and exhibits submitted with it.

2.      I have reviewed the roster excerpt attached as Exhibit C to the Trujillo Declaration and Exhibit B to the Onayemi Declaration, which lists me with a "Hire Date" of January 24, 2025, a "Component" of "United States DOGE Service," and a "Worker Type" of "Detailee (NTE) (Fixed Term)." That notation is false and inaccurate. I have never been detailed to the United States DOGE Service ("USDS"). I have never signed, requested, or been asked to sign a detail agreement concerning USDS, and I am not aware of any SF-50, SF-52, or other personnel-action document effecting such a detail. The January 24, 2025 "Hire Date" shown in the Exhibit does not correspond

to any appointment, detail, or other personnel action involving me of which I am aware; my only Federal appointment during this period has been my OPM appointment effective January 20, 2025.

3.    I do not have, and have never had, an Executive Office of the President ("EOP") email address, USDS or DOGE email address, or EOP-DOGE/EOP-USDS email address. Nor have I sent or received email through any EOP or USDS or EOP-USDS email account or system.

4.    Since joining OPM on January 20, 2025, an OPM email address has been my only Federal Government email. Any statements to the contrary are false and inaccurate. This includes any suggestion in Plaintiffs' reply papers that I used an EOP or DOGE email address or account.

5.    I completed OPM's cybersecurity training on April 5, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 23, 2026
        Washington, D.C.

*Noah Peters*

_____
Noah Peters