**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 11, 2026

**By ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Am. Fed'n of Gov't Emps., AFL-CIO, et al. v. U.S. Office of Personnel Mgmt., et al.*, No. 25 Civ. 1237 (DLC)

Dear Judge Cote:

This Office represents Defendants (the "Government") in the above-referenced action. On April 1, 2026, the Court issued an Opinion and Order granting Plaintiffs' motion to de-designate as confidential and unseal the names of sixteen then-anonymized "DOGE Agents." *See* Dkt. No. 208. The Court ordered the Government to "re-file on the public docket all documents listed in Appendix A [of Plaintiffs' March 2, 2026 letter, *see* ECF No. 185], as well as those filed under seal at Dkt. No. 204, with the names of the DOGE Agents unredacted." *Id.* at 17. The Government respectfully submits this letter to file the de-anonymized documents, pursuant to the Court's April 1 Order. Specifically, the Government attaches the following documents to this letter:

- Ex. 1: de-anonymized version of ECF No. 78-2 (Part 1)[1]
- Ex. 2: de-anonymized version of ECF No. 78-2 (Part 2)
- Ex. 3: de-anonymized version of ECF No. 96
- Ex. 4: de-anonymized version of ECF No. 96-1
- Ex. 5: de-anonymized version of ECF No. 96-2
- Ex. 6: de-anonymized version of ECF No. 97
- Ex. 7: de-anonymized version of ECF No. 97-1
- Ex. 8: de-anonymized version of ECF No. 97-2
- Ex. 9: de-anonymized version of ECF No. 98
- Ex. 10: de-anonymized version of ECF No. 141
- Ex. 11: de-anonymized version of ECF No. 148
- Ex. 12: de-anonymized version of ECF No. 168
- Ex. 13: de-anonymized version of ECF No. 168-3 (Part 1)
- Ex. 14: de-anonymized version of ECF No. 168-3 (Part 2)
- Ex. 15: de-anonymized version of ECF No. 204

[1] Due to the size of ECF No. 78-2 and ECF No. 168-3, the undersigned had to break up each document into two parts in order to successfully file them on the docket.

The Government apologizes for the delay in filing these documents, which was caused primarily by the departure from this Office of the two Assistant United States Attorneys who were previously handling this case.

I thank the Court for its attention to this matter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/ *Ilan Stein*
ILAN STEIN
Assistant United States Attorney
Tel.: (212) 637-2525
Email: ilan.stein@usdoj.gov

cc: All counsel of record (via ECF)