GSA USACCESS Program

**Applicant Status Report** — **Report Print Date :** 04/14/2025 12:47:51PM

This document contains Personal Identifying Information (PII) and is For Official Use Only (FOUO). It shall not be disclosed outside any agency who is affiliated with the GSA Managed Service without written assurance from the agency Privacy Officer or responsible office that the provisions of FOIA under Exemptions 2 of the Act, 5 U.S.C. para 552(b)(2) (2000) have been observed. Users are reminded that printed copies of this data requires handling IAW agency privacy directives . Questions may be directed to the GSA MSO.



## APPLICANT INFORMATION - Page 2

**Enrollment ID** [redacted] **Name** KLIGER GAVIN NMN **DOB** [redacted]

## ADJUDICATION INFORMATION

**Adjudication Status** ADJUDICATED
**Adjudication Create Date / Last Update** 29-Jan-2025 19:54 / 08-Apr-2025 6:11
**NCHC/FBI** APPROVED — **NCHC/FBI Adjudicator ID** [redacted]
**NACI** APPROVED — **NACI Adjudicator ID** [redacted]
**Adj Last Update Agency** DEPARTMENT OF AGRICULTURE
**Adj Last Update Agency Date** 08-Apr-2025 6:11
**PIV Agency Specific Criteria Status** — **PIV-I Agency Specific Criteria Status**
**PIV Agency Specific Criteria Date** — **PIV-I Agency Specific Criteria Date**

## ENROLLMENT INFORMATION

**Enrollment Status** COMPLETE — **Last Enrollment Date** 29-Jan-2025 22:26
**Enrollment Create Date** 29-Jan-2025 19:42 — **Enrollment Last Update** 08-Apr-2025 6:11
**Document Referral** NO
**Enrollment Site ID/Description** 10002 / USDA - INDEPENDENCE AVE
**Enrollment Site Address: Line 1** 1400 INDEPENDENCE AVENUE SW
**Line 2** RM S-1408
**Line 3**
**City /State / Zip Code** WASHINGTON / DC / 20250

## ISSUANCE INFORMATION

### CURRENT CARD

**Issuance Status** ACTIVE
**Create/Last Update Date** 18-Feb-2025 12:50 / 25-Feb-2025 9:09
**CMS Card ID** [redacted]
**Card ID** 1 **Card Destroyed** NO
**FASC-N** [redacted]
**Card UUID** [redacted]
**Issuance Sub-Status** ACTIVATED
**Issuance Cred Option** PIV
**Certificate Set** 4
**Card Profile** V8.1

### REPLACEMENT CARD

**Issuance Status** NO STATUS
**Create/Last Update Date** /
**CMS Card ID**
**Card ID**
**FASC-N**
**Card UUID**
**Issuance Sub-Status** NO STATUS
**Issuance Cred Option**
**Certificate Set**
**Card Profile**