OPM U.S. Office of Personnel Management

This is to certify that

Gavin Kliger

has completed the course

CY 2024 Classified National Security Information Awareness and Insider Threat Training

April 18, 2025