Subject to Protective Order

**Dillaman, Miranda C.**

| | |
|---|---|
| **From:** | Personnel Security Group |
| **Sent:** | Monday, January 20, 2025 1:04 PM |
| **To:** | Sylke, Kimberly D. |
| **Cc:** | Lowe, Dana S.; Nickerson, Tiffany V.; Garcia, Carmen E.; Beckman, Christopher J.; Davis, Melinda M.; Duncan, Jennifer |
| **Subject:** | ARMSTRONG, Anthony - CLEARED 01/20/2025 |

Please note that this cleared message is for a temporary appointment for less than 180 days.

Thank you!

**Miranda Dillaman** | Senior Personnel Security Specialist

U.S. Office of Personnel Management
Office of Facilities, Security, and Emergency Management | Personnel Security
T: (202) 936-2538 | OPM.gov

OPM U.S. Office of Personnel Management

Follow us on LinkedIn | Twitter | YouTube

Subject to Protective Order

# APPOINTMENT AFFIDAVITS

Expert
*(Position to which Appointed)*

01/20/2025
*(Date Appointed)*

Office of Personnel Managemer
*(Department or Agency)*

Office of the Director
*(Bureau or Division)*

Washington, D.C.
*(Place of Employment)*

I, Anthony Armstrong, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 20th day of January, 2025

at Washington (City) District of Columbia (State)

(Signature of Officer)

(SEAL)

Commission expires__________
(If by a Notary Public, the date of his/her Commission should be shown)

Acting Director
(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

Subject to Protective Order

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ARMSTRONG, ANTHONY JOHN | [redacted] | 02/02/1968 | 01/20/2025 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 171 | EXC APPT NTE 07/18/2025 |
| **5-C. Code** | **5-D. Legal Authority** |
| H2L | REG 304.103. |
| **5-E. Code** | **5-F. Legal Authority** |
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| **6-C. Code** | **6-D. Legal Authority** |
| | |
| **6-E. Code** | **6-F. Legal Authority** |
| | |

**7. FROM: Position Title and Number**

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

14. Name and Location of Position's Organization

**15. TO: Position Title and Number**
EXPERT
PD: 6A39742

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| ED | 0301 | 00 | 00 | $0 | WC |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $0 | $0 | $0 | $0 |

22. Name and Location of Position's Organization
OPM
OFC OF THE DIRECTOR

WASHINGTON DC

## EMPLOYEE DATA

23. Veterans Preference (1 - None; 2 - 5-Point; 3 - 10-Point/Disability; 4 - 10-Point/Compensable; 5 - 10-Point/Other; 6 - 10-Point/Compensable/30%): 1

24. Tenure (0 - None; 1 - Permanent; 2 - Conditional; 3 - Indefinite): 0

25. Agency Use: TG

26. Veterans Pref for RIF: YES [ ] NO [X]

27. FEGLI: A0 INELIGIBLE FOR LIFE INSURANCE COVERAGE

28. Annuitant Indicator: 9 NOT APPLICABLE

29. Pay Rate Determinant: 0

30. Retirement Plan: 4 NONE

31. Service Comp. Date (Leave): 01/20/2025

32. Work Schedule: F FULL TIME

33. Part-Time Hours Per Biweekly Pay Period:

## POSITION DATA

34. Position Occupied (1 - Competitive Service; 2 - Excepted Service; 3 - SES General; 4 - SES Career): 2

35. FLSA Category (E - Exempt; N - Nonexempt): E

36. Appropriation Code: 41AA0

37. Bargaining Unit Status: 8888

38. Duty Station Code: 11-0010-001

39. Duty Station (City - County - State or Overseas Location): WASHINGTON DISTRICT OF COLUMBIA DC

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 10001 | | 0000 | 33.94 | CRITICAL-SENSITIVE (CS)/HIGH R |

45. Remarks

APPOINTMENT AFFIDAVIT EXECUTED 01-20-2025

REASON FOR TEMPORARY APPOINTMENT : O PROVIDE A HIGH LEVEL OF EXPERTISE RELATIVE TO ISSUES WHICH HAVE A SIGNIFICANT IMPACT ON THE FORMULATION OF AGENCY GOALS AND OBJECTIVES TO THE OPM DIRECTOR.

CREDITABLE MILITARY SERVICE: 0000

PREVIOUS RETIREMENT COVERAGE: NEVER COVERED

46. Employing Department or Agency: OPM

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| OM00 | 1000 | 01/30/2025 |

50. Signature/Authentication and Title of Approving Official
ELECTRONICALLY SIGNED BY:
CARMEN GARCIA-WHITESIDE
CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR

# NOTICE TO EMPLOYEE

**This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.**

### The Action

- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

### Pay

- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive. It does not include any locality-based pay. This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.
- Block 20B is the annual dollar amount of your interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.
- Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
- Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purpose.

### Block 24 - Tenure

- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF). Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351-1; both should be available for review in your personnel office.

### Block 26 - Veterans Preference to RIF

- Indicates whether you have preference for reduction-in-force purposes.

### Block 30 - Retirement Plan

- **FICA** - Social Security System
- **CS** - Civil Service Retirement System
- **CS-Spec** - Civil Service Retirement System for law enforcement and firefighter personnel
- **FS** - Foreign Service Retirement and Disability System
- **FERS** - Federal Employees' Retirement System
- **FERS-Reserve Tech** - Federal Employees' Retirement System for National Guard Reserve Technicians
- **FERS-ATC** - Federal Employees' Retirement System for Air Traffic Controllers
- **FERS-Spec** - Federal Employees' Retirement System for law enforcement and firefighter personnel
- **FSPS** - Foreign Service Pension System

### Block 31 - Service computation Date (Leave)

- Shows when your Federal service began unless you have prior creditable service. If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
- Your earnings and leave statement or your time and attendance card will

### Block 32 - Work Schedule

- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no prearranged scheduled tour of duty and works when needed.
  Full-Time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not.
  Seasonal employees work on an annually recurring bases for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
  On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

### Block 33 - Part-time Hours Per Biweekly Pay Period

Indicates the number of hours a part-time employee is scheduled to work during a two-week pay period.

### Block 34 - Position Occupied

Identifies the employment system under which you are serving -- the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).
The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you have Federal service.

### Block 35 - FLSA Category

Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees are covered.

### Block 37 - Bargaining Unit Status

Identifies a bargaining unit to which you belong, whether or not your are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

### Block 38 and 39 - Duty Station

Identifies the city, county, and state or the overseas location, where you actually work.

## OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.
- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency. If you are eligible to and elect to join an employee organization, you can elect to have your dues withheld from your salary.
- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.
- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

**It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.**

Subject to Protective Order

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ARMSTRONG, ANTHONY JOHN | [redacted] | 02/02/1968 | 01/20/2025 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 781 | CHG IN WORK SCHEDULE | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| VXM | 5 U.S.C. 6101. | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| EXPERT<br>PD: 6A39742 | EXPERT<br>PD: 6A39742 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ED | 0301 | 00 | 00 | $0 | WC | ED | 0301 | 00 | 00 | $0 | WC |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OPM<br>OFC OF THE DIRECTOR<br>WASHINGTON DC | OPM<br>OFC OF THE DIRECTOR<br>WASHINGTON DC |

## EMPLOYEE DATA

| 23. Veterans Preference (1 - None; 2 - 5-Point; 3 - 10-Point/Disability; 4 - 10-Point/Compensable; 5 - 10-Point/Other; 6 - 10-Point/Compensable/30%) | 24. Tenure (0 - None; 1 - Permanent; 2 - Conditional; 3 - Indefinite) | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 1 | 0 | MK | YES [ ] / NO [X] |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| A0 INELIGIBLE FOR LIFE INSURANCE COVERAGE | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 4 NONE | 01/20/2025 | I INTERMITTENT | |

## POSITION DATA

| 34. Position Occupied (1 - Competitive Service; 2 - Excepted Service; 3 - SES General; 4 - SES Career) | 35. FLSA Category (E - Exempt; N - Nonexempt) | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 | E | 41AA0 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON DISTRICT OF COLUMBIA DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 10001 | | 0000 | 33.94 | CRITICAL-SENSITIVE (CS)/HIGH R |

45. Remarks

| 46. Employing Department or Agency | | | 50. Signature/Authentication and Title of Approving Official |
|---|---|---|---|
| OPM | | | ELECTRONICALLY SIGNED BY:<br>CARMEN GARCIA-WHITESIDE<br>CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| OM00 | 1000 | 04/09/2025 | |

5-Part

**2 - OPF Copy - Long-Term Record -- DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

# NOTICE TO EMPLOYEE

**This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.**

### The Action

- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

### Pay

- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive. It does not include any locality-based pay. This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.
- Block 20B is the annual dollar amount of your interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.
- Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
- Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purpose.

### Block 24 - Tenure

- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF). Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351-1; both should be available for review in your personnel office.

### Block 26 - Veterans Preference to RIF

- Indicates whether you have preference for reduction-in-force purposes.

### Block 30 - Retirement Plan

- **FICA** - Social Security System
- **CS** - Civil Service Retirement System
- **CS-Spec** - Civil Service Retirement System for law enforcement and firefighter personnel
- **FS** - Foreign Service Retirement and Disability System
- **FERS** - Federal Employees' Retirement System
- **FERS-Reserve Tech** - Federal Employees' Retirement System for National Guard Reserve Technicians
- **FERS-ATC** - Federal Employees' Retirement System for Air Traffic Controllers
- **FERS-Spec** - Federal Employees' Retirement System for law enforcement and firefighter personnel
- **FSPS** - Foreign Service Pension System

### Block 31 - Service computation Date (Leave)

- Shows when your Federal service began unless you have prior creditable service. If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
- Your earnings and leave statement or your time and attendance card will

### Block 32 - Work Schedule

- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no prearranged scheduled tour of duty and works when needed.
  Full-Time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not.
  Seasonal employees work on an annually recurring bases for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
  On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

### Block 33 - Part-time Hours Per Biweekly Pay Period

Indicates the number of hours a part-time employee is scheduled to work during a two-week pay period.

### Block 34 - Position Occupied

Identifies the employment system under which you are serving -- the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).
The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you have Federal service.

### Block 35 - FLSA Category

Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees are covered.

### Block 37 - Bargaining Unit Status

Identifies a bargaining unit to which you belong, whether or not your are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

### Block 38 and 39 - Duty Station

Identifies the city, county, and state or the overseas location, where you actually work.

## OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.
- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency. If you are eligible to and elect to join an employee organization, you can elect to have your dues withheld from your salary.
- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.
- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

**It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.**

**From:** Rowell, Danielle R
**To:** Anthony Armstrong; Garcia, Carmen E.
**Subject:** Re: Confirmation

Hi Anthony,

Received. Thank you!

Get Outlook for iOS

**From:** Anthony Armstrong <[redacted]>
**Sent:** Sunday, January 19, 2025 1:40:13 PM
**To:** Rowell, Danielle R <Danielle.Rowell@opm.gov>
**Subject:** Confirmation

You don't often get email from [redacted]. Learn why this is important

Danielle,
I acknowledge that understand the contents of the Cybersecurity and PA training.
Thank you,
Anthony Armstrong

Subject to Protective Order

**From:** Dillaman, Miranda C.
**To:** Sylke, Kimberly D.
**Cc:** Davis, Melinda M.; Mitchell, Diana; Hazlett, Amber L.; Nickerson, Tiffany V.; Lowe, Dana S.; Dennis, Natasha
**Subject:** RE: Permanent PIV Request for Anthony Armstrong
**Date:** Tuesday, February 4, 2025 2:56:00 PM
**Attachments:** image002.png

---

Hi Kim!

I will be initiating Anthony Armstrong for a full investigation on the 86. No fingerprints needed. Will take care of the eApp, email and cc you.

Thanks!

**Miranda Dillaman** | Senior Personnel Security Specialist

U.S. Office of Personnel Management
Office of Facilities, Security, and Emergency Management | Personnel Security
T: (202) 936-2538 | OPM.gov

OPM U.S. Office of Personnel Management

Follow us on LinkedIn | Twitter | YouTube

---

**From:** Sylke, Kimberly D. <Kimberly.Sylke@opm.gov>
**Sent:** Thursday, January 30, 2025 8:33 AM
**To:** Dillaman, Miranda C. <Miranda.Dillaman@opm.gov>
**Cc:** Davis, Melinda M. <Melinda.Davis@opm.gov>; Mitchell, Diana <Diana.Mitchell@opm.gov>; Hazlett, Amber L. <Amber.Hazlett@opm.gov>; Nickerson, Tiffany V. <Tiffany.Nickerson@opm.gov>; Lowe, Dana S. <Dana.Lowe@opm.gov>; Dennis, Natasha <Natasha.Dennis@opm.gov>
**Subject:** Permanent PIV Request for Anthony Armstrong

Good Morning Miranda,

Requesting a permanent PIV for Expert Anthony Armstrong. Attached are following documents for your review:

- Resume (will get you this to as soon as I receive it)
- PD
- New Hire Information

Please let me know if you need additional information and/or documents.

Thank you,
Kim

Standard Form 50
Rev. 7/91
U.S. Offfice of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name *(Last, First, Middle)* | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ARMSTRONG, ANTHONY JOHN | [redacted] | 02/02/1968 | 06/06/2025 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 317 | RESIGNATION |
| **5-C. Code** | **5-D. Legal Authority** |
| RUM | REG 715.202 OTHER. |
| **5-E. Code** | **5-F. Legal Authority** |
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| **6-C. Code** | **6-D. Legal Authority** |
| | |
| **6-E. Code** | **6-F. Legal Authority** |
| | |

**7. FROM: Position Title and Number**
EXPERT

PD: 6A39742

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| ED | 0301 | 00 | 00 | $0 | WC |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $0 | $0 | $0 | $0 |

14. Name and Location of Position's Organization

OPM
OFC OF THE DIRECTOR

WASHINGTON DC

**15. TO: Position Title and Number**

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | | |

22. Name and Location of Position's Organization

## EMPLOYEE DATA

23. Veterans Preference: 1 (1 - None; 2 - 5-Point; 3 - 10-Point/Disability; 4 - 10-Point/Compensable; 5 - 10-Point/Other; 6 - 10-Point/Compensable/30%)

24. Tenure: 0 (0 - None; 1 - Permanent; 2 - Conditional; 3 - Indefinite)

25. Agency Use: JS

26. Veterans Pref for RIF: YES [ ] NO [X]

27. FEGLI: A0 INELIGIBLE FOR LIFE INSURANCE COVERAGE

28. Annuitant Indicator: 9 NOT APPLICABLE

29. Pay Rate Determinant: 0

30. Retirement Plan: 4 NONE

31. Service Comp. Date (Leave): 01/20/2025

32. Work Schedule: I INTERMITTENT

33. Part-Time Hours Per Biweekly Pay Period:

## POSITION DATA

34. Position Occupied: 2 (1 - Competitive Service; 2 - Excepted Service; 3 - SES General; 4 - SES Career)

35. FLSA Category: E (E - Exempt; N - Nonexempt)

36. Appropriation Code: 41AA0

37. Bargaining Unit Status: 8888

38. Duty Station Code: 11-0010-001

39. Duty Station *(City - County - State or Overseas Location)*: WASHINGTON DISTRICT OF COLUMBIA DC

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 10001 | | 0000 | 33.94 | CRITICAL-SENSITIVE (CS)/HIGH R |

45. Remarks
FORWARDING ADDRESS: [redacted]

46. Employing Department or Agency
OPM

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| OM00 | 1000 | 06/09/2025 |

50. Signature/Authentication and Title of Approving Official
ELECTRONICALLY SIGNED BY:
CARMEN GARCIA-WHITESIDE
CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR

5-Part

**2 - OPF Copy - Long-Term Record -- DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

Subject to Protective Order

# NOTICE TO EMPLOYEE

**This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.**

### The Action

- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

### Pay

- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
- Block 20A is the scheduled dollar amount for your grade and step, including any special salary rate you receive. It does not include any locality-based pay. This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.
- Block 20B is the annual dollar amount of your interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.
- Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
- Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purpose.

### Block 24 - Tenure

- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF). Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351-1; both should be available for review in your personnel office.

### Block 26 - Veterans Preference to RIF

- Indicates whether you have preference for reduction-in-force purposes.

### Block 30 - Retirement Plan

- **FICA** - Social Security System
- **CS** - Civil Service Retirement System
- **CS-Spec** - Civil Service Retirement System for law enforcement and firefighter personnel
- **FS** - Foreign Service Retirement and Disability System
- **FERS** - Federal Employees' Retirement System
- **FERS-Reserve Tech** - Federal Employees' Retirement System for National Guard Reserve Technicians
- **FERS-ATC** - Federal Employees' Retirement System for Air Traffic Controllers
- **FERS-Spec** - Federal Employees' Retirement System for law enforcement and firefighter personnel
- **FSPS** - Foreign Service Pension System

### Block 31 - Service computation Date (Leave)

- Shows when your Federal service began unless you have prior creditable service. If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
- Your earnings and leave statement or your time and attendance card will

### Block 32 - Work Schedule

- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no prearranged scheduled tour of duty and works when needed.
  Full-Time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not.
  Seasonal employees work on an annually recurring bases for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
  On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

### Block 33 - Part-time Hours Per Biweekly Pay Period

Indicates the number of hours a part-time employee is scheduled to work during a two-week pay period.

### Block 34 - Position Occupied

Identifies the employment system under which you are serving -- the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).
The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you have Federal service.

### Block 35 - FLSA Category

Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees **are** covered.

### Block 37 - Bargaining Unit Status

Identifies a bargaining unit to which you belong, whether or not your are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

### Block 38 and 39 - Duty Station

Identifies the city, county, and state or the overseas location, where you actually work.

## OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.
- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency. If you are eligible to and elect to join an employee organization, you can elect to have your dues withheld from your salary.
- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.
- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

**It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.**

Subject to Protective Order

**Dillaman, Miranda C.**

| | |
|---|---|
| **From:** | Personnel Security Group |
| **Sent:** | Thursday, January 23, 2025 5:43 AM |
| **To:** | Sylke, Kimberly D. |
| **Cc:** | Lowe, Dana S.; Nickerson, Tiffany V.; Garcia, Carmen E.; Beckman, Christopher J.; Davis, Melinda M.; Duncan, Jennifer |
| **Subject:** | RAYNOR, Austin - CLEARED 01/23/2025 |

Please note that this cleared message is for a temporary appointment for less than 180 days.

Thank you!

**Miranda Dillaman** | Senior Personnel Security Specialist

U.S. Office of Personnel Management
Office of Facilities, Security, and Emergency Management | Personnel Security
T: (202) 936-2538 | OPM.gov

OPM U.S. Office of Personnel Management

Follow us on LinkedIn | Twitter | YouTube

Subject to Protective Order

# APPOINTMENT AFFIDAVITS

Senior Advisor — 1/30/25
(Position to which Appointed) (Date Appointed)

OPM — Office of the Director — Washington, D.C.
(Department or Agency) (Bureau or Division) (Place of Employment)

I, Austin Raynor, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

[signature]
(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 30 day of Janaury, 2025

at Washington (City) D.C. (State)

(SEAL)

Tiffany V. Nickerson
(Signature of Officer)

Commission expires ________
(If by a Notary Public, the date of his/her Commission should be shown)

HR Specialist, Executive Resources, OCHCO
(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

Subject to Protective Order

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| RAYNOR, AUSTIN LEWIS | [redacted] | 02/27/1988 | 01/30/2025 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 190 | PROVISIONAL APPT NTE 05/29/2025 |
| **5-C. Code** | **5-D. Legal Authority** |
| Y9K | SCH C, 213.3302(A). |
| **5-E. Code** | **5-F. Legal Authority** |
| AWM | OPM FORM 1019 DATED 01-20-2025 |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| **6-C. Code** | **6-D. Legal Authority** |
| | |
| **6-E. Code** | **6-F. Legal Authority** |
| | |

**7. FROM: Position Title and Number**

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

14. Name and Location of Position's Organization

**15. TO: Position Title and Number**
SENIOR ADVISOR
PD: 6A39748

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0301 | 15 | 10 | $195,200.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $162,672.00 | $32,528.00 | $195,200.00 | $0 |

22. Name and Location of Position's Organization
OPM
OFC OF THE DIRECTOR
WASHINGTON DC

## EMPLOYEE DATA

23. Veterans Preference: 1 (1 - None; 2 - 5-Point; 3 - 10-Point/Disability; 4 - 10-Point/Compensable; 5 - 10-Point/Other; 6 - 10-Point/Compensable/30%)

24. Tenure: 3 (0 - None; 1 - Permanent; 2 - Conditional; 3 - Indefinite)

25. Agency Use: JS

26. Veterans Pref for RIF: YES [ ] NO [X]

27. FEGLI: B0 WAIVED

28. Annuitant Indicator: 9 NOT APPLICABLE

29. Pay Rate Determinant: 7

30. Retirement Plan: KF FERS FRAE AND FICA (FULL)

31. Service Comp. Date (Leave): 01/30/2025

32. Work Schedule: F FULL TIME

33. Part-Time Hours Per Biweekly Pay Period:

## POSITION DATA

34. Position Occupied: 2 (1 - Competitive Service; 2 - Excepted Service; 3 - SES General; 4 - SES Career)

35. FLSA Category: E (E - Exempt; N - Nonexempt)

36. Appropriation Code: 41AA0

37. Bargaining Unit Status: 8888

38. Duty Station Code: 11-0010-001

39. Duty Station (City - County - State or Overseas Location): WASHINGTON DISTRICT OF COLUMBIA DC

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 10001 | | 0000 | 33.94 | CRITICAL-SENSITIVE (CS)/HIGH R |

45. Remarks

APPOINTMENT IS INDEFINITE.

APPOINTMENT IS ON A PROVISIONAL BASIS. YOU ARE ELIGIBLE FOR RETIREMENT COVERAGE AND FOR HEALTH BENEFITS AND LIFE INSURANCE. IF YOUR PERFORMANCE IS SATISFACTORY, AND YOU MEET ALL LEGAL, QUALIFICATIONS, AND OTHER APPLICABLE REQUIREMENTS, YOU MAY BE CONVERTED TO A NONTEMPORARY APPOINTMENT BEFORE THIS APPOINTMENT EXPIRES.

POSITION IS AT THE FULL PERFORMANCE LEVEL OR BAND.

APPOINTMENT AFFIDAVIT EXECUTED 01-30-2025.

PAY SET USING THE SUPERIOR QUALIFICATIONS AND SPECIAL NEEDS PAY-SETTING AUTHORITY UNDER 5 CFR 531.212.

FROZEN SERVICE: 0000

CREDITABLE MILITARY SERVICE:0000

PREVIOUS RETIREMENT COVERAGE: NEVER COVERED

EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS, FERS-RAE, OR FERS-FRAE.

46. Employing Department or Agency: OPM

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| OM00 | 1000 | 02/04/2025 |

50. Signature/Authentication and Title of Approving Official
ELECTRONICALLY SIGNED BY:
CARMEN GARCIA-WHITESIDE
CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR

5-Part **2 - OPF Copy - Long-Term Record -- DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

Subject to Protective Order

# NOTICE TO EMPLOYEE

**This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.**

### The Action

- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

### Pay

- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive. It does not include any locality-based pay. This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.
- Block 20B is the annual dollar amount of your interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.
- Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
- Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purpose.

### Block 24 - Tenure

- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF). Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351-1; both should be available for review in your personnel office.

### Block 26 - Veterans Preference to RIF

- Indicates whether you have preference for reduction-in-force purposes.

### Block 30 - Retirement Plan

- **FICA** - Social Security System
- **CS** - Civil Service Retirement System
- **CS-Spec** - Civil Service Retirement System for law enforcement and firefighter personnel
- **FS** - Foreign Service Retirement and Disability System
- **FERS** - Federal Employees' Retirement System
- **FERS-Reserve Tech** - Federal Employees' Retirement System for National Guard Reserve Technicians
- **FERS-ATC** - Federal Employees' Retirement System for Air Traffic Controllers
- **FERS-Spec** - Federal Employees' Retirement System for law enforcement and firefighter personnel
- **FSPS** - Foreign Service Pension System

### Block 31 - Service computation Date (Leave)

- Shows when your Federal service began unless you have prior creditable service. If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
- Your earnings and leave statement or your time and attendance card will

### Block 32 - Work Schedule

- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no prearranged scheduled tour of duty and works when needed.
  Full-Time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not.
  Seasonal employees work on an annually recurring bases for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
  On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

### Block 33 - Part-time Hours Per Biweekly Pay Period

Indicates the number of hours a part-time employee is scheduled to work during a two-week pay period.

### Block 34 - Position Occupied

Identifies the employment system under which you are serving -- the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).
The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you have Federal service.

### Block 35 - FLSA Category

Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees **are** covered.

### Block 37 - Bargaining Unit Status

Identifies a bargaining unit to which you belong, whether or not your are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

### Block 38 and 39 - Duty Station

Identifies the city, county, and state or the overseas location, where you actually work.

## OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.
- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency. If you are eligible to and elect to join an employee organization, you can elect to have your dues withheld from your salary.
- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.
- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

**It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.**

**Memorandum of Understanding for Detail between**
**OPM and USDS**
**Non-Reimbursable Detail Base Agreement**

The Office of Personnel Management (OPM) hereby enters into an agreement for the temporary detail of Austin Raynor (Detailee) from the Office of Personnel Management to the United States DOGE Service (USDS). This detail shall be made on a non-reimbursable basis in accordance with the provisions set forth herein.

**1. PURPOSE**

This Memorandum of Understanding (MOU) outlines the agreement for Austin Raynor to participate in a non-reimbursable detail to USDS for the purpose of supporting USDS projects.

**2. SCOPE OF WORK/ASSIGNMENT**

During the period of the detail, Austin Raynor will be detailed from the present position as a Lawyer within the Office of Personnel Management to a set of duties with USDS.

A. Duties and Responsibilities of the Detailee

The Detailee's duties and responsibilities at USDS will include:

- Providing legal advice to the USDS Administrator and other senior leaders of USDS in consultation with USDS' general counsel;
- Interpretating legal authority applicable to USDS;
- Rendering a wide-variety of legal guidance, support, and strategy regarding USDS matters.

B. Goals of the Detail Assignment:

The purpose of this role is to provide USDS with experienced legal assistance by contributing specialized skills across various agency projects. The Detailee, in coordination with the USDS team, will contribute to USDS tasks as assigned. The incumbent will work across the Executive Office of the President and in conjunction with Agency leadership across Government to achieve USDS objectives.

C. Controls over Work

The Detailee will report to USDS leadership for the duration of this assignment.

The Supervisor of Austin Raynor will be the USDS Administrator.

**3. DURATION, EXTENSION, AND TERMINATION OF ASSIGNMENT**

A. This assignment is for full-time, 80 hours per pay period NTE 180 days from the Detaille's start date with USDS. Upon execution of the MOU, USDS will begin the security clearance process, and the Detailee will receive a start date once clearance is received.
B. This agreement may be amended, extended, or terminated by mutual written and signed consent of both parties, with reasonable notice to the Detailee. The desire for such activity by either OPM or USDS shall be declared in writing at least one month (30 calendar days) in

advance of the effective date for such action, unless good cause exists for immediate termination.

C. An extension must be documented as a written and signed amendment to this agreement and personnel action, as appropriate.
D. At the conclusion of the detail, Austin Raynor will return to the position of record with OPM.
E. The work week and hours of duty will be determined by USDS, subject to applicable Federal regulations.
F. The Detailee will continue to accrue annual and sick leave in accordance with OPM's provisions for Attendance and Leave. Use of leave will be approved by the USDS supervisor designated for the period of assignment. The USDS supervisor will advise the OPM supervisor of any leave taken by submitting approved time and attendance records on a biweekly basis. OPM will continue to maintain the Detailee's official time and attendance record. The Detailee's supervisor at USDS, or designee, must sign all submitted time and attendance records.
G. The Detailee's coverage under Federal retirement, group health benefits, life insurance, and Thrift Savings Plan (if applicable) will continue during the period of assignment. The Detailee's share of costs for such coverage will continue to be withheld from the Detailee's salary. Payment of the employer's share of costs is indicated below.

**4. LEGAL AUTHORITY**

The Economy Act, 31 U.S.C. §§ 1535 - 1536 16 HRM 9334.2A

**5. REIMBURSEMENT PROVISIONS:**

A. Salary and Fringe Benefits: OPM will continue to pay Detailee's annual salary. This agreement is non-reimbursable.
B. Overtime or other Special Charges: Should USDS need the Detailee to work beyond the regular 80-hour biweekly tour of duty, the USDS supervisor must obtain approval from the Detailee's supervisor of record.

**6. RULES, REGULATIONS, AND POLICIES:**

A. The Detailee is subject to the Federal statutory and regulatory provisions that govern ethical and other standards of conduct, conflicts of interest, suitability, security, and limitations on political activity (18 U.S.C. §§ 203, 205, 208, and 209 and 5 C.F.R. Parts 2635 and 4501); and to any applicable state and local government statutory and regulatory provisions.
B. The Federal Tort Claims Act and any other Federal tort liability statutes shall apply to the Detailee.
C. The rules and policies that govern the internal operation and management of USDS are applicable to the Detailee.
D. Records retention. The Detailee agrees to preserve information worked on for the USDS Interagency Hiring Initiatives team in accordance with the Federal Records Act, OPM Records
E. Unauthorized disclosure of information. The Detailee will not disclose nonpublic information to outside parties without prior approval from USDS. If the Detailee improperly discloses non-public information, the OPM agrees to pursue appropriate steps. These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by existing

statute or Executive order relating to (1) classified information, (2) communications to Congress, (3) the reporting to an Inspector General of a violation of any law, rule or regulation, or mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, or (4) any other whistleblower protection. These definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive orders and statutory provisions are incorporated into this agreement and are controlling.

F. Should travel be required in the performance of official duties during the detail, the Detailee will be reimbursed in accordance with the Federal Travel Regulations. Any costs associated with travel directed by USDS shall be paid by USDS.

**7. SECURITY CLEARANCE**:

The commencement of the detail is contingent upon the Detailee's successful adjudication and receipt of any necessary security clearances and other pre-employment screening required by the Executive Office of the President. If the Detailee is unable to obtain the required level of access prior to the detail or access is suspended or revoked for any reason during the detail, USDS retains the right to immediately terminate the detail. OPM is not obligated to provide a replacement.

**8. LOCATION OF WORK ASSIGNMENT:**

The Detailee's work location shall be the Eisenhower Executive Office Building.

**9. CONTACTS:**

The contacts of each party to this agreement are:

USDS Point of Contact:
Steven Davis, Senior Advisor, USDS, steven.m.davis@doge.eop.gov

OPM Point of Contact:
Carmen Garcia, Chief Human capital Officer, OPM, carmen.garcia@opm.gov

**10. SIGNATURES**:

/s/ Steven M. Davis — 2/10/25
**Steven Davis** — **Date**
**Senior Advisor**
**United States DOGE Service**

[signature] — 2/7/2025
**Carmen E. Garcia** — **Date**
**Chief Human Capital Officer**
**Office of Personnel Management**

| | |
|---|---|
| **From:** | Personnel Security Group |
| **To:** | Sylke, Kimberly D. |
| **Cc:** | Lowe, Dana S.; Nickerson, Tiffany V.; Garcia, Carmen E.; Beckman, Christopher J.; Davis, Melinda M.; Duncan, Jennifer |
| **Subject:** | MLODZIANOWSKI, Bryanne-Michelle - CLEARED 02/03/2025 |
| **Date:** | Monday, February 3, 2025 4:05:00 PM |
| **Attachments:** | image001.png |

Please note that this cleared message is for a temporary appointment for less than 180 days.

Thank you!

**Miranda Dillaman** | Senior Personnel Security Specialist

U.S. Office of Personnel Management
Office of Facilities, Security, and Emergency Management | Personnel Security
T: (202) 936-2538 | OPM.gov

OPM U.S. Office of Personnel Management

Follow us on LinkedIn | Twitter | YouTube

Subject to Protective Order

# APPOINTMENT AFFIDAVITS

EXPERT
(Position to which Appointed)

2/3/2025
(Date Appointed)

OPM
(Department or Agency)

OFFICE OF THE DIRECTOR
(Bureau or Division)

WASHINGTON, D.C.
(Place of Employment)

I, Bryanne-Michelle Mlodzianowski, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

BMlodjanowski
(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 3rd day of February, 2025

at Washington (City) D.C. (State)

(Signature of Officer)

(SEAL)

Commission expires ____________
(If by a Notary Public, the date of his/her Commission should be shown)

Chief Human Captial Officer
(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

Subject to Protective Order

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MLODZIANOWSKI, BRYANNE-MICHELLE NMN | [redacted] | 11/20/1984 | 02/03/2025 |

## FIRST ACTION

| 5–A. Code | 5–B. Nature of Action |
|---|---|
| 171 | EXC APPT NTE 08/01/2025 |
| **5–C. Code** | **5–D. Legal Authority** |
| H2L | REG 304.103. |
| **5–E. Code** | **5–F. Legal Authority** |
| | |

## SECOND ACTION

| 6–A. Code | 6–B. Nature of Action |
|---|---|
| | |
| **6–C. Code** | **6–D. Legal Authority** |
| | |
| **6–E. Code** | **6–F. Legal Authority** |
| | |

**7. FROM: Position Title and Number**

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

**14. Name and Location of Position's Organization**

**15. TO: Position Title and Number**
EXPERT
PD: 6A39750

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| ED | 0301 | 00 | 00 | $0 | WC |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $0 | $0 | $0 | $0 |

**22. Name and Location of Position's Organization**
OPM
OFC OF THE DIRECTOR

WASHINGTON DC

## EMPLOYEE DATA

**23. Veterans Preference:** 1
1 – None; 2 – 5–Point; 3 – 10–Point/Disability; 4 – 10–Point/Compensable; 5 – 10–Point/Other; 6 – 10–Point/Compensable/30%

**24. Tenure:** 0
0 – None; 1 – Permanent; 2 – Conditional; 3 – Indefinite

**25. Agency Use:** TG

**26. Veterans Preference for RIF:** YES [ ] NO [X]

**27. FEGLI:** A0 INELIGIBLE FOR LIFE INSURANCE COVERAGE

**28. Annuitant Indicator:** 9 NOT APPLICABLE

**29. Pay Rate Determinant:** 0

**30. Retirement Plan:** 4 NONE

**31. Service Comp. Date (Leave):** 02/03/2025

**32. Work Schedule:** F FULL TIME

**33. Part–Time Hours Per Biweekly Pay Period:**

## POSITION DATA

**34. Position Occupied:** 2
1 – Competitive Service; 2 – Excepted Service; 3 – SES General; 4 – SES Career Reserved

**35. FLSA Category:** E
E – Exempt; N – Nonexempt

**36. Appropriation Code:** 41AA0

**37. Bargaining Unit Status:** 8888

**38. Duty Station Code:** 11-0010-001

**39. Duty Station (City – County – State or Overseas Location):** WASHINGTON DISTRICT OF COLUMBIA DC

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 10001 | | 0000 | 33.94 | CRITICAL-SENSITIVE (CS)/HIGH R |

**45. Remarks**

APPOINTMENT AFFIDAVIT EXECUTED 02-03-2025
REASON FOR TEMPORARY APPOINTMENT: TO PROVIDE A HIGH LEVEL OF EXPERTISE RELATIVE TO ISSUES WHICH HAVE A SIGNIFICANT IMPACT ON THE FORMULATION OF AGENCY GOALS AND OBJECTIVES TO THE OPM DIRECTOR.
CREDITABLE MILITARY SERVICE: NONE
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED

**46. Employing Department or Agency:** OPM

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| OM00 | 1000 | 02/06/2025 |

**50. Signature/Authentication and Title of Approving Official**
ELECTRONICALLY SIGNED BY:
CARMEN GARCIA-WHITESIDE
CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

Subject to Protective Order

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MLODZIANOWSKI, BRYANNE-MICHELLE NMN | [redacted] | 11/20/1984 | 03/05/2025 |

## FIRST ACTION

| 5–A. Code | 5–B. Nature of Action |
|---|---|
| 357 | TERMINATION |
| **5–C. Code** | **5–D. Legal Authority** |
| UYM | REG 304.103 |
| **5–E. Code** | **5–F. Legal Authority** |
| | |

## SECOND ACTION

| 6–A. Code | 6–B. Nature of Action |
|---|---|
| | |
| **6–C. Code** | **6–D. Legal Authority** |
| | |
| **6–E. Code** | **6–F. Legal Authority** |
| | |

7. FROM: Position Title and Number
EXPERT
PD: 6A39750

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| ED | 0301 | 00 | 00 | $0 | WC |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $0 | $0 | $0 | $0 |

14. Name and Location of Position's Organization
OPM
OFC OF THE DIRECTOR

WASHINGTON DC

15. TO: Position Title and Number

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | | |

22. Name and Location of Position's Organization

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 (1 – None; 2 – 5–Point; 3 – 10–Point/Disability; 4 – 10–Point/Compensable; 5 – 10–Point/Other; 6 – 10–Point/Compensable/30%) | 0 (0 – None; 1 – Permanent; 2 – Conditional; 3 – Indefinite) | JS | YES / X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| A0 INELIGIBLE FOR LIFE INSURANCE COVERAGE | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 4 NONE | 02/03/2025 | F FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 (1 – Competitive Service; 2 – Excepted Service; 3 – SES General; 4 – SES Career Reserved) | E (E – Exempt; N – Nonexempt) | 41AA0 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON DISTRICT OF COLUMBIA DC |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 10001 | | 0000 | 33.94 | CRITICAL-SENSITIVE (CS)/HIGH R |

45. Remarks
FORWARDING ADDRESS: [redacted]

| 46. Employing Department or Agency | | | 50. Signature/Authentication and Title of Approving Official |
|---|---|---|---|
| OPM | | | ELECTRONICALLY SIGNED BY: |
| **47. Agency Code** | **48. Personnel Office ID** | **49. Approval Date** | CARMEN GARCIA-WHITESIDE |
| OM00 | 1000 | 03/10/2025 | CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR |

5–Part 50–316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238

OPM-000257

Subject to Protective Order

**From:** Personnel Security Group
**To:** Sylke, Kimberly D.
**Cc:** Lowe, Dana S.; Nickerson, Tiffany V.; Garcia, Carmen E.; Beckman, Christopher J.; Davis, Melinda M.; Duncan, Jennifer
**Subject:** HANNA, Christina - CLEARED 02/03/2025
**Date:** Monday, February 3, 2025 4:07:00 PM
**Attachments:** image001.png

---

Please note that this cleared message is for a temporary appointment for less than 180 days.

Thank you!

**Miranda Dillaman** | Senior Personnel Security Specialist

U.S. Office of Personnel Management
Office of Facilities, Security, and Emergency Management | Personnel Security
T: (202) 936-2538 | OPM.gov

OPM U.S. Office of Personnel Management

Follow us on LinkedIn | Twitter | YouTube

Subject to Protective Order

# APPOINTMENT AFFIDAVITS

EXPERT
(Position to which Appointed)

2/3/2025
(Date Appointed)

OPM
(Department or Agency)

OFFICE OF THE DIRECTOR
(Bureau or Division)

WASHINGTON, D.C.
(Place of Employment)

I, Christina Hanna, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 3rd day of Feburary, 2025

at Washington (City) D.C. (State)

(Signature of Officer)

(SEAL)

Commission expires ____________
(If by a Notary Public, the date of his/her Commission should be shown)

Chief Human Capital Officer
(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

Subject to Protective Order

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HANNA, CHRISTINA ZOHNY ZAKI | [redacted] | 03/21/1985 | 02/03/2025 |

## FIRST ACTION

| 5–A. Code | 5–B. Nature of Action |
|---|---|
| 171 | EXC APPT NTE 08/01/2025 |
| **5–C. Code** | **5–D. Legal Authority** |
| H2L | REG 304.103. |
| **5–E. Code** | **5–F. Legal Authority** |
| | |

## SECOND ACTION

| 6–A. Code | 6–B. Nature of Action |
|---|---|
| | |
| **6–C. Code** | **6–D. Legal Authority** |
| | |
| **6–E. Code** | **6–F. Legal Authority** |
| | |

7. FROM: Position Title and Number

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

14. Name and Location of Position's Organization

15. TO: Position Title and Number
EXPERT
PD: 6A39735

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| ED | 0301 | 00 | 00 | $0 | WC |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $0 | $0 | $0 | $0 |

22. Name and Location of Position's Organization

OPM
OFC OF THE DIRECTOR

WASHINGTON DC

## EMPLOYEE DATA

23. Veterans Preference: 1
(1 – None; 2 – 5–Point; 3 – 10–Point/Disability; 4 – 10–Point/Compensable; 5 – 10–Point/Other; 6 – 10–Point/Compensable/30%)

24. Tenure: 0
(0 – None; 1 – Permanent; 2 – Conditional; 3 – Indefinite)

25. Agency Use: TG

26. Veterans Preference for RIF: YES [ ] NO [X]

27. FEGLI: A0 INELIGIBLE FOR LIFE INSURANCE COVERAGE

28. Annuitant Indicator: 9 NOT APPLICABLE

29. Pay Rate Determinant: 0

30. Retirement Plan: 4 NONE

31. Service Comp. Date (Leave): 02/03/2025

32. Work Schedule: F FULL TIME

33. Part–Time Hours Per Biweekly Pay Period:

## POSITION DATA

34. Position Occupied: 2
(1 – Competitive Service; 2 – Excepted Service; 3 – SES General; 4 – SES Career Reserved)

35. FLSA Category: E
(E – Exempt; N – Nonexempt)

36. Appropriation Code: 41AA0

37. Bargaining Unit Status: 8888

38. Duty Station Code: 11-0010-001

39. Duty Station (City – County – State or Overseas Location): WASHINGTON DISTRICT OF COLUMBIA DC

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 10001 | | 0000 | 33.94 | CRITICAL-SENSITIVE (CS)/HIGH R |

45. Remarks

APPOINTMENT AFFIDAVIT EXECUTED 02-03-2025
REASON FOR TEMPORARY APPOINTMENT: TO PROVIDE A HIGH LEVEL OF EXPERTISE RELATIVE TO ISSUES WHICH HAVE A SIGNIFICANT IMPACT ON THE FORMULATION OF AGENCY GOALS AND OBJECTIVES TO THE OPM DIRECTOR.
CREDITABLE MILITARY SERVICE: 0000.
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED

46. Employing Department or Agency: OPM

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| OM00 | 1000 | 02/06/2025 |

50. Signature/Authentication and Title of Approving Official
ELECTRONICALLY SIGNED BY:
CARMEN GARCIA-WHITESIDE
CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR

Subject to Protective Order

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HANNA, CHRISTINA ZOHNY ZAKI | [redacted] | 03/21/1985 | 03/05/2025 |

## FIRST ACTION

| 5–A. Code | 5–B. Nature of Action |
|---|---|
| 357 | TERMINATION |
| **5–C. Code** | **5–D. Legal Authority** |
| UYM | REG. 304.103 |
| **5–E. Code** | **5–F. Legal Authority** |
| | |

## SECOND ACTION

| 6–A. Code | 6–B. Nature of Action |
|---|---|
| | |
| **6–C. Code** | **6–D. Legal Authority** |
| | |
| **6–E. Code** | **6–F. Legal Authority** |
| | |

7. FROM: Position Title and Number
EXPERT
PD: 6A39735

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| ED | 0301 | 00 | 00 | $0 | WC |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $0 | $0 | $0 | $0 |

14. Name and Location of Position's Organization
OPM
OFC OF THE DIRECTOR
WASHINGTON DC

15. TO: Position Title and Number

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | | |

22. Name and Location of Position's Organization

## EMPLOYEE DATA

23. Veterans Preference: 1
1 – None; 2 – 5–Point; 3 – 10–Point/Disability; 4 – 10–Point/Compensable; 5 – 10–Point/Other; 6 – 10–Point/Compensable/30%

24. Tenure: 0
0 – None; 1 – Permanent; 2 – Conditional; 3 – Indefinite

25. Agency Use: JS

26. Veterans Preference for RIF: YES [ ] NO [X]

27. FEGLI: A0 INELIGIBLE FOR LIFE INSURANCE COVERAGE

28. Annuitant Indicator: 9 NOT APPLICABLE

29. Pay Rate Determinant: 0

30. Retirement Plan: 4 NONE

31. Service Comp. Date (Leave): 02/03/2025

32. Work Schedule: F FULL TIME

33. Part–Time Hours Per Biweekly Pay Period:

## POSITION DATA

34. Position Occupied: 2
1 – Competitive Service; 2 – Excepted Service; 3 – SES General; 4 – SES Career Reserved

35. FLSA Category: E
E – Exempt; N – Nonexempt

36. Appropriation Code: 41AA0

37. Bargaining Unit Status: 8888

38. Duty Station Code: 11-0010-001

39. Duty Station (City – County – State or Overseas Location): WASHINGTON DISTRICT OF COLUMBIA DC

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 10001 | | 0000 | 33.94 | CRITICAL-SENSITIVE (CS)/HIGH R |

45. Remarks
FORWARDING ADDRESS: [redacted]

46. Employing Department or Agency: OPM

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| OM00 | 1000 | 03/10/2025 |

50. Signature/Authentication and Title of Approving Official
ELECTRONICALLY SIGNED BY:
CARMEN GARCIA-WHITESIDE
CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR

**Dillaman, Miranda C.**

| | |
|---|---|
| **From:** | Personnel Security Group |
| **Sent:** | Friday, January 24, 2025 6:32 PM |
| **To:** | Sylke, Kimberly D. |
| **Cc:** | Lowe, Dana S.; Nickerson, Tiffany V.; Garcia, Carmen E.; Beckman, Christopher J.; Davis, Melinda M.; Duncan, Jennifer |
| **Subject:** | STANLEY, Christopher - CLEARED 01/24/2025 |

Please note that this cleared message is for a temporary appointment for less than 180 days.

Thank you!

**Miranda Dillaman** | Senior Personnel Security Specialist

U.S. Office of Personnel Management
Office of Facilities, Security, and Emergency Management | Personnel Security
T: (202) 936-2538 | OPM.gov

OPM U.S. Office of Personnel Management

Follow us on LinkedIn | Twitter | YouTube

Subject to Protective Order

# APPOINTMENT AFFIDAVITS

Expert
*(Position to which Appointed)*

01/28/2025
*(Date Appointed)*

Office of Personnel Managemer
*(Department or Agency)*

Office of the Director
*(Bureau or Division)*

Washington, D.C.
*(Place of Employment)*

I, Christopher Stanley, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

[signature]
(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 28 day of January, 2025

at Washington (City) D.C. (State)

Kimberly DeSylve [signature]
(Signature of Officer)

(SEAL)

Commission expires__________
(If by a Notary Public, the date of his/her Commission should be shown)

Supervisory HR Specialist
(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

Subject to Protective Order

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| STANLEY, CHRISTOPHER ALAN | [redacted] | 04/28/1991 | 01/28/2025 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 171 | EXC APPT NTE 07/26/2025 |
| 5-C. Code | 5-D. Legal Authority |
| H2L | REG 304.103. |
| 5-E. Code | 5-F. Legal Authority |
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

**7. FROM: Position Title and Number**

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

14. Name and Location of Position's Organization

**15. TO: Position Title and Number**
EXPERT
PD: 6A39736

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| ED | 0301 | 00 | 00 | $0 | WC |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $0 | $0 | $0 | $0 |

22. Name and Location of Position's Organization
OPM
OFC OF THE DIRECTOR

WASHINGTON DC

## EMPLOYEE DATA

23. Veterans Preference: 1 (1 - None; 2 - 5-Point; 3 - 10-Point/Disability; 4 - 10-Point/Compensable; 5 - 10-Point/Other; 6 - 10-Point/Compensable/30%)

24. Tenure: 0 (0 - None; 1 - Permanent; 2 - Conditional; 3 - Indefinite)

25. Agency Use: TG

26. Veterans Pref for RIF: YES [ ] NO [X]

27. FEGLI: A0 INELIGIBLE FOR LIFE INSURANCE COVERAGE

28. Annuitant Indicator: 9 NOT APPLICABLE

29. Pay Rate Determinant: 0

30. Retirement Plan: 4 NONE

31. Service Comp. Date (Leave): 01/28/2025

32. Work Schedule: F FULL TIME

33. Part-Time Hours Per Biweekly Pay Period:

## POSITION DATA

34. Position Occupied: 2 (1 - Competitive Service; 2 - Excepted Service; 3 - SES General; 4 - SES Career)

35. FLSA Category: E (E - Exempt; N - Nonexempt)

36. Appropriation Code: 41AA0

37. Bargaining Unit Status: 8888

38. Duty Station Code: 11-0010-001

39. Duty Station (City - County - State or Overseas Location): WASHINGTON DISTRICT OF COLUMBIA DC

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 10001 | | 0000 | 33.94 | CRITICAL-SENSITIVE (CS)/HIGH R |

45. Remarks

APPOINTMENT AFFIDAVIT EXECUTED 01-28-2025

REASON FOR TEMPORARY APPOINTMENT: TO PROVIDE A HIGH LEVEL OF EXPERTISE RELATIVE TO ISSUES WHICH HAVE A SIGNIFICANT IMPACT ON THE FORMULATION OF AGENCY GOALS AND OBJECTIVES TO THE OPM DIRECTOR.

CREDITABLE MILITARY SERVICE:0000

PREVIOUS RETIREMENT COVERAGE: NEVER COVERED

46. Employing Department or Agency: OPM

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| OM00 | 1000 | 01/30/2025 |

50. Signature/Authentication and Title of Approving Official
ELECTRONICALLY SIGNED BY:
CARMEN GARCIA-WHITESIDE
CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR

5-Part

**2 - OPF Copy - Long-Term Record -- DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

Subject to Protective Order

# NOTICE TO EMPLOYEE

**This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.**

### The Action

- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

### Pay

- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive. It does not include any locality-based pay. This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.
- Block 20B is the annual dollar amount of your interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.
- Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
- Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purpose.

### Block 24 - Tenure

- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF). Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351-1; both should be available for review in your personnel office.

### Block 26 - Veterans Preference to RIF

- Indicates whether you have preference for reduction-in-force purposes.

### Block 30 - Retirement Plan

- **FICA** - Social Security System
- **CS** - Civil Service Retirement System
- **CS-Spec** - Civil Service Retirement System for law enforcement and firefighter personnel
- **FS** - Foreign Service Retirement and Disability System
- **FERS** - Federal Employees' Retirement System
- **FERS-Reserve Tech** - Federal Employees' Retirement System for National Guard Reserve Technicians
- **FERS-ATC** - Federal Employees' Retirement System for Air Traffic Controllers
- **FERS-Spec** - Federal Employees' Retirement System for law enforcement and firefighter personnel
- **FSPS** - Foreign Service Pension System

### Block 31 - Service computation Date (Leave)

- Shows when your Federal service began unless you have prior creditable service. If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
- Your earnings and leave statement or your time and attendance card will

### Block 32 - Work Schedule

- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no prearranged scheduled tour of duty and works when needed.
  Full-Time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not.
  Seasonal employees work on an annually recurring bases for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
  On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

### Block 33 - Part-time Hours Per Biweekly Pay Period

Indicates the number of hours a part-time employee is scheduled to work during a two-week pay period.

### Block 34 - Position Occupied

Identifies the employment system under which you are serving -- the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).
The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you have Federal service.

### Block 35 - FLSA Category

Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees **are** covered.

### Block 37 - Bargaining Unit Status

Identifies a bargaining unit to which you belong, whether or not your are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

### Block 38 and 39 - Duty Station

Identifies the city, county, and state or the overseas location, where you actually work.

## OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.
- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency. If you are eligible to and elect to join an employee organization, you can elect to have your dues withheld from your salary.
- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.
- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

**It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.**

Subject to Protective Order

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| STANLEY, CHRISTOPHER ALAN | [redacted] | 04/28/1991 | 02/16/2025 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 357 | TERMINATION |
| **5-C. Code** | **5-D. Legal Authority** |
| UYM | REG. 304.103 |
| **5-E. Code** | **5-F. Legal Authority** |
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| **6-C. Code** | **6-D. Legal Authority** |
| | |
| **6-E. Code** | **6-F. Legal Authority** |
| | |

**7. FROM: Position Title and Number**

EXPERT

PD: 6A39736

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| ED | 0301 | 00 | 00 | $0 | WC |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $0 | $0 | $0 | $0 |

14. Name and Location of Position's Organization

OPM
OFC OF THE DIRECTOR

WASHINGTON DC

**15. TO: Position Title and Number**

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | | |

22. Name and Location of Position's Organization

## EMPLOYEE DATA

| Field | Value |
|---|---|
| 23. Veterans Preference (1 - None; 2 - 5-Point; 3 - 10-Point/Disability; 4 - 10-Point/Compensable; 5 - 10-Point/Other; 6 - 10-Point/Compensable/30%) | 1 |
| 24. Tenure (0 - None; 1 - Permanent; 2 - Conditional; 3 - Indefinite) | 0 |
| 25. Agency Use | JS |
| 26. Veterans Pref for RIF | YES / X NO |
| 27. FEGLI | A0 INELIGIBLE FOR LIFE INSURANCE COVERAGE |
| 28. Annuitant Indicator | 9 NOT APPLICABLE |
| 29. Pay Rate Determinant | 0 |
| 30. Retirement Plan | 4 NONE |
| 31. Service Comp. Date (Leave) | 01/28/2025 |
| 32. Work Schedule | F FULL TIME |
| 33. Part-Time Hours Per Biweekly Pay Period | |

## POSITION DATA

| Field | Value |
|---|---|
| 34. Position Occupied (1 - Competitive Service; 2 - Excepted Service; 3 - SES General; 4 - SES Career) | 2 |
| 35. FLSA Category (E - Exempt; N - Nonexempt) | E |
| 36. Appropriation Code | 41AA0 |
| 37. Bargaining Unit Status | 8888 |
| 38. Duty Station Code | 11-0010-001 |
| 39. Duty Station (City - County - State or Overseas Location) | WASHINGTON DISTRICT OF COLUMBIA DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 10001 | | 0000 | 33.94 | CRITICAL-SENSITIVE (CS)/HIGH R |

45. Remarks

FORWARDING ADDRESS: [redacted]

| 46. Employing Department or Agency | | | 50. Signature/Authentication and Title of Approving Official |
|---|---|---|---|
| OPM | | | ELECTRONICALLY SIGNED BY: CARMEN GARCIA-WHITESIDE CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR |
| **47. Agency Code** | **48. Personnel Office ID** | **49. Approval Date** | |
| OM00 | 1000 | 02/19/2025 | |

5-Part

**2 - OPF Copy - Long-Term Record -- DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

Subject to Protective Order

# NOTICE TO EMPLOYEE

**This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.**

### The Action

- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

### Pay

- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive. It does not include any locality-based pay. This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.
- Block 20B is the annual dollar amount of your interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.
- Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
- Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purpose.

### Block 24 - Tenure

- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF). Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351-1; both should be available for review in your personnel office.

### Block 26 - Veterans Preference to RIF

- Indicates whether you have preference for reduction-in-force purposes.

### Block 30 - Retirement Plan

- **FICA** - Social Security System
- **CS** - Civil Service Retirement System
- **CS-Spec** - Civil Service Retirement System for law enforcement and firefighter personnel
- **FS** - Foreign Service Retirement and Disability System
- **FERS** - Federal Employees' Retirement System
- **FERS-Reserve Tech** - Federal Employees' Retirement System for National Guard Reserve Technicians
- **FERS-ATC** - Federal Employees' Retirement System for Air Traffic Controllers
- **FERS-Spec** - Federal Employees' Retirement System for law enforcement and firefighter personnel
- **FSPS** - Foreign Service Pension System

### Block 31 - Service computation Date (Leave)

- Shows when your Federal service began unless you have prior creditable service. If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
- Your earnings and leave statement or your time and attendance card will

### Block 32 - Work Schedule

- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no prearranged scheduled tour of duty and works when needed.
  Full-Time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not.
  Seasonal employees work on an annually recurring bases for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
  On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

### Block 33 - Part-time Hours Per Biweekly Pay Period

Indicates the number of hours a part-time employee is scheduled to work during a two-week pay period.

### Block 34 - Position Occupied

Identifies the employment system under which you are serving -- the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).
The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you have Federal service.

### Block 35 - FLSA Category

Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees **are** covered.

### Block 37 - Bargaining Unit Status

Identifies a bargaining unit to which you belong, whether or not your are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

### Block 38 and 39 - Duty Station

Identifies the city, county, and state or the overseas location, where you actually work.

## OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.
- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency. If you are eligible to and elect to join an employee organization, you can elect to have your dues withheld from your salary.
- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.
- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

**It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.**

**Dillaman, Miranda C.**

| | |
|---|---|
| **From:** | Personnel Security Group |
| **Sent:** | Thursday, January 30, 2025 12:50 PM |
| **To:** | Sylke, Kimberly D. |
| **Cc:** | Lowe, Dana S.; Nickerson, Tiffany V.; Garcia, Carmen E.; Beckman, Christopher J.; Davis, Melinda M.; Duncan, Jennifer |
| **Subject:** | YOUNG, Christopher - CLEARED 01/30/2025 |

Please note that this cleared message is for a temporary appointment for less than 180 days.

Thank you!

**Miranda Dillaman** | Senior Personnel Security Specialist

U.S. Office of Personnel Management
Office of Facilities, Security, and Emergency Management | Personnel Security
T: (202) 936-2538 | OPM.gov

OPM U.S. Office of Personnel Management

Follow us on LinkedIn | Twitter | YouTube

# APPOINTMENT AFFIDAVITS

Expert
(Position to which Appointed)

1/30/2025
(Date Appointed)

OPM
(Department or Agency)

Office of the Director
(Bureau or Division)

Washington, DC
(Place of Employment)

I, Christopher Young, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 30th day of Janaury, 2025

at Washington (City) D.C. (State)

(SEAL)

(Signature of Officer)

Commission expires____________
(If by a Notary Public, the date of his/her Commission should be shown)

Chief Human Capital Officer
(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.