UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,

Plaintiffs,

-v-

U.S. OFFICE OF PERSONNEL MANAGEMENT, et al.,

Defendants.

25cv1237 (DLC)

ORDER

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the parties shall submit a proposed schedule to govern further proceedings in this case by **November 6, 2026.**

Dated: New York, New York
October 20, 2026

DENISE COTE
United States District Judge