# Lex Lumina LLP

Rhett O. Millsaps II | rhett@lex-lumina.com | 646.535.1137

November 6, 2026

**VIA ECF**

The Honorable Denise L. Cote
United States District Court
500 Pearl Street, Room 1910
New York, NY 10007

**Re:** ***Am. Fed'n of Gov't Emp., AFL-CIO, et al v. U.S. Office of Pers. Mgmt.*, 25-cv-1237-DLC**

Dear Judge Cote:

The parties write jointly to propose a schedule for further proceedings in this case, in accordance with the Court's Order dated October 20, 2026. ECF No. 241.

Plaintiffs will move for a permanent injunction. In light of the upcoming holidays, the parties respectfully request that the Court order the following briefing schedule:

- Plaintiffs' motion due by December 4, 2026;
- Defendants' opposition due by January 15, 2027; and
- Plaintiffs' reply due by January 29, 2027.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Ilan Stein*

Assistant U.S. Attorney for the Southern District of New York

*Counsel for Defendants*

/s/ *Rhett O. Millsaps II*

*Counsel for Plaintiffs*

Approved.
Denise Cote
11/6/26